## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| KENNETH CRAWFORD, individually and on behalf of all others similarly situated, | ) ) ) | |
| | ) | Case No. 3:22-cv-00220-DWD |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| | ) | |
| ARIZONA BEVERAGES USA LLC, | ) ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S
### CLASS ACTION COMPLAINT

Defendant, Arizona Beverages USA LLC ("ABU"), pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), moves to dismiss the entire class action complaint ("Complaint"), filed by plaintiff, Kenneth Crawford ("Plaintiff"), with prejudice, for the reasons more fully discussed in ABU's Memorandum of Law, filed contemporaneously herewith, for reasons including, but not limited to:  (1) Plaintiff's claims are preempted by federal law and/or are precluded by the Safe Harbor Doctrine; (2) the Complaint does not set forth a plausible claim of deception; (3) Plaintiff lacks Article III standing to obtain an injunction; (4) the breach of contract claim fails for lack of privity; (5) the claims of breach of warranty are barred for lack of notice; (6) the reference to "Lite" on the label is not a warranty under the Magnusson Moss Act; (7) no claim for negligent misrepresentation exists; (8) the fraud claims fail under Fed. R. Civ. P. 9(b); (9) the unjust enrichment claim is not cognizable; and (10) Plaintiff's multi-state consumer fraud claims are not pled in accordance with Fed. R. Civ. P. 8(a)(2).

WHEREFORE, for the reasons set forth in its Memorandum of Law, ABU respectfully requests that this Court grant its Rules 12(b)(1) and 12(b)(6) motion to dismiss Plaintiff's entire Complaint, with prejudice or grant such further relief this Court deems equitable and just.

Respectfully submitted,

**ARIZONA BEVERAGES USA, LLC**

*/s/ Robert P. Donovan*

Robert P. Donovan (admitted *Pro Hac Vice*)
**STEVENS & LEE**
669 River Drive, Suite 201
Elmwood Park, New Jersey 07407
Telephone No.: (201) 857-6778
*Robert.donovan@stevenslee.com*

Casey Grabenstein, Esq. (No. 6289606)
**SAUL EWING ARNSTEIN & LEHR LLP**
161 North Clark Street, Suite 4200
Chicago, Illinois 60601
Telephone No.: (312) 876-7810
*casey.grabenstein@saul.com*

*Attorneys for Defendant, Arizona Beverages USA LLC*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on April 29, 2022, he caused the within **Motion to Dismiss Plaintiff's Class Action Complaint** to be filed electronically with the Clerk of the U.S. District Court, using the Court's CM/ECF system, which sent electronic notification to all parties who have appeared and are registered as CM/ECF participants in this matter.

*/s/ Robert P. Donovan*

2