Sheehan & Associates, P.C. Firm Resume (Attorneys)

**Spencer Sheehan**

Spencer's practice focuses on representation of consumers in a range of false advertising litigation. After Mr. Sheehan became an attorney in late 2011, he worked on behalf of municipalities and local government agencies in legal disputes. Following this experience, Mr. Sheehan worked for a plaintiff's law firm representing individuals subjected to violations of state and federal laws related to minimum wage, workplace safety and discrimination.

Notable actions include *Liberski, et al v. Rhapsody International Inc.*, San Francisco County, California Superior Court, Case No. No. CGC-12- 517061. In 2014, the parties reached a class wide settlement and Mr. Sheehan was appointed co-lead counsel ("Rhapsody Subscriber Litigation Settlement").

In December 2016, Mr. Sheehan began focusing his practice exclusively on consumer advertising issues. For instance, Mr. Sheehan was the first attorney to address "raw" juice products which were alleged to be treated with a non-thermal technology which had substantially the same effects as traditional thermal pasteurization. *See e.g. Campbell v. Freshbev LLC*, 1:16-cv-07119 (E.D.N.Y.), *Campbell v. Freshbev LLC*, 322 F. Supp. 3d 330, 342 (E.D.N.Y. 2018) These cases attempted to apply the applicable law to the effects of novel technologies which were not considered at the time the FDA enacted regulations in this area.

Mr. Sheehan was appointed lead counsel with the law firms of Reese LLP and Aegis Law Firm, P.C., in *Cicciarella v. Califia Farms, LLC*, 7:19-cv-08785, S.D.N.Y., in summer 2020. The Court approved a nationwide settlement which resolved the underlying federal action and a California state case. It was alleged that defendant mislabeled its non-dairy milk alternative products with respect to flavoring and the presence of carrageenan.

Mr. Sheehan was appointed co-lead counsel with Reese LLP in *Vizcarra v. Unilever United States, Inc.* 4:20-cv-02777, N.D. Cal., in February 2023. The Court certified a class of purchasers of Breyer's Natural Vanilla Ice Cream where it was alleged the ice cream's vanilla flavor was from non-vanilla plant sources.

Mr. Sheehan was appointed co-lead counsel with Reese LLP in *Sharpe et al. v. A & W Concentrate Co. et al.*, 1:19-cv-00768, E.D.N.Y., in summer 2021. The Court certified a class of purchasers of A & W Root Beer and Cream Soda marketed as "Made With Aged Vanilla," where it was alleged the amount of vanilla was de minimis or non-existent and that any vanilla flavoring was provided by the synthetic ingredient of ethyl vanillin. In June 2023, that court granted preliminary approval of a settlement of $15 million.

Mr. Sheehan played a significant role in *Marek et al. v. Molson Coors Beverage Company et al*, 3:21-cv-07174, N.D. Cal., in February 2023, where Gutride Safier LLP was appointed as lead counsel. That court certified a class of purchasers of Vizzy hard seltzer promoted as containing antioxidants including vitamin C, where it was alleged this labeling and marketing was misleading to consumers and unlawful. The court granted preliminary approval of a settlement of $9.5 million. Mr. Sheehan filed *Williams v. Molson Coors Beverage Company*, 3:21-cv-50207, N.D. Ill., prior to *Marek*, and *Eyzaguirre v. Molson Coors Beverage Company USA*, 0:22-cv-60889, S.D. Fl., with the Law Office of Will Wright. The *Williams* and *Eyzaguirre* actions were essentially consolidated with *Marek* following stipulations of dismissals and their subsequent joinder in *Marek*.

Mr. Sheehan was appointed to the executive committee along with the law firm Held & Hines LLP, in *Chung v. Illuminate Education, Inc.*, 8:22-cv-01547, C.D. Cal. in September 2022. That defendant is alleged to have negligently failed to safeguard the confidential information of millions of students. The litigation is ongoing.

Mr. Sheehan's pro bono work includes representing people with exotic or non-traditional animal companions. This includes representing a Floridian who came to possess an alligator over six feet in length, alleged to be in violation of Florida's wildlife laws. Mr. Sheehan's efforts contributed to resolution of that issue and allowed the woman and gator to remain together. *See* John Breslin, [Lakeland woman keeps alligator, thanks to efforts of lawyer tied to subway shooter's squirrel eviction case](), Florida Record, January 4, 2017. Mr. Sheehan additionally volunteers locally in the rescue of animals, including but not limited to cats.

Mr. Sheehan holds a Bachelor of Science Degree from Georgetown University in Foreign Service (2002) and a Master's Degree in International Relations from the School of Advanced International Studies (SAIS), Johns Hopkins University (2006). Mr. Sheehan obtained a Juris Doctorate from Fordham University School of Law (2010). Mr. Sheehan was a member of the United States Marine Corps as a Reservist.

### Angele Aaron

Angele has experience in real estate, civil litigation, and employment law. Angele is a member of the New York State Bar. Angele grew up in Iran and England. She graduated from the University of Westminster with a Bachelor of Law and from the University College of London with a Masters of Law in International Law. Angele did not practice law extensively between 2000 and 2020, while she was raising her children. A resident of Great Neck, New York, she contacted Mr. Sheehan in 2020 and asked for a job as an attorney.

### Mitchell Domovsky

Mitchell is an attorney and native of Brooklyn, New York. He attended Stuyvesant High School, graduated from Hunter College with a Bachelor of Arts and received a Juris Doctorate from Brooklyn Law School.

### Kinga Fenikowska

Kinga is an attorney with an interest and/or background in trademark, copyright, media, and space law, as well as experience in assisting homeowners facing mortgage foreclosure issues. Kinga is a member of the New York State Bar. She graduated from the University of California, Berkeley with a Bachelor of Arts and received her Juris Doctorate from Penn State University, University Park.

### Theodore Hillebrand

Theodore is an attorney with a background in financial litigation and personal injury law. Theodore is a member of the New York State Bar. He graduated from Queens College with a Bachelor of Arts and received a Juris Doctorate from Hofstra University.

### Katherine Lalor

Katherine is an attorney with experience in foreclosure, trust and estates, and no-fault insurance law. Katherine is a member of the New York State Bar. She has published articles in law journals

in connection with assisting homeowners facing foreclosure. She graduated from St. John's University with a Bachelor of Science and received a Juris Doctorate from Touro Law Center.