EXHIBIT C

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

Kenneth Crawford, individually and on behalf
of all others similarly situated,

                         Plaintiff,

          - against -

Arizona Beverages USA LLC,

                        Defendant

3:22-cv-00220

## DECLARATION OF ANDREA LYNN MATTHEWS

# TABLE OF CONTENTS

I.    REQUIREMENTS OF RULE 26 .................................................................. 4

II.    BACKGROUND ......................................................................................... 4

III.  SUBJECT OF REPORT ............................................................................. 6

IV.  WORK PERFORMED ............................................................................... 7

V.    SURVEY RESULTS .................................................................................. 8

    A.  Summary.................................................................................................. 8

    B.  Consumer Understanding about the Caloric and Sugar Content of the Product .............. 8

    C.  Importance of Caloric and Sugar Content ..................................................... 17

VI.  STUDY METHODOLOGY ..................................................................... 19

    A.  Target Population .................................................................................. 19

    B.  Study Design and Reliability Assessment ................................................. 20

    C.  Data Collection ..................................................................................... 27

VII. QUESTION WORDING AND SURVEY FORMAT ................................. 28

    A.  Introduction ......................................................................................... 28

    B.  Screening Questions ............................................................................. 29

    C.  Distractor Task ..................................................................................... 37

    D.  Experiment 1:  Consumer Perceptions ..................................................... 39

    E.  Experiment 2:  Consumer Preference ....................................................... 60

    F.  Demographics ....................................................................................... 64

VIII.    ASSESSMENT OF DATA QUALITY ............................................ 71

IX.  CONCLUSIONS DRAWN...................................................................... 74

X.    PROPOSED METHODS FOR PRICE PREMIUM STUDIES ................... 76

A.   Overview of Conjoint Analysis ........................................................... 76

B.   Proposed Steps for Conducting the Conjoint Analysis Survey ..................... 78

C.   Hedonic Pricing Model ..................................................................... 81

Pursuant to 28 U.S.C.§ 1746, I declare:

1.    I am an independent consultant on survey and research methodology, marketing

research and a mixed-methods specialist for Phillips, Fractor, & Company, LLC ("Phillips

Fractor").

## I.    REQUIREMENTS OF RULE 26

2.    This Report contains (i) a complete statement of all opinions I will express and the

basis and reasons for them and (ii) the facts or data considered in forming these opinions and any

exhibits that will be used to summarize or support them. Fed. R. Civ. P. 26(a)(2)(B)(i)-(iii); Exhibit

"A," Factual Data.

3.    My qualifications, including a list of all publications authored in the previous 10

years, are provided in an exhibit to this Report. Exhibit "B," Curriculum Vitae; Fed. R. Civ. P.

26(a)(2)(B)(iv).

4.    In accordance with Fed. R. Civ. P. 26(a)(2)(B)(v), a list of all other cases in which,

during the previous 4 years, I testified as an expert at trial or by deposition is presented below.

|              |                                                   |
|--------------|---------------------------------------------------|
| Case Name    | Elder v. Bimbo Bakeries USA, Inc.                 |
| Case Number  | 3:21-cv-00637-DWD                                 |
| Forum        | U.S. District Court, Southern District of Illinois |

5.    The compensation paid to me for the study and testimony in this is $450 per hour.

## II.    BACKGROUND

6.    I received my Ph.D. from the University of Nebraska – Lincoln in Business

(Marketing) in May 2018. My focus was on issues of branding, especially for human brands such

as service providers and entrepreneurs. As part of my training, I studied Unfair Competition at the

University of Nebraska College of Law. I previously received my master's degree in Survey

Research and Methodology from the University of Nebraska in 2013, which included Ph.D. level coursework in the Psychology of Survey Response, Questionnaire Design, and Total Survey Error.

7.    Currently, I am an Assistant Professor of Marketing in the Barton School of Business at Wichita State University in Wichita, Kansas. I joined the Barton School faculty in Fall 2018 where I regularly teach both the undergraduate introduction to marketing course (MKT 300) and the undergraduate marketing research course (MKT 403). The material I teach in these courses is directly related to the subject matter of this report.

8.    My research focuses on branding and brand perceptions. I regularly teach students about topics of deceptive advertising and brand confusion. With Drs. Ingersoll and Phillips, I am a coauthor on a case study published in the Journal of Case Studies (2021) that helps students identify deceptive advertising using statistical analysis methods.

9.    I regularly conduct survey research as part of my professorial responsibilities. A large portion of the Marketing Research (MKT 403) course I teach involves conducting original survey research for local client organizations. My responsibilities include identifying the research needs of the clients, instructing students in survey methodology, supervising student creation of original questionnaires, editing and revising a final questionnaire to be fielded, fielding the questionnaire in partnership with the client organization, supervising student analysis of the data, conducting further analysis of data for the client, and reporting the results of the survey research to the client. I have also consulted on issues of survey research and methodology with other entities in the Barton School of Business, including its Center for Economic Development and Business Research and its Center for Real Estate.

10.    I am a coauthor on multiple academic publications in the fields of marketing and of survey methodology. I have been published in the *Journal of Business Research*, the *Journal of*

*Public Policy & Marketing,* the *Journal of Services Marketing*, the *Journal of Survey Statistics and Methodology*, and *Hastings Business Law Journal*, among others.

11.    An article on which I was first author in the *Hastings Business Law Journal* on issues of survey methodology was cited and favorably quoted by the California Supreme Court in *Duran v. US Bank National Assn*. A full list of my publications can be found in my curriculum vita (Appendix A).

12.    I have ten years of experience as a consultant on the design, administration, and analysis of surveys for litigative purposes as well as other applied data analytics projects.

## III.    SUBJECT OF REPORT

13.    This Report relates to a consumer survey I created and analyzed with William Ingersoll, Ph.D., of Phillips Fractor.

14.    Drs. G. Michael Phillips and M. Christine Phillips, also of Phillips Fractor, provided assistance with this Report, though I was the lead researcher.

15.    The scope of our assignment consisted of six parts.

16.    First, we were tasked with testing the extent to which consumer confusion exists regarding the caloric and sugar content present in Arnold Palmer LITE Half & Half Iced Tea Lemonade (the "Product") sold by Arizona Beverages USA LLC ("Arizona").

17.    Second, we tested whether the addition of the statement, "1/3 less calories than Arnold Palmer" changed consumer perceptions regarding the caloric and sugar content of the Product.

18.    Third, we were tasked with testing whether the caloric and sugar content of the product (low calorie and low sugar versus not low calorie or low sugar) impacts consumer decisions regarding product choice.

19.    Fourth, we were asked to present the methodology we would use if requested to conduct a price premium analysis on the value consumers would place on the Product if it were a low calorie and low sugar product versus not a low calorie or low sugar product.

## IV.  WORK PERFORMED

20.    We followed a scientifically rigorous process using appropriate methodology and best practices to test consumer perceptions and desires regarding the Product.

21.    This used our academic training in survey methodology and experimentation techniques as well as market research on this product category to design and carry out the study through discrete steps.

22.    First, we identified the target population for this study, as well as an appropriate sampling frame, to ensure our survey and experimental results would be valid.

23.    Second, we designed a survey experiment designed to obtain results that were causally meaningful and representative of the target market for the Product.

24.    We designed the questionnaire/instrument for our survey experiment using scientific best practices, following the theory and guidelines laid out in Biemer & Lyberg (2003), Diamond and Swann (2012), Dillman et al. (2014), Shadish et al. (2002), Tourangeau et al. (2000), and Groves (2005).

25.    Third, we hired a research vendor, Qualtrics, to recruit participants.

26.    Fourth, we pretested our questionnaire with an initial "soft launch" through the Qualtrics platform.

27.    Fifth, we launched the survey through Qualtrics.

28.    We collected the data, assessed its quality, and analyzed it to determine the answers to our research questions.

29.  The data are provided as a Microsoft Excel document at Appendix B.

30.  The syntax used to analyze the data in SPSS is provided at Appendix C.[1]

31.  The tables and statistical output used in this Report are provided at Appendix D.

32.  Sixth, we prepared this Report to document the process and results.

## V.    SURVEY RESULTS

### A.  Summary

33.  50% of consumers of flavored, sweetened iced tea beverages believed that the Product contained less than 80 calories per serving.

34.  70% of consumers of flavored, sweetened iced tea beverages believed that the Product contained less than 18 grams of sugar per serving.

35.  When shown an edited version of the Product label that included the statement, "1/3 less calories than Arnold Palmer," 66% of consumers of flavored, sweetened iced tea beverages believed that the Product contained less than 80 calories per serving and 75.3% of these consumers believed that the Product contained less than 18 grams of sugar per serving.

36.  Logistic regression finds that being shown the edited version of the product label has no statistical impact on consumer perceptions regarding amount of sugar per serving in the product. However, consumers who saw the edited label were statistically more likely to believe that the product contained less than 80 calories per serving than were consumers who saw the original label ($p<.05$).

### B.  Consumer Understanding about the Caloric and Sugar Content of the Product

37.  A total of 609 individuals completed the survey experiment. Of these, 100 individuals were randomly assigned to view the Defendant's Product label as it appears in the

---

[1] SPSS is a program for statistical analysis in social science.

marketplace. Individuals were asked to indicate their beliefs regarding the caloric content of the beverage contained in one serving (12 fl oz) using the following 7 options: 1=no calories (0 to 4 calories), 2=a low amount of calories (5 to 39 calories), 3=a moderately low amount of calories (40 to 79 calories), 4=a moderately high amount of calories (80 to 119 calories), 5=a high amount of calories (120 to 159 calories), 6=a very high amount of calories (160+ calories) or 99=that no information about the caloric content of the beverage was contained in the label.

38.    In total, 50% (50 out of 100 individuals) incorrectly believed that the product contained less than 80 calories per serving. Using bootstrapping methodology (Lohr 2021) and 25000 iterations, we calculated a 95% confidence interval around the 50.0% estimate of between 40% and 60% for the population as a whole.

39.    Of the 100 individuals who answered the question, 65 gave an answer of between 1 and 6 on the scale, while 35 individuals stated that the product label communicated nothing about the caloric content of the beverage. The average score on this 6-point scale for consumers who believed that the product label communicated something about the caloric content of the beverage was 2.86 out of 6 (95% CI=2.62, 3.12), which is a little lower than "a moderately low amount of calories (40 to 79 calories)."

40.    Similarly, these same individuals were asked to indicate their beliefs regarding the sugar content of the beverage contained in one serving (12 fl oz) using the following 7 options: 1=No added sugar (0 to .4 grams), 2=a low amount of added sugar (.5 to 3.5 grams, 7% or less of recommended daily value), 3=a moderately low amount of added sugar (4 to 10.5 grams; 8% to 21% of recommended daily value), 4=a moderately high amount of added sugar (11 to 17.5 grams; 22% to 35% of recommended daily value), 5=a high amount of added sugar (18 to 24.5 grams; 36% to 49% of recommended daily value), 6=a very high amount of added sugar (25+ grams;

DocuSign Envelope ID: 91B74C7B-9645-4395-818F-096B8855B1635

50%+ of recommended daily value), and 99 = that no information about the caloric content of the beverage was contained in the label. In total, 70% (70/100 individuals) incorrectly believed that the product contained less than 18 grams of added sugar per serving.

41.    Of the 100 individuals who answered this question, 74 gave an answer of between 1 and 6 on the scale, while 26 individuals stated that the product label communicated nothing about the caloric content of the beverage. The average perceived amount of sugar on this 6-point scale for these 74 consumers was 2.70 out of 6 (95% CI=2.47, 2.95), which is a little higher than halfway between "a low amount of added sugar (.5 to 3.5 grams, 7% or less of recommended daily value)" and "a moderately low amount of added sugar (4 to 10.5 grams; 8% to 21% of recommended daily value)."

42.    Next, we focused on those individuals who had previously purchased Arizona Iced Tea Products. In total, 59 of the 100 individuals who viewed the Product label (59% = 59/100) had purchased at least one Arizona brand iced tea product in the last 12 months.

43.    Of these, 49.2% (29 of 59 individuals) who viewed the Product label believed incorrectly that the product contained less than 80 calories per serving (95% CI: 36.5%, 61.9%). Of these same 59 individuals, 37 gave an answer of between 1 and 6 on the scale. Their average perceived caloric score was 2.68 out of 6 (95% CI= 2.33, 3.03), which is a little higher than halfway between "a low amount of calories (5 to 39 calories)" and "a moderately low amount of calories (40 to 79 calories)."

44.    Regarding perceptions of added sugar, 67.8% of these same respondents (40 of 59 individuals) incorrectly believed that the product contained less than 18 grams of added sugar per serving. Of these, 41 individuals gave an answer of between 1 and 6 on the scale regarding perceived amount of sugar. The reported average was 2.59 out of 6, (95% CI=2.29, 2.90), which

DocuSign Envelope ID: 81B74C7B-0615-4395-818F-096B8855B1635

is a little higher than halfway between "a low amount of added sugar (.5 to 3.5 grams, 7% or less of recommended daily value)" and "a moderately low amount of added sugar (4 to 10.5 grams; 8% to 21% of recommended daily value)."

45.    We then focused on individuals who had purchased Arnold Palmer Lite in the past 12 months. Five of the 100 individuals in the sample had purchased this product in the past 12 months. Of these, 3 out of 5 (60%) believed that the product contained fewer than 80 calories, with an average perceived caloric score of 2.75/6. Four out of the five (80%) believed that the product contained less than 18 grams of added sugar per serving, with an averaged perceived sugar score of 3.0/6.

46.    We next assessed consumer confusion regarding the number of calories and added grams of sugar present in a serving of the Product that resulted when consumers were shown an altered label of Defendant's Product that read, "1/3 less calories than Arnold Palmer."

47.    A different set of 97 individuals were randomly assigned to view this experimental condition.[2]

48.    Of these, 47 individuals (48.4% = 47/97) had previously purchased any Arizona iced tea beverage the past 12 months, and 8 individuals (8.2% = 8/97) had purchased Arnold Palmer Lite in the past 12 months.

49.    Overall, 64 of the 97 consumers in this condition (66%; 95% CI=56.7%, 75.3%) incorrectly believed that the Product contained fewer than 80 calories in a single serving, and had an average perceived caloric score of 2.79/6 (95% CI=2.61, 2.97). Additionally, 73 of the 97 consumers in the sample (75.3%, 95% CI=66.0%, 83.5%) believed that the Product contained less than 18 grams of added sugar in a serving, with an average perceived added sugar score of 2.77

---

[2] Experimental conditions are also sometimes termed experimental treatments.

(95% CI=2.57, 2.99).

50.    For past purchasers of any Arizona iced tea product, 59.6% (28 out of 47 individuals) incorrectly believed that the Product contained fewer than 80 calories in a single serving, and had an average perceived caloric score of 3.0/6 (95% CI=2.76, 3.25). Additionally, 68.1% of this sample (32 out of 47 individuals) believed that the Product contained less than 18 grams of added sugar in a serving, with an average perceived added sugar score of 2.88 (95% CI=2.51, 3.26).

51.    For past purchasers of Arnold Palmer Lite, 3 out of 8 individuals (37.5%) incorrectly believed that the Product contained fewer than 80 calories in a single serving, and had an average perceived caloric score of 3.4/6. Additionally, 6 out of 8 individuals in this sample (75%) believed that the Product contained less than 18 grams of added sugar in a serving, with an average perceived added sugar score of 2.5/6.

52.    Thus, for individuals who had purchased Arnold Palmer Lite in the past 12 months, there was a decrease of 22.5 percentage points (60% – 37.5% = 22.5% percentage point decrease), or a decrease of 22.5/60=37.5% in confusion regarding the number of calories present in the product due to the labeling change. With regard to sugar, for individuals who had purchased Arnold Palmer Lite in the past 12 months, there was a decrease of 5.0 percentage points (80% – 75% = 5 percentage point decrease), or a decrease of 5/80=6.25% in confusion due to the labeling change.

53.    In contrast, for individuals in the target market who had not purchased Arnold Palmer Lite in the past 12 months, a higher percentage believed that the product contained fewer than 80 calories and less than 18 grams of added sugar when they viewed the label that read "1/3 less calories than Arnold Palmer."

54.    We also tested whether these results were similar across age group, gender, race,

ethnicity, education level, income level, region, industry, whether individuals had taken a survey on the product category in the last 30 days, and people who took a relatively short time (less than 311 seconds, 10th percentile) or relatively long time (greater than 1039 seconds, 90th percentile) to complete the survey.

55.    We first ran a logistic regression (Hosmer & Lemeshow 2000) to predict the likelihood of believing that the Product contained fewer than 80 calories, and then a logistic regression to predict the likelihood of believing that the Product contained less than 18 grams of added sugar.

56.    We ran these regressions on both conditions of respondents who saw the original Arnold Palmer label and the altered Arnold Palmer label (n=195 due to 2 individuals having missing demographic data).

57.    Our binary input variables included:

i.      Whether respondents were in the edited condition or not;

ii.     Whether respondents had purchased Arizona iced tea products in the last 12 months;

iii.    Whether respondents took a relatively long time to complete the survey (yes, no);

iv.     Whether respondents took a relatively short time to complete the survey (yes, no);

v.      Respondents' race (white, nonwhite);

vi.     Respondents' ethnicity (Hispanic, non-Hispanic);

vii.    Respondents' gender (male, female);

viii.   Geographic region indicators for the Midwest, Northeast, South, and West;

ix.     Industry indicators for marketing (yes, no), marketing research (yes, no), grocery industry (yes, no), and packaged food/beverage industry (yes, no);

x.    Whether respondents had taken a survey about beverages in the last 30 days (yes, no); and

xi.    Whether respondents had seen news about Arizona Beverages in the past 30 days (separate indicators for yes, no, and not sure).

58.    Continuous variables included frequency of purchase within the product category, age, education level, and income.

59.    The results of the logistic regressions are as follows.

60.    Individuals who saw the edited label were more likely to believe that the Product contained fewer than 80 calories (log-odds B= .735, p=.023). However, those who worked in the grocery store industry were less likely to believe that the product contained fewer than 80 calories (log-odds B= -2.42, p=.0006), as were individuals who worked in the marketing industry (log-odds B= -24.03, p<.001). There were no other statistically significant predictors of beliefs regarding the product's caloric content.

61.    In contrast, none of the predictor variables had a significant impact on perceptions regarding grams of added sugar in the Product, including viewing the edited label (all p values >.05).

62.    We next tested the similarity of these results to those found in a fictional control brand of iced tea lemonade ("First Choice" brand) to assess any unique impact of the Arizona Arnold Palmer brand on consumer perceptions of the caloric and added sugar content of this product.

63.    Specifically, we reran the above logistic regression tests using the four conditions of respondents who saw the Arnold Palmer original packaging, edited Arnold Palmer packaging, "First Choice" packaging, and edited First Choice packaging. In addition to the predictor variables

used above, we added a control variable for the brand context and included a two-way interaction between the brand name and whether the label included the text, "1/3 less calories than Arnold Palmer."

64.    In the regression predicting beliefs about caloric content, the brand name did not have a significant impact on consumer beliefs and there was no interaction between the brand name and the edited label condition. The edited label condition itself was found to have a significant model effect (p=.009), though the parameter estimates did not reach statistical significance at the p<.05 level. In this regression, individuals who worked in the marketing industry were less likely to believe that the product contained fewer than 80 calories (log-odds B= -23.3, p<.001), while individuals who worked in marketing research specifically were more likely to believe that the product contained fewer than 80 calories (log-odds B= 22.59, p<.001). No other demographic variables were significant predictors of beliefs regarding caloric content.

65.    In the regression predicting beliefs about sugar content, there was no significant effect of brand name, the edited condition, or the interaction between the two (p>.05). With regard to demographic variables, individuals who worked in the marketing industry were less likely to believe that the product contained fewer than 18 grams of sugar (log-odds B= -2.41, p=.015), while more educated individuals were more likely to be confused by the product label (log-odds B= .253, p=.02). No other variables were significant at the p=.05 level.

66.    Next, we conducted follow-up analysis to assess consumer confusion in the two fictional "First Choice" conditions to quantify how consumers respond to the fictional brand compared to the Arnold Palmer brand.

67.    Ninety-eight consumers viewed the "First Choice" label that read, "First Choice LITE Half & Half Iced Tea Lemonade." In this condition, 57.1% of consumers believed that the

product contained fewer than 80 calories (56 out of 98 individuals) and the average caloric perception score was 2.93/6 (95% CI=2.72, 3.15). In addition, 78.6% of these consumers believed that the product contained fewer than 18 grams of sugar (77 out of 98 individuals) and the average added sugar perception score was 2.71/6 (95% CI=2.54, 2.90).

68.    Separately, 107 consumers viewed the "First Choice" label that included the edited statement, "1/3 less calories than Arnold Palmer." In this condition, 64.5% of consumers believed that the product contained fewer than 80 calories (69 out of 107 individuals) and the average caloric perception score was 2.78 (95% CI=2.61, 2.95). In addition, 75.7% of these consumers believed that the product contained fewer than 18 grams of sugar (81 out of 107 individuals) and the average added sugar perception score was 2.63/6 (95% CI=2.45, 2.81).

69.    We conclude that a substantial percentage of individuals in the target market for the Defendant's Product who see the product label believe that this product contains fewer than 80 calories and fewer than 18 grams of sugar. These results hold for prior purchasers and nonpurchasers of the product and are statistically similar for the Arnold Palmer brand and for a fictional brand. We also find that being informed that the Product contains 1/3 fewer calories than Arnold Palmer statistically increases the percentage of individuals who believe that the Product contains fewer than 80 calories. This finding may indicate a general underestimate of the caloric content of an Arnold Palmer by the target market.

70.    We next applied statistical weighting[3] to our analysis to identify any important differences in the results above if the sample was weighted to match population percentages for

---

[3] Per the SPSS Support Manual at www.ibm.com, "A common approach is to compute weight variables for each of the categorical variables for which you want to adjust counts, based on the desired marginal proportions for these categorical variables. SPSS will only use 1 weight variable at a time, so the weight variables are combined by computing their product in a new variable, which is then used as a weight...Logical expressions like (gender=1) return a 1 if true; 0 if false. The ratio by which each of these logical expressions is multiplied reflects the desired percentage divided by the observed percentage. So, 50/60*(gender=1) returns a weight of 50/60=.83333 for gender 1."

gender (male=48%, female=52%), age (18-34: 30%, 35-54: 32%, 55+: 38%), region (Northeast: 17%, Midwest: 21%, West: 24%, South: 38%), race (white: 76.3%, black: 13.4%, Asian or Pacific Islander: 6%, American Indian/Alaskan Native: 1%), and Hispanic ethnicity (Hispanic: 18%, Non-Hispanic: 82%).

71.    Quotas were identified using Qualtrics standard quotas, supplemented with Census 2020 data available at data.census.gov. The percentages of individuals who believed that the Product contained fewer than 80 calories and 18 grams of sugar was similar across the two methods.

C.    Importance of Caloric and Sugar Content

72.    Next, we assessed the importance to consumers of whether or not a lite iced tea lemonade beverage was low calorie and low sugar. First, 207 individuals were randomly assigned to see a condition that asked them to choose whether they would prefer to purchase a lite iced tea lemonade that was "a low calorie and low sugar beverage, containing fewer than 40 calories per serving and less than 3.5 grams of added sugar per serving (less than 7% of the recommended daily value for added sugar)," prefer to purchase a lite iced tea lemonade that was "not a low calorie or low sugar beverage, containing 80 calories per serving and 18 grams of added sugar per serving (36% the recommended daily value for added sugar)," whether they would not purchase either of these options, or don't know.

73.    Twelve individuals responded with a "would not purchase either" or "don't know" response and were dropped from analysis, leaving 195 datapoints. In total, 73.3% of the sample (143/195 individuals) indicated that they would prefer to purchase the low calorie and low sugar option (95% CI: 67.2%, 79.5%). For consumers who had previously purchased Arizona iced tea beverages in the past 12 months (n=126), 70.6% of them (89/126) indicated that would prefer to

17

purchase the low calorie and low sugar option (95% CI: 62.6%, 78.4%). In addition, of consumers who had purchased Arnold Palmer Lite in the past 12 months (n=22), 77.3% (17/22) indicated that they would prefer to purchase the low calorie and low sugar option (95% CI: 57.9%, 94.4%).

74.    We then assessed whether preferences for a lite iced tea lemonade that is low calorie and low sugar varied by demographic group using a logistic regression (n=194 due to 1 individual having missing demographic information). As before, our binary input variables included whether or not individuals had purchased Arizona iced tea drinks in the last 12 months, individuals' race (white, nonwhite), ethnicity (Hispanic, non-Hispanic), gender (male, female), whether they took relatively long to complete the survey (yes, no), whether they took a relatively short time to complete the survey (yes, no), whether they had taken a survey on a similar product category (yes, no), geographic region indicators for the Midwest, Northeast, South, and West, industry indicators for marketing, marketing research, grocery stores, and packaged food/beverage products, and whether they had previously seen news about Arizona Beverages in the past 30 days (separate indicators for yes, no, and not sure). Continuous variables included frequency of purchase of the product category, age, education level, and income.

75.    Results from the regression are as follows. Individuals with higher incomes were less likely to prefer the low calorie and low sugar option (log-odds B= -8.52E-6, p=.044). None of the other demographic variables included in the logistic regression above were statistically significant predictors of preference for an iced tea lemonade beverage that was low calorie and low sugar versus one that was not. We then reran the above logistic regression, substituting whether or not individuals had purchased Arizona Arnold Palmer LITE Iced Tea Lemonade in the past 12 months instead of whether they had purchased any Arizona iced tea products in that time frame. Purchase of Arnold Palmer LITE was not significant in this regression (p=.59), indicating that purchasers

18

of the Product are no different in their desires for low calorie and low sugar beverages than are
those who did not purchase the product in the past 12 months.

76.    This indicates that preferences for Lite Iced Tea Lemonade that is low calorie and
low sugar are consistent across the target market in race, ethnicity, region, gender, age, education,
and frequency of purchase, as well as purchase of the Defendant's product.

## VI.    STUDY METHODOLOGY

### A.   Target Population

77.    The target population for this study was adult US consumers of flavored, sweetened
iced tea beverages, including mixtures of iced tea and lemonade or iced tea and juice.

78.    We used an online mode of data collection for this research, collected via an online
panel provider, Qualtrics.

79.    We used quota sampling to obtain sufficient representation of different genders
(male, female), US region (Northeast, South, Midwest, West), and age group (18-24, 25-34, 35-
44, 45-54, 55-64, 65+) to adequately assess differences within these groups and make
generalizations to the wider US population of consumers.

80.    It is widely accepted by survey professionals that quota sampling is necessary when
using online panels to correct for overrepresentation of various gender, region, and age
combinations of individuals (for instance, Baker et al. 2010).

81.    By using quota sampling, one can obtain a sample that has similar percentages to
either a given target market's demographics or demographics found by the United States Census
and similar "gold standard" research studies, and thus maximize the probability that one's results
are unbiased on these important demographic variables.

82.    Next, we used screening questions to recruit a sample of individuals who met the

following criteria: 1) over 18 years of age, 2) residing in the United States, 3) who had purchased flavored, sweetened iced tea beverages at least once in the past 12 months for their own personal consumption, and 4) who did at least some of the grocery shopping for their household.

83.    We purposefully chose to include in our study individuals who had purchased any brand of flavored, sweetened iced tea beverages rather than those who had only purchased Arizona brand iced tea beverages, or any who were considering purchasing flavored, sweetened iced tea beverages but had not done so in the past year.

84.    Based on our academic and professional training and experience, we believe that this is an appropriate (neither too wide nor too narrow) target population.

85.    This is because individuals who purchased any brand of flavored, sweetened iced tea beverages in the past year may be persuaded to try a different brand or type of iced tea beverage due to reasons including sales promotions, advertising or supply chain issues impacting product availability.

86.    Therefore, purchasers of competitors' flavored, sweetened iced tea beverages are in the target market for the Product.

87.    Finally, past behavior is typically considered the best predictor of future behavior in social science research (e.g. Ouellette and Wood 1998). As such, we believe that targeting in our study individuals who have purchased from the product category in the past 12 months allows us to state with confidence that we are in fact gaining information from individuals in the target market for Defendant's Product.

B.    Study Design and Reliability Assessment

88.    We designed our survey experiment following academic and practitioner best practices (Diamond and Swann 2012, Dillman et al. 2014, Shadish et al. 2002).

89.   A survey experiment is defined as a survey study wherein is embedded an experimental component that includes randomly assigning respondents to see different versions of questionnaire items (Gaines and Kuklinski 2007).

90.   Survey studies, by nature, are designed to collect information from a representative sample of a given target population for the purpose of accurately describing that target population.[4]

91.   Experimental studies use random assignment of individuals to one of multiple conditions, including a control group, to statistically test the impact of an independent (manipulated) variable on a dependent (measured) variable.

92.   Our study follows best practices for survey research, allowing our results to be used as representative point estimates, and also includes an experimental component that tested the impact of different package labels for Lite iced tea lemonade on consumer levels of confusion.

93.   We chose to include an experimental component in our survey because experimentation is the gold standard method for assessing causality, including for deceptive advertising cases (Diamond and Swann 2012).

94.   In this case, the experimental section of the survey tested 1) whether including  or failing to include the statement, "1/3 less calories than Arnold Palmer" causes a difference in consumer perceptions of the caloric content and added sugar content in the Product, and 2) whether Lite iced tea lemonade beverages that were low calorie and low sugar versus not low calorie and not low sugar were differentially desirable to consumers.

---

[4] A more complete seven-fold definition of a survey is as follows, per Biemer and Lyberg 2003: "1. A survey concerns a set of objects comprising a population. 2. The population under study has one or more measurable properties. 3. The goal of the project is to describe the population by one or more parameters defined in terms of the measurable properties. 4. To gain observational access to the population a frame is needed. 5. A sample of units is selected from the frame in accordance with a sampling design specifying a probability mechanism and sample size. 6. Observations are made on the sample in accordance with a measurement process. 7. Based on the measurements and estimation process is applied to compute estimates of the parameters with the purpose of making inferences from the sample to the population." (p. 4)

95.    We ran two experimental studies in parallel in the survey, one of which assessed consumers' perceptions of the caloric and sugar content in the Product, and one of which assessed consumer preferences for low calorie and low sugar iced tea lemonade beverages compared to iced tea lemonade beverages that were not low calorie or low sugar. We chose to run the studies in parallel to ensure that there would be no overlap in respondents across the two experiments.

96.    For the consumer perception experiment embedded in the survey, respondents were randomly assigned to one of four experimental conditions, as follows.

97.    First, to test specific levels of consumer confusion regarding the caloric content and number of grams of added sugar in the Product, we included a condition that displayed real packaging of Arnold Palmer Lite Half & Half Iced Tea Lemonade found on an online retailer's website.

98.    A second condition displayed modified Arnold Palmer Lite Half & Half Iced Tea Lemonade packaging that included the statement, "1/3 less calories than Arnold Palmer."

99.    The third and fourth conditions involved a fictional brand (First Choice) using the same label manipulation to test whether consumer perceptions were brand specific.

100.   In all four conditions, we asked respondents their beliefs regarding the caloric content and amount of added sugar present in one serving size (12 fl oz) of the product. The order of these two questions was randomized across respondents to prevent any bias due to order effects. To assess beliefs regarding caloric content, consumers were asked, "Based on the product label, which of the following do you believe best describes the <u>caloric content</u> of this beverage? One serving size (12 fl oz) of this beverage contains…No calories (0 to 4 calories), A low amount of calories (5 to 39 calories), A moderately low amount of calories (40 to 79 calories), A moderately high amount of calories (80 to 119 calories), A high amount of calories (120 to 159 calories), A very

22

high amount of calories (160+ calories), or The product label contains no information about the caloric content of this beverage."

101.    To assess beliefs regarding sugar content, consumers were asked, "Based on the product label, which of the following do you believe best describes the amount of added sugar in this beverage? One serving size (12 fl oz) of this beverage contains…No added sugar (0 to .4 grams), A low amount of added sugar (.5 to 3.5 grams, 7% or less of recommended daily value), A moderately low amount of added sugar (4 to 10.5 grams; 8% to 21% of recommended daily value), A moderately high amount of added sugar (11 to 17.5 grams; 22% to 35% of recommended daily value), A high amount of added sugar (18 to 24.5 grams; 36% to 49% of recommended daily value), A very high amount of added sugar (25+ grams; 50%+ of recommended daily value), and The product label contains no information about the caloric content of this beverage."

102.    The scales were constructed following FDA guidelines and regulatory requirements as well as Harvard's "Nutrition Source" "How Sweet Is It" resource (https://www.hsph.harvard.edu/wp-content/uploads/sites/30/2012/10/how-sweet-is-it-color.pdf). The FDA states that foods may be considered to have no calories / be calorie free if they have less than 5 calories per RACC (Reference Amounts Customarily Consumed, or serving size), and to be sugar free if they have less than .5 grams of sugar per RACC (https://www.ncbi.nlm.nih.gov/books/NBK209851/). The FDA distinguishes "low calorie" foods as being 40 calories or less per RACC/serving and describes foods with 100 calories per RACC as having a "moderate" level of calories. In contrast, Harvard's "Nutrition Source" indicates that 16 to 50 calories / 6 to 12 grams of added sugar in a 12 ounce serving of a beverage should be the "new target for [the] food industry" and states that 90 calories / 21 grams of added sugar in a 12 ounce serving of a beverage is a "high" level. The CDC also describes the caloric content in various

23

common drinks; the highest level of calories in a typical 12 ounce drink listed by the CDC is found
in regular orange soda (195 calories per 12 fl oz serving), followed by fruit juice drinks (186
calories per serving) and regular soda (155 calories per serving). The CDC classifies regular sodas
as well as those with more calories as "sugary drinks" that contain at least 150 calories, where no
more than 200 calories per day (for a 2,000 calorie diet) should come from added sugar
(https://www.cdc.gov/healthyweight/healthy_eating/drinks.html).

103.   We chose to create an interval scale using multiples of 40 calories to create a scale
that mapped as closely as possible onto the various guidelines and descriptions of caloric
information present in beverages given above. We created verbal labels for these categories that
were both symmetric and accurately captured the breadth of calories present in typical 12 oz drinks,
from "no calories" (fewer than 5) to "a very high amount of calories" (160, or more than is present
in a typical regular soda).

104.   It has been represented to us in the complaint that the FDA "has not defined 'low'
claims about sugar," but has set criteria of "between five (5) and seven (7) percent of the daily
value ("DV") per Reference Amount Customarily Consumed ("RACC")." Further, "'High' claims
are those where the amount of the nutrient is at least twenty (20) percent of the DV per RACC."
We therefore established 7% as the upper bound of a "low" amount of added sugar in our scale
and used multiples of 7 to create a scale that mapped as closely as possible onto these FDA
guidelines.

105.   Thus, we conducted a 2 (original label, "1/3 less calories than Arnold Palmer") by 2
(Arnold Palmer, First Choice) full factorial design experiment to assess the impact of including
the statement, "1/3 less calories than Arnold Palmer" on a package for a brand that was unknown
compared to the impact for the Defendant's Product.

106.  All question wording, along with screenshots of the instrument, are shown in the section titled "Question Wording and Survey Format."

107.  The use of adapted product labels as a treatment and control condition in deception experimental studies is well established and appropriate for ascertaining the unique impact of a given brand attribute on consumer deception (Diamond and Swann 2012).

108.  In this case, our design allows us to 1) identify the level of consumer confusion regarding the calories and sugar present in the Defendant's Product as it is currently labeled, 2) compare the level of consumer confusion for the Defendant's Product to that of an unknown product, and 3) test whether adding the statement, "1/3 less calories than Arnold Palmer" to the Defendant's Product impact the level of consumer confusion regarding the calories and sugar present in the product.

109.  For the consumer preferences experimental portion of the survey, respondents were randomly assigned to one of two experimental conditions.

110.  In both conditions, consumers were asked to imagine that they were going to the store to purchase flavored, sweetened iced tea beverages, and that there were two alternatives to choose from: LITE ICED TEA LEMONADE A, and LITE ICED TEA LEMONADE  B.

111.  These beverages were described as having the same price and being identical in every way except for one aspect.

112.  Specifically, in condition 1, respondents were informed that, "LITE ICED TEA LEMONADE A is a low calorie and low sugar beverage, containing fewer than 40 calories per serving and less than 3.5 grams of added sugar per serving (less than 7% of recommended daily value for added sugar). LITE ICED TEA LEMONADE is not a low calorie or low sugar beverage, containing 80 calories per serving and 18 grams of added sugar per serving (36% the recommended

daily value for added sugar)." This information was then presented in a table format so consumers could easily identify the calories and added sugar present in each beverage. In condition 2, the order of these conditions was switched, to prevent bias from occurring due to order effects.

113.   In both conditions, respondents were given the following options to select: that they "would purchase Lite Iced Tea Lemonade A," " would purchase Lite Iced Tea Lemonade B," "would NOT purchase either of these options,", or "Don't know." Anyone who indicated that they would not purchase either option or that they didn't know was removed from analysis. This experiment allowed us to test whether the calories and sugar present in a lite iced tea lemonade product impacted consumer preferences and purchase intentions.

114.   It is well known that respondents to surveys and experimental research often try to be helpful by giving researchers the answers they are looking for (Schwarz and Sudman 1996; Sudman 1995). It is therefore important to disguise the objectives of a survey or experiment to prevent bias. In this study, we included three questions presented before the experiment as a distractor task. These questions (detailed in the Question Wording section) asked the respondents to give their opinions on a new (fictional) flavor of First Choice brand Acai Berry Iced Tea. These questions were similar to those asked in new product development surveys that are commonly asked to online panels of consumers. By using this set of distractor questions, we believe we greatly reduced the likelihood that respondents would assume that the survey was conducted for litigation purposes.

115.   We chose to use the First Choice Acai Berry Iced Tea context to make the experiment seem relevant and related to the previous component of the instrument. We do not believe that answering questions about a new potential flavor of iced tea would in any way influence a respondent's answer regarding their perceptions of the calories or sugar present in an iced tea

lemonade beverage.

116.  We then conducted a 30-person pretest of the experiment to ensure that it was technically coded and formatted correctly. We worked closely with the panel provider Qualtrics, who under our direct supervision programmed the survey to ensure that screening questions and quotas would be implemented correctly. Qualtrics is one of the leading research platforms used by academics for survey and experimental research, with extremely high quality and reliability, flexibility in design options, and control over the research process. The pretest used the same criteria and design as the main survey data collection. Data were collected for the pretest and reviewed, resulting in confirmation that the experiment was indeed programmed correctly. No changes were made to the survey experiment as a result of the pretest.

C.  Data Collection

117.  The survey was fielded from March 10, 2023 through March 23, 2023.

118.  In total, 2035 individuals began the survey.

119.  Of these, 983 were screened out as not being in the target population and 251 were identified as low quality respondents or bots and removed by Qualtrics' quality assurance team.

120.  In addition, 182 individuals were screened out for entering the survey after relevant quotas were filled and 58 failed to fully complete the questionnaire.

121.  After screening out ineligible respondents and incomplete responses, a total of 609 good quality responses remained to be used in analysis.

122.  Since this survey used nonprobability quota sampling methods, we could not calculate a response rate. (Response rate calculations require the knowledge of the probability of selection for each individual in a previously determined sampling frame; see the AAPOR Task

Force Report on Data Quality Metrics for Online Samples 2022[5]). Similarly, we could not calculate a participation rate (the equivalent of a response rate for a nonprobability survey) since it requires knowledge of the number of eligible individuals in the sampling frame. This information does not exist since the survey was made available via a survey dashboard to an unspecified large number of panel participants.

123. However, this information is not needed for our analysis or particularly important, as response rates or participation rates for nonprobability Internet panel research are not useful measures of nonresponse error and are rather indicators of panel efficiency (AAPOR Standard Definitions).[6]

## VII.  QUESTION WORDING AND SURVEY FORMAT

124. We followed standard methodological procedure (Bradburn et al. 2004, Diamond and Swann 2012, Dillman et al. 2014, Schuman and Presser 1996, Tourangeau et al. 2000) to design the order, wording, and response options for our survey questions. We carefully considered question and response wording and formatting to ensure objectivity and avoid bias. A discussion of our methods for each question in the instrument follows.

A.  Introduction

125. We began the survey with an introduction. Following best practices (Bradburn, Sudman, & Wansink 2004; Dillman et al. 2014; Tourangeau et al. 2000), the introduction stated the topic of the study, length, sensitivity of the subject matter, and anonymity of respondents. Respondents were told that the study was conducting consumer research about various topics, an accurate statement that would also discourage perceptions that the research was for litigative

---

[5] AAPOR Task Force Report on Data Quality Metrics for Online Samples
[6] AAPOR Standard Definitions

purposes. Following Diamond (2011), the study was double-blind in that neither the respondents nor the panel provider knew the sponsor of the study, to prevent respondents from presenting opinions that they believed the researchers wanted.

126.   The introduction was worded as follows: "Hello! We are conducting consumer research about various topics. This survey should take between 10-12 minutes and will not ask any sensitive questions. There are no right or wrong answers and we appreciate your honest opinions. This survey is completely anonymous. Thank you in advance for your help with our research!"

> Hello! We are conducting consumer research about various topics. This survey should take between 10-12 minutes and will not ask any sensitive questions. There are no right or wrong answers and we appreciate your honest opinions. This survey is completely anonymous. Thank you in advance for your help with our research!

B.   Screening Questions

127.   Next, a battery of screening questions was used to ensure that only respondents who were in the target population took the survey. First, we asked respondents how old they were, with categories of Under 18 (screened out), 18-24, 25-34, 35-44, 45-54, 55-64, and 65+, as shown below.



128.  We then asked respondents their gender, and screened out non-binary individuals and those who preferred not to reveal their gender.



129.  We next asked respondents how they would describe their race and ethnicity through a series of two questions. The first asked if they considered themselves to be Hispanic, and the other asked them to describe their race using the categories used in the US Census.





130.  We then asked respondents, "In which state or U.S. territory do you live?" with a dropdown menu giving all 50 states, Washington D.C., Puerto Rico, and "I do not reside in the United States" as options. Quota sampling was used to ensure that we obtained sufficient responses from the Midwest, Northeast, South, and Western regions of the US.



131.  We next asked respondents what topics they had taken a survey on in the last 30 days to ensure that individuals who might have taken a survey on a similar topic (non-alcoholic beverages) were not different in their perceptions of or preferences for lite iced tea lemonade beverages.



In the last 30 days, have you taken a survey about any of the following topics? Please select all that apply.

Alcoholic beverages

Non-alcoholic beverages

Butter, margarine, oil, and/or shortening

Non-stick cooking sprays

Fresh fruits and vegetables

Cereal products

None of the above

132.  Next, we asked respondents if they or anyone in their family worked for specific industries to test whether respondents who worked in a given industry were different from others in their perceptions regarding lite iced tea lemonade beverages.

DocuSign Envelope ID: 91B74C7B-0615-4395-818F-096B8955B1635



133.  Next, we assessed the consumer's role in purchasing groceries for their household by asking, "which of the following best describes your role when it comes to buying groceries for your household?" Respondents who indicated that someone else did all of the shopping for groceries in their household were screened out of the survey.

Which of the following best describes your role when it comes to buying groceries for your household?

I do all of the grocery shopping for my household

I do most of the grocery shopping for my household

I do some, but not most, of the grocery shopping for my household

I do not do any grocery shopping for my household.

134.   Next, we asked respondents to indicate which products they had purchased for their own personal consumption in the last 12 months. Five broad categories of beverages were included to prevent consumers from guessing which product category was the subject of the survey. Only individuals who indicated that they had purchased "Noncarbonated, flavored, sweetened beverages (e.g. flavored and sweetened iced tea, blended coffee beverages, fruit drinks, energy drinks, sports drinks)" in the last 12 months were permitted to continue the study; all others were screened out as not being in the target population for the study.

In the last 12 months, which of the following products have you purchased for your own personal consumption? Please select all that apply.

| Alcoholic beverages |
|---|

| Bottled water |
|---|

| Carbonated soft drinks |
|---|

| Flavored water beverages |
|---|

| Noncarbonated flavored, sweetened beverages (e.g. flavored and sweetened iced tea, blended coffee beverages, fruit drinks, energy drinks, sports drinks) |
|---|

| None of the above |
|---|

135.  Next, we asked respondents to provide more detailed information regarding which types of noncarbonated flavored, sweetened beverages they had purchased for their own personal consumption in the last 12 months. Six different beverages were included to prevent consumers from guessing which specific product type was the subject of the survey. Only individuals who indicated that they had purchased "Flavored, sweetened iced tea beverages (including mixtures of iced & lemonade or iced tea & juice)" in the last 12 months were permitted to continue the study; all others were screened out as not being in the target population for the study.

In the last 12 months, which of the following types of noncarbonated flavored, sweetened beverages have you purchased for your own personal consumption? Please select all that apply.

Flavored, sweetened iced tea beverages (including mixtures of iced tea & lemonade or iced tea & juice)

Flavored, sweetened hot tea beverages

Flavored, sweetened cold, iced, or blended coffee beverages

Flavored, sweetened hot coffee beverages

Fruit drinks (e.g. juice, nectar, lemonade, fruit punch)

Energy drinks or sports drinks

None of the above

136.  Next, we assessed the frequency of purchase of flavored, sweetened iced tea beverages for respondents. This control variable allowed us to assess whether purchase frequency of the product category was associated with different preferences and perceptions regarding the caloric and sugar content of lite iced tea lemonade.

How often do you typically purchase flavored, sweetened iced tea beverages for your own
personal consumption?

Once a week or more

About two to three times a month

About once a month

A few times a year

About once a year

Less often than once a year

C.   Distractor Task

137.   The next three questions were designed to distract the respondent from the real
purpose of the study. Distractor tasks are commonly used in experimental research to ensure that
respondents give unbiased answers to the experimental questions (Allen 2017). In this study, we
told respondents, "Now we're going to ask you some questions about a new iced tea product. This
product is not yet for sale. We would appreciate hearing your honest thoughts about this potential
product. There are no right or wrong answers, and we thank you in advance for your opinions."
This opening statement is similar to those found in new product development studies, and was
intended to persuade respondents that the purpose of this study was to research consumer
perceptions about a new product, rather than for purposes of litigation.

138.   The next questions were as follows: "Please imagine that while you were grocery
shopping, you came across a new flavor of flavored, sweetened iced tea: First Choice Acai Berry
Iced Tea. The back of the package states, 'A refreshing delicious fruity iced tea made with acai
superfruit.' How likely or unlikely would you be to purchase this product?" The fictional product

description in this scenario was adapted from language used by different providers of iced tea products on their product packaging.



Now we're going to ask you some questions about a new iced tea product. This product is not yet for sale. We would appreciate hearing your honest thoughts about this potential product. There are no right or wrong answers, and we thank you in advance for your opinions.

Please imagine that while you were grocery shopping, you came across a new flavor of flavored, sweetened iced tea: First Choice Acai Berry Iced Tea. The back of the package states,

"A refreshing delicious fruity iced tea made with acai superfruit."

How likely or unlikely would you be to purchase this product?

Would definitely purchase

Would probably purchase

Might or might not purchase

Would probably not purchase

Would definitely not purchase

139.  We also asked about consumers' perceptions of the proposed product. The results of these questions were not important to the study and were not considered in the analysis, as their purpose was simply to disguise the true objectives of the survey experiment.

In general, how much do you like or dislike beverages that are acai flavored?

| |
|---|
| Like a great deal |
| Like somewhat |
| Neither like nor dislike |
| Dislike somewhat |
| Dislike a great deal |
| Don't know |

Please indicate how much you agree or disagree with the following statements.

| | Strongly agree | Somewhat agree | Neither agree nor disagree | Somewhat disagree | Strongly disagree |
|---|---|---|---|---|---|
| Acai-flavored beverages are good for your health | ○ | ○ | ○ | ○ | ○ |
| Acai-flavored beverages are rich in antioxidants | ○ | ○ | ○ | ○ | ○ |
| Acai-flavored beverages are too expensive | ○ | ○ | ○ | ○ | ○ |
| Superfruit-flavored beverages are better for you than beverages flavored without superfruits | ○ | ○ | ○ | ○ | ○ |

D.  Experiment 1:  Consumer Perceptions

140.  Consumers were next randomly assigned to view one of six scenarios (experimental conditions: four for Experiment 1: Consumer Perceptions, two for Experiment 2: Consumer Preference, as the two experiments were run in parallel). The first and second conditions in Experiment 1 specifically tested different product labeling for Arnold Palmer Lite Half & Half

39

Iced Tea Lemonade. Images for the Condition 1 manipulation were found on the websites of online retailers for the Product.

141.  Condition 1 used the original Arnold Palmer label to assess consumer perceptions of the caloric and sugar content present in the Product. Two questions were asked to respondents, presented in a random order. To assess perceived number of calories present, respondents were asked to imagine that they were shopping for flavored, sweetened iced tea beverages and saw the following product on the shelf. They were asked to examine the product label, then to "indicate what you believe the product label is communicating about how many <u>calories</u> are present in this product. Specifically, please think about what the use of the statement, 'Arnold Palmer LITE Half & Half Iced Tea Lemonade' means with regard to <u>how many calories are present in one serving size (12 fl oz)</u> of this product. Based on the product label, which of the following do you believe best describes the <u>caloric content</u> of this beverage? One serving size (12 fl oz) of this beverage contains…"

142.  Respondents were then asked to choose from the closed-ended answer options of, "No calories (0 to 4 calories)," "A low amount of calories (5 to 39 calories)," "A moderately low amount of calories (40 to 79 calories)," "A moderately high amount of calories (80 to 119 calories)," "A high amount of calories (120 to 159 calories)," "A very high amount of calories (160+ calories)," or "The product label contains no information about the caloric content of this beverage." The first six options constitute a 6-point scale, while the last option is not included in the rating scale.

143.  To assess perceived amount of added sugar present, respondents were asked to imagine that they were shopping for flavored, sweetened iced tea beverages and saw the following product on the shelf. They were asked to examine the product label, then to "indicate what you

DocuSign Envelope ID: 81B74C7B-0615-4395-818F-096B8955B1635

believe the product label is communicating about how much <u>added sugar</u> is present in this product. Specifically, please think about what the use of the statement, 'Arnold Palmer LITE Half & Half Iced Tea Lemonade' means with regard to <u>how many grams of added sugar are present in one serving size (12 fl oz)</u> of this product. Based on the product label, which of the following do you believe best describes the <u>amount of added sugar</u> in this beverage? One serving size (12 fl oz) of this beverage contains…"

144.  Respondents were then asked to choose from the closed-ended answer options of, "No added sugar (0 to .4 grams)," "A low amount of added sugar (.5 to 3.5 grams, 7% or less of recommended daily value)," "A moderately low amount of added sugar (4 to 10.5 grams; 8% to 21% of recommended daily value)," "A moderately high amount of added sugar (11 to 17.5 grams; 22% to 35% of recommended daily value)," "A high amount of added sugar (18 to 24.5 grams; 36% to 49% of recommended daily value)," "A very high amount of added sugar (25+ grams; 50%+ of recommended daily value)," or "The product label contains no information about the caloric content of this beverage."

145.  We chose to use a closed-ended rather than an open-ended question format for these questions based on the psychology of how individuals respond to questionnaire-based research (Bradburn et al. 2004, Tourangeau et al. 2000, Dillman et al. 2014). Closed-ended questions are those that articulate all possible choices that respondents can choose from. Open-ended questions do not have specified answer choices, instead leaving a space for respondents to write an answer in their own words. Closed-ended questions are less cognitively burdensome than are open-ended questions and thus easier for respondents to answer accurately. Since respondents vary in their levels of interest in the survey, literacy, and ability to put their thoughts into words, they will also vary in their ability to give complete, accurate, and valid answers to an open-ended question.

DocuSign Envelope ID: 91B74C7B-9645-4395-81BF-096B8855B1635

146.  Closed-ended questions are therefore more accurate, reliable, and valid if they are created to have mutually exclusive and exhaustive options that are non-biasing. Mutually exclusive options means that answer categories do not overlap (only one answer can be logically chosen, e.g. "X" and "Not X" are mutually exclusive). Exhaustive options are ones that cover all possibilities of responses a respondent might give, so that respondents can accurately choose a statement that describes their view (often done by including an "other," "don't know," or "none of these" option).

147.  For our analysis, we have been asked to assume that the Defendant's Product contains 80 calories and 18 grams of added sugar in one 12 fl oz serving size. Consequently, if consumers select options 1, 2, or 3 on the 6 point scale of perceived calories (from "no calories (0 to 4 calories)" to "a moderately low amount of calories (40 to 79 calories)," it indicates consumer confusion regarding calories that may be associated with the product labeling. Similarly, if consumers select options 1, 2, 3, or 4 on the 6 point scale of perceived added sugar (from "no added sugar (0 to .4 grams)" to "a moderately high amount of added sugar (11 to 17.5 grams; 22% to 35% of recommended daily value)," it indicates consumer confusion regarding added sugar that may be associated with the product labeling.

148.   It is important to measure confusion in an unbiased fashion. We therefore designed the scales to have symmetrical response options, and provided a separate option for "the product label contains no information" regarding the topic at hand. We did this to ensure that respondents do not feel led to answer in one particular way to a question, that they have a valid option to choose if they do not believe that any of the scale points fit their beliefs, and that the scale itself does not push respondents toward a more or less positive view of the caloric and sugar content present in the product.

149. In our analysis regarding calories, we examine the proportion of individuals who answer less than 4 on the 6 point scale ("no calories" to "a moderately low amount of calories") compared to all others who answered the question (including those who answered that the product label "contains no information"). In our analysis regarding added sugar, we examine the proportion of individuals who answer less than 5 on the 6 point scale ("no added sugar" to "a high amount of added sugar") compared to all others who answered the question (including those who answered that the product label "contains no information"). This allows us to separate the percentage of respondents who were confused in a way that is potentially indicative of label confusion from those who were not. We also analyze the mean level of perceived calories and perceived added sugar content (excluding those who indicated that the product label did not contain any information). Due to the symmetric nature of the scales, the exhaustive list of potential answers, and presence of the "no information" option for respondents to select, we are confident that our response options provide an unbiased and meaningful measure of consumer confusion.

Now please imagine that you are shopping for **flavored, sweetened iced tea beverages** and see the following product on the shelf. Please take a moment to examine the following product label.



Based on the product label that you just saw, please indicate what you believe the product label is communicating about how many <u>calories</u> are present in this product. Specifically, please think about what the use of the statement, "Arnold Palmer LITE Half & Half Iced Tea Lemonade" means with regard to <u>how many calories are present in one serving size (12 fl oz)</u> of this product.

Based on the product label, which of the following do you believe best describes the <u>caloric content</u> of this beverage?

One serving size (12 fl oz) of this beverage contains...



No calories (0 to 4 calories)

A low amount of calories (5 to 39 calories)

A moderately low amount of calories (40 to 79 calories)

A moderately high amount of calories (80 to 119 calories)

A high amount of calories (120 to 159 calories)

A very high amount of calories (160+ calories)

The product label contains no information about the caloric content of this beverage

Now please imagine that you are shopping for **flavored, sweetened iced tea beverages** and see the following product on the shelf. Please take a moment to examine the following product label.

45



Based on the product label that you just saw, please indicate what you believe the product
label is communicating about how much <u>added sugar</u> is present in this product. Specifically,
please think about what the use of the statement, "Arnold Palmer LITE Half & Half Iced Tea
Lemonade" means with regard to <u>how many grams of added sugar are present in one
serving size (12 fl oz)</u> of this product.

Based on the product label, which of the following do you believe best describes the
<u>amount of added sugar</u> in this beverage?

One serving size (12 fl oz) of this beverage contains...

| |
|---|
| No added sugar (0 to .4 grams) |
| A low amount of added sugar (.5 to 3.5 grams; 7% or less of recommended daily value) |
| A moderately low amount of added sugar (4 to 10.5 grams; 8% to 21% of recommended daily value) |
| A moderately high amount of added sugar (11 to 17.5 grams; 22% to 35% of recommended daily value) |
| A high amount of added sugar (18 to 24.5 grams; 36% to 49% of recommended daily value) |
| A very high amount of added sugar (25+ grams; 50%+ of recommended daily value) |
| The product label contains no information about the caloric content of this beverage |

150.  In addition, we do not simply report levels of confusion in one condition, but test
whether this amount of confusion differs for Arnold Palmer versus a fictional brand, and for the
original label versus an edited one that includes the statement, "1/3 less calories than Arnold
Palmer." In Condition 2, we modified the Product's label via digital graphical editing software to
include the above statement below the label "LITE." This type of editing for comparison of product

labels with and without a given feature is best practices for experiments of this type.[7]

151.  By comparing the percentage of individuals who believe that the Product contains less than 80 calories and 18 grams of added sugar, and comparing the average level of perceived calories and added sugar on the 6-point scales, we can statistically assess the importance of including a label that states "1/3 less calories than Arnold Palmer" on the Product label.

> Now please imagine that you are shopping for **flavored, sweetened iced tea beverages** and see the following product on the shelf. Please take a moment to examine the following product label.

---

[7] Per Diamond and Swann (2012), best practices for a control cell to test false advertising are as follows: "In the test cell, the respondents see the advertising as it exists. In the control cell(s), the respondents are shown either a modified version of the original advertisement or, in some cases, another real advertisement. Where modified ads are shown, they are typically designed to directly refute the claimed false inference. For example, a disclaimer that appears less than prominently in the original ad may be modified to make the disclaimer much more prominent in the control cell ad...In a survey the modified advertisement is used only to estimate the survey artifacts, and the difference between the defendant's advertisement and a modified advertisement can be a reliable "net of noise" predictor of real-world perceptions." (p. 228)



Based on the product label that you just saw, please indicate what you believe the product label is communicating about how many <u>calories</u> are present in this product. Specifically, please think about what the use of the statement, "Arnold Palmer LITE 1/3 LESS CALORIES THAN ARNOLD PALMER Half & Half Iced Tea Lemonade" means with regard to <u>how many calories are present in one serving size (12 fl oz)</u> of this product.

Based on the product label, which of the following do you believe best describes the <u>caloric content</u> of this beverage?

One serving size (12 fl oz) of this beverage contains...



No calories (0 to 4 calories)

A low amount of calories (5 to 39 calories)

A moderately low amount of calories (40 to 79 calories)

A moderately high amount of calories (80 to 119 calories)

A high amount of calories (120 to 159 calories)

A very high amount of calories (160+ calories)

The product label contains no information about the caloric content of this beverage

Now please imagine that you are shopping for **flavored, sweetened iced tea beverages** and see the following product on the shelf. Please take a moment to examine the following product label.



Based on the product label that you just saw, please indicate what you believe the product label is communicating about how much underlined added sugar is present in this product. Specifically, please think about what the use of the statement, "Arnold Palmer LITE 1/3 LESS CALORIES THAN ARNOLD PALMER Half & Half Iced Tea Lemonade" means with regard to how many grams of added sugar are present in one serving size (12 fl oz) of this product.

Based on the product label, which of the following do you believe best describes the amount of added sugar in this beverage?

One serving size (12 fl oz) of this beverage contains...

No added sugar (0 to .4 grams)

A low amount of added sugar (.5 to 3.5 grams; 7% or less of recommended daily value)

A moderately low amount of added sugar (4 to 10.5 grams; 8% to 21% of recommended daily value)

A moderately high amount of added sugar (11 to 17.5 grams; 22% to 35% of recommended daily value)

A high amount of added sugar (18 to 24.5 grams; 36% to 49% of recommended daily value)

A very high amount of added sugar (25+ grams; 50%+ of recommended daily value)

The product label contains no information about the caloric content of this beverage

152.    We next broaden our experiment to test whether the Product has different or similar levels of confusion to a fake brand. This allows us to test whether there is a unique brand effect for Arnold Palmer beverages. As such, Condition 3 is the same as Condition 1, but uses the fictitious "First Choice" brand and image. Since this brand does not exist, consumers will have no brand knowledge of the number of calories or grams of added sugar present in the product, and thus it is useful to establish a baseline for the amount of confusion to be expected when a brand uses the claims made by the Product on its label.

DocuSign Envelope ID: 91B74C7B-0615-4395-818F-096B8E5B1635

Now please imagine that you are shopping for **flavored, sweetened iced tea beverages** and see the following product on the shelf. Please take a moment to examine the following product label.



Based on the product label that you just saw, please indicate what you believe the product label is communicating about how many <u>calories</u> are present in this product. Specifically, please think about what the use of the statement, "LITE Half & Half Iced Tea Lemonade" means with regard to <u>how many calories are present in one serving size (12 fl oz)</u> of this product.

Based on the product label, which of the following do you believe best describes the <u>caloric content</u> of this beverage?

One serving size (12 fl oz) of this beverage contains...

No calories (0 to 4 calories)

A low amount of calories (5 to 39 calories)

A moderately low amount of calories (40 to 79 calories)

A moderately high amount of calories (80 to 119 calories)

A high amount of calories (120 to 159 calories)

A very high amount of calories (160+ calories)

The product label contains no information about the caloric content of this beverage

Now please imagine that you are shopping for **flavored, sweetened iced tea beverages** and see the following product on the shelf. Please take a moment to examine the following product label.



Based on the product label that you just saw, please indicate what you believe the product label is communicating about how much <u>added sugar</u> is present in this product. Specifically, please think about what the use of the statement, "LITE Half & Half Iced Tea Lemonade" means with regard to <u>how many grams of added sugar are present in one serving size (12 fl oz)</u> of this product.

Based on the product label, which of the following do you believe best describes the <u>amount of added sugar</u> in this beverage?

One serving size (12 fl oz) of this beverage contains...



153.    Similarly, Condition 4 is identical to Condition 2, except using the fictional "First Choice" brand and image, as shown below.

Now please imagine that you are shopping for **flavored, sweetened iced tea beverages** and see the following product on the shelf. Please take a moment to examine the following product label.



Based on the product label that you just saw, please indicate what you believe the product label is communicating about how many <u>calories</u> are present in this product. Specifically, please think about what the use of the statement, "LITE 1/3 LESS CALORIES THAN ARNOLD PALMER  Half & Half Iced Tea Lemonade" means with regard to <u>how many calories are present in one serving size (12 fl oz)</u> of this product.

Based on the product label, which of the following do you believe best describes the <u>caloric content</u> of this beverage?

One serving size (12 fl oz) of this beverage contains...

No calories (0 to 4 calories)

A low amount of calories (5 to 39 calories)

A moderately low amount of calories (40 to 79 calories)

A moderately high amount of calories (80 to 119 calories)

A high amount of calories (120 to 159 calories)

A very high amount of calories (160+ calories)

The product label contains no information about the caloric content of this beverage

Now please imagine that you are shopping for **flavored, sweetened iced tea beverages** and see the following product on the shelf. Please take a moment to examine the following product label.



Based on the product label that you just saw, please indicate what you believe the product label is communicating about how much <u>added sugar</u> is present in this product. Specifically, please think about what the use of the statement, "LITE 1/3 LESS CALORIES THAN ARNOLD PALMER Half & Half Iced Tea Lemonade" means with regard to <u>how many grams of added sugar are present in one serving size (12 fl oz)</u> of this product.

Based on the product label, which of the following do you believe best describes the <u>amount of added sugar</u> in this beverage?

One serving size (12 fl oz) of this beverage contains...

> No added sugar (0 to .4 grams)

> A low amount of added sugar (.5 to 3.5 grams; 7% or less of recommended daily value)

> A moderately low amount of added sugar (4 to 10.5 grams; 8% to 21% of recommended daily value)

> A moderately high amount of added sugar (11 to 17.5 grams; 22% to 35% of recommended daily value)

> A high amount of added sugar (18 to 24.5 grams; 36% to 49% of recommended daily value)

> A very high amount of added sugar (25+ grams; 50%+ of recommended daily value)

> The product label contains no information about the caloric content of this beverage

E.  Experiment 2:  Consumer Preference

154.  In our second experiment, we assessed the extent to which consumers preferred to purchase lite iced tea lemonade that is low calorie and low sugar (fewer than 40 calories and less than 3.5 grams of added sugar per serving) compared to lite iced tea lemonade that is not low calorie and low sugar (contains 80 calories and 18 grams of added sugar per serving). This experiment had two conditions. In both conditions, consumers were given the following instructions: "Now please imagine that you are going to the store to purchase flavored, sweetened iced tea beverages. You enter the store where you typically purchase iced tea beverages and see

two types of iced tea beverages sale. Please imagine that they are called LITE ICED TEA LEMONADE A and LITE ICED TEA LEMONADE B. These are the only types of iced tea beverages for sale, and you do not have time to go to a different store. Please imagine that LITE ICED TEA LEMONADE A and LITE ICED TEA LEMONADE B are the same price and are identical in every way except for one aspect. Specifically, the phrase "lite" means different things in these two products."

155. In Condition 1 of this experiment, respondents were told, "Specifically, LITE ICED TEA LEMONADE A is a low calorie and low sugar beverage, containing fewer than 40 calories per serving and less than 3.5 grams of added sugar per serving (less than 7% of the recommended daily value for added sugar). LITE ICED TEA LEMONADE B is not a low calorie or low sugar beverage, containing 80 calories per serving and 18 grams of added sugar per serving (36% the recommended daily value for added sugar). Assuming that these were the only two options of iced tea beverages available, would you prefer to purchase LITE ICED TEA LEMONADE A, LITE ICED TEA LEMONADE B, or would you not purchase either of them?" A table presenting this information was then displayed.

156. In Condition 2, these flavor options were presented in reverse order, as follows: "Specifically, LITE ICED TEA LEMONADE A is not a low calorie or low sugar beverage, containing 80 calories per serving and 18 grams of added sugar per serving (36% the recommended daily value for added sugar). LITE ICED TEA LEMONADE B is a low calorie and low sugar beverage, containing fewer than 40 calories per serving and less than 3.5 grams of added sugar per serving (less than 7% of the recommended daily value for added sugar). Assuming that these were the only two options of iced tea beverages available, would you prefer to purchase LITE ICED TEA LEMONADE A, LITE ICED TEA LEMONADE B, or would you not purchase either of

them?

157.  By randomizing the order in which respondents were exposed to the condition that included butter, we remove the possibility of bias due to order effects.

158.  In each of these two conditions, respondents were shown a table with relevant characteristics of the product packages in question, including product name, price, size, servings per container, calories, and added sugar. The product name, price, size, and servings per container were copied from an online retailer for Arnold Palmer Lite Iced Tea Lemonade to ensure external validity of the experiment. For answer choices, respondents were able to select that they "Would purchase Lite Iced Tea Lemonade A," "Would purchase Lite Iced Tea Lemonade B," "Would NOT purchase either of these options," or "Don't know." We included both a "would not purchase" and a "don't know" option in order to not artificially inflate the number of people selecting that they would purchase lite iced tea lemonade with a given amount of calories and sugar.

159.  Conditions 1 and 2 for Experiment 2 are shown below in order.

Now please imagine that you are going to the store to purchase flavored, sweetened iced tea beverages. You enter the store where you typically purchase iced tea beverages and see two types of iced tea beverages for sale. Please imagine they are called LITE ICED TEA LEMONADE A and LITE ICED TEA LEMONADE B. These are the only types of iced tea beverages for sale, and you do not have time to go to a different store.

Please imagine that LITE ICED TEA LEMONADE A and LITE ICED TEA LEMONADE B are the same price and are identical in every way except for one aspect. Specifically, the phrase "lite" means different things in these two products. Specifically, LITE ICED TEA LEMONADE A is a low calorie and low sugar beverage, containing fewer than 40 calories per serving and less than 3.5 grams of added sugar per serving (less than 7% of the recommended daily value for added sugar). LITE ICED TEA LEMONADE B is not a low calorie or low sugar beverage, containing 80 calories per serving and 18 grams of added sugar per serving (36% the recommended daily value for added sugar).

|  | Lite Iced Tea Lemonade A | Lite Iced Tea Lemonade B |
|---|---|---|
| Product | Lite Iced Tea Lemonade | Lite Iced Tea Lemonade |
| Price | $0.99 | $0.99 |
| Size | 23 fluid ounces | 23 fluid ounces |
| Servings per container | 2 | 2 |
| Calories | 38 per serving | 80 per serving |
| Added Sugar | 3.4g per serving | 18g per serving |

Would purchase Lite Iced Tea Lemonade A

Would purchase Lite Iced Tea Lemonade B

Would NOT purchase either of these options

Don't know

DocuSign Envelope ID: 81B74C7B-0615-4395-818F-096B8E5B1635

Now please imagine that you are going to the store to purchase flavored, sweetened iced tea beverages. You enter the store where you typically purchase iced tea beverages and see two types of iced tea beverages for sale. Please imagine they are called LITE ICED TEA LEMONADE A and LITE ICED TEA LEMONADE B. These are the only types of iced tea beverages for sale, and you do not have time to go to a different store.

Please imagine that LITE ICED TEA LEMONADE A and LITE ICED TEA LEMONADE B are the same price and are identical in every way except for one aspect. Specifically, the phrase "lite" means different things in these two products. Specifically, LITE ICED TEA LEMONADE A is not a low calorie or low sugar beverage, containing 80 calories per serving and 18 grams of added sugar per serving (36% the recommended daily value for added sugar). LITE ICED TEA LEMONADE B is a low calorie and low sugar beverage, containing fewer than 40 calories per serving and less than 3.5 grams of added sugar per serving (less than 7% of the recommended daily value for added sugar).

|  | Lite Iced Tea Lemonade A | Lite Iced Tea Lemonade B |
|---|---|---|
| Product | Lite Iced Tea Lemonade | Lite Iced Tea Lemonade |
| Price | $0.99 | $0.99 |
| Size | 23 fluid ounces | 23 fluid ounces |
| Servings per container | 2 | 2 |
| Calories | 80 per serving | 38 per serving |
| Added Sugar | 18g per serving | 3.4g per serving |

Would purchase Lite Iced Tea Lemonade A

Would purchase Lite Iced Tea Lemonade B

Would NOT purchase either of these options

Don't know

F.   Demographics

160.   After responding to the experimental portion of the survey above, respondents were asked additional demographic questions. First, they were asked which brands of flavored, sweetened iced tea beverages they had purchased in the last 12 months for their own personal

consumption. This question was asked to establish product category familiarity, as well as brand-specific familiarity. We were therefore able to test whether the answers to the experimental manipulations were different for individuals who were purchasers versus non-purchasers of the Arizona brand.

161. The order of the brands listed before the "Store Brand" and "Other Brand" options was randomized to prevent any bias due to order effects. (For instance, Arizona products could appear first, second, third, etc. in the list). The "Store Brand" and "Other Brand" options were always displayed last, after the randomized other elements in the list. The list of products was compiled through market research on nationally known brands of flavored, sweetened iced tea beverages sold in major retailers.

What brands of flavored, sweetened iced tea beverages have you purchased in the past 12 months for your own, personal consumption? Please select all that apply.

| Arizona |
| Gold Peak |
| Honest Tea |
| Pure Leaf |
| Snapple |
| Fuze |
| Lipton |



Next, respondents who indicated that they had purchased Arizona brand flavored, sweetened iced tea in the past 12 months were asked what specific Arizona iced tea products they had purchased in the past 12 months for their own personal consumption. Products were randomized in order to prevent bias due to order effects. We were therefore able to test whether the answers to the experimental manipulations were different for individuals who were purchasers versus non-purchasers of Defendant's Product.

Which types of Arizona iced tea have you purchased in the last 12 months for your own, personal use? Please select all that apply.

Diet Peach Tea

Red Apple Green Tea

Arnold Palmer Lite

Diet Arnold Palmer

Cranberry Tea

Arnold Palmer Southern Style

Arnold Palmer Strawberry

DocuSign Envelope ID: 91B74C7B-0645-4305-818E-096B8855B1635

Black & White Tea

Green Tea with Ginseng and Honey

Arnold Palmer (original)

Lemon Tea

Diet Green Tea with Ginseng

Southern Style Sweet Tea

Cold Brew Arnold Palmer

Cold Brew Green Tea

Cold Brew Lemon Tea



Cold Brew Peach Tea

Cold Brew Sweet Tea

Half & Half Iced Tea & Lemonade: Raspberry

Blueberry White Tea

Mandela Red Tea

Peach Tea

Diet Raspberry Tea

Diet Lemon Tea

Other flavor of Arizona iced tea

162.  Next, respondents were asked to report their education level, as this was used as a control variable in our analysis.



163. Next, we asked respondents to report their household income, as follows. This was used as a control variable in our analysis.



164. We then asked respondents whether or not they had read, seen, or heard any news regarding Arizona Beverages, USA in the last 30 days. This variable was used as a control, to assess whether awareness of the lawsuit or other news about Arizona impacted respondents' answers to the survey experiment.

Outside of this survey, have you read, seen, or heard any news regarding Arizona Beverages, USA in the last 30 days?

| Yes |
|---|

| No |
|---|

| Don't know |
|---|

165.   Finally, respondents were allowed to write comments or questions in an open-ended comment box. This allowed respondents to comment on the experiment or identify for the researchers if any problems or issues had occurred during the survey.

If you have any other comments or questions about this survey, please enter them here.

## VIII. ASSESSMENT OF DATA QUALITY

166.   On average, respondents took 624.7 seconds (10.4 minutes) to complete the survey. This is not unduly long or burdensome for online surveys (Dillman et al. 2014). Indeed, respondents who volunteered feedback were largely positive about the survey, with exemplars stating "I liked this survey," "great survey," and that "this survey was easy to do." As such, we do not believe that there are significant issues of data quality due to respondent fatigue or disinterest.

167.   Typically, people who "speed" through a survey (take a very short amount of time to complete the survey) are at risk of giving poorer responses than those who do not (Zhang and Conrad 2014). Because of this, we calculated a binary variable indicating whether individuals were at less than the 10th percentile of duration (311 seconds) and included it in our multivariate analysis

presented above. As such, we control for the presence of "speeders" in our multivariate analysis and can be confident that our conclusions regarding statistical significance are not adversely impacted by this variable.

168.   Tables of descriptive statistics for survey respondents are as follows. As shown, we obtained a sufficient number of respondents for each major demographic group to allow statistical testing to occur, though some smaller demographic groups were under-represented.

169.   To account for potential differences in perceptions of our focal variables, we included the demographic variables below in our analysis. We conducted multivariate testing to control for any additive impact of the below demographic variables on consumers' perceptions of benefits offered by the Product.

| Gender | | |
|---|---|---|
| | Frequency | Percent |
| Male | 289 | 47.5% |
| Female | 320 | 52.5% |
| Total | 609 | 100% |

| Age | | |
|---|---|---|
| | Frequency | Percent |
| 18-24 | 46 | 7.6% |
| 25-34 | 135 | 22.2% |
| 35-44 | 98 | 16.1% |
| 45-54 | 98 | 16.1% |
| 55-64 | 101 | 16.6% |
| 65+ | 131 | 21.5% |
| Total | 609 | 100% |

DocuSign Envelope ID: 91B74C7B-0615-4395-818F-096B8955B1635

| Hispanic | | |
|---|---|---|
| | Frequency | Percent |
| Non-Hispanic | 499 | 47.5% |
| Hispanic | 110 | 52.5% |
| Total | 609 | 100% |

| Race | | |
|---|---|---|
| | Frequency | Percent |
| White | 470 | 77.2% |
| Black | 85 | 14% |
| American Indian | 12 | 2% |
| Asian | 38 | 6.2% |
| Pacific Islander | 0 | 0% |
| Other | 27 | 4.4% |

| Region | | |
|---|---|---|
| | Frequency | Percent |
| Midwest | 125 | 20.5% |
| Northeast | 105 | 17.2% |
| South | 232 | 38.1% |
| West | 147 | 24.1% |
| Total | 609 | 100% |

| Frequency of Purchase of Flavored, Sweetened Iced Tea | | |
|---|---|---|
| | Frequency | Percent |
| Less often than once a year | 9 | 1.5% |
| About once a year | 7 | 1.1% |
| A few times a year | 69 | 11.3% |
| About once a month | 118 | 19.4% |
| About two to three times a month | 186 | 30.5% |
| Once a week or more | 220 | 36.1% |
| Total | 609 | 100% |

| Purchased Arizona Products? | | |
|---|---|---|
| | Frequency | Percent |
| Had not purchased any Arizona product in past 12 months | 234 | 38.4% |
| Had purchased at least one Arizona product in past 12 months | 375 | 61.6% |
| Total | 609 | 100% |

| Purchased Arnold Palmer Lite Iced Tea Lemonade? | | |
|---|---|---|
| | Frequency | Percent |
| Had not purchased in past 12 months | 551 | 90.5% |
| Had purchased in past 12 months | 58 | 9.5% |
| Total | 609 | 100% |

## IX.   CONCLUSIONS DRAWN

170.   Using our professional and academic experience and training, we designed and conducted a valid and reliable survey experiment that tested consumer perceptions regarding the calories and added sugar present in Arnold Palmer Lite Half & Half Iced Tea Lemonade, and the importance of a beverage being low calorie and low sugar versus not for their choice preferences.

171.   We followed best practices and academic guidelines to minimize Total Survey Error (Groves 2005) in the creation and fielding of this survey, and conducted pretests to ensure that it was understood by the target market and able to be completed accurately.

172.   The sample was selected according to rigorous standards and quotas to enable statistical assessment within demographic groups as well as testing of any differences between them. We cleaned, coded, and analyzed the data based on our training, experience, and best practices.

173.   We therefore believe that the survey presented above provides a valid and reliable estimate of the perceptions of purchasers of flavored, sweetened iced tea with regard to: (1) the

amount of calories present in the Product, (2) the amount of added sugar present in the product, and (2) preferences for lite iced tea lemonade that is low calorie and low sugar versus not.

174.  Overall, the survey indicates that about half of the target market for Defendant's Product believes that the product contains fewer than 80 calories, and that 70% or more of the target marketing for Defendant's Product believes that the product contains less than 18 grams of added sugar.

175.  These results held for the general target market, for consumers who had previously purchased Arizona products, and consumers who had previously purchased Defendant's Product.

176.  The addition of the statement, "1/3 less calories than Arnold Palmer" significantly increased the percentage of consumers who believed that the Product contained fewer than 80 calories (p<.05), and did not statistically impact the percentage of consumers who believed that the Product contained less than 18 grams of sugar. There were no differences in effect for the Arizona brand versus for a fictional brand.

177.  Finally, we found that over 70% of consumers overall and past purchasers of Arizona products would rather purchase lite iced tea lemonade that is low calorie and low sugar compared to a product that contains 80 calories and 18 grams of added sugar.

178.  Based on the results of this study, we conclude that the number of calories and amount of added sugar matters to a large majority of the target market for the Product, and that there was significant confusion with regard to the caloric content and sugar content in the Product for its target market, including past purchasers.

## X.    PROPOSED METHODS FOR PRICE PREMIUM STUDIES

179.   A reasonable next step for research would be to measure the amount that consumers would be willing to pay for lite iced tea lemonade that they believed to contain different amounts of calories and added sugar.

180.   In marketing research, this is commonly assessed through conjoint analysis (Green and Srinivasan 1990).

181.   In econometric analysis, this is commonly assessed through hedonic analysis of actual pricing data. In this section, we lay out proposed methods we would follow in performing both of these types of studies and analysis.

### A.    Overview of Conjoint Analysis

182.   Conjoint analysis is a standard practice in marketing research for identifying the unique impact of one product factor, such as size, price, color, or other attribute of a product, on willingness to purchase this item.

183.   In a conjoint analysis, survey methodology is used to select respondents who are in the target market for a given product and who are therefore assumed to be familiar with the various attributes that products in the product category may have, such as brand name, price, color, size, style, material, and so forth. Individuals are then presented with numerous tasks where they are asked to choose between a small number (typically 3-4) of hypothetical products and indicate which they would purchase, or whether they would not purchase any of these products.

184.   In a choice task, each hypothetical product has a list of "**attributes**" (e.g. size) that have a given "**level**" (e.g. small, medium, large). All hypothetical products in a given choice task have the same attributes, but the levels of these attributes differ. For instance, a roasted almonds company might show respondents products with different hypothetical flavor, color, size, and price

76

DocuSign Envelope ID: 91B74C7B-0615-4395-818F-096B9855B1635

variations. Flavor, color, size, and price are the attributes of this study, while "6 oz" and "4 oz" might be the levels of the attribute "size."

185.   A consumer might first be asked to choose between, for instance, Product 1: Sweet Cinnamon flavor, yellow color, 6 oz, $4.99; Product 2: Sweet Cinnamon flavor, red color, 4 oz, $3.99; or Product 3: Smoked flavor, red color, 6 oz, $4.99. Next, that same customer might be asked to choose between Product 1, Product, 2, and Product 4: Smoked flavor, yellow color, 4 oz, $3.99. This choice-based data collection allows researchers to isolate and measure the specific utility to consumers of each given attribute level of a hypothetical product, such as "red color" and "6 oz size." For instance, appropriate statistical analysis and use of a market simulator might reveal that there is a $.10 price premium associated with yellow product label coloring, but a $.25 price premium associated with red product label coloring.

186.   Because it would be cognitively burdensome for consumers to choose between every combination of each attribute level that is being tested in a new hypothetical product, conjoint analysis uses statistical processes to select smaller combinations of product attribute levels that still allow for statistical analysis of the value of each attribute level to be made. The process of choice-based conjoint analysis thus creates a large dataset of multiple choice preferences for many potential consumers that collectively generates thousands of datapoints.

187.   To statistically identify how much consumers are willing to pay for each given component of a product's makeup, we would use hierarchical Bayes regression analysis (Raudenbush & Bryk 2002) or similar appropriate statistical methodology to assess consumers' preferences for different attribute levels of a product. We would additionally use a market simulator that models consumer choice at different price points to identify the predicted price premium associated with specific product attribute levels.

188.  If requested, we would conduct market research on current product attribute levels for Defendant's Product, then create, pretest, have fielded, analyze, and create a report on the results of a conjoint analysis to determine any market price premium associated with lite iced tea lemonade that states versus does not state "1/3 less calories than Arnold Palmer," or any other comparison as requested.

B.  Proposed Steps for Conducting the Conjoint Analysis Survey

189.  If requested to do so, we will design and create a price premium survey following best practices for survey methodology as laid out in Biemer & Lyberg (2003), Diamond and Swann (2012), Dillman et al. (2014), Tourangeau et al. (2000), and Groves (2005). We will also follow best practices for general conjoint analysis as laid out in Green and Srinivasan (1990) and more specific best practices for the conjoint analysis software being used (Sawtooth Software) (Orme 2002, 2010; Orme and Chrzan 2017; Sawtooth Software Technical Paper Series 2009).

190.  If we conducted this survey, we would first identify the target population. We expect that the target population for this study would be defined as US adult (age 18+) consumers who had previously purchased Defendant's Products in the past 12 months for their household's use. This would be an appropriate conservative choice of target population, as it would limit respondents to those with actual practice in choosing the Defendant's Product compared to its competitors in the marketplace. Before creating the survey, we would determine if adjustments to this target population definition were warranted based on changing conditions or additional information.

191.  Second, we would create a screening survey using Qualtrics to ensure that only members of the identified target population above took the survey. Screening criteria would involve being at least 18 years of age, residing in the US, having purchased Defendant's Products

in the past 12 months, and selecting a gender of either male or female. We would also employ quota sampling based on gender, race and ethnicity, and age to gather sufficient numbers of individuals in each category to be able to statistically identify any impact of these demographic variables on our outcomes, and to be able to statistically extrapolate from the sample results to the wider population.

192.   A further component of this screening survey will include a distractor task to hide the true purpose of the survey from respondents. As in the consumer survey described earlier in this report, consumers will be asked questions about their perceptions of a fictional iced tea product ("First Choice Acai Berry Iced Tea") and how this product might be used if brought to market. These questions will be similar to those that customers would see in a real new product development study and should thus serve to disguise the purpose of the study.

193.   Third, we would use Sawtooth Software to create the conjoint analysis component of the survey. Sawtooth Software is the market leader for conducting professional, high quality conjoint analysis and has an advanced platform that allows researchers to tailor and design the conjoint analysis to fit the needs of their project. Using this software, we would design a set of simulated products. In doing so, we would create an optimum number of simulated products that would both not place an excessive cognitive burden on respondents and also gather a large enough dataset of respondent choices for analysis. We anticipate showing respondents three hypothetical products in each choice task (rather than four) and asking respondents to complete approximately 12 choice tasks (rather than up to 20, as is sometimes done in conjoint analysis) to help prevent extreme cognitive burden.

194.   We would identify relevant product attributes and levels thereof for the hypothetical products by conducting market research of the product category to establish external validity of

the simulated products. Currently, we anticipate using the following attributes and levels, though this could be fine-tuned based on cognitive interviews, changing market conditions, or additional information: Brand (Arnold Palmer, First Choice), Price (varied in statistically appropriate increments based on current market prices), Size (held constant, e.g. 30.8 oz), and presence or absence of the statement, "1/3 less calories than Arnold Palmer,".

195. Fourth, we would conduct at least five cognitive interviews using the survey instrument to identify any areas of confusion for respondents. Cognitive interviews would take place by having interviewees each read aloud the instructions and then discuss their thought process regarding how they are answering the questions for the survey and each choice task for the conjoint analysis. Based on the results of the cognitive interviews, the survey wording and instructions might be modified to decrease the likelihood of measurement error.

196. Fifth, we would pretest the survey with approximately fifty respondents. This would allow us to identify any potential problems with the technical survey coding or other mechanical errors.

197. Sixth, after addressing any issues identified in the pretest, we would field the survey using a panel provider. We anticipate using the panel provider Dynata, which is used to working with conjoint analysis surveys and providing large samples of consumers who fit whatever screening criteria are required for these types of studies. To protect the double-blind nature of the study, neither the respondents nor the individuals responsible for recruiting respondents in the panel provider would be informed regarding the sponsorship of the study. We would seek to acquire sufficient data in all quota categories to allow for precise estimation of price premium information across demographic groups. We would then review the data to identify any issues of quality.

198.  Seventh, we would analyze the data using appropriate statistical methods (e.g., hierarchical Bayes regression analysis, a market simulator) to identify any predicted price premiums associated with the "1/3 less calories than Arnold Palmer" statement attribute's various levels.

199.  Finally, we would anticipate writing a report detailing our methods, results, and the conclusions of our price premium survey and analysis.

C. <u>Hedonic Pricing Model</u>

200.  Hedonic pricing, used at least as early as Haas (1922) and Court (1939), and re-popularized by Rosen (1974), is a technique used by economists to estimate the value of different characteristics of a good. It accomplishes this by comparing a set of products, their characteristics, and the prices of those goods. Using regression analysis, the price premiums, or hedonic prices, for each of the characteristics are estimated. In plain English, this means that we can estimate the additional price a consumer is willing to pay for each of these characteristics individually. There are numerous examples in the literature of using a hedonic pricing model to estimate price premiums in differentiated good products. For some examples, see Corsia and Strømb (2013) on organic wine; Kminoff, Zhang, and Rudi (2004) on green hotels; Maguire, Owens, and Simon (2004) on organic babyfood;  Schollenberg (2012) on Fair Trade coffee; and Phillips (2003) on internet domain names.

201.  With regards to the matter at hand, a hedonic price model can be used for the purposes of estimating the value gained by the Product's label without clearly including the statement "1/3 less calories than Arnold Palmer." Specifically, this would be accomplished by denoting the label with and without the edited statement included. If we account for all other price-relevant characteristics (for example, brand, flavor, size, etc.) along with not including the edited

statement, the resulting hedonic price estimate for the characteristic of not including the statement will give us a value of how much more a product was marked up compared to a similar product without this characteristic.

202.  To accomplish this, we would need to either find a relevant data set or gather data ourselves. The data should consist of different products and their characteristics.  Such data could be collected in various ways including retail product price surveys, review of online vendors, and perhaps from wholesalers or the producers directly.

203.  We would use these data to estimate a hedonic pricing model as described above and to write a report detailing our methods and findings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 8, 2023 | 12:38:16 PM EDT

Lynn Matthews, PhD

# REFERENCES

Allen, Mike (2017), *Sage Encyclopedia of Communication Research Methods*: SAGE.

Baker, Reg, Stephen J Blumberg, J Michael Brick, Mick P Couper, Melanie Courtright, J Michael
    Dennis, . . . Paul J. Lavrakas (2010), "Research Synthesis: Aapor Report on Online Panels," *Public
    Opinion Quarterly*, 74 (4), 711-781.

Biemer, Paul P, and Lars E Lyberg (2003), *Introduction to Survey Quality*: John Wiley & Sons.

Bradburn, Norman M, Seymour Sudman, and Brian Wansink (2004), *Asking Questions: The Definitive
    Guide to Questionnaire Design--for Market Research, Political Polls, and Social and Health
    Questionnaires*: John Wiley & Sons.

Burns, Alvin C, Ann Veeck, and Ronald F Bush (2017), *Marketing Research*: Pearson Essex.

Corsia, A., & Strømb, S. (2013). The Price Premium for Organic Wines: Estimating a Hedonic Farm-Gate
    Price Equation. *Journal of Wine Economics*, 8(1), 29-48.

Court, A.T. (1939). Hedonic Price Indexes with Automotive Examples. The Dynamics of Automobile
    Demand, 99-117, General Motors Corporation.

Diamond, Shari (2011), Reference Guide on Survey Research. In *Reference Manual on Scientific
    Evidence*: Third Edition: Federal Judicial Center/National Academy of Sciences.

Diamond, Shari S, and Jerre B Swann (2012), *Trademark and Deceptive Advertising Surveys: Law,
    Science, and Design*: American Bar Association, Section of Intellectual Property Law.

Dillman, Don A, Jolene D Smyth, and Leah Melani Christian (2014), *Internet, Phone, Mail, and Mixed-
    Mode Surveys: The Tailored Design Method*: John Wiley & Sons.

Gaines, Brian J, James H Kuklinski, and Paul J Quirk (2007), "The Logic of the Survey Experiment
    Reexamined," *Political Analysis*, 15 (1), 1-20.

Green, Paul E, and Venkat Srinivasan (1990), "Conjoint Analysis in Marketing: New Developments with
    Implications for Research and Practice," *Journal of Marketing*, 54 (4), 3-19.

Groves, Robert M (2005), *Survey Errors and Survey Costs*: John Wiley & Sons.

Haas, G. C. (1922). *Sale prices as a basis for farmland appraisal* (Vol. 9). University Farm.

Hosmer Jr, David W, and Stanley Lemeshow (2000), *Applied Logistic Regression* (Vol. 398): John Wiley
    & Sons.

Kuminoff, N. V., Zhang, C., & Rudi, J. (2010). Are travelers willing to pay a premium to stay at a
    "green" hotel? Evidence from an internal meta-analysis of hedonic price premia. *Agricultural and
    Resource Economics Review*, 39(3), 468-484.

Lohr, Sharon L (2021), *Sampling: Design and Analysis*: Chapman and Hall/CRC.

Maguire, K. B., Owens, N., & Simon, N. B. (2004). The price premium for organic babyfood: a hedonic
    analysis. *Journal of Agricultural and Resource Economics*, 132-149.

Orme, Bryan (2002), "Interpreting Conjoint Analysis Data," *Sawtooth Software Research Paper Series*.

Orme, Bryan (2010), *Getting Started with Conjoint Analysis: Strategies for Product Design and Pricing Research*. Madison, WI: Research Publishers.

Orme, Bryan, and Keith Chrzan (2017), *Becoming an Expert in Conjoint Analysis: Choice Modeling for Pros*: Research Publishers.

Ouellette, Judith A, and Wendy Wood (1998), "Habit and Intention in Everyday Life: The Multiple Processes by Which Past Behavior Predicts Future Behavior," *Psychological bulletin*, 124 (1), 54

Phillips, G. M. (2003). *A Hedonic Regression Model for Internet Domain Name Valuation*. Business Valuation Review, 22(2), 90-98.

Raudenbush, Stephen W, and Anthony S Bryk (2002), *Hierarchical Linear Models: Applications and Data Analysis Methods* (Vol. 1): sage.

Rosen, S. (1974). Hedonic prices and implicit markets: product differentiation in pure competition. *Journal of political economy*, 82(1), 34-55.

Ross, Stephen F. & Wayne S. DeSarbo (2014), *A Rapid Reaction to O'Bannon: The Need for Analytics in Applying the Sherman Act to Overly Restrictive Joint Venture Schemes* 119 Penn St. L. Rev. Penn Statim 43, available at http://www.pennstatelawreview.org/penn-statim/a-rapid-reaction-to-obannon-the-need-for-analytics-in-applying-the-sherman-act-to-overly-restrictive-joint-venture-schemes

Schollenberg, L. (2012). Estimating the hedonic price for Fair Trade coffee in Sweden. *British Food Journal*.

Schuman, Howard, and Stanley Presser (1996), *Questions and Answers in Attitude Surveys: Experiments on Question Form, Wording, and Context*: Sage.

Schwarz, Norbert Ed, and Seymour Ed Sudman (1996), *Answering Questions: Methodology for Determining Cognitive and Communicative Processes in Survey Research*: Jossey-Bass/Wiley.

Searle, Shayle R, F Michael Speed, and George A Milliken (1980), "Population Marginal Means in the Linear Model: An Alternative to Least Squares Means," *The American Statistician*, 34 (4), 216-221.

Shadish, William, Thomas D Cook, and Donald Thomas Campbell (2002), *Experimental and Quasi-Experimental Designs for Generalized Causal Inference*: Houghton Mifflin Boston, MA.

Sudman, Seymour (1995), "When Experts Disagree: Comments on the Articles by Jacoby and Szybillo and Stewart," *Journal of Public Policy & Marketing*, 14 (1), 29-34.

Tourangeau, Roger, Lance J Rips, and Kenneth Rasinski (2000), *The Psychology of Survey Response*: Cambridge University Press.

Willis, Gordon B, and Anthony R Artino Jr (2013), "What Do Our Respondents Think We're Asking? Using Cognitive Interviewing to Improve Medical Education Surveys," *Journal of graduate medical education*, 5 (3), 353-356.

Willis, Gordon B. (2005), Cognitive Interviewing: *A Tool for Improving Questionnaire Design*: Sage.

Zhang, Chan, and Frederick Conrad (2014), "Speeding in Web Surveys: The Tendency to Answer Very Fast and Its Association with Straightlining," *Survey research methods*, 8 (2), 127-135.

DocuSign Envelope ID: 91B74C7B-9645-4395-918E-096B8E5B1635

**APPENDIX A: Curriculum Vita for A. Lynn Matthews**

(Provided Separately)



# PHILLIPS, FRACTOR & COMPANY, LLC

ECONOMICS / STATISTICS / FINANCE
CONSULTING / RESEARCH / TESTIMONY
A Limited Liability Company

# A. LYNN MATTHEWS, PH.D.

April 2023

## Education

Ph.D. 2018    Marketing, University of Nebraska - Lincoln
              Dissertation: "Perceived Authenticity in Human-Branded Services"

M.S. 2013     Survey Research & Methodology, University of Nebraska - Lincoln
              Minor in Marketing

B.A. 2011     Sociology, Grove City College
              Minors in Business, Religion

## Research Interests

Managerially focused research on branding, with a focus on person-brands, branding for start-up and small firms, and consumer perceptions of firm behaviors that impact brand perceptions (e.g. CSR, controversy, scandal). I am also interested in mixed methods research, survey and questionnaire-based research, and other issues of methodology.

## Professional Memberships

American Marketing Association (AMA)
Academy of Marketing Science (AMS)
American Association for Public Opinion Research (AAPOR)

## Email

lmatthews@rule26.com

3452 East Foothill Blvd. Suite 220
Pasadena, California 91107-3154
T: (626) 744-3540 || O: www.rule26.com

DocuSign Envelope ID: 91B74C7B-0615-4395-81BF-096B8B55B1635



PHILLIPS,
FRACTOR
& COMPANY, LLC

ECONOMICS / STATISTICS / FINANCE
CONSULTING / RESEARCH / TESTIMONY
A Limited Liability Company

**Experience**

| | |
|---|---|
| Fall 2018 to: Present: | Assistant Professor<br>Department of Marketing<br>W. Frank Barton School of Business<br>Wichita State University (Kansas) |
| 2012 to present: | Consultant<br>Phillips, Fractor & Company, LLC (California) |
| Spr & Smr 2014:<br>Spr & Smr 2015:<br>Fall 2017: | Instructor<br>University of Nebraska – Lincoln |
| Summer 2012: | Survey Research Intern<br>David Nazarian College of Business and Economics<br>California State University, Northridge (California) |
| 2011 – 2013: | Gallup Research Scholar<br>University of Nebraska - Lincoln |
| 2010 – 2012: | Marketing Research Staff<br>Center for Computationally Advanced Statistical Techniques (c4cast)<br>Pasadena, CA |

**Courses Taught**

| | |
|---|---|
| Marketing Research | Principles of Marketing |
| International Marketing | Introductory Marketing |



PHILLIPS,
FRACTOR
& COMPANY, LLC

ECONOMICS / STATISTICS / FINANCE
CONSULTING / RESEARCH / TESTIMONY
A Limited Liability Company

**Publications**

"Brand Management of Natural Spaces: The Impact of Natural Space Authenticity on Consumer Outcomes."  A. Lynn Matthews, Seth Cockrell, and Kristen L. Walker.  *Journal of Public Policy & Marketing*.  DOI:  https://doi.org/10.1177/07439156231172517

"Signaling Authenticity for Frontline Service Employees."  A. Lynn Matthews and Meike Eilert. *Journal of Services Marketing*, 36(3): 416-431.

"Curtain Promises: Draped in Puffery?"  William Ingersoll, A. Lynn Matthews, and G. Michael Phillips. *Journal of Case Studies* 39(2): 44-53.

"When and How Frontline Service Employee Authenticity Influences Purchase Intentions." A. Lynn Matthews, Meike Eilert, Les Carlson, and Jim Gentry. (2020).  *Journal of Business Research*, 114(2020):111-123.

"Organizational Learning and Inter-Organizational Knowledge Transfer," in R. Dant and C. Ingene (Eds.)  Ravi Sohi and A. Lynn Matthews. *The Handbook of Research on Distribution Channels*. Edward Elgar Publishing 2019.

"What Are You Doing Now? Activity-Level Responses and Recall Failures in the American Time Use Survey."  Tarek Al Baghal, Robert Belli, A. Lynn Phillips, and Nick Ruther.  *Journal of Survey Statistics and Methodology* 2(4):519-537.

"Where, Oh Where Have the Vampires Gone? An Extension of the Tiebout Hypothesis to the Undead." In G. Whitman and J. Dow (Eds.).  A.L. Phillips, M. C. Phillips, and G. M. Phillips. *Economics of the Undead* (pp. 201-210). Lanham, MD: Rowman & Littlefield.

*The Quest of the Unaligned*. Mountain Home, AR: Borderstone Press, 2013. (Novel, includes pedagogical discussion and essay questions for use in undergraduate sociology classes)

"What's Good in Theory May Be Flawed in Practice: Potential Legal Consequences of Poor Implementation of a Theoretical Sample."  A. Lynn Phillips, G. Michael Phillips, Melanie S. Williams.   *Hastings Business Law Journal* 9(1):77-97.



# PHILLIPS, FRACTOR & COMPANY, LLC

ECONOMICS / STATISTICS / FINANCE
CONSULTING / RESEARCH / TESTIMONY
A Limited Liability Company

"The Impact of Neighborhood Ethnic Composition on Availability of Financial Planning Services." James T. Chong, A. Lynn Phillips, G. Michael Phillips.  *Journal of Financial Service Professionals* 65(6):71-83.

"The Persistence of Traditional Gender Stereotypes: Evidence from the Distribution of Academic Honors at a Female-Majority University."  A. Lynn Phillips, G. Michael Phillips.  *The American Journal of Business Education* 3(10):45-53.

"Homeschooling is an Art, not a Science: The Impact of Homeschooling on Choice of College Major."  A. Lynn Phillips.  *Sociological Viewpoints* 26(2):19-25.


**Working Papers**

"Sympathy or Shock: How Transgression Diagnosticity Impacts Consumer Behavioral Intentions Toward Person-Brands."  A. Lynn Matthews and Sarah S. F. Luebke. Status: Under review at the *Journal of Product and Brand Management*.

"I Promise You Can Trust Me:  The Impact of Political Promises on Voter Trust and Behavioral Intent".  A. Lynn Matthews and M. Christine Phillips.  Status: Under review at the *Journal of Services Marketing*.


**Conference Presentations (\*\*denotes presenter)**

"How to Be Real: Understanding and Assessing Enactment Strategies of Service Provider Authenticity." A. Lynn Matthews and Meike Eilert\*\*.  AMS National Conference (Virtual), Dec. 2020.

"How to Build Your Reputation: Survey Findings and Implications."  A. Lynn Matthews\*\* and Blaine Aikin.  Fi360 Conference for Investment Professionals (Virtual), May 2020.

"Entrepreneurship in Marketing: A Comprehensive Review of the Literature."  A. Lynn Matthews\*\* and Amit Saini. Global Research Symposium on Marketing and Entrepreneurship, August 2017.



PHILLIPS,
FRACTOR
& COMPANY, LLC

ECONOMICS / STATISTICS / FINANCE
CONSULTING / RESEARCH / TESTIMONY
A Limited Liability Company

"… And Here Are Pictures of My Last Vacation! Investigating the Disclosure of Personal Information of Entrepreneurs in Online Marketplaces."  A. Lynn Phillips**, Meike Eilert, and James Gentry.  Poster, ACR North America Conference, October 2015.

"Consumer Perceptions of Controversiality in Business."  A. Lynn Phillips** and Meike Eilert.  Poster, AMA Public Policy & Marketing Conference, June 2015.

"Everyday Consumption and Perceptions of Oldness: Barnhart and Penaloza Extended."  A. Lynn Phillips**, James Gentry, and Michelle Barnhart.  ACR Latin America Conference, July 2014.

"Troubles with Time-Use: Examining Potential Indicators of Error in the ATUS." A. Lynn Phillips**, Tarek al Baghal, and Robert Belli. AAPOR 68th Annual Conference, May 2013.

"What Are You Doing Now? Audit Trails and Activity Level Responses and Error in the American Time Use Survey."  T. al Baghal**, A. L. Phillips, N. Ruther, R.F. Belli, L. Stuart, A. Eck, and L-K Soh. AAPOR 68th Annual Conference, May 2013.

"Georgia on Their Minds: The Impact of War and Financial Crisis on Georgian Confidence in Social and Governmental Institutions."  A. Lynn Phillips**, Davit Tsabutashvili, and Allan L. McCutcheon. AAPOR 67th Annual Conference, May 2012.

"Homeschooling is an Art, not a Science: The Impact of Homeschooling on Choice of College Major."  A. Lynn Phillips*.  Pennsylvania Sociological Society 59th Annual Conference, October 2009.

## Awards and Honors

| | |
|---|---|
| Real Estate Research Fellow, Wichita State University | 2018-2020 |
| Dean's Fellowship, UNL College of Business Administration | 2017 |
| Fellowship, American Association of University Women, Lincoln Branch | 2017 |
| UNL College of Business Administration Graduate Student Research Award | 2017 |
| UNL Department of Marketing Award for Excellence in Teaching by a Graduate Student | 2016 |



# PHILLIPS, FRACTOR & COMPANY, LLC

ECONOMICS / STATISTICS / FINANCE
CONSULTING / RESEARCH / TESTIMONY
A Limited Liability Company

| | |
|---|---|
| UNL Department of Marketing Award for Excellence in Service by a Graduate Student | 2016 |
| Fellow, 2016 Haring Symposium, Indiana University (student presenter) | 2016 |
| UNL Department of Marketing Award for Excellence in Research by a Graduate Student | 2015 |
| Fellow, AMA-Sheth Doctoral Consortium, London Business School | 2015 |
| Doctoral Fellowship, University of Nebraska–Lincoln, Marketing Ph.D. Program | 2013-present |
| Graduate Research Assistantship, University of Nebraska– Lincoln, Survey Research and Methodology Program | 2011-2013 |
| Best Undergraduate Paper Award, Pennsylvania Sociological Society | 2009 |

**APPENDIX B: Excel Sheet of Data**

(Provided Separately)

## APPENDIX C: SPSS Syntax

```
* Encoding: UTF-8.
DATASET ACTIVATE DataSet1.
FILTER OFF.
USE ALL.
SELECT IF (gc = 1).
EXECUTE.


recode race_amind (1=1) (sysmis=0).
recode race_w (1=1) (sysmis=0).
recode race_b (1=1) (sysmis=0).
recode race_asian (1=1) (sysmis=0).
recode race_pi (1=1) (sysmis=0).
recode race_oth (1=1) (sysmis=0).
recode inc (8=sysmis) (9=sysmis).
compute long=0.
compute short=0.
if(Durationinseconds>1039) long=1.
if(Durationinseconds<311) short=1.
recode survey_drinks (sysmis=0).
recode ind_groc (sysmis=0).
recode ind_food (sysmis=0).
recode ind_mkt (sysmis=0).
recode ind_mr (sysmis=0).
recode dec_aorig_cal (1=1) (2=2) (3=3) (7=4) (10=5) (8=6) (9=99) into dec_aorig_calrc.
recode dec_aorig_sug (1=1) (2=2) (3=3) (7=4) (8=5) (10=6) (9=99) into  dec_aorig_sugrc.
recode dec_aedit_cal (1=1) (2=2) (3=3) (7=4) (10=5) (8=6) (9=99) into dec_aedit_calrc.
recode dec_aedit_sug (1=1) (2=2) (3=3) (7=4) (8=5) (10=6) (9=99) into dec_aedit_sugrc.
recode dec_fcorig_cal (1=1) (2=2) (3=3) (7=4) (10=5) (8=6) (9=99) into dec_fcorig_calrc.
recode dec_fcorig_sug (1=1) (2=2) (3=3) (7=4) (8=5) (10=6) (9=99) into dec_fcorig_sugrc.
recode dec_fcedit_cal (1=1) (2=2) (3=3) (7=4) (10=5) (8=6) (9=99) into dec_fcedit_calrc.
recode dec_fcedit_sug (1=1) (2=2) (3=3) (7=4) (8=5) (10=6) (9=99) into dec_fcedit_sugrc.


compute dec_aorigcalcont=dec_aorig_calrc.
recode dec_aorigcalcont (99=sysmis).
compute dec_aeditcalcont=dec_aedit_calrc.
recode dec_aeditcalcont(99=sysmis).
compute dec_fcorigcalcont=dec_fcorig_calrc.
recode dec_fcorigcalcont (99=sysmis).
compute dec_fceditcalcont=dec_fcedit_calrc.
recode dec_fceditcalcont (99=sysmis).
compute dec_aorigsugcont=dec_aorig_sugrc.
recode dec_aorigsugcont (99=sysmis).
compute dec_aeditsugcont=dec_aedit_sugrc.
```

```
recode dec_aeditsugcont(99=sysmis).
compute dec_fcorigsugcont=dec_fcorig_sugrc.
recode dec_fcorigsugcont (99=sysmis).
compute dec_fceditsugcont=dec_fcedit_sugrc.
recode dec_fceditsugcont (99=sysmis).

execute.


recode mat_1 (1=1) (2=0) (88=sysmis) (99=sysmis) into preflow.
recode mat_2 (2=1) (1=0) (88=sysmis) (99=sysmis) into preflow.
compute cond_ap=0.
recode Condition (3=1) (4=1) into cond_ap.
compute cond_orig=0.
compute cond_edit=0.
recode Condition (3=1) (5=1) into cond_orig.
recode Condition (4=1) (6=1) into cond_edit.
execute.


recode purch_ariz (1=1) (sysmis=0).
recode purch_arizlite (1=1) (sysmis=0).
execute.


compute confused_aorigcal=0.
compute confused_aorigsug=0.
recode dec_aorig_calrc  (1=1) (2=1) (3=1) (sysmis=sysmis) into confused_aorigcal.
recode dec_aorig_sugrc  (1=1) (2=1) (3=1) (4=1) (sysmis=sysmis) into confused_aorigsug.
compute confused_aeditcal=0.
compute confused_aeditsug=0.
recode dec_aedit_calrc  (1=1) (2=1) (3=1) (sysmis=sysmis) into confused_aeditcal.
recode dec_aedit_sugrc  (1=1) (2=1) (3=1) (4=1) (sysmis=sysmis) into confused_aeditsug.
compute confused_fcorigcal=0.
compute confused_fcorigsug=0.
recode dec_fcorig_calrc  (1=1) (2=1) (3=1) (sysmis=sysmis) into confused_fcorigcal.
recode dec_fcorig_sugrc  (1=1) (2=1) (3=1) (4=1) (sysmis=sysmis) into confused_fcorigsug.
compute confused_fceditcal=0.
compute confused_fceditsug=0.
recode dec_fcedit_calrc  (1=1) (2=1) (3=1) (sysmis=sysmis) into confused_fceditcal.
recode dec_fcedit_sugrc  (1=1) (2=1) (3=1) (4=1) (sysmis=sysmis) into confused_fceditsug.


compute    confusedcal=sum(confused_aorigcal,    confused_aeditcal,    confused_fcorigcal,
confused_fceditcal).
recode confusedcal (1=1) (sysmis=sysmis) (else=0).
compute    confusedcalcont=sum(dec_aorigcalcont,    dec_aeditcalcont,    dec_fcorigcalcont,
dec_fceditcalcont).
```

```
compute   confusedsug=sum(confused_aorigsug,   confused_aeditsug,   confused_fcorigsug,
confused_fceditsug).
recode confusedsug (1=1) (sysmis=sysmis) (else=0).
compute   confusedsugcont=sum(dec_aorigsugcont,   dec_aeditsugcont,   dec_fcorigsugcont,
dec_fceditsugcont).
execute.
```

*confusion regarding calories.

```
USE ALL.
COMPUTE filter_$=(purch_ariz = 1).
VARIABLE LABELS filter_$ 'purch_ariz= 1 (FILTER)'.
VALUE LABELS filter_$ 0 'Not Selected' 1 'Selected'.
FORMATS filter_$ (f1.0).
FILTER BY filter_$.
EXECUTE.


USE ALL.
COMPUTE filter_$=( purch_arizlite = 1).
VARIABLE LABELS filter_$ ' purch_arizlite = 1 (FILTER)'.
VALUE LABELS filter_$ 0 'Not Selected' 1 'Selected'.
FORMATS filter_$ (f1.0).
FILTER BY filter_$.
EXECUTE.

BOOTSTRAP
  /SAMPLING METHOD=SIMPLE
  /VARIABLES INPUT=dec_aorig_calrc
  /CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=25000
  /MISSING USERMISSING=EXCLUDE.
FREQUENCIES VARIABLES=dec_aorig_calrc
  /ORDER=ANALYSIS.

BOOTSTRAP
  /SAMPLING METHOD=SIMPLE
  /VARIABLES INPUT=confused_aorigcal
  /CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=25000
  /MISSING USERMISSING=EXCLUDE.
FREQUENCIES VARIABLES=confused_aorigcal
  /ORDER=ANALYSIS.

BOOTSTRAP
```

```
 /SAMPLING METHOD=SIMPLE
 /VARIABLES INPUT=dec_aorigcalcont
 /CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=25000
 /MISSING USERMISSING=EXCLUDE.
DESCRIPTIVES VARIABLES=dec_aorigcalcont
 /STATISTICS=MEAN STDDEV MIN MAX.

BOOTSTRAP
 /SAMPLING METHOD=SIMPLE
 /VARIABLES INPUT=dec_aedit_calrc
 /CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=25000
 /MISSING USERMISSING=EXCLUDE.
FREQUENCIES VARIABLES=dec_aedit_calrc
 /ORDER=ANALYSIS.

BOOTSTRAP
 /SAMPLING METHOD=SIMPLE
 /VARIABLES INPUT=confused_aeditcal
 /CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=25000
 /MISSING USERMISSING=EXCLUDE.
FREQUENCIES VARIABLES=confused_aeditcal
 /ORDER=ANALYSIS.

BOOTSTRAP
 /SAMPLING METHOD=SIMPLE
 /VARIABLES INPUT=dec_aeditcalcont
 /CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=25000
 /MISSING USERMISSING=EXCLUDE.
DESCRIPTIVES VARIABLES=dec_aeditcalcont
 /STATISTICS=MEAN STDDEV MIN MAX.


BOOTSTRAP
 /SAMPLING METHOD=SIMPLE
 /VARIABLES INPUT=dec_fcorig_calrc
 /CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=25000
 /MISSING USERMISSING=EXCLUDE.
FREQUENCIES VARIABLES=dec_fcorig_calrc
 /ORDER=ANALYSIS.

BOOTSTRAP
 /SAMPLING METHOD=SIMPLE
 /VARIABLES INPUT=confused_fcorigcal
 /CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=25000
 /MISSING USERMISSING=EXCLUDE.
FREQUENCIES VARIABLES=confused_fcorigcal
```

DocuSign Envelope ID: 81B74C7B-9615-4395-818F-096B8855B1635

```
/ORDER=ANALYSIS.

BOOTSTRAP
 /SAMPLING METHOD=SIMPLE
 /VARIABLES INPUT=dec_fcorigcalcont
 /CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=25000
 /MISSING USERMISSING=EXCLUDE.
DESCRIPTIVES VARIABLES=dec_fcorigcalcont
 /STATISTICS=MEAN STDDEV MIN MAX.

BOOTSTRAP
 /SAMPLING METHOD=SIMPLE
 /VARIABLES INPUT=dec_fcedit_calrc
 /CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=25000
 /MISSING USERMISSING=EXCLUDE.
FREQUENCIES VARIABLES=dec_fcedit_calrc
 /ORDER=ANALYSIS.

BOOTSTRAP
 /SAMPLING METHOD=SIMPLE
 /VARIABLES INPUT=confused_fceditcal
 /CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=25000
 /MISSING USERMISSING=EXCLUDE.
FREQUENCIES VARIABLES=confused_fceditcal
 /ORDER=ANALYSIS.

BOOTSTRAP
 /SAMPLING METHOD=SIMPLE
 /VARIABLES INPUT=dec_fceditcalcont
 /CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=25000
 /MISSING USERMISSING=EXCLUDE.
DESCRIPTIVES VARIABLES=dec_fceditcalcont
 /STATISTICS=MEAN STDDEV MIN MAX.
*confusion regarding sugar.

BOOTSTRAP
 /SAMPLING METHOD=SIMPLE
 /VARIABLES INPUT=dec_aorig_sugrc
 /CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=25000
 /MISSING USERMISSING=EXCLUDE.
FREQUENCIES VARIABLES=dec_aorig_sugrc
 /ORDER=ANALYSIS.

BOOTSTRAP
 /SAMPLING METHOD=SIMPLE
```

```
/VARIABLES INPUT=confused_aorigsug
/CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=25000
/MISSING USERMISSING=EXCLUDE.
FREQUENCIES VARIABLES=confused_aorigsug
/ORDER=ANALYSIS.

BOOTSTRAP
/SAMPLING METHOD=SIMPLE
/VARIABLES INPUT=dec_aorigsugcont
/CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=25000
/MISSING USERMISSING=EXCLUDE.
DESCRIPTIVES VARIABLES=dec_aorigsugcont
/STATISTICS=MEAN STDDEV MIN MAX.

BOOTSTRAP
/SAMPLING METHOD=SIMPLE
/VARIABLES INPUT=dec_aedit_sugrc
/CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=25000
/MISSING USERMISSING=EXCLUDE.
FREQUENCIES VARIABLES=dec_aedit_sugrc
/ORDER=ANALYSIS.

BOOTSTRAP
/SAMPLING METHOD=SIMPLE
/VARIABLES INPUT=confused_aeditsug
/CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=25000
/MISSING USERMISSING=EXCLUDE.
FREQUENCIES VARIABLES=confused_aeditsug
/ORDER=ANALYSIS.

BOOTSTRAP
/SAMPLING METHOD=SIMPLE
/VARIABLES INPUT=dec_aeditsugcont
/CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=25000
/MISSING USERMISSING=EXCLUDE.
DESCRIPTIVES VARIABLES=dec_aeditsugcont
/STATISTICS=MEAN STDDEV MIN MAX.

BOOTSTRAP
/SAMPLING METHOD=SIMPLE
/VARIABLES INPUT=dec_fcorig_sugrc
/CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=25000
/MISSING USERMISSING=EXCLUDE.
FREQUENCIES VARIABLES=dec_fcorig_sugrc
/ORDER=ANALYSIS.
```

DocuSign Envelope ID: 01B74C7B-0615-4395-818E-096B8E5B1635

```
BOOTSTRAP
 /SAMPLING METHOD=SIMPLE
 /VARIABLES INPUT=confused_fcorigsug
 /CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=25000
 /MISSING USERMISSING=EXCLUDE.
FREQUENCIES VARIABLES=confused_fcorigsug
 /ORDER=ANALYSIS.


BOOTSTRAP
 /SAMPLING METHOD=SIMPLE
 /VARIABLES INPUT=dec_fcorigsugcont
 /CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=25000
 /MISSING USERMISSING=EXCLUDE.
DESCRIPTIVES VARIABLES=dec_fcorigsugcont
 /STATISTICS=MEAN STDDEV MIN MAX.



BOOTSTRAP
 /SAMPLING METHOD=SIMPLE
 /VARIABLES INPUT=dec_fcedit_sugrc
 /CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=25000
 /MISSING USERMISSING=EXCLUDE.
FREQUENCIES VARIABLES=dec_fcedit_sugrc
 /ORDER=ANALYSIS.


BOOTSTRAP
 /SAMPLING METHOD=SIMPLE
 /VARIABLES INPUT=confused_fceditsug
 /CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=25000
 /MISSING USERMISSING=EXCLUDE.
FREQUENCIES VARIABLES=confused_fceditsug
 /ORDER=ANALYSIS.


BOOTSTRAP
 /SAMPLING METHOD=SIMPLE
 /VARIABLES INPUT=dec_fceditsugcont
 /CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=25000
 /MISSING USERMISSING=EXCLUDE.
DESCRIPTIVES VARIABLES=dec_fceditsugcont
 /STATISTICS=MEAN STDDEV MIN MAX.


*logistic regression.

USE ALL.
COMPUTE filter_$=( cond_ap = 1).
```

VARIABLE LABELS filter_$ ' cond_ap = 1 (FILTER)'.
VALUE LABELS filter_$ 0 'Not Selected' 1 'Selected'.
FORMATS filter_$ (f1.0).
FILTER BY filter_$.
EXECUTE.


PRESERVE.
SET RNG=MT MTINDEX=1989.
SHOW RNG.


GENLIN confusedcal (REFERENCE=FIRST) BY  race_w hisp score_state purch_ariz
   gender  news  long  short  condition  survey_drinks  ind_groc  ind_food  ind_mkt  ind_mr
(ORDER=DESCENDING) WITH freqpurch age ed inc
  /MODEL race_w hisp score_state purch_ariz
    gender news long short condition survey_drinks ind_groc ind_food ind_mkt ind_mr freqpurch
age ed inc
 INTERCEPT=YES
 DISTRIBUTION=BINOMIAL LINK=LOGIT
 /CRITERIA  METHOD=FISHER(1)  SCALE=1  COVB=ROBUST  MAXITERATIONS=100
MAXSTEPHALVING=5
    PCONVERGE=1E-006(ABSOLUTE)    SINGULAR=1E-012    ANALYSISTYPE=3(WALD)
CILEVEL=95 CITYPE=WALD
    LIKELIHOOD=FULL
 /MISSING CLASSMISSING=EXCLUDE
 /PRINT CPS DESCRIPTIVES MODELINFO FIT SUMMARY SOLUTION.
RESTORE.

GENLIN confusedsug (REFERENCE=FIRST) BY  race_w hisp score_state purch_ariz
   gender  news  long  short  condition  survey_drinks  ind_groc  ind_food  ind_mkt  ind_mr
(ORDER=DESCENDING) WITH freqpurch age ed inc
  /MODEL race_w hisp score_state purch_ariz
    gender news long short condition survey_drinks ind_groc ind_food ind_mkt ind_mr freqpurch
age ed inc
 INTERCEPT=YES
 DISTRIBUTION=BINOMIAL LINK=LOGIT
 /CRITERIA  METHOD=FISHER(1)  SCALE=1  COVB=ROBUST  MAXITERATIONS=100
MAXSTEPHALVING=5
    PCONVERGE=1E-006(ABSOLUTE)    SINGULAR=1E-012    ANALYSISTYPE=3(WALD)
CILEVEL=95 CITYPE=WALD
    LIKELIHOOD=FULL
 /MISSING CLASSMISSING=EXCLUDE
 /PRINT CPS DESCRIPTIVES MODELINFO FIT SUMMARY SOLUTION.
RESTORE.

*all four conditions.

```
GENLIN confusedcal (REFERENCE=FIRST) BY  race_w hisp score_state purch_ariz
   gender news long short cond_ap cond_edit survey_drinks ind_groc ind_food ind_mkt ind_mr
(ORDER=DESCENDING) WITH freqpurch age ed inc
  /MODEL race_w hisp score_state purch_ariz
    gender news long short cond_ap cond_edit  cond_ap*cond_edit survey_drinks ind_groc
ind_food ind_mkt ind_mr freqpurch age ed inc
 INTERCEPT=YES
 DISTRIBUTION=BINOMIAL LINK=LOGIT
 /CRITERIA  METHOD=FISHER(1)  SCALE=1  COVB=ROBUST  MAXITERATIONS=100
MAXSTEPHALVING=5
   PCONVERGE=1E-006(ABSOLUTE)   SINGULAR=1E-012   ANALYSISTYPE=3(WALD)
CILEVEL=95 CITYPE=WALD
   LIKELIHOOD=FULL
  /MISSING CLASSMISSING=EXCLUDE
  /PRINT CPS DESCRIPTIVES MODELINFO FIT SUMMARY SOLUTION.
RESTORE.

GENLIN confusedsug (REFERENCE=FIRST) BY  race_w hisp score_state purch_ariz
   gender news long short cond_ap cond_edit survey_drinks ind_groc ind_food ind_mkt ind_mr
(ORDER=DESCENDING) WITH freqpurch age ed inc
  /MODEL race_w hisp score_state purch_ariz
    gender news long short cond_ap cond_edit  cond_ap*cond_edit survey_drinks ind_groc
ind_food ind_mkt ind_mr freqpurch age ed inc
 INTERCEPT=YES
 DISTRIBUTION=BINOMIAL LINK=LOGIT
 /CRITERIA  METHOD=FISHER(1)  SCALE=1  COVB=ROBUST  MAXITERATIONS=100
MAXSTEPHALVING=5
   PCONVERGE=1E-006(ABSOLUTE)   SINGULAR=1E-012   ANALYSISTYPE=3(WALD)
CILEVEL=95 CITYPE=WALD
   LIKELIHOOD=FULL
  /MISSING CLASSMISSING=EXCLUDE
  /PRINT CPS DESCRIPTIVES MODELINFO FIT SUMMARY SOLUTION.
RESTORE.


*survey weights to match population. XX/YY - XX=desired %, YY=observed %.

compute age4weight=0.
recode age (2=1) (3=1) (4=2) (5=2) (6=3) (7=3) into age4weight.
compute raceaspi=0.
recode race_asian (1=1) into raceaspi.
recode race_pi (1=1) into raceaspi.
```

execute.

compute genwt=.52/.525*(gender=1)+.48/.475*(gender=0).
compute agewt=.3/.297*(age4weight=1)+.32/.322*(age4weight=2)+.38/.381*(age4weight=3).
compute racewt2=.763/.772*(race_w=1)+.134/.140*(race_b=1)+.06/.062*(raceaspi=1)+.01/.02*(race_am ind=1).
compute hispwt=.18/.181*(hisp=1)+.82/.819*(hisp=0).
compute regwt=.21/.205*(score_state=2)+.17/.172*(score_state=1)+.38/.381*(score_state=3)+.24/.241*(s core_state=4).
compute weight=genwt*agewt*racewt2*hispwt*regwt.
execute.

*materiality .

FREQUENCIES VARIABLES=mat_1 mat_2
 /ORDER=ANALYSIS.


BOOTSTRAP
 /SAMPLING METHOD=SIMPLE
 /VARIABLES INPUT=preflow
 /CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=25000
 /MISSING USERMISSING=EXCLUDE.
FREQUENCIES VARIABLES=preflow
 /ORDER=ANALYSIS.


GENLIN preflow (REFERENCE=FIRST) BY  race_w hisp score_state purch_ariz
   gender    news    long    short    survey_drinks   ind_groc    ind_food    ind_mkt    ind_mr
(ORDER=DESCENDING) WITH freqpurch age ed inc
 /MODEL race_w hisp score_state purch_ariz
   gender freqpurch age ed inc news long survey_drinks ind_groc ind_food ind_mkt ind_mr
INTERCEPT=YES
 DISTRIBUTION=BINOMIAL LINK=LOGIT
 /CRITERIA  METHOD=FISHER(1)  SCALE=1  COVB=ROBUST  MAXITERATIONS=100 MAXSTEPHALVING=5
   PCONVERGE=1E-006(ABSOLUTE)  SINGULAR=1E-012  ANALYSISTYPE=3(WALD) CILEVEL=95 CITYPE=WALD
   LIKELIHOOD=FULL
 /MISSING CLASSMISSING=EXCLUDE
 /PRINT CPS DESCRIPTIVES MODELINFO FIT SUMMARY SOLUTION.
RESTORE.


GENLIN preflow (REFERENCE=FIRST) BY  race_w hisp score_state purch_arizlite
   gender    news    long    short    survey_drinks   ind_groc    ind_food    ind_mkt    ind_mr
(ORDER=DESCENDING) WITH freqpurch age ed inc

```
/MODEL race_w hisp score_state purch_arizlite
  gender freqpurch age ed inc news long survey_drinks ind_groc ind_food ind_mkt ind_mr
INTERCEPT=YES
 DISTRIBUTION=BINOMIAL LINK=LOGIT
 /CRITERIA  METHOD=FISHER(1)  SCALE=1  COVB=ROBUST  MAXITERATIONS=100
MAXSTEPHALVING=5
   PCONVERGE=1E-006(ABSOLUTE)   SINGULAR=1E-012   ANALYSISTYPE=3(WALD)
CILEVEL=95 CITYPE=WALD
   LIKELIHOOD=FULL
 /MISSING CLASSMISSING=EXCLUDE
 /PRINT CPS DESCRIPTIVES MODELINFO FIT SUMMARY SOLUTION.
RESTORE.
```

DocuSign Envelope ID: 01B74C7B-9615-4395-818E-096B8E5B1635

**APPENDIX D: Tables Used in Analysis**

**Descriptive Statistics**

### age

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 2 | 46 | 7.6 | 7.6 | 7.6 |
| | 3 | 135 | 22.2 | 22.2 | 29.7 |
| | 4 | 98 | 16.1 | 16.1 | 45.8 |
| | 5 | 98 | 16.1 | 16.1 | 61.9 |
| | 6 | 101 | 16.6 | 16.6 | 78.5 |
| | 7 | 131 | 21.5 | 21.5 | 100.0 |
| | Total | 609 | 100.0 | 100.0 | |

### gender

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 0 | 289 | 47.5 | 47.5 | 47.5 |
| | 1 | 320 | 52.5 | 52.5 | 100.0 |
| | Total | 609 | 100.0 | 100.0 | |

### hisp

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 0 | 499 | 81.9 | 81.9 | 81.9 |
| | 1 | 110 | 18.1 | 18.1 | 100.0 |
| | Total | 609 | 100.0 | 100.0 | |

### race_w

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 0 | 139 | 22.8 | 22.8 | 22.8 |
| | 1 | 470 | 77.2 | 77.2 | 100.0 |
| | Total | 609 | 100.0 | 100.0 | |

### race_b

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 0 | 524 | 86.0 | 86.0 | 86.0 |
| | 1 | 85 | 14.0 | 14.0 | 100.0 |
| | Total | 609 | 100.0 | 100.0 | |

**race_amind**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 0 | 597 | 98.0 | 98.0 | 98.0 |
| | 1 | 12 | 2.0 | 2.0 | 100.0 |
| | Total | 609 | 100.0 | 100.0 | |

**race_asian**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 0 | 571 | 93.8 | 93.8 | 93.8 |
| | 1 | 38 | 6.2 | 6.2 | 100.0 |
| | Total | 609 | 100.0 | 100.0 | |

**race_pi**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | .00 | 609 | 100.0 | 100.0 | 100.0 |

**race_oth**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 0 | 582 | 95.6 | 95.6 | 95.6 |
| | 1 | 27 | 4.4 | 4.4 | 100.0 |
| | Total | 609 | 100.0 | 100.0 | |

## freqpurch

|       |       | Frequency | Percent | Valid Percent | Cumulative Percent |
|-------|-------|-----------|---------|---------------|--------------------|
| Valid | 0     | 9         | 1.5     | 1.5           | 1.5                |
|       | 1     | 7         | 1.1     | 1.1           | 2.6                |
|       | 3     | 69        | 11.3    | 11.3          | 14.0               |
|       | 12    | 118       | 19.4    | 19.4          | 33.3               |
|       | 30    | 186       | 30.5    | 30.5          | 63.9               |
|       | 52    | 220       | 36.1    | 36.1          | 100.0              |
|       | Total | 609       | 100.0   | 100.0         |                    |

## region

|       |           | Frequency | Percent | Valid Percent | Cumulative Percent |
|-------|-----------|-----------|---------|---------------|--------------------|
| Valid | midwest   | 125       | 20.5    | 20.5          | 20.5               |
|       | northeast | 105       | 17.2    | 17.2          | 37.8               |
|       | south     | 232       | 38.1    | 38.1          | 75.9               |
|       | west      | 147       | 24.1    | 24.1          | 100.0              |
|       | Total     | 609       | 100.0   | 100.0         |                    |

## purch_ariz

|       |       | Frequency | Percent | Valid Percent | Cumulative Percent |
|-------|-------|-----------|---------|---------------|--------------------|
| Valid | 0     | 234       | 38.4    | 38.4          | 38.4               |
|       | 1     | 375       | 61.6    | 61.6          | 100.0              |
|       | Total | 609       | 100.0   | 100.0         |                    |

## purch_arizlite

|       |       | Frequency | Percent | Valid Percent | Cumulative Percent |
|-------|-------|-----------|---------|---------------|--------------------|
| Valid | 0     | 551       | 90.5    | 90.5          | 90.5               |
|       | 1     | 58        | 9.5     | 9.5           | 100.0              |
|       | Total | 609       | 100.0   | 100.0         |                    |

**Consumer Beliefs About Caloric & Sugar Content**

Arnold Palmer Original Label

<u>Full sample</u>

<u>Calories</u>

"Based on the product label that you just saw, please indicate what you believe the product label is communicating about how many <u>calories</u> are present in this product. Specifically, please think about what the use of the statement, "Arnold Palmer LITE Half & Half Iced Tea Lemonade" means with regard to <u>how many calories are present in one serving size (12 fl oz)</u> of this product.

Based on the product label, which of the following do you believe best describes the <u>caloric content</u> of this beverage?

One serving size (12 fl oz) of this beverage contains...

  1: No calories (0-4 calories)
  2: A low amount of calories (5 to 39 calories)
      3: A moderately low amount of calories (40 to 79 calories)
  4: A moderately high amount of calories (80 to 119 calories)
  5: A high amount of calories (120 to 159 calories)
  6: A very high amount of calories (160+ calories)
  99: The product label contains no information about the caloric content of this beverage"

## dec_aorig_calrc

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bias | Bootstrap for Percent[a] Std. Error | 95% Confidence Interval Lower | Upper |
|---|---|---|---|---|---|---|---|---|---|
| Valid | 1.00 | 5 | 5.0 | 5.0 | 5.0 | .0 | 2.2 | 1.0 | 10.0 |
| | 2.00 | 20 | 20.0 | 20.0 | 25.0 | .0 | 4.0 | 12.0 | 28.0 |
| | 3.00 | 25 | 25.0 | 25.0 | 50.0 | -.1 | 4.3 | 17.0 | 34.0 |
| | 4.00 | 10 | 10.0 | 10.0 | 60.0 | .0 | 3.0 | 5.0 | 16.0 |
| | 5.00 | 4 | 4.0 | 4.0 | 64.0 | .0 | 2.0 | 1.0 | 8.0 |
| | 6.00 | 1 | 1.0 | 1.0 | 65.0 | .0 | 1.0 | .0 | 3.0 |
| | 99.00 | 35 | 35.0 | 35.0 | 100.0 | .1 | 4.8 | 26.0 | 45.0 |
| | Total | 100 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Percent of sample answering between 1 and 3

## confused_aorigcal

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bias | Bootstrap for Percent[a] Std. Error | 95% Confidence Interval Lower | Upper |
|---|---|---|---|---|---|---|---|---|---|
| Valid | .00 | 50 | 50.0 | 50.0 | 50.0 | .0 | 5.0 | 40.0 | 60.0 |
| | 1.00 | 50 | 50.0 | 50.0 | 100.0 | .0 | 5.0 | 40.0 | 60.0 |
| | Total | 100 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Average for individuals answering between 1-6 (individuals who answered 99 excluded)

### Descriptive Statistics

| | | Statistic | Bootstrap[a] | | | |
| | | | Bias | Std. Error | 95% Confidence Interval | |
| | | | | | Lower | Upper |
|---|---|---|---|---|---|---|
| dec_aorigcalcont | N | 65 | 0 | 0 | 65 | 65 |
| | Minimum | 1.00 | | | | |
| | Maximum | 6.00 | | | | |
| | Mean | 2.8615 | .0010 | .1319 | 2.6154 | 3.1231 |
| | Std. Deviation | 1.07350 | -.01223 | .09929 | .86797 | 1.25612 |
| Valid N (listwise) | N | 65 | 0 | 0 | 65 | 65 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Sugar

"Based on the product label that you just saw, please indicate what you believe the product label is communicating about how much added sugar is present in this product. Specifically, please think about what the use of the statement, "Arnold Palmer LITE Half & Half Iced Tea Lemonade" means with regard to how many grams of added sugar are present in one serving size (12 fl oz) of this product.

Based on the product label, which of the following do you believe best describes the amount of added sugar in this beverage?

One serving size (12 fl oz) of this beverage contains...

1: No added sugar (0 to .4 grams)
2: A low amount of added sugar (.5 to 3.5 grams, 7% or less of recommended daily value)
3: A moderately low amount of added sugar (4 to 10.5 grams; 8% to 21% of recommended daily value)
4: A moderately high amount of added sugar (11 to 17.5 grams; 22% to 35% of recommended daily value)
5: A high amount of added sugar (18 to 24.5 grams; 36% to 49% of recommended daily value)
6: A very high amount of added sugar (25+ grams; 50%+ of recommended daily value)
99: The product label contains no information about the caloric content of this beverage"

**dec_aorig_sugrc**

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bias | Bootstrap for Percent[a] | 95% Confidence Interval | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Std. Error | Lower | Upper |
| Valid | 1.00 | 6 | 6.0 | 6.0 | 6.0 | .0 | 2.4 | 2.0 | 11.0 |
| | 2.00 | 31 | 31.0 | 31.0 | 37.0 | .0 | 4.6 | 22.0 | 40.0 |
| | 3.00 | 20 | 20.0 | 20.0 | 57.0 | .0 | 4.0 | 13.0 | 28.0 |
| | 4.00 | 13 | 13.0 | 13.0 | 70.0 | .0 | 3.3 | 7.0 | 20.0 |
| | 5.00 | 4 | 4.0 | 4.0 | 74.0 | .0 | 2.0 | 1.0 | 8.0 |
| | 99.00 | 26 | 26.0 | 26.0 | 100.0 | .0 | 4.4 | 18.0 | 35.0 |
| | Total | 100 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Percent of sample answering between 1 and 4

**confused_aorigsug**

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bias | Bootstrap for Percent[a] | 95% Confidence Interval | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Std. Error | Lower | Upper |
| Valid | .00 | 30 | 30.0 | 30.0 | 30.0 | .0 | 4.6 | 21.0 | 39.0 |
| | 1.00 | 70 | 70.0 | 70.0 | 100.0 | .0 | 4.6 | 61.0 | 79.0 |
| | Total | 100 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Average for individuals answering between 1-6 (individuals who answered 99 excluded)

### Descriptive Statistics

| | | Statistic | Bias | Std. Error | 95% Confidence Interval Lower | Upper |
|---|---|---|---|---|---|---|
| | | | | Bootstrap[a] | | |
| dec_aorigsugcont | N | 74 | 0 | 0 | 74 | 74 |
| | Minimum | 1.00 | | | | |
| | Maximum | 5.00 | | | | |
| | Mean | 2.7027 | .0005 | .1191 | 2.4730 | 2.9459 |
| | Std. Deviation | 1.03009 | -.00953 | .07455 | .87300 | 1.16383 |
| Valid N (listwise) | N | 74 | 0 | 0 | 74 | 74 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Subsample: Purchasers of Arizona Products

Calories

"Based on the product label that you just saw, please indicate what you believe the product label is communicating about how many calories are present in this product. Specifically, please think about what the use of the statement, "Arnold Palmer LITE Half & Half Iced Tea Lemonade" means with regard to how many calories are present in one serving size (12 fl oz) of this product.

Based on the product label, which of the following do you believe best describes the caloric content of this beverage?

One serving size (12 fl oz) of this beverage contains...

　　1: No calories (0-4 calories)
　　2: A low amount of calories (5 to 39 calories)
　　　3: A moderately low amount of calories (40 to 79 calories)
　　4: A moderately high amount of calories (80 to 119 calories)
　　5: A high amount of calories (120 to 159 calories)
　　6: A very high amount of calories (160+ calories)
　　99: The product label contains no information about the caloric content of this beverage"

**dec_aorig_calrc**

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bias | Std. Error | Bootstrap for Percent[a] 95% Confidence Interval Lower | Upper |
|---|---|---|---|---|---|---|---|---|---|
| Valid | 1.00 | 4 | 6.8 | 6.8 | 6.8 | .0 | 3.3 | 1.6 | 14.0 |
| | 2.00 | 15 | 25.4 | 25.4 | 32.2 | .0 | 5.7 | 14.5 | 36.8 |
| | 3.00 | 10 | 16.9 | 16.9 | 49.2 | .0 | 4.9 | 7.9 | 27.1 |
| | 4.00 | 5 | 8.5 | 8.5 | 57.6 | .0 | 3.7 | 1.8 | 16.4 |
| | 5.00 | 3 | 5.1 | 5.1 | 62.7 | .0 | 2.9 | .0 | 11.3 |
| | 99.00 | 22 | 37.3 | 37.3 | 100.0 | .0 | 6.3 | 25.0 | 50.0 |
| | Total | 59 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Percent of sample answering between 1 and 3

**confused_aorigcal**

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bias | Std. Error | Bootstrap for Percent[a] 95% Confidence Interval Lower | Upper |
|---|---|---|---|---|---|---|---|---|---|
| Valid | .00 | 30 | 50.8 | 50.8 | 50.8 | -.1 | 6.5 | 38.1 | 63.5 |
| | 1.00 | 29 | 49.2 | 49.2 | 100.0 | .1 | 6.5 | 36.5 | 61.9 |
| | Total | 59 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Average for individuals answering between 1-6 (individuals who answered 99 excluded)

### Descriptive Statistics

| | | Statistic | Bias | Std. Error | 95% Confidence Interval Lower | 95% Confidence Interval Upper |
|---|---|---|---|---|---|---|
| | | | | Bootstrap[a] | | |
| dec_aorigcalcont | N | 37 | 0 | 4 | 29 | 45 |
| | Minimum | 1.00 | | | | |
| | Maximum | 5.00 | | | | |
| | Mean | 2.6757 | .0008 | .1808 | 2.3261 | 3.0333 |
| | Std. Deviation | 1.10690 | -.02125 | .11854 | .84327 | 1.30732 |
| Valid N (listwise) | N | 37 | 0 | 4 | 29 | 45 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Sugar

"Based on the product label that you just saw, please indicate what you believe the product label is communicating about how much added sugar is present in this product. Specifically, please think about what the use of the statement, "Arnold Palmer LITE Half & Half Iced Tea Lemonade" means with regard to how many grams of added sugar are present in one serving size (12 fl oz) of this product.

Based on the product label, which of the following do you believe best describes the amount of added sugar in this beverage?

One serving size (12 fl oz) of this beverage contains...

   1: No added sugar (0 to .4 grams)
      2: A low amount of added sugar (.5 to 3.5 grams, 7% or less of recommended daily value)
      3: A moderately low amount of added sugar (4 to 10.5 grams; 8% to 21% of recommended daily value)
      4: A moderately high amount of added sugar (11 to 17.5 grams; 22% to 35% of recommended daily value)
      5: A high amount of added sugar (18 to 24.5 grams; 36% to 49% of recommended daily value)
   6: A very high amount of added sugar (25+ grams; 50%+ of recommended daily value)
   99: The product label contains no information about the caloric content of this beverage"

**dec_aorig_sugrc**

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bootstrap for Percent[a] | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Bias | Std. Error | 95% Confidence Interval Lower | 95% Confidence Interval Upper |
| Valid | 1.00 | 4 | 6.8 | 6.8 | 6.8 | .0 | 3.3 | 1.6 | 13.8 |
| | 2.00 | 19 | 32.2 | 32.2 | 39.0 | .0 | 6.1 | 20.6 | 44.4 |
| | 3.00 | 9 | 15.3 | 15.3 | 54.2 | .0 | 4.7 | 6.7 | 25.0 |
| | 4.00 | 8 | 13.6 | 13.6 | 67.8 | .0 | 4.4 | 5.5 | 22.8 |
| | 5.00 | 1 | 1.7 | 1.7 | 69.5 | .0 | 1.7 | .0 | 5.7 |
| | 99.00 | 18 | 30.5 | 30.5 | 100.0 | .0 | 6.0 | 19.3 | 42.6 |
| | Total | 59 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Percent of sample answering between 1 and 4

**confused_aorigsug**

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bootstrap for Percent[a] | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Bias | Std. Error | 95% Confidence Interval Lower | 95% Confidence Interval Upper |
| Valid | .00 | 19 | 32.2 | 32.2 | 32.2 | .0 | 6.1 | 20.3 | 44.4 |
| | 1.00 | 40 | 67.8 | 67.8 | 100.0 | .0 | 6.1 | 55.6 | 79.7 |
| | Total | 59 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Average for individuals answering between 1-6 (individuals who answered 99 excluded)

### Descriptive Statistics

| | | Statistic | Bias | Std. Error | Lower | Upper |
|---|---|---|---|---|---|---|
| | | | Bootstrap[a] | | 95% Confidence Interval | |
| dec_aorigsugcont | N | 41 | 0 | 4 | 33 | 49 |
| | Minimum | 1.00 | | | | |
| | Maximum | 5.00 | | | | |
| | Mean | 2.5854 | .0010 | .1544 | 2.2895 | 2.8947 |
| | Std. Deviation | .99939 | -.01488 | .09388 | .79798 | 1.16573 |
| Valid N (listwise) | N | 41 | 0 | 4 | 33 | 49 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Subsample: Purchasers of Arnold Palmer Lite

Calories

"Based on the product label that you just saw, please indicate what you believe the product label is communicating about how many <u>calories</u> are present in this product. Specifically, please think about what the use of the statement, "Arnold Palmer LITE Half & Half Iced Tea Lemonade" means with regard to <u>how many calories are present in one serving size (12 fl oz)</u> of this product.

Based on the product label, which of the following do you believe best describes the <u>caloric content</u> of this beverage?

One serving size (12 fl oz) of this beverage contains...

1: No calories (0-4 calories)
2: A low amount of calories (5 to 39 calories)
  3: A moderately low amount of calories (40 to 79 calories)
4: A moderately high amount of calories (80 to 119 calories)
5: A high amount of calories (120 to 159 calories)
6: A very high amount of calories (160+ calories)
99: The product label contains no information about the caloric content of this beverage"

110

**dec_aorig_calrc[a]**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 2.00 | 2 | 40.0 | 40.0 | 40.0 |
| | 3.00 | 1 | 20.0 | 20.0 | 60.0 |
| | 4.00 | 1 | 20.0 | 20.0 | 80.0 |
| | 99.00 | 1 | 20.0 | 20.0 | 100.0 |
| | Total | 5 | 100.0 | 100.0 | |

a. Some or all bootstrap sample results are missing, so no bootstrap estimation has been performed for this table.

Percent of sample answering between 1 and 3

**confused_aorigcal[a]**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | .00 | 2 | 40.0 | 40.0 | 40.0 |
| | 1.00 | 3 | 60.0 | 60.0 | 100.0 |
| | Total | 5 | 100.0 | 100.0 | |

a. Some or all bootstrap sample results are missing, so no bootstrap estimation has been performed for this table.

Average for individuals answering between 1-6 (individuals who answered 99 excluded)

**Descriptive Statistics[a]**

| | N | Minimum | Maximum | Mean | Std. Deviation |
|---|---|---|---|---|---|
| dec_aorigcalcont | 4 | 2.00 | 4.00 | 2.7500 | .95743 |
| Valid N (listwise) | 4 | | | | |

a. Some or all bootstrap sample results are missing, so no bootstrap estimation has been performed for this table.

111

Sugar

"Based on the product label that you just saw, please indicate what you believe the product label is communicating about how much underlined added sugar is present in this product. Specifically, please think about what the use of the statement, "Arnold Palmer LITE Half & Half Iced Tea Lemonade" means with regard to how many grams of added sugar are present in one serving size (12 fl oz) of this product.

Based on the product label, which of the following do you believe best describes the amount of added sugar in this beverage?

One serving size (12 fl oz) of this beverage contains...

1: No added sugar (0 to .4 grams)
2: A low amount of added sugar (.5 to 3.5 grams, 7% or less of recommended daily value)
3: A moderately low amount of added sugar (4 to 10.5 grams; 8% to 21% of recommended daily value)
4: A moderately high amount of added sugar (11 to 17.5 grams; 22% to 35% of recommended daily value)
5: A high amount of added sugar (18 to 24.5 grams; 36% to 49% of recommended daily value)
6: A very high amount of added sugar (25+ grams; 50%+ of recommended daily value)
99: The product label contains no information about the caloric content of this beverage"

### dec_aorig_sugrc[a]

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 2.00 | 2 | 40.0 | 40.0 | 40.0 |
|  | 4.00 | 2 | 40.0 | 40.0 | 80.0 |
|  | 99.00 | 1 | 20.0 | 20.0 | 100.0 |
|  | Total | 5 | 100.0 | 100.0 |  |

a. Some or all bootstrap sample results are missing, so no bootstrap estimation has been performed for this table.

112

Percent of sample answering between 1 and 4

### confused_aorigsug[a]

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | .00 | 1 | 20.0 | 20.0 | 20.0 |
| | 1.00 | 4 | 80.0 | 80.0 | 100.0 |
| | Total | 5 | 100.0 | 100.0 | |

a. Some or all bootstrap sample results are missing, so no bootstrap estimation has been performed for this table.

Average for individuals answering between 1-6 (individuals who answered 99 excluded)

### Descriptive Statistics[a]

| | N | Minimum | Maximum | Mean | Std. Deviation |
|---|---|---|---|---|---|
| dec_aorigsugcont | 4 | 2.00 | 4.00 | 3.0000 | 1.15470 |
| Valid N (listwise) | 4 | | | | |

a. Some or all bootstrap sample results are missing, so no bootstrap estimation has been performed for this table.

**Arnold Palmer Edited Label: 1/3 less calories than Arnold Palmer**

Full Sample

Calories

"Based on the product label that you just saw, please indicate what you believe the product label is communicating about how many calories are present in this product. Specifically, please think about what the use of the statement, "Arnold Palmer LITE 1/3 LESS CALORIES THAN ARNOLD PALMER Half & Half Iced Tea Lemonade" means with regard to how many calories are present in one serving size (12 fl oz) of this product.

Based on the product label, which of the following do you believe best describes the <u>caloric content</u> of this beverage?

One serving size (12 fl oz) of this beverage contains...

    1: No calories (0-4 calories)
    2: A low amount of calories (5 to 39 calories)
       3: A moderately low amount of calories (40 to 79 calories)
    4: A moderately high amount of calories (80 to 119 calories)
    5: A high amount of calories (120 to 159 calories)
    6: A very high amount of calories (160+ calories)
    99: The product label contains no information about the caloric content of this beverage"

### dec_aedit_calrc

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bias | Bootstrap for Percent[a] Std. Error | 95% Confidence Interval Lower | Upper |
|---|---|---|---|---|---|---|---|---|---|
| Valid | 1.00 | 3 | 3.1 | 3.1 | 3.1 | .0 | 1.7 | .0 | 7.2 |
| | 2.00 | 24 | 24.7 | 24.7 | 27.8 | .0 | 4.4 | 16.5 | 34.0 |
| | 3.00 | 37 | 38.1 | 38.1 | 66.0 | .0 | 4.9 | 28.9 | 47.4 |
| | 4.00 | 12 | 12.4 | 12.4 | 78.4 | .0 | 3.3 | 6.2 | 19.6 |
| | 5.00 | 1 | 1.0 | 1.0 | 79.4 | .0 | 1.0 | .0 | 3.1 |
| | 99.00 | 20 | 20.6 | 20.6 | 100.0 | .0 | 4.1 | 13.4 | 28.9 |
| | Total | 97 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Percent of sample answering between 1 and 3

### confused_aeditcal

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bias | Bootstrap for Percent[a] Std. Error | 95% Confidence Interval Lower | Upper |
|---|---|---|---|---|---|---|---|---|---|
| Valid | .00 | 33 | 34.0 | 34.0 | 34.0 | .0 | 4.8 | 24.7 | 43.3 |
| | 1.00 | 64 | 66.0 | 66.0 | 100.0 | .0 | 4.8 | 56.7 | 75.3 |
| | Total | 97 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Average for individuals answering between 1-6 (individuals who answered 99 excluded)

### Descriptive Statistics

| | | Statistic | Bootstrap[a] | | | |
|---|---|---|---|---|---|---|
| | | | Bias | Std. Error | 95% Confidence Interval | |
| | | | | | Lower | Upper |
| dec_aeditcalcont | N | 77 | 0 | 0 | 77 | 77 |
| | Minimum | 1.00 | | | | |
| | Maximum | 5.00 | | | | |
| | Mean | 2.7922 | -.0006 | .0906 | 2.6104 | 2.9740 |
| | Std. Deviation | .80029 | -.00774 | .06310 | .66962 | .91859 |
| Valid N (listwise) | N | 77 | 0 | 0 | 77 | 77 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Sugar

"Based on the product label that you just saw, please indicate what you believe the product label is communicating about how much added sugar is present in this product. Specifically, please think about what the use of the statement, " Arnold Palmer LITE 1/3 LESS CALORIES THAN ARNOLD PALMER Half & Half Iced Tea Lemonade " means with regard to how many grams of added sugar are present in one serving size (12 fl oz) of this product.

Based on the product label, which of the following do you believe best describes the amount of added sugar in this beverage?

One serving size (12 fl oz) of this beverage contains...

1: No added sugar (0 to .4 grams)
2: A low amount of added sugar (.5 to 3.5 grams, 7% or less of recommended daily value)
3: A moderately low amount of added sugar (4 to 10.5 grams; 8% to 21% of recommended daily value)
4: A moderately high amount of added sugar (11 to 17.5 grams; 22% to 35% of recommended daily value)
5: A high amount of added sugar (18 to 24.5 grams; 36% to 49% of recommended daily value)
6: A very high amount of added sugar (25+ grams; 50%+ of recommended daily value)
99: The product label contains no information about the caloric content of this beverage"

## dec_aedit_sugrc

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bootstrap for Percent[a] | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Bias | Std. Error | 95% Confidence Interval | |
| | | | | | | | | Lower | Upper |
| Valid | 1.00 | 5 | 5.2 | 5.2 | 5.2 | .0 | 2.2 | 1.0 | 10.3 |
| | 2.00 | 22 | 22.7 | 22.7 | 27.8 | .0 | 4.3 | 14.4 | 30.9 |
| | 3.00 | 36 | 37.1 | 37.1 | 64.9 | .0 | 4.9 | 27.8 | 46.4 |
| | 4.00 | 10 | 10.3 | 10.3 | 75.3 | .0 | 3.1 | 5.2 | 16.5 |
| | 5.00 | 1 | 1.0 | 1.0 | 76.3 | .0 | 1.0 | .0 | 3.1 |
| | 6.00 | 1 | 1.0 | 1.0 | 77.3 | .0 | 1.0 | .0 | 3.1 |
| | 99.00 | 22 | 22.7 | 22.7 | 100.0 | .0 | 4.2 | 14.4 | 30.9 |
| | Total | 97 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Percent of sample answering between 1 and 4

## confused_aeditsug

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bootstrap for Percent[a] | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Bias | Std. Error | 95% Confidence Interval | |
| | | | | | | | | Lower | Upper |
| Valid | .00 | 24 | 24.7 | 24.7 | 24.7 | .0 | 4.4 | 16.5 | 34.0 |
| | 1.00 | 73 | 75.3 | 75.3 | 100.0 | .0 | 4.4 | 66.0 | 83.5 |
| | Total | 97 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Average for individuals answering between 1-6 (individuals who answered 99 excluded)

### Descriptive Statistics

| | | | | Bootstrap[a] | | | |
| | | | | | | 95% Confidence Interval | |
| | | Statistic | Bias | Std. Error | Lower | Upper |
|---|---|---|---|---|---|---|
| dec_aeditsugcont | N | 75 | 0 | 0 | 75 | 75 |
| | Minimum | 1.00 | | | | |
| | Maximum | 6.00 | | | | |
| | Mean | 2.7733 | .0000 | .1046 | 2.5733 | 2.9867 |
| | Std. Deviation | .90901 | -.01173 | .09416 | .72286 | 1.09050 |
| Valid N (listwise) | N | 75 | 0 | 0 | 75 | 75 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Subsample: Purchasers of Arizona Products

Calories

"Based on the product label that you just saw, please indicate what you believe the product label is communicating about how many calories are present in this product. Specifically, please think about what the use of the statement, " Arnold Palmer LITE 1/3 LESS CALORIES THAN ARNOLD PALMER Half & Half Iced Tea Lemonade " means with regard to how many calories are present in one serving size (12 fl oz) of this product.

Based on the product label, which of the following do you believe best describes the caloric content of this beverage?

One serving size (12 fl oz) of this beverage contains...

   1: No calories (0-4 calories)
   2: A low amount of calories (5 to 39 calories)
      3: A moderately low amount of calories (40 to 79 calories)
   4: A moderately high amount of calories (80 to 119 calories)
   5: A high amount of calories (120 to 159 calories)
   6: A very high amount of calories (160+ calories)
   99: The product label contains no information about the caloric content of this beverage"

117

**dec_aedit_calrc**

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bias | Bootstrap for Percent[a] Std. Error | 95% Confidence Interval Lower | 95% Confidence Interval Upper |
|---|---|---|---|---|---|---|---|---|---|
| Valid | 2.00 | 9 | 19.1 | 19.1 | 19.1 | .0 | 5.8 | 8.5 | 31.1 |
| | 3.00 | 19 | 40.4 | 40.4 | 59.6 | .0 | 7.2 | 26.5 | 54.5 |
| | 4.00 | 7 | 14.9 | 14.9 | 74.5 | .1 | 5.2 | 5.6 | 26.0 |
| | 5.00 | 1 | 2.1 | 2.1 | 76.6 | .0 | 2.1 | .0 | 7.1 |
| | 99.00 | 11 | 23.4 | 23.4 | 100.0 | -.1 | 6.2 | 11.8 | 36.2 |
| | Total | 47 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Percent of sample answering between 1 and 3

**confused_aeditcal**

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bias | Bootstrap for Percent[a] Std. Error | 95% Confidence Interval Lower | 95% Confidence Interval Upper |
|---|---|---|---|---|---|---|---|---|---|
| Valid | .00 | 19 | 40.4 | 40.4 | 40.4 | .0 | 7.2 | 26.7 | 54.8 |
| | 1.00 | 28 | 59.6 | 59.6 | 100.0 | .0 | 7.2 | 45.2 | 73.3 |
| | Total | 47 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Average for individuals answering between 1-6 (individuals who answered 99 excluded)

### Descriptive Statistics

| | | Statistic | Bootstrap[a] | | | |
|---|---|---|---|---|---|---|
| | | | Bias | Std. Error | 95% Confidence Interval | |
| | | | | | Lower | Upper |
| dec_aeditcalcont | N | 36 | 0 | 4 | 27 | 45 |
| | Minimum | 2.00 | | | | |
| | Maximum | 5.00 | | | | |
| | Mean | 3.0000 | .0014 | .1253 | 2.7568 | 3.2500 |
| | Std. Deviation | .75593 | -.01560 | .08744 | .56955 | .91026 |
| Valid N (listwise) | N | 36 | 0 | 4 | 27 | 45 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Sugar

"Based on the product label that you just saw, please indicate what you believe the product label is communicating about how much added sugar is present in this product. Specifically, please think about what the use of the statement, " Arnold Palmer LITE 1/3 LESS CALORIES THAN ARNOLD PALMER Half & Half Iced Tea Lemonade " means with regard to how many grams of added sugar are present in one serving size (12 fl oz) of this product.

Based on the product label, which of the following do you believe best describes the amount of added sugar in this beverage?

One serving size (12 fl oz) of this beverage contains...

1: No added sugar (0 to .4 grams)
2: A low amount of added sugar (.5 to 3.5 grams, 7% or less of recommended daily value)
3: A moderately low amount of added sugar (4 to 10.5 grams; 8% to 21% of recommended daily value)
4: A moderately high amount of added sugar (11 to 17.5 grams; 22% to 35% of recommended daily value)
5: A high amount of added sugar (18 to 24.5 grams; 36% to 49% of recommended daily value)
6: A very high amount of added sugar (25+ grams; 50%+ of recommended daily value)
99: The product label contains no information about the caloric content of this beverage"

### dec_aedit_sugrc

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bootstrap for Percent[a] | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Bias | Std. Error | 95% Confidence Interval | |
| | | | | | | | | Lower | Upper |
| Valid | 1.00 | 4 | 8.5 | 8.5 | 8.5 | .0 | 4.1 | 1.9 | 17.4 |
| | 2.00 | 7 | 14.9 | 14.9 | 23.4 | .0 | 5.2 | 5.3 | 25.7 |
| | 3.00 | 15 | 31.9 | 31.9 | 55.3 | .1 | 6.9 | 19.0 | 46.0 |
| | 4.00 | 6 | 12.8 | 12.8 | 68.1 | -.1 | 4.9 | 4.1 | 23.1 |
| | 5.00 | 1 | 2.1 | 2.1 | 70.2 | .0 | 2.1 | .0 | 7.0 |
| | 6.00 | 1 | 2.1 | 2.1 | 72.3 | .0 | 2.1 | .0 | 7.1 |
| | 99.00 | 13 | 27.7 | 27.7 | 100.0 | .0 | 6.6 | 15.2 | 40.9 |
| | Total | 47 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Percent of sample answering between 1 and 4

### confused_aeditsug

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bootstrap for Percent[a] | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Bias | Std. Error | 95% Confidence Interval | |
| | | | | | | | | Lower | Upper |
| Valid | .00 | 15 | 31.9 | 31.9 | 31.9 | .0 | 6.8 | 18.9 | 45.7 |
| | 1.00 | 32 | 68.1 | 68.1 | 100.0 | .0 | 6.8 | 54.3 | 81.1 |
| | Total | 47 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Average for individuals answering between 1-6 (individuals who answered 99 excluded)

### Descriptive Statistics

| | | | | Bootstrap[a] | | |
| | | | | | 95% Confidence Interval | |
| | | Statistic | Bias | Std. Error | Lower | Upper |
|---|---|---|---|---|---|---|
| dec_aeditsugcont | N | 34 | 0 | 4 | 26 | 42 |
| | Minimum | 1.00 | | | | |
| | Maximum | 6.00 | | | | |
| | Mean | 2.8824 | -.0004 | .1920 | 2.5143 | 3.2632 |
| | Std. Deviation | 1.12181 | -.02848 | .15388 | .79977 | 1.39348 |
| Valid N (listwise) | N | 34 | 0 | 4 | 26 | 42 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Subsample: Purchasers of Arnold Palmer Lite

Calories

"Based on the product label that you just saw, please indicate what you believe the product label is communicating about how many calories are present in this product. Specifically, please think about what the use of the statement, " Arnold Palmer LITE 1/3 LESS CALORIES THAN ARNOLD PALMER Half & Half Iced Tea Lemonade " means with regard to how many calories are present in one serving size (12 fl oz) of this product.

Based on the product label, which of the following do you believe best describes the caloric content of this beverage?
One serving size (12 fl oz) of this beverage contains...

  1: No calories (0-4 calories)
  2: A low amount of calories (5 to 39 calories)
    3: A moderately low amount of calories (40 to 79 calories)
  4: A moderately high amount of calories (80 to 119 calories)
  5: A high amount of calories (120 to 159 calories)
  6: A very high amount of calories (160+ calories)
  99: The product label contains no information about the caloric content of this beverage"

## dec_aedit_calrc[a]

|       |       | Frequency | Percent | Valid Percent | Cumulative Percent |
|-------|-------|-----------|---------|---------------|--------------------|
| Valid | 2.00  | 1         | 12.5    | 12.5          | 12.5               |
|       | 3.00  | 2         | 25.0    | 25.0          | 37.5               |
|       | 4.00  | 4         | 50.0    | 50.0          | 87.5               |
|       | 99.00 | 1         | 12.5    | 12.5          | 100.0              |
|       | Total | 8         | 100.0   | 100.0         |                    |

a. Some or all bootstrap sample results are missing, so no bootstrap estimation
has been performed for this table.

Percent of sample answering between 1 and 3

## confused_aeditcal[a]

|       |       | Frequency | Percent | Valid Percent | Cumulative Percent |
|-------|-------|-----------|---------|---------------|--------------------|
| Valid | .00   | 5         | 62.5    | 62.5          | 62.5               |
|       | 1.00  | 3         | 37.5    | 37.5          | 100.0              |
|       | Total | 8         | 100.0   | 100.0         |                    |

a. Some or all bootstrap sample results are missing, so no bootstrap estimation
has been performed for this table.

Average for individuals answering between 1-6 (individuals who answered 99 excluded)

## Descriptive Statistics[a]

|                     | N | Minimum | Maximum | Mean   | Std. Deviation |
|---------------------|---|---------|---------|--------|----------------|
| dec_aeditcalcont    | 7 | 2.00    | 4.00    | 3.4286 | .78680         |
| Valid N (listwise)  | 7 |         |         |        |                |

a. Some or all bootstrap sample results are missing, so no bootstrap estimation has been
performed for this table.

Sugar

"Based on the product label that you just saw, please indicate what you believe the product label is communicating about how much underlined added sugar is present in this product. Specifically, please think about what the use of the statement, " Arnold Palmer LITE 1/3 LESS CALORIES THAN ARNOLD PALMER Half & Half Iced Tea Lemonade " means with regard to how many grams of added sugar are present in one serving size (12 fl oz) of this product.

Based on the product label, which of the following do you believe best describes the amount of added sugar in this beverage?

One serving size (12 fl oz) of this beverage contains...

1: No added sugar (0 to .4 grams)
2: A low amount of added sugar (.5 to 3.5 grams, 7% or less of recommended daily value)
3: A moderately low amount of added sugar (4 to 10.5 grams; 8% to 21% of recommended daily value)
4: A moderately high amount of added sugar (11 to 17.5 grams; 22% to 35% of recommended daily value)
5: A high amount of added sugar (18 to 24.5 grams; 36% to 49% of recommended daily value)
6: A very high amount of added sugar (25+ grams; 50%+ of recommended daily value)
99: The product label contains no information about the caloric content of this beverage"

### dec_aedit_sugrc[a]

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 | 2 | 25.0 | 25.0 | 25.0 |
| | 2.00 | 1 | 12.5 | 12.5 | 37.5 |
| | 3.00 | 1 | 12.5 | 12.5 | 50.0 |
| | 4.00 | 2 | 25.0 | 25.0 | 75.0 |
| | 99.00 | 2 | 25.0 | 25.0 | 100.0 |
| | Total | 8 | 100.0 | 100.0 | |

a. Some or all bootstrap sample results are missing, so no bootstrap estimation has been performed for this table.

Percent of sample answering between 1 and 4

### confused_aeditsug[a]

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | .00 | 2 | 25.0 | 25.0 | 25.0 |
|  | 1.00 | 6 | 75.0 | 75.0 | 100.0 |
|  | Total | 8 | 100.0 | 100.0 |  |

a. Some or all bootstrap sample results are missing, so no bootstrap estimation has been performed for this table.

Average for individuals answering between 1-6 (individuals who answered 99 excluded)

### Descriptive Statistics[a]

|  | N | Minimum | Maximum | Mean | Std. Deviation |
|---|---|---|---|---|---|
| dec_aeditsugcont | 6 | 1.00 | 4.00 | 2.5000 | 1.37840 |
| Valid N (listwise) | 6 |  |  |  |  |

a. Some or all bootstrap sample results are missing, so no bootstrap estimation has been performed for this table.

**"First Choice" Original Label**

Full Sample

Calories

"Based on the product label that you just saw, please indicate what you believe the product label is communicating about how many underline{calories} are present in this product. Specifically, please think about what the use of the statement, "Arnold Palmer LITE Half & Half Iced Tea Lemonade" means with regard to how many calories are present in one serving size (12 fl oz) of this product.

Based on the product label, which of the following do you believe best describes the caloric content of this beverage?

One serving size (12 fl oz) of this beverage contains...

    1: No calories (0-4 calories)
    2: A low amount of calories (5 to 39 calories)
      3: A moderately low amount of calories (40 to 79 calories)
    4: A moderately high amount of calories (80 to 119 calories)
    5: A high amount of calories (120 to 159 calories)
    6: A very high amount of calories (160+ calories)
    99: The product label contains no information about the caloric content of this beverage"

### dec_fcorig_calrc

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bias | Bootstrap for Percent[a] Std. Error | 95% Confidence Interval Lower | Upper |
|---|---|---|---|---|---|---|---|---|---|
| Valid | 1.00 | 3 | 3.1 | 3.1 | 3.1 | .0 | 1.7 | .0 | 7.1 |
| | 2.00 | 22 | 22.4 | 22.4 | 25.5 | .0 | 4.2 | 14.3 | 30.6 |
| | 3.00 | 31 | 31.6 | 31.6 | 57.1 | .0 | 4.7 | 22.4 | 40.8 |
| | 4.00 | 15 | 15.3 | 15.3 | 72.4 | .0 | 3.6 | 8.2 | 22.4 |
| | 5.00 | 4 | 4.1 | 4.1 | 76.5 | .0 | 2.0 | 1.0 | 8.2 |
| | 99.00 | 23 | 23.5 | 23.5 | 100.0 | .0 | 4.3 | 15.3 | 32.7 |
| | Total | 98 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Percent of sample answering between 1 and 3

### confused_fcorigcal

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bias | Bootstrap for Percent[a] Std. Error | 95% Confidence Interval Lower | Upper |
|---|---|---|---|---|---|---|---|---|---|
| Valid | .00 | 42 | 42.9 | 42.9 | 42.9 | .0 | 5.0 | 32.7 | 53.1 |
| | 1.00 | 56 | 57.1 | 57.1 | 100.0 | .0 | 5.0 | 46.9 | 67.3 |
| | Total | 98 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

125

Average for individuals answering between 1-6 (individuals who answered 99 excluded)

**Descriptive Statistics**

| | | Statistic | Bias | Std. Error | 95% Confidence Interval Lower | Upper |
|---|---|---|---|---|---|---|
| dec_fcorigcalcont | N | 75 | 0 | 0 | 75 | 75 |
| | Minimum | 1.00 | | | | |
| | Maximum | 5.00 | | | | |
| | Mean | 2.9333 | -.0003 | .1073 | 2.7200 | 3.1467 |
| | Std. Deviation | .93481 | -.00920 | .07031 | .78774 | 1.06509 |
| Valid N (listwise) | N | 75 | 0 | 0 | 75 | 75 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Bootstrap[a]

Sugar

"Based on the product label that you just saw, please indicate what you believe the product label is communicating about how much added sugar is present in this product. Specifically, please think about what the use of the statement, "Arnold Palmer LITE Half & Half Iced Tea Lemonade" means with regard to how many grams of added sugar are present in one serving size (12 fl oz) of this product.

Based on the product label, which of the following do you believe best describes the amount of added sugar in this beverage?

One serving size (12 fl oz) of this beverage contains...

1: No added sugar (0 to .4 grams)
2: A low amount of added sugar (.5 to 3.5 grams, 7% or less of recommended daily value)
3: A moderately low amount of added sugar (4 to 10.5 grams; 8% to 21% of recommended daily value)
4: A moderately high amount of added sugar (11 to 17.5 grams; 22% to 35% of recommended daily value)
5: A high amount of added sugar (18 to 24.5 grams; 36% to 49% of recommended daily value)
6: A very high amount of added sugar (25+ grams; 50%+ of recommended daily value)
99: The product label contains no information about the caloric content of this beverage"

126

**dec_fcorig_sugrc**

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bias | Bootstrap for Percent[a] Std. Error | 95% Confidence Interval Lower | 95% Confidence Interval Upper |
|---|---|---|---|---|---|---|---|---|---|
| Valid | 2.00 | 38 | 38.8 | 38.8 | 38.8 | .0 | 4.9 | 29.6 | 49.0 |
| | 3.00 | 31 | 31.6 | 31.6 | 70.4 | .0 | 4.7 | 22.4 | 40.8 |
| | 4.00 | 8 | 8.2 | 8.2 | 78.6 | .0 | 2.8 | 3.1 | 14.3 |
| | 5.00 | 2 | 2.0 | 2.0 | 80.6 | .0 | 1.4 | .0 | 5.1 |
| | 6.00 | 1 | 1.0 | 1.0 | 81.6 | .0 | 1.0 | .0 | 3.1 |
| | 99.00 | 18 | 18.4 | 18.4 | 100.0 | .0 | 3.9 | 11.2 | 26.5 |
| | Total | 98 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Percent of sample answering between 1 and 4

**confused_fcorigsug**

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bias | Bootstrap for Percent[a] Std. Error | 95% Confidence Interval Lower | 95% Confidence Interval Upper |
|---|---|---|---|---|---|---|---|---|---|
| Valid | .00 | 21 | 21.4 | 21.4 | 21.4 | .0 | 4.1 | 13.3 | 29.6 |
| | 1.00 | 77 | 78.6 | 78.6 | 100.0 | .0 | 4.1 | 70.4 | 86.7 |
| | Total | 98 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Average for individuals answering between 1-6 (individuals who answered 99 excluded)

## Descriptive Statistics

| | | Statistic | Bias | Std. Error | 95% Confidence Interval Lower | 95% Confidence Interval Upper |
|---|---|---|---|---|---|---|
| | | | | | Bootstrap[a] | |
| dec_fcorigsugcont | N | 80 | 0 | 0 | 80 | 80 |
| | Minimum | 2.00 | | | | |
| | Maximum | 6.00 | | | | |
| | Mean | 2.7125 | .0009 | .0941 | 2.5375 | 2.9000 |
| | Std. Deviation | .84485 | -.00948 | .09565 | .65410 | 1.02624 |
| Valid N (listwise) | N | 80 | 0 | 0 | 80 | 80 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

**"First Choice" Edited Label: 1/3 less calories than Arnold Palmer**

<u>Full Sample</u>

<u>Calories</u>

"Based on the product label that you just saw, please indicate what you believe the product label is communicating about how many <u>calories</u> are present in this product. Specifically, please think about what the use of the statement, "Arnold Palmer LITE 1/3 LESS CALORIES THAN ARNOLD PALMER Half & Half Iced Tea Lemonade" means with regard to <u>how many calories are present in one serving size (12 fl oz)</u> of this product.

Based on the product label, which of the following do you believe best describes the <u>caloric content</u> of this beverage?

128

DocuSign Envelope ID: 01B74C7B-0615-4395-818E-096B8E5B1635

One serving size (12 fl oz) of this beverage contains...

    1: No calories (0-4 calories)
    2: A low amount of calories (5 to 39 calories)
      3: A moderately low amount of calories (40 to 79 calories)
    4: A moderately high amount of calories (80 to 119 calories)
    5: A high amount of calories (120 to 159 calories)
    6: A very high amount of calories (160+ calories)
    99: The product label contains no information about the caloric content of this beverage"

### dec_fcedit_calrc

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bootstrap for Percent[a] | | | |
| | | | | | | Bias | Std. Error | 95% Confidence Interval | |
| | | | | | | | | Lower | Upper |
|---|---|---|---|---|---|---|---|---|---|
| Valid | 1.00 | 1 | .9 | .9 | .9 | .0 | .9 | .0 | 2.8 |
| | 2.00 | 32 | 29.9 | 29.9 | 30.8 | .0 | 4.4 | 21.5 | 38.3 |
| | 3.00 | 36 | 33.6 | 33.6 | 64.5 | .0 | 4.5 | 25.2 | 43.0 |
| | 4.00 | 12 | 11.2 | 11.2 | 75.7 | .0 | 3.1 | 5.6 | 17.8 |
| | 5.00 | 2 | 1.9 | 1.9 | 77.6 | .0 | 1.3 | .0 | 4.7 |
| | 99.00 | 24 | 22.4 | 22.4 | 100.0 | .0 | 4.0 | 15.0 | 30.8 |
| | Total | 107 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Percent of sample answering between 1 and 3

### confused_fceditcal

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bootstrap for Percent[a] | | | |
| | | | | | | Bias | Std. Error | 95% Confidence Interval | |
| | | | | | | | | Lower | Upper |
|---|---|---|---|---|---|---|---|---|---|
| Valid | .00 | 38 | 35.5 | 35.5 | 35.5 | .0 | 4.6 | 27.1 | 44.9 |
| | 1.00 | 69 | 64.5 | 64.5 | 100.0 | .0 | 4.6 | 55.1 | 72.9 |
| | Total | 107 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Average for individuals answering between 1-6 (individuals who answered 99 excluded)

### Descriptive Statistics

| | | Statistic | Bias | Std. Error | 95% Confidence Interval Lower | 95% Confidence Interval Upper |
|---|---|---|---|---|---|---|
| | | | | Bootstrap[a] | | |
| dec_fceditcalcont | N | 83 | 0 | 0 | 83 | 83 |
| | Minimum | 1.00 | | | | |
| | Maximum | 5.00 | | | | |
| | Mean | 2.7831 | -.0007 | .0871 | 2.6145 | 2.9518 |
| | Std. Deviation | .79707 | -.00742 | .06089 | .67315 | .91080 |
| Valid N (listwise) | N | 83 | 0 | 0 | 83 | 83 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples


Sugar

"Based on the product label that you just saw, please indicate what you believe the product label is communicating about how much underlined added sugar is present in this product. Specifically, please think about what the use of the statement, " Arnold Palmer LITE 1/3 LESS CALORIES THAN ARNOLD PALMER Half & Half Iced Tea Lemonade " means with regard to how many grams of added sugar are present in one serving size (12 fl oz) of this product.

Based on the product label, which of the following do you believe best describes the amount of added sugar in this beverage?

One serving size (12 fl oz) of this beverage contains...

1: No added sugar (0 to .4 grams)
2: A low amount of added sugar (.5 to 3.5 grams, 7% or less of recommended daily value)
3: A moderately low amount of added sugar (4 to 10.5 grams; 8% to 21% of recommended daily value)
4: A moderately high amount of added sugar (11 to 17.5 grams; 22% to 35% of recommended daily value)
5: A high amount of added sugar (18 to 24.5 grams; 36% to 49% of recommended daily value)
6: A very high amount of added sugar (25+ grams; 50%+ of recommended daily value)
99: The product label contains no information about the caloric content of this beverage"

## dec_fcedit_sugrc

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bias | Bootstrap for Percent[a] Std. Error | 95% Confidence Interval Lower | Upper |
|---|---|---|---|---|---|---|---|---|---|
| Valid | 1.00 | 4 | 3.7 | 3.7 | 3.7 | .0 | 1.8 | .9 | 7.5 |
| | 2.00 | 36 | 33.6 | 33.6 | 37.4 | .0 | 4.6 | 25.2 | 43.0 |
| | 3.00 | 29 | 27.1 | 27.1 | 64.5 | .0 | 4.3 | 18.7 | 35.5 |
| | 4.00 | 12 | 11.2 | 11.2 | 75.7 | .0 | 3.1 | 5.6 | 17.8 |
| | 5.00 | 1 | .9 | .9 | 76.6 | .0 | .9 | .0 | 2.8 |
| | 99.00 | 25 | 23.4 | 23.4 | 100.0 | .0 | 4.1 | 15.9 | 31.8 |
| | Total | 107 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Percent of sample answering between 1 and 4

## confused_fceditsug

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bias | Bootstrap for Percent[a] Std. Error | 95% Confidence Interval Lower | Upper |
|---|---|---|---|---|---|---|---|---|---|
| Valid | .00 | 26 | 24.3 | 24.3 | 24.3 | .0 | 4.1 | 16.8 | 32.7 |
| | 1.00 | 81 | 75.7 | 75.7 | 100.0 | .0 | 4.1 | 67.3 | 83.2 |
| | Total | 107 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Average for individuals answering between 1-6 (individuals who answered 99 excluded)

### Descriptive Statistics

| | | Statistic | Bootstrap[a] | | | |
|---|---|---|---|---|---|---|
| | | | Bias | Std. Error | 95% Confidence Interval | |
| | | | | | Lower | Upper |
| dec_fceditsugcont | N | 82 | 0 | 0 | 82 | 82 |
| | Minimum | 1.00 | | | | |
| | Maximum | 5.00 | | | | |
| | Mean | 2.6341 | .0001 | .0929 | 2.4512 | 2.8171 |
| | Std. Deviation | .83905 | -.00677 | .06171 | .70753 | .95424 |
| Valid N (listwise) | N | 82 | 0 | 0 | 82 | 82 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

## Logistic Regression

Arizona Brand Conditions

Calories

### Case Processing Summary

| | N | Percent |
|---|---|---|
| Included | 195 | 99.0% |
| Excluded | 2 | 1.0% |
| Total | 197 | 100.0% |

## Tests of Model Effects

| Source | Type III Wald Chi-Square | df | Sig. |
|---|---|---|---|
| (Intercept) | 111.627 | 1 | .000 |
| race_w | 1.899 | 1 | .168 |
| hisp | .001 | 1 | .969 |
| score_state | 1.441 | 3 | .696 |
| purch_ariz | .885 | 1 | .347 |
| gender | .679 | 1 | .410 |
| news | 1.723 | 2 | .422 |
| long | 1.601 | 1 | .206 |
| short | .193 | 1 | .660 |
| Condition | 5.184 | 1 | .023 |
| survey_drinks | .001 | 1 | .976 |
| ind_groc | 7.426 | 1 | .006 |
| ind_food | 1.430 | 1 | .232 |
| ind_mkt | 211.617 | 1 | .000 |
| ind_mr | .[a] | . | . |
| freqpurch | .217 | 1 | .642 |
| age | .433 | 1 | .511 |
| ed | .377 | 1 | .539 |
| inc | 1.677 | 1 | .195 |

Dependent Variable: confusedcal

Model: (Intercept), race_w, hisp, score_state, purch_ariz, gender, news, long, short, Condition, survey_drinks, ind_groc, ind_food, ind_mkt, ind_mr, freqpurch, age, ed, inc

a. Unable to compute due to numerical problems

133

### Parameter Estimates

| Parameter | B | Std. Error | 95% Wald Confidence Interval | | Hypothesis Test | | |
| | | | Lower | Upper | Wald Chi-Square | df | Sig. |
|---|---|---|---|---|---|---|---|
| (Intercept) | .192 | 1.1201 | -2.004 | 2.387 | .029 | 1 | .864 |
| [race_w=1] | .522 | .3791 | -.221 | 1.265 | 1.899 | 1 | .168 |
| [race_w=0] | 0ª | . | . | . | . | . | . |
| [hisp=1] | -.016 | .4171 | -.834 | .801 | .001 | 1 | .969 |
| [hisp=0] | 0ª | . | . | . | . | . | . |
| [score_state=4] | .571 | .5101 | -.429 | 1.570 | 1.252 | 1 | .263 |
| [score_state=3] | .180 | .4696 | -.740 | 1.101 | .148 | 1 | .701 |
| [score_state=2] | .285 | .5207 | -.736 | 1.305 | .299 | 1 | .584 |
| [score_state=1] | 0ª | . | . | . | . | . | . |
| [purch_ariz=1] | -.321 | .3407 | -.988 | .347 | .885 | 1 | .347 |
| [purch_ariz=0] | 0ª | . | . | . | . | . | . |
| [gender=1] | -.294 | .3565 | -.992 | .405 | .679 | 1 | .410 |
| [gender=0] | 0ª | . | . | . | . | . | . |
| [news=99] | .796 | .7391 | -.653 | 2.244 | 1.158 | 1 | .282 |
| [news=1] | .433 | .4960 | -.539 | 1.406 | .764 | 1 | .382 |
| [news=0] | 0ª | . | . | . | . | . | . |
| [long=1.00] | -.883 | .6976 | -2.250 | .485 | 1.601 | 1 | .206 |
| [long=.00] | 0ª | . | . | . | . | . | . |
| [short=1.00] | .289 | .6583 | -1.001 | 1.579 | .193 | 1 | .660 |
| [short=.00] | 0ª | . | . | . | . | . | . |
| [Condition=4] | .735 | .3228 | .102 | 1.368 | 5.184 | 1 | .023 |
| [Condition=3] | 0ª | . | . | . | . | . | . |
| [survey_drinks=1] | -.016 | .5397 | -1.074 | 1.042 | .001 | 1 | .976 |
| [survey_drinks=0] | 0ª | . | . | . | . | . | . |
| [ind_groc=1] | -2.420 | .8881 | -4.161 | -.679 | 7.426 | 1 | .006 |
| [ind_groc=0] | 0ª | . | . | . | . | . | . |
| [ind_food=1] | 1.656 | 1.3847 | -1.058 | 4.370 | 1.430 | 1 | .232 |
| [ind_food=0] | 0ª | . | . | . | . | . | . |
| [ind_mkt=1] | -24.027 | 1.6516 | -27.264 | -20.789 | 211.617 | 1 | .000 |
| [ind_mkt=0] | 0ª | . | . | . | . | . | . |
| [ind_mr=0] | 0ª | . | . | . | . | . | . |
| freqpurch | -.004 | .0092 | -.022 | .014 | .217 | 1 | .642 |
| age | -.076 | .1149 | -.301 | .150 | .433 | 1 | .511 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ed | .085 | .1377 | -.185 | .355 | .377 | 1 | .539 |
| inc | -5.245E-6 | 4.0503E-6 | -1.318E-5 | 2.693E-6 | 1.677 | 1 | .195 |
| (Scale) | 1[b] | | | | | | |

Dependent Variable: confusedcal

Model: (Intercept), race_w, hisp, score_state, purch_ariz, gender, news, long, short, Condition, survey_drinks, ind_groc, ind_food, ind_mkt, ind_mr, freqpurch, age, ed, inc

a. Set to zero because this parameter is redundant.

b. Fixed at the displayed value.

DocuSign Envelope ID: 01B74C7B-0615-4395-818E-096B8E5B1635

Sugar

## Tests of Model Effects

| Source | Wald Chi-Square | Type III df | Sig. |
|---|---|---|---|
| (Intercept) | .235 | 1 | .628 |
| race_w | 1.490 | 1 | .222 |
| hisp | .332 | 1 | .564 |
| score_state | 2.178 | 3 | .536 |
| purch_ariz | 2.736 | 1 | .098 |
| gender | .054 | 1 | .816 |
| news | 1.921 | 2 | .383 |
| long | .028 | 1 | .868 |
| short | .785 | 1 | .375 |
| Condition | .563 | 1 | .453 |
| survey_drinks | .034 | 1 | .854 |
| ind_groc | 2.178 | 1 | .140 |
| ind_food | .002 | 1 | .966 |
| ind_mkt | 2.871 | 1 | .090 |
| ind_mr | .[a] | . | . |
| freqpurch | .011 | 1 | .915 |
| age | 2.001 | 1 | .157 |
| ed | .839 | 1 | .360 |
| inc | .099 | 1 | .753 |

Dependent Variable: confusedsug

Model: (Intercept), race_w, hisp, score_state, purch_ariz, gender, news, long, short, Condition, survey_drinks, ind_groc, ind_food, ind_mkt, ind_mr, freqpurch, age, ed, inc

a. Unable to compute due to numerical problems

136

## Parameter Estimates

| Parameter | B | Std. Error | 95% Wald Confidence Interval | | Hypothesis Test | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Lower | Upper | Wald Chi-Square | df | Sig. |
| (Intercept) | 1.352 | 1.1765 | -.954 | 3.658 | 1.320 | 1 | .251 |
| [race_w=1] | .490 | .4016 | -.297 | 1.277 | 1.490 | 1 | .222 |
| [race_w=0] | 0ª | . | . | . | . | . | . |
| [hisp=1] | .275 | .4781 | -.662 | 1.212 | .332 | 1 | .564 |
| [hisp=0] | 0ª | . | . | . | . | . | . |
| [score_state=4] | -.104 | .5327 | -1.148 | .940 | .038 | 1 | .846 |
| [score_state=3] | -.180 | .5376 | -1.234 | .873 | .112 | 1 | .737 |
| [score_state=2] | -.706 | .5551 | -1.794 | .381 | 1.620 | 1 | .203 |
| [score_state=1] | 0ª | . | . | . | . | . | . |
| [purch_ariz=1] | -.607 | .3672 | -1.327 | .112 | 2.736 | 1 | .098 |
| [purch_ariz=0] | 0ª | . | . | . | . | . | . |
| [gender=1] | -.092 | .3958 | -.868 | .684 | .054 | 1 | .816 |
| [gender=0] | 0ª | . | . | . | . | . | . |
| [news=99] | 1.136 | 1.0631 | -.948 | 3.219 | 1.141 | 1 | .285 |
| [news=1] | .544 | .5876 | -.608 | 1.696 | .857 | 1 | .355 |
| [news=0] | 0ª | . | . | . | . | . | . |
| [long=1.00] | .120 | .7179 | -1.287 | 1.527 | .028 | 1 | .868 |
| [long=.00] | 0ª | . | . | . | . | . | . |
| [short=1.00] | .763 | .8604 | -.924 | 2.449 | .785 | 1 | .375 |
| [short=.00] | 0ª | . | . | . | . | . | . |
| [Condition=4] | .270 | .3596 | -.435 | .975 | .563 | 1 | .453 |
| [Condition=3] | 0ª | . | . | . | . | . | . |
| [survey_drinks=1] | .109 | .5912 | -1.050 | 1.268 | .034 | 1 | .854 |
| [survey_drinks=0] | 0ª | . | . | . | . | . | . |
| [ind_groc=1] | -1.522 | 1.0312 | -3.543 | .499 | 2.178 | 1 | .140 |
| [ind_groc=0] | 0ª | . | . | . | . | . | . |
| [ind_food=1] | -.050 | 1.1807 | -2.364 | 2.264 | .002 | 1 | .966 |
| [ind_food=0] | 0ª | . | . | . | . | . | . |
| [ind_mkt=1] | -1.913 | 1.1293 | -4.127 | .300 | 2.871 | 1 | .090 |
| [ind_mkt=0] | 0ª | . | . | . | . | . | . |
| [ind_mr=0] | 0ª | . | . | . | . | . | . |
| freqpurch | .001 | .0101 | -.019 | .021 | .011 | 1 | .915 |
| age | -.180 | .1272 | -.429 | .069 | 2.001 | 1 | .157 |
| ed | .152 | .1655 | -.173 | .476 | .839 | 1 | .360 |

137

| inc | -1.479E-6 | 4.6932E-6 | -1.068E-5 | 7.719E-6 | .099 | 1 | .753 |
| (Scale) | 1[b] | | | | | | |

Dependent Variable: confusedsug

Model: (Intercept), race_w, hisp, score_state, purch_ariz, gender, news, long, short, Condition, survey_drinks, ind_groc, ind_food, ind_mkt, ind_mr, freqpurch, age, ed, inc

a. Set to zero because this parameter is redundant.

b. Fixed at the displayed value.

## All Four Conditions

## Calories

### Case Processing Summary

| | N | Percent |
| --- | --- | --- |
| Included | 397 | 65.2% |
| Excluded | 212 | 34.8% |
| Total | 609 | 100.0% |

**Tests of Model Effects**

| Source | Type III Wald Chi-Square | df | Sig. |
|---|---|---|---|
| (Intercept) | .190 | 1 | .663 |
| race_w | 1.137 | 1 | .286 |
| hisp | .103 | 1 | .748 |
| score_state | 1.417 | 3 | .702 |
| purch_ariz | .022 | 1 | .881 |
| gender | .056 | 1 | .813 |
| news | 1.984 | 2 | .371 |
| long | 2.572 | 1 | .109 |
| short | .952 | 1 | .329 |
| cond_ap | .180 | 1 | .672 |
| cond_edit | 6.908 | 1 | .009 |
| cond_ap * cond_edit | .564 | 1 | .453 |
| survey_drinks | .044 | 1 | .833 |
| ind_groc | .010 | 1 | .921 |
| ind_food | .244 | 1 | .621 |
| ind_mkt | 1850.448 | 1 | .000 |
| ind_mr | 364.470 | 1 | .000 |
| freqpurch | .488 | 1 | .485 |
| age | 2.261 | 1 | .133 |
| ed | 3.256 | 1 | .071 |
| inc | 2.246 | 1 | .134 |

Dependent Variable: confusedcal

Model: (Intercept), race_w, hisp, score_state, purch_ariz, gender, news, long, short, cond_ap, cond_edit, cond_ap * cond_edit, survey_drinks, ind_groc, ind_food, ind_mkt, ind_mr, freqpurch, age, ed, inc

## Parameter Estimates

| Parameter | B | Std. Error | 95% Wald Confidence Interval | | Hypothesis Test | | |
|---|---|---|---|---|---|---|---|
| | | | Lower | Upper | Wald Chi-Square | df | Sig. |
| (Intercept) | .174 | .6921 | -1.182 | 1.531 | .063 | 1 | .801 |
| [race_w=1] | .275 | .2575 | -.230 | .779 | 1.137 | 1 | .286 |
| [race_w=0] | 0ª | . | . | . | . | . | . |
| [hisp=1] | -.095 | .2951 | -.673 | .484 | .103 | 1 | .748 |
| [hisp=0] | 0ª | . | . | . | . | . | . |
| [score_state=4] | .036 | .3494 | -.649 | .721 | .011 | 1 | .918 |
| [score_state=3] | -.273 | .3097 | -.880 | .333 | .780 | 1 | .377 |
| [score_state=2] | -.086 | .3467 | -.765 | .594 | .061 | 1 | .804 |
| [score_state=1] | 0ª | . | . | . | . | . | . |
| [purch_ariz=1] | .034 | .2287 | -.414 | .482 | .022 | 1 | .881 |
| [purch_ariz=0] | 0ª | . | . | . | . | . | . |
| [gender=1] | .055 | .2322 | -.400 | .510 | .056 | 1 | .813 |
| [gender=0] | 0ª | . | . | . | . | . | . |
| [news=99] | .740 | .5610 | -.360 | 1.839 | 1.739 | 1 | .187 |
| [news=1] | .190 | .3231 | -.443 | .824 | .347 | 1 | .556 |
| [news=0] | 0ª | . | . | . | . | . | . |
| [long=1.00] | -.621 | .3875 | -1.381 | .138 | 2.572 | 1 | .109 |
| [long=.00] | 0ª | . | . | . | . | . | . |
| [short=1.00] | .421 | .4320 | -.425 | 1.268 | .952 | 1 | .329 |
| [short=.00] | 0ª | . | . | . | . | . | . |
| [cond_ap=1.00] | -.255 | .3011 | -.845 | .335 | .718 | 1 | .397 |
| [cond_ap=.00] | 0ª | . | . | . | . | . | . |
| [cond_edit=1.00] | .401 | .2980 | -.183 | .985 | 1.808 | 1 | .179 |
| [cond_edit=.00] | 0ª | . | . | . | . | . | . |
| [cond_ap=1.00] * [cond_edit=1.00] | .324 | .4314 | -.522 | 1.169 | .564 | 1 | .453 |
| [cond_ap=1.00] * [cond_edit=.00] | 0ª | . | . | . | . | . | . |
| [cond_ap=.00] * [cond_edit=1.00] | 0ª | . | . | . | . | . | . |
| [cond_ap=.00] * [cond_edit=.00] | 0ª | . | . | . | . | . | . |
| [survey_drinks=1] | -.074 | .3517 | -.763 | .615 | .044 | 1 | .833 |

140

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| [survey_drinks=0] | 0[a] | . | . | . | . | . | . |
| [ind_groc=1] | -.067 | .6740 | -1.388 | 1.254 | .010 | 1 | .921 |
| [ind_groc=0] | 0[a] | . | . | . | . | . | . |
| [ind_food=1] | .498 | 1.0094 | -1.480 | 2.477 | .244 | 1 | .621 |
| [ind_food=0] | 0[a] | . | . | . | . | . | . |
| [ind_mkt=1] | -23.294 | .5415 | -24.355 | -22.232 | 1850.448 | 1 | .000 |
| [ind_mkt=0] | 0[a] | . | . | . | . | . | . |
| [ind_mr=1] | 22.594 | 1.1835 | 20.274 | 24.913 | 364.470 | 1 | .000 |
| [ind_mr=0] | 0[a] | . | . | . | . | . | . |
| freqpurch | .004 | .0062 | -.008 | .017 | .488 | 1 | .485 |
| age | -.111 | .0739 | -.256 | .034 | 2.261 | 1 | .133 |
| ed | .165 | .0913 | -.014 | .344 | 3.256 | 1 | .071 |
| inc | -4.291E-6 | 2.8635E-6 | -9.904E-6 | 1.321E-6 | 2.246 | 1 | .134 |
| (Scale) | 1[b] | | | | | | |

Dependent Variable: confusedcal

Model: (Intercept), race_w, hisp, score_state, purch_ariz, gender, news, long, short, cond_ap, cond_edit, cond_ap

* cond_edit, survey_drinks, ind_groc, ind_food, ind_mkt, ind_mr, freqpurch, age, ed, inc

a. Set to zero because this parameter is redundant.

b. Fixed at the displayed value.

141

Sugar

### Tests of Model Effects

| Source | Wald Chi-Square | Type III df | Sig. |
|---|---|---|---|
| (Intercept) | .135 | 1 | .713 |
| race_w | 1.336 | 1 | .248 |
| hisp | .508 | 1 | .476 |
| score_state | .266 | 3 | .966 |
| purch_ariz | .125 | 1 | .723 |
| gender | .704 | 1 | .401 |
| news | 1.013 | 2 | .603 |
| long | .024 | 1 | .877 |
| short | 2.497 | 1 | .114 |
| cond_ap | .703 | 1 | .402 |
| cond_edit | .231 | 1 | .631 |
| cond_ap * cond_edit | .768 | 1 | .381 |
| survey_drinks | .001 | 1 | .979 |
| ind_groc | 1.297 | 1 | .255 |
| ind_food | .183 | 1 | .669 |
| ind_mkt | 5.875 | 1 | .015 |
| ind_mr | .174 | 1 | .676 |
| freqpurch | .104 | 1 | .747 |
| age | 3.816 | 1 | .051 |
| ed | 5.438 | 1 | .020 |
| inc | .011 | 1 | .918 |

Dependent Variable: confusedsug

Model: (Intercept), race_w, hisp, score_state, purch_ariz, gender, news, long, short, cond_ap, cond_edit, cond_ap * cond_edit, survey_drinks, ind_groc, ind_food, ind_mkt, ind_mr, freqpurch, age, ed, inc

**Parameter Estimates**

| Parameter | B | Std. Error | 95% Wald Confidence Interval | | Hypothesis Test | | |
|---|---|---|---|---|---|---|---|
| | | | Lower | Upper | Wald Chi-Square | df | Sig. |
| (Intercept) | .719 | .7666 | -.783 | 2.222 | .880 | 1 | .348 |
| [race_w=1] | .340 | .2937 | -.236 | .915 | 1.336 | 1 | .248 |
| [race_w=0] | 0[a] | . | . | . | . | . | . |
| [hisp=1] | -.236 | .3311 | -.885 | .413 | .508 | 1 | .476 |
| [hisp=0] | 0[a] | . | . | . | . | . | . |
| [score_state=4] | .090 | .4063 | -.707 | .886 | .049 | 1 | .826 |
| [score_state=3] | -.047 | .3633 | -.760 | .665 | .017 | 1 | .896 |
| [score_state=2] | .094 | .4000 | -.690 | .878 | .055 | 1 | .814 |
| [score_state=1] | 0[a] | . | . | . | . | . | . |
| [purch_ariz=1] | -.091 | .2581 | -.597 | .415 | .125 | 1 | .723 |
| [purch_ariz=0] | 0[a] | . | . | . | . | . | . |
| [gender=1] | .222 | .2644 | -.296 | .740 | .704 | 1 | .401 |
| [gender=0] | 0[a] | . | . | . | . | . | . |
| [news=99] | .796 | .8146 | -.801 | 2.392 | .954 | 1 | .329 |
| [news=1] | .096 | .3658 | -.620 | .813 | .070 | 1 | .792 |
| [news=0] | 0[a] | . | . | . | . | . | . |
| [long=1.00] | .067 | .4337 | -.783 | .917 | .024 | 1 | .877 |
| [long=.00] | 0[a] | . | . | . | . | . | . |
| [short=1.00] | .914 | .5782 | -.220 | 2.047 | 2.497 | 1 | .114 |
| [short=.00] | 0[a] | . | . | . | . | . | . |
| [cond_ap=1.00] | -.424 | .3509 | -1.112 | .264 | 1.461 | 1 | .227 |
| [cond_ap=.00] | 0[a] | . | . | . | . | . | . |
| [cond_edit=1.00] | -.095 | .3458 | -.773 | .582 | .076 | 1 | .783 |
| [cond_edit=.00] | 0[a] | . | . | . | . | . | . |
| [cond_ap=1.00] * [cond_edit=1.00] | .426 | .4864 | -.527 | 1.380 | .768 | 1 | .381 |
| [cond_ap=1.00] * [cond_edit=.00] | 0[a] | . | . | . | . | . | . |
| [cond_ap=.00] * [cond_edit=1.00] | 0[a] | . | . | . | . | . | . |
| [cond_ap=.00] * [cond_edit=.00] | 0[a] | . | . | . | . | . | . |
| [survey_drinks=1] | .010 | .3777 | -.730 | .750 | .001 | 1 | .979 |

143

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| [survey_drinks=0] | 0[a] | . | . | . | . | . | . |
| [ind_groc=1] | -.841 | .7385 | -2.288 | .606 | 1.297 | 1 | .255 |
| [ind_groc=0] | 0[a] | . | . | . | . | . | . |
| [ind_food=1] | .434 | 1.0151 | -1.556 | 2.423 | .183 | 1 | .669 |
| [ind_food=0] | 0[a] | . | . | . | . | . | . |
| [ind_mkt=1] | -2.406 | .9926 | -4.351 | -.460 | 5.875 | 1 | .015 |
| [ind_mkt=0] | 0[a] | . | . | . | . | . | . |
| [ind_mr=1] | .517 | 1.2379 | -1.910 | 2.943 | .174 | 1 | .676 |
| [ind_mr=0] | 0[a] | . | . | . | . | . | . |
| freqpurch | .002 | .0064 | -.011 | .015 | .104 | 1 | .747 |
| age | -.173 | .0883 | -.346 | .001 | 3.816 | 1 | .051 |
| ed | .253 | .1085 | .040 | .466 | 5.438 | 1 | .020 |
| inc | -3.375E-7 | 3.2778E-6 | -6.762E-6 | 6.087E-6 | .011 | 1 | .918 |
| (Scale) | 1[b] | | | | | | |

Dependent Variable: confusedsug

Model: (Intercept), race_w, hisp, score_state, purch_ariz, gender, news, long, short, cond_ap, cond_edit, cond_ap *
cond_edit, survey_drinks, ind_groc, ind_food, ind_mkt, ind_mr, freqpurch, age, ed, inc

a. Set to zero because this parameter is redundant.

b. Fixed at the displayed value.

**Materiality Descriptive Statistics**

Full Sample

**"Would you prefer to purchase LITE ICED TEA LEMONADE A, LITE ICED TEA LEMONADE B, or would you not purchase either of them?"**

**1=Would purchase Lite Iced Tea Lemonade A**

**2=Would purchase Lite Iced Tea Lemonade B**

**88=Would NOT purchase either of these options**

**99=Don't know**

**Condition 1: Lite Iced Tea Lemonade A is a low calorie and low sugar beverage, containing fewer than 40 calories per serving and less than 3.5 grams of added sugar per serving (less than 7% of the recommended daily value for added sugar). Lite Iced Tea Lemonade B is not a low calorie or low sugar beverage, containing 80 calories per serving and 18 grams of added sugar per serving (36% the recommended daily value for added sugar).**

### mat_1

|       |        | Frequency | Percent | Valid Percent | Cumulative Percent |
|-------|--------|-----------|---------|---------------|--------------------|
| Valid | 1      | 78        | 12.8    | 72.2          | 72.2               |
|       | 2      | 24        | 3.9     | 22.2          | 94.4               |
|       | 88     | 5         | .8      | 4.6           | 99.1               |
|       | 99     | 1         | .2      | .9            | 100.0              |
|       | Total  | 108       | 17.7    | 100.0         |                    |
| Missing | System | 501     | 82.3    |               |                    |
| Total |        | 609       | 100.0   |               |                    |

**Condition 2: Lite Iced Tea Lemonade A is not a low calorie or low sugar beverage, containing 80 calories per serving and 18 grams of added sugar per serving (36% the recommended daily value for added sugar). Lite Iced Tea Lemonade B is a low calorie and low sugar beverage, containing fewer than 40 calories per serving and less than 3.5 grams of added sugar per serving (less than 7% of the recommended daily value for added sugar).**

**mat_2**

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1 | 28 | 4.6 | 28.3 | 28.3 |
|  | 2 | 65 | 10.7 | 65.7 | 93.9 |
|  | 88 | 4 | .7 | 4.0 | 98.0 |
|  | 99 | 2 | .3 | 2.0 | 100.0 |
|  | Total | 99 | 16.3 | 100.0 |  |
| Missing | System | 510 | 83.7 |  |  |
| Total |  | 609 | 100.0 |  |  |

**Percent Preferring low calorie / low sugar beverage**

**preflow**

|  |  |  |  |  |  | Bootstrap for Percent[a] |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | 95% Confidence Interval | |
|  |  | Frequency | Percent | Valid Percent | Cumulative Percent | Bias | Std. Error | Lower | Upper |
| Valid | .00 | 52 | 26.7 | 26.7 | 26.7 | .0 | 3.2 | 20.5 | 32.8 |
|  | 1.00 | 143 | 73.3 | 73.3 | 100.0 | .0 | 3.2 | 67.2 | 79.5 |
|  | Total | 195 | 100.0 | 100.0 |  | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

DocuSign Envelope ID: 01B74C7B-9615-4395-819E-096B8E5B1635

Subsample: Purchasers of Arizona Products

**Percent Preferring low calorie / low sugar beverage**

**preflow**

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bias | Std. Error | 95% Confidence Interval Lower | Upper |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Bootstrap for Percent[a] | | |
| Valid | .00 | 37 | 29.4 | 29.4 | 29.4 | .0 | 4.0 | 21.6 | 37.4 |
| | 1.00 | 89 | 70.6 | 70.6 | 100.0 | .0 | 4.0 | 62.6 | 78.4 |
| | Total | 126 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Subsample: Purchasers of Arnold Palmer Lite

**Percent Preferring low calorie / low sugar beverage**

**preflow**

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bias | Std. Error | 95% Confidence Interval Lower | Upper |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Bootstrap for Percent[a] | | |
| Valid | .00 | 5 | 22.7 | 22.7 | 22.7 | -.1 | 9.1 | 5.6 | 42.1 |
| | 1.00 | 17 | 77.3 | 77.3 | 100.0 | .1 | 9.1 | 57.9 | 94.4 |
| | Total | 22 | 100.0 | 100.0 | | -.5 | 7.2 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

147

**Logistic Regression: Preference for Low Calorie & Sugar Beverages**

### Case Processing Summary

|  | N | Percent |
|---|---|---|
| Included | 194 | 31.9% |
| Excluded | 415 | 68.1% |
| Total | 609 | 100.0% |

### Tests of Model Effects

| Source | Type III Wald Chi-Square | df | Sig. |
|---|---|---|---|
| (Intercept) | .309 | 1 | .579 |
| race_w | .045 | 1 | .831 |
| hisp | .548 | 1 | .459 |
| score_state | 1.709 | 3 | .635 |
| purch_ariz | 1.692 | 1 | .193 |
| gender | .594 | 1 | .441 |
| freqpurch | 2.846 | 1 | .092 |
| age | .798 | 1 | .372 |
| ed | 1.461 | 1 | .227 |
| inc | 4.041 | 1 | .044 |
| news | .139 | 2 | .933 |
| long | .439 | 1 | .508 |
| survey_drinks | 1.374 | 1 | .241 |
| ind_groc | 3.137 | 1 | .077 |
| ind_food | .446 | 1 | .504 |
| ind_mkt | .433 | 1 | .511 |
| ind_mr | .516 | 1 | .473 |

Dependent Variable: preflow

Model: (Intercept), race_w, hisp, score_state, purch_ariz, gender, freqpurch, age, ed, inc, news, long, survey_drinks, ind_groc, ind_food, ind_mkt, ind_mr

148

## Parameter Estimates

| Parameter | B | Std. Error | 95% Wald Confidence Interval | | Hypothesis Test | | |
| | | | Lower | Upper | Wald Chi-Square | df | Sig. |
|---|---|---|---|---|---|---|---|
| (Intercept) | 1.101 | 1.0938 | -1.043 | 3.244 | 1.012 | 1 | .314 |
| [race_w=1] | -.088 | .4123 | -.896 | .720 | .045 | 1 | .831 |
| [race_w=0] | 0ᵃ | . | . | . | . | . | . |
| [hisp=1] | .449 | .6070 | -.740 | 1.639 | .548 | 1 | .459 |
| [hisp=0] | 0ᵃ | . | . | . | . | . | . |
| [score_state=4] | .173 | .4959 | -.799 | 1.145 | .122 | 1 | .727 |
| [score_state=3] | .037 | .4832 | -.910 | .984 | .006 | 1 | .939 |
| [score_state=2] | .664 | .5784 | -.469 | 1.798 | 1.319 | 1 | .251 |
| [score_state=1] | 0ᵃ | . | . | . | . | . | . |
| [purch_ariz=1] | -.504 | .3875 | -1.264 | .255 | 1.692 | 1 | .193 |
| [purch_ariz=0] | 0ᵃ | . | . | . | . | . | . |
| [gender=1] | .281 | .3647 | -.434 | .996 | .594 | 1 | .441 |
| [gender=0] | 0ᵃ | . | . | . | . | . | . |
| freqpurch | .018 | .0105 | -.003 | .038 | 2.846 | 1 | .092 |
| age | -.107 | .1198 | -.342 | .128 | .798 | 1 | .372 |
| ed | .174 | .1440 | -.108 | .456 | 1.461 | 1 | .227 |
| inc | -8.522E-6 | 4.2393E-6 | -1.683E-5 | -2.131E-7 | 4.041 | 1 | .044 |
| [news=99] | -.495 | 1.3296 | -3.101 | 2.111 | .138 | 1 | .710 |
| [news=1] | -.035 | .5060 | -1.027 | .956 | .005 | 1 | .944 |
| [news=0] | 0ᵃ | . | . | . | . | . | . |
| [long=1.00] | .333 | .5027 | -.652 | 1.318 | .439 | 1 | .508 |
| [long=.00] | 0ᵃ | . | . | . | . | . | . |
| [survey_drinks=1] | -.612 | .5218 | -1.634 | .411 | 1.374 | 1 | .241 |
| [survey_drinks=0] | 0ᵃ | . | . | . | . | . | . |
| [ind_groc=1] | -1.702 | .9607 | -3.584 | .181 | 3.137 | 1 | .077 |
| [ind_groc=0] | 0ᵃ | . | . | . | . | . | . |
| [ind_food=1] | -.941 | 1.4081 | -3.700 | 1.819 | .446 | 1 | .504 |
| [ind_food=0] | 0ᵃ | . | . | . | . | . | . |
| [ind_mkt=1] | .613 | .9312 | -1.213 | 2.438 | .433 | 1 | .511 |
| [ind_mkt=0] | 0ᵃ | . | . | . | . | . | . |
| [ind_mr=1] | 1.125 | 1.5669 | -1.946 | 4.196 | .516 | 1 | .473 |

149

| [ind_mr=0] | 0ª | . | . | . | . | . | . |
| (Scale) | 1ᵇ | | | | | | |

Dependent Variable: preflow

Model: (Intercept), race_w, hisp, score_state, purch_ariz, gender, freqpurch, age, ed, inc, news, long, survey_drinks, ind_groc, ind_food, ind_mkt, ind_mr

a. Set to zero because this parameter is redundant.

b. Fixed at the displayed value.

## Tests of Model Effects

| Source | Type III Wald Chi-Square | df | Sig. |
|---|---|---|---|
| (Intercept) | .186 | 1 | .667 |
| race_w | .026 | 1 | .871 |
| hisp | .528 | 1 | .468 |
| score_state | 2.120 | 3 | .548 |
| purch_arizlite | .295 | 1 | .587 |
| gender | .578 | 1 | .447 |
| freqpurch | 3.182 | 1 | .074 |
| age | .803 | 1 | .370 |
| ed | 1.428 | 1 | .232 |
| inc | 3.223 | 1 | .073 |
| news | .278 | 2 | .870 |
| long | .643 | 1 | .423 |
| survey_drinks | 1.103 | 1 | .294 |
| ind_groc | 3.165 | 1 | .075 |
| ind_food | .558 | 1 | .455 |
| ind_mkt | .323 | 1 | .570 |
| ind_mr | .577 | 1 | .448 |

Dependent Variable: preflow

Model: (Intercept), race_w, hisp, score_state, purch_arizlite, gender, freqpurch, age, ed, inc, news, long, survey_drinks, ind_groc, ind_food, ind_mkt, ind_mr

150

## Parameter Estimates

| Parameter | B | Std. Error | 95% Wald Confidence Interval | | Hypothesis Test | | |
| | | | Lower | Upper | Wald Chi-Square | df | Sig. |
|---|---|---|---|---|---|---|---|
| (Intercept) | .602 | 1.0389 | -1.435 | 2.638 | .335 | 1 | .563 |
| [race_w=1] | -.068 | .4200 | -.891 | .755 | .026 | 1 | .871 |
| [race_w=0] | 0[a] | . | . | . | . | . | . |
| [hisp=1] | .426 | .5871 | -.724 | 1.577 | .528 | 1 | .468 |
| [hisp=0] | 0[a] | . | . | . | . | . | . |
| [score_state=4] | .177 | .4967 | -.797 | 1.151 | .127 | 1 | .721 |
| [score_state=3] | .115 | .4772 | -.820 | 1.051 | .059 | 1 | .809 |
| [score_state=2] | .773 | .5748 | -.354 | 1.899 | 1.807 | 1 | .179 |
| [score_state=1] | 0[a] | . | . | . | . | . | . |
| [purch_arizlite=1] | .306 | .5636 | -.799 | 1.411 | .295 | 1 | .587 |
| [purch_arizlite=0] | 0[a] | . | . | . | . | . | . |
| [gender=1] | .274 | .3598 | -.432 | .979 | .578 | 1 | .447 |
| [gender=0] | 0[a] | . | . | . | . | . | . |
| freqpurch | .018 | .0102 | -.002 | .038 | 3.182 | 1 | .074 |
| age | -.106 | .1178 | -.337 | .125 | .803 | 1 | .370 |
| ed | .170 | .1427 | -.109 | .450 | 1.428 | 1 | .232 |
| inc | -7.518E-6 | 4.1876E-6 | -1.573E-5 | 6.898E-7 | 3.223 | 1 | .073 |
| [news=99] | -.591 | 1.3276 | -3.193 | 2.012 | .198 | 1 | .656 |
| [news=1] | -.166 | .5025 | -1.151 | .819 | .109 | 1 | .741 |
| [news=0] | 0[a] | . | . | . | . | . | . |
| [long=1.00] | .420 | .5242 | -.607 | 1.448 | .643 | 1 | .423 |
| [long=.00] | 0[a] | . | . | . | . | . | . |
| [survey_drinks=1] | -.566 | .5386 | -1.621 | .490 | 1.103 | 1 | .294 |
| [survey_drinks=0] | 0[a] | . | . | . | . | . | . |
| [ind_groc=1] | -1.667 | .9369 | -3.503 | .170 | 3.165 | 1 | .075 |
| [ind_groc=0] | 0[a] | . | . | . | . | . | . |
| [ind_food=1] | -1.003 | 1.3434 | -3.636 | 1.629 | .558 | 1 | .455 |
| [ind_food=0] | 0[a] | . | . | . | . | . | . |
| [ind_mkt=1] | .506 | .8905 | -1.239 | 2.252 | .323 | 1 | .570 |
| [ind_mkt=0] | 0[a] | . | . | . | . | . | . |
| [ind_mr=1] | 1.137 | 1.4973 | -1.798 | 4.072 | .577 | 1 | .448 |
| [ind_mr=0] | 0[a] | . | . | . | . | . | . |
| (Scale) | 1[b] | | | | | | |

151

Dependent Variable: preflow

Model: (Intercept), race_w, hisp, score_state, purch_arizlite, gender, freqpurch, age, ed, inc, news, long, survey_drinks, ind_groc, ind_food, ind_mkt, ind_mr

a. Set to zero because this parameter is redundant.

b. Fixed at the displayed value.