Robert P. Donovan, Esq. (*Appearing Pro Hac Vice*)
STEVENS & LEE
669 River Drive, Suite 201
Elmwood Park, New Jersey 07407
Telephone: (201) 857-6778
Facsimile: (201) 857-6761
*Robert.donovan@stevenslee.com*

Casey Grabenstein, Esq. (No. 6289606)
SAUL EWING ARNSTEIN & LEHR LLP
161 North Clark Street, Suite 4200
Chicago, Illinois 60601
Telephone No.:  (312) 876-7810
*casey.grabenstein@saul.com*

Attorneys for Defendant, Arizona Beverages USA LLC

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| KENNETH CRAWFORD, individually and on behalf of all others similarly situated, | ) ) ) | |
| | ) | Case No. 3:22-cv-00220-DWD |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| | ) | |
| ARIZONA BEVERAGES USA LLC, | ) ) | |
| Defendant. | ) | |

**DECLARATION OF ROBERT P. DONOVAN IN SUPPORT OF**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Robert P. Donovan, of full age, declares as follows:

1.     I am an attorney at law of the State of New Jersey and have been admitted *pro hac vice* to represent defendant, Arizona Beverages USA LLC ("Defendant"), in this matter.

2.      I have factual knowledge of the procedural history in this action and I make this declaration in support of Defendant's motion for summary judgment.

3.      Attached as Exhibit A is a copy of the transcript of Plaintiff's deposition dated February 13, 2023.

4.      Attached as Exhibit B is a copy of deposition exhibit P-4.

5.      Attached as Exhibit C is a photographic copy of the deposition exhibit P-5.

6.      Attached as Exhibit D is a photographic copy of the deposition exhibit P-8.

7.      Attached as Exhibit E is a copy of deposition exhibit P-11.

8.      Attached as Exhibit F is a photographic copy of the deposition exhibit P-12.

I hereby declare that all of the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  June 26, 2022

_____
Robert P. Donovan

06/26/2023 SL1 1934818v1 115260.00007