# **EXHIBIT A**

Page 1

1           UNITED STATES DISTRICT COURT

2           SOUTHERN DISTRICT OF ILLINOIS

3             EAST ST. LOUIS DIVISION

4    KENNETH CRAWFORD, individually

5    and on behalf of all others similarly

6    situated,

7           Plaintiff,

8

9    VS.              Cause No.  3:22-cv-00220-DWD

10

11   ARIZONA BEVERAGES USA, LLC

12          Defendant.

13   _____

14           VIDEOTAPE DEPOSITION OF

15              KENNETH CRAWFORD

16

17            February 13, 2023

18              10:00 a.m.

19

20              Taken at:

21        Gausnell, O'Keefe & Thomas

22            1717 Park Avenue

23          St. Louis, Missouri

24   Nancy Prange, CCR, CSR

Page 2

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF ILLINOIS

3                EAST ST. LOUIS DIVISION

4

5     KENNETH CRAWFORD, individually

6     and on behalf of all others similarly

7     situated,

8

9              Plaintiff,

10

11    VS.              Cause No.  3:22-cv-00220-DWD

12

13    ARIZONA BEVERAGES USA, LLC

14

15              Defendant.

16

17         Videotape Deposition of KENNETH CRAWFORD,

18    taken on behalf of the Defendant, at the offices of

19    Gausnell, O'Keefe & Thomas, LLC, 1717 Park Avenue,

20    in the City of St. Louis, State of Missouri, on the

21    13th day of February, 2023, before Nancy Prange, CCR

22    MO #778, CSR IL #084-004426, and Notary Public.

23

24

Page 3

1    APPEARANCES OF COUNSEL:

2

3    FOR THE PLAINTIFF:

4        Mr. Spencer Sheehan

5        Sheehan & Associates, PC

6        60 Cuttermill Road, Suite 409

7        Great Neck, NY  11021-3104

8        (516) 268-7080

9        Spencer@spencersheehan.com

10

11   FOR THE DEFENDANT:

12       Mr. Robert P. Donovan

13       Stevens & Lee

14       669 River Drive, Suite 201

15       Elmwood Park, NJ  07407

16       (201) 857-6778

17       robert.donovan@stevenslee.com

18

19   THE VIDEOGRAPHER:

20       Mr. Timothy Perry

21       Veritext Legal Solutions

22       701 Market Street, Suite 310

23       St. Louis, MO  63101

24       (314) 241-6750

Page 4

1                              INDEX

2                                                        PAGE

3    Examination by Mr. Donovan                            6

4    Examination by Mr. Sheehan                          112

5

6                            EXHIBITS

7

8    Ex. P-1 Bankruptcy Petition                          36

9    Ex. P-2  Attorney Retainer Agreement                 45

10   Ex. P-3 Responses and Objections to Requests

11            For Admissions                              54

12   Ex. P-4 Answers to Interrogatories                   58

13   Ex. P-5  Arnold Palmer 32 oz. Lite Can               67

14   Ex. P-6 Decision by Court                            69

15   Ex. P-7 Arnold Palmer not labeled Lite               79

16   Ex. P-8 Arnold Palmer 20 oz. (Golf Ball)

17            Lite Bottle                                 83

18   Ex. P-9 Arnold Palmer Gallon Jug                     88

19   Ex. P-10 The Complaint                               91

20   Ex. P-11 Photo of Arnold Palmer 20 oz.

21            Lite Label                                  93

22   Ex. P-12 Arnold Palmer 20 oz. Lite Bottle            98

23

24

Page 5

1        THE VIDEOGRAPHER:  Good morning.  We are on

2    the record at 10:11 on February 13, 2023.  This

3    is media unit one of the Video Recorded

4    Deposition of Kenneth Crawford being taken by

5    counsel for defendants in the matter of Kenneth

6    Crawford versus Arizona Beverages USA, LLC,

7    pending in the cause -- I'm sorry, pending in

8    the United States District Court, Southern

9    District of Illinois, East St. Louis Division,

10   Case Number 3:22-cv-00220.  This deposition is

11   being held at Gausnell, O'Keefe & Thomas

12   located at 1717 Park Avenue in St. Louis,

13   Missouri.  And my name is Tim Perry, Certified

14   Legal Video Specialist, our court reporter is

15   Nancy Prange, we're with Veritext Legal

16   Solutions.  Counsel, will you identify

17   yourselves for the record, please?

18       MR. SHEEHAN:  For the Plaintiff, Spencer

19   Sheehan.

20       MR. DONOVAN:  For the Defendant Robert

21   Donovan.

22       THE VIDEOGRAPHER:  Thank you, both.  Nancy,

23   please swear in the witness.

24                    KENNETH CRAWFORD,

Page 6

1    of lawful age, having been first duly sworn to

2    testify the truth, the whole truth, and nothing but

3    the truth in the case aforesaid, deposes and says in

4    reply to oral interrogatories propounded as follows,

5    to-wit:

6                    EXAMINATION

7    QUESTIONS BY MR. DONOVAN:

8        Q    (By Mr. Donovan) Good morning,

9    Mr. Crawford.

10       A    Good morning.

11       Q    My name is Bob Donovan.  I'm an attorney for

12   the Defendant in this case, and your deposition is

13   proceeding that we're going to be addressing today

14   and I want to give you some basic instructions before

15   we start the questions.  Okay?

16       A    Okay.

17       Q    First of all, is there anything, are you

18   under any medication that would inhibit your ability

19   to answer any questions?

20       A    No.

21       Q    So here are some just basic ground rules.

22   Even though we're in a law office, your testimony

23   would have the same and will have the same

24   evidentiary value as if you were in a court.  So it's

Page 7

1    important for you to listen to my question.  Because

2    if you answer the question, the Court is going to

3    presume that you understood the question.  If you

4    don't understand the question, just let me know and

5    I'll try to be clearer, or ask you what you don't

6    understand about the question.

7            I'll be asking you questions about dates

8    and times and amounts and I'm always interested in

9    reasonable approximations when it comes to all your

10   answers in that way.  There could come a point in

11   time when your attorney, who is seated to your left,

12   may object.  So it's important for you to wait until

13   my question is posed until you answer because,

14   because your attorney may object, and give him that

15   opportunity.  So try to avoid anticipating.  It

16   becomes a little bit difficult as we march along

17   because there becomes a little bit more familiarity.

18   But just keep that in mind.

19       A    Okay.

20       Q    Even though you're being videotaped you're

21   also, your questions, your answers are going to be

22   transcribed by the reporter.  So it's important for

23   you to provide verbal answers.  Nonverbal answers

24   like nodding of the head or grunting yes or no make

Page 8

1    the record unclear.  So just keep that in mind, if

2    you could.

3        A    Okay.

4        Q    Have you ever -- do you understand those

5    instructions?

6        A    I do.

7        Q    Have you ever been deposed before?

8        A    No.

9        Q    Okay.  Oh, by the way, I'm remiss.  I want to

10   thank you for agreeing to appear here personally, by

11   the way.

12       A    Okay.

13       Q    So you've never been deposed before.  Now,

14   the other thing I want to tell you before I start the

15   questions, there are going to be some questions here

16   that are of a personal nature, diet and such.

17   They're not meant to be disrespectful at all, sir.

18   They're just germane to the case so I want to let you

19   know that in advance.

20       A    Okay.

21       Q    Did you prepare -- one more instruction.

22   There could come a time when your attorney will

23   object on the grounds of privilege.  And that's

24   another reason to wait for the question to be posed.

Page 9

1   Because there's certain questions you'll be bond to

2   answer if you understand them and there's some

3   questions you'll be instructed not to answer.  So

4   that's why it's important to wait.

5           MR. DONOVAN:  Counsel, do you want to say

6       something?

7           MR. SHEEHAN:  Yes.  If I may, Spencer

8       Sheehan for the Plaintiff.  Perhaps this could

9       go off record or if you, Mr. Donovan, could

10      just inform the witness that if he should need

11      to take a break for a restroom he may do so,

12      but not while a question is pending.  If you

13      could just -- I know it's a formality.

14          MR. DONOVAN:  No, I missed it.

15  Q       (By Mr. Donovan) Counsel is right.  If

16  there comes a time when you need a break you let me

17  know.  As long as the question is answered, you

18  know, I'll accommodate you.  It isn't an attrition

19  test.  You'll have that courtesy.  Trust me.

20  A       Okay.

21          MR. SHEEHAN:  Appreciate it.

22  Q       (By Mr. Donovan) Did you do anything to

23  prepare for this deposition today?

24  A       Nothing to prepare, no.

Page 10

1      Q    You're going to have to speak up, sir.

2      A    Oh, no.

3      Q    You didn't review any documents?

4      A    Oh, yes, I did review documents.  I

5    apologize.

6      Q    What documents did you review?

7      A    I reviewed the documents that were sent in

8    to the courts.

9      Q    Can you identify any of them?

10     A    If you showed me.  Or do you mean --

11     Q    Can you just tell me what they are?  The ones

12   that you remember looking at to prepare for the

13   deposition.

14     A    To give you the technical name, no.

15     Q    How many were there?

16     A    I don't recall the amount of pages.

17     Q    Not how many pages, how many documents.

18     A    It was one document, but again I'm not sure

19   how many pages off the top of my head.

20     Q    I'm not going to ask you what you and your

21   lawyer spoke about, but did you communicate with your

22   attorney prior to this deposition to prepare for the

23   deposition?

24     A    Yes.

Page 11

1    Q    And how long did you speak to him for?

2    A    The approximate time I am not sure.

3    Q    What day?

4    A    As previously, or most recently I guess, the

5    longest conversation was Friday.

6    Q    And how long was that conversation?

7    A    I was actually at work and I was trying to

8    do other things while talking, I will admit, but

9    less than 30 minutes.

10    Q    Did you speak to him today?

11    A    Yes.

12    Q    Okay.  How long was that conversation?

13    A    Maybe 10 minutes.

14    Q    So all told, counting the documents you

15    reviewed and speaking to your attorney, how long in

16    terms of minutes or hours did you take to prepare for

17    this deposition?

18    A    I guess altogether within the last year?

19    Q    Talking about preparing for the deposition,

20    sir.

21    A    I guess, based on what I told you, I guess

22    40 minutes.  Well, that was physical -- I mean

23    verbal communication.  And also there was some

24    messages but I don't know if that really counts.

Page 12

1       Q    Are you married, sir?

2       A    I am.

3       Q    What's the date of your marriage?

4       A    November 12, 2022.

5       Q    Congratulations.

6       A    Thank you.

7       Q    First marriage?

8       A    Second.

9       Q    Okay.   What was the date of your first

10   marriage?

11      A    November 5, 2011.

12      Q    Do you have any children?

13      A    I do.

14      Q    How many?

15      A    I have seven children.

16      Q    Can you tell me their ages?

17      A    Fourteen, 13, 11, 11, 10, eight, and six

18   months.

19      Q    Congratulations again.

20      A    Thank you.

21      Q    Those seven children, do -- well, let me back

22   up.   Where do you currently reside?

23      A    My physical address or just the city?

24      Q    Physical address.

Page 13

1      A    3209 Hunters Way, that's Shiloh, Illinois

2    62221.

3      Q    And how long have you lived in Shiloh,

4    Illinois?

5      A    I've been in Shiloh now, I guess, right at a

6    year.

7      Q    And prior to living in Shiloh, Illinois where

8    did you live?

9      A    I lived in East St. Louis proper.

10     Q    Address?

11     A    32 Hilltop, East St. Louis, 62203, I believe

12   it was.

13     Q    How long did you live at the 32 Hilltop

14   address?

15     A    I can't remember if it was two or three

16   years.

17     Q    Prior to living at the 32 Hilltop address

18   where did you reside?

19     A    2 Catherine Court, Apartment 5, Swansea,

20   Illinois 62226.

21     Q    And how long did you live at the 2 Catherine

22   Court address?

23     A    Three years.

24     Q    And prior to living at 2 Catherine Court

Page 14

1    where did you reside?

2         A    I can't remember the actual house address,

3    but the street was Winward Way, which is also in

4    Swansea, Illinois.

5         Q    How long did you live on Woodward Way?

6         A    No. Winward, W-i-n-w-a-r-d.

7         Q    W-i-n --

8         A    W-a-r-d. Winward.

9         Q    How long did you live at that address?

10        A    Oh, boy.  Four years.  Approximately.

11        Q    Do any of the children that you mentioned

12   reside with you?

13        A    Yes.

14        Q    How many?

15        A    Three.

16        Q    Can you tell me the age of the ones that

17   reside with you?

18        A    Fourteen, ten, and six months.

19        Q    And the other four live with your first wife?

20        A    I'm sorry?

21        Q    The other four children live with the first

22   wife?

23        A    Yes.

24        Q    And your first wife's name?

Page 15

1      A    Ashley.

2      Q    Does she still have your name?

3      A    No.   Arnold.

4      Q    Arnold?

5      A    Yes.

6      Q    And where do the children live with Ms.

7  Arnold?

8      A    They live here in St. Louis.   Physical

9  address I'm going to have to get my phone.

10      Q    They live in St. Louis?

11      A    Yes.

12      Q    Did you ever reside in Missouri?

13      A    Yes.

14      Q    When?

15      A    Pretty much all the way up until -- all my

16  life all the way up until 2007 or '08.   2008.   And

17  then I moved back over here, I guess, two years

18  before moving back over to Illinois.

19      Q    I'm sorry.   You said you moved back over

20  here, you mean moved back to Missouri?

21      A    Moved back to Missouri.   And then I moved

22  back to Illinois, I guess, about two years or so.

23      Q    When were you living in Missouri?   You said

24  you lived in Missouri until 2008 and then you moved

Page 16

1    back to here, meaning Missouri.

2        A    Yes.

3        Q    When did you do that, when did you move back

4    to Missouri?

5        A    2011 through '13, '14.

6        Q    And what address were you living at in

7    Missouri?

8        A    Again, I don't remember the physical

9    address.  The street was -- I don't know the street.

10   I forget the name of the street.

11       Q    What town or city in Missouri?

12       A    St. Louis.

13       Q    So sometime in 2014 you left Missouri and

14   moved to Illinois?

15       A    Yes.

16       Q    Can I have the extent of your education, sir?

17       A    A Bachelor's degree.

18       Q    From where?

19       A    I'm sorry?

20       Q    From what institution?

21       A    Calvary Bible College.

22       Q    And what was your degree in?

23       A    Biblical studies.

24       Q    What year did you get that degree, sir?

Page 17

1       A    2014.

2       Q    And where is Calvary Bible College?

3       A    It's in Kansas City.

4       Q    Kansas City, Missouri?

5       A    Yes, Missouri.  And, no, I did not root for

6   the Chiefs.

7       Q    What's your date of birth?

8       A    June 23, 1986.

9       Q    June 23, 1986?

10      A    Correct.

11      Q    I'm going to ask you to raise your voice --

12  elevate your voice, I shouldn't say raise, just

13  slightly.

14      A    Okay.

15      Q    Please.  Thank you.  And can I have your

16  height and weight?

17      A    My height is 5'9" and I weigh approximately

18  230 pounds.

19      Q    So when you were studying at Calvary Bible

20  College, were you living in Kansas City, Missouri?

21      A    Initially, yes.

22      Q    And then after that where were you living

23  during your school years?

24      A    Between Illinois and Missouri in the St.

1  Louis area doing online classes.

2      Q    So there was a time when you physically

3  attended the bible college and other times you were

4  taking them remotely?

5      A    Correct.

6      Q    And you attended there for four years?

7      A    Yes.  Well, actually more.  It was a four

8  year degree.

9      Q    How many years did you attend there?

10      A    I guess about five.

11      Q    Do you suffer from any health-related issues

12  like diabetes?

13      A    Asthma.

14      Q    Other than asthma?

15      A    No.  I'm sorry.  Yes, I do.  I don't like to

16  claim it, but high cholesterol.

17      Q    Are you taking medication for the high

18  cholesterol?

19      A    I am.

20      Q    Since when?

21      A    I think my doctor put me on it initially in

22  2021 and then -- I'm sorry.  No.  I take that back.

23  Initially in 2019.  And then I was taken off and put

24  back on it.

Page 19

1    Q    Do you take any medication for your asthma?

2    A    Yes.

3    Q    What is that?

4    A    I take an inhaler and a pill.

5    Q    Inhaler and -- I'm sorry?

6    A    And a pill.

7    Q    So other than the asthma and high

8    cholesterol, any other health issues?

9    A    I had a surgery, but that was many years

10   ago.

11   Q    Surgery for what?

12   A    My ear.  Actually I have artificial bones in

13   my right ear.

14   Q    So you have -- are you hearing impaired?

15   A    I've not been classified but, yeah, I can

16   hear.

17   Q    Are you hearing me okay?

18   A    I can hear you okay.

19   Q    Thank you.  Are you employed?

20   A    Yes.

21   Q    By whom are you employed?

22   A    My primary job is through Beyond Housing.

23   Q    Beyond Housing?

24   A    Correct.

Page 20

1    Q    And where are they located?

2    A    In St. Louis, Missouri.

3    Q    Do they have an address?

4    A    Yes, but I don't know the address.  I'm

5    sorry.  I don't go to the office very often.

6    Q    What do you do for Beyond Housing?

7    A    So I'm actually housed in a school building,

8    which is why I don't go to the office very often,

9    but I am a liaison.  I work between the community

10   and the families of our school connecting them with

11   resources in the community.

12   Q    And what's the name of the school?

13   A    Bel-Nor Elementary.

14   Q    Bel-Nor?

15   A    B-e-l N-o-r.

16   Q    Can you spell that for me, please?

17   A    B-e-l-N-o-r.

18   Q    And Bel-Nor Elementary is in St. Louis?

19   A    Correct.

20   Q    How long have you been working for Beyond

21   Housing?

22   A    Nearly -- almost a year and a half ago.

23   Q    Are you an employee there or do you own the

24   business?

Page 21

1      A    I'm an employee.

2      Q    And before working at -- well, besides Beyond

3   Housing do you have any other jobs?

4      A    Yes.

5      Q    Did you say partner job or part-time job?

6      A    No.  I said that's my primary job.

7      Q    Primary job. Excuse me.

8      A    But I do have a part-time job.

9      Q    Currently?

10      A    Yes.

11      Q    And what's that, sir?

12      A    So I also work for Better Family Life as an

13   after-school assistant.  I work an after-school

14   program at the school.

15      Q    And where is Better --

16      A    It's on Page here in St. Louis.  I'm not

17   sure of the --

18      Q    I'm sorry.  The name of it again is Better

19   Fair Housing?

20      A    No.  Better Family Life.

21      Q    Better Family Life.  Excuse me.  And it's on

22   Page Street in St. Louis?

23      A    Yes.

24      Q    How long have you been working at Better

Page 22

1    Family Life?

2        A    I guess about five months now.

3        Q    Prior to working at Beyond Housing were you

4    employed?

5        A    Yes.

6        Q    With whom?

7        A    City Hope St. Louis.

8        Q    And where are they located?

9        A    They're here in St. Louis.

10       Q    St. Louis, Missouri?

11       A    Correct.

12       Q    And how long were you working at City Hope

13   St. Louis?

14       A    I guess 11 months maybe.

15       Q    Was that a full-time job?

16       A    It was.

17       Q    Prior to City Hope St. Louis where did you

18   work?

19       A    Bridges Community Support.

20       Q    How long did you work there?

21       A    I forget.  Just under a year as well.

22       Q    About a year?

23       A    Yeah.

24       Q    Where are they located?

Page 23

1      A    They're here in St. Louis as well.  I also
2   worked off campus for them.
3      Q    Which street, do you remember?
4      A    Their main office -- I don't remember which
5   street the main office is on.
6      Q    City Hope St. Louis, we'll go back there.
7   What type of work did you do for them?
8      A    I was the assistant program manager for
9   emergency housing.
10     Q    What about Bridge Community Support?
11     A    Bridges.
12     Q    Bridges.  I'm sorry.
13     A    I was the manager -- I'm trying to remember
14  the correct title of that position.  I forget the
15  correct actual title for that, but it was in
16  management as well.
17     Q    Prior to working at Bridges Community Support
18  where did you work?
19     A    Behavior Intervention Services.
20     Q    How long did you work there?
21     A    That was definitely less than a year.
22     Q    Where are they located?
23     A    They were also here in St. Louis.
24     Q    What did you do for them?

Page 24

1    A    Program manager.

2    Q    And prior to Behavior Services?

3    A    Missouri Mentor.

4    Q    And what did you do for Missouri Mentor?

5    A    I was a residential supervisor.

6    Q    What is Missouri Mentor?

7    A    Missouri Mentor, Behavior Intervention

8    Services, and Bridges Community Support, all three

9    companies work with individuals with developmental

10    disabilities.

11    Q    And how long did you work with Missouri

12    Mentor?

13    A    Mentor, I think, was about two years.

14    Q    Prior to Missouri Mentor where did you work?

15    A    St. Louis Public Schools.

16    Q    What public school?

17    A    St. Louis Public Schools.  Oh, which school?

18    Q    Yes.

19    A    Hodgen Tech.

20    Q    How long did you work there?

21    A    Just right around three years.

22    Q    Were you a teacher?

23    A    No.  I was actually in the same role as I am

24    currently.  So I was -- what was the title?

Page 25

1    Community support specialist, I think, or something

2    along those lines.  But I pretty much bridged the

3    gap between the community and parents of the

4    school -- or families of the school.

5        Q    Was St. Louis Public Schools your first job

6    out of college?

7        A    No.

8        Q    Okay.

9        A    Also I worked for -- I'm trying to think out

10   of college.  No.  So coming out I was actually at, I

11   was working for the Salvation Army when I finished

12   up, but I also worked for Hopewell Center.

13       Q    Where for the Salvation Army did you work?

14       A    I worked here in St. Louis.  The Harbor

15   Light location.

16       Q    What about Hopewell Center, where are they?

17       A    They moved since I last worked for them.

18   When I worked for them they were on South Grand at

19   the time.

20       Q    In St. Louis, Missouri?

21       A    In St. Louis, Missouri.

22       Q    Have you ever had employment in East St.

23   Louis, Illinois?

24       A    I had one job.  Actually right after

Page 26

1    Hopewell.  I worked for Call for Help.

2         Q    Call for Help?

3         A    Yes.

4         Q    And where are they located in East St. Louis?

5         A    I can't remember the physical address, but

6    the street is Lebanon.

7         Q    Lebanon?

8         A    Yes.

9         Q    How long did you work for Call for Help?

10        A    I worked for Call for Help for just over a

11   year.

12        Q    Were you working that job as well as another

13   job in St. Louis at the same time?

14        A    No.

15        Q    So that was a full-time position?

16        A    Yes.

17        Q    So other than Call for Help you've had no

18   other employment in East St. Louis, is that correct?

19        A    No.    That's the only job in East St. Louis.

20        Q    Have you had any other jobs in Illinois other

21   than the one for Call for Help?

22        A    No.

23        Q    So the St. Louis Public School job, did you

24   leave there voluntarily?

Page 27

1       A    Yes.

2       Q    Was your drivers license ever suspended?

3       A    Yes.

4       Q    When?

5       A    I can't remember if it was 2017 or '18.

6       Q    2017 or '18?

7       A    Yeah.  Somewhere in there.

8       Q    What state suspended your license?

9       A    So the license were actually Illinois

10   license, but it was Missouri who reached out to

11   Illinois to have my license suspended.

12      Q    Why was it suspended?

13      A    For an unpaid speeding ticket.

14      Q    Did you ever have a Missouri drivers license?

15      A    Yes.

16      Q    When?

17      A    I guess prior to 2008.

18      Q    So when you moved back to Missouri you kept

19   an Illinois drivers license?  After 2008 you said you

20   moved back to Missouri?

21      A    Yes.

22      Q    You never reinstated a Missouri drivers

23   license after 2008?

24      A    After 2008?  I apologize.  I did.  When I

Page 28

1    moved back -- I do apologize.  When I moved back in

2    2011.  So during the times I lived over here in

3    Missouri I did have a Missouri drivers license.

4        Q    Have you ever been convicted of a crime?

5        A    No.

6        Q    Do you do grocery shopping?

7        A    Yes.

8        Q    And where do you customarily buy your

9    groceries?

10       A    It depends what's closest, what I'm

11   purchasing.  Usually it could be Walmart, Schnucks,

12   Dierbergs.

13       Q    Gelbergs?

14       A    Dierbergs, D-i-e-r-b-e-r-g-s.  And Schnucks

15   S-c-h-n-u-c-k-s.

16       Q    Do you ever shop at Sam's Club?

17       A    Yes.

18       Q    QuikTrip?

19       A    Yes.

20       Q    Casey's?

21       A    Yes.  Actually as far as QuikTrip and

22   Casey's, when you say grocery shopping, those aren't

23   really groceries.  They're more like convenient

24   marts like gas stations.

Page 29

1      Q    So you shop there but you don't do your

2   grocery shopping there?

3      A    Yeah, not produce, but I have purchased

4   things from those places.

5      Q    Aldi's?

6      A    I haven't been to Aldi's in awhile, but I

7   have in the past.

8      Q    Do you have a Sam's Club card?

9      A    Not anymore.

10     Q    When did you have one?

11     A    It's been awhile.

12     Q    Does your wife have a Sam's Club card or a

13  similar big box store card?

14     A    Presently, no.

15     Q    And when you shop for your groceries, do you

16  use cash and credit card or is there a certain way

17  you usually shop for groceries in terms of paying?

18     A    Mostly cash.  Sometimes credit or debit.

19     Q    Who holds the credit card that you would use

20  for groceries?

21     A    Typically I do.

22     Q    No.

23     A    Who holds -- oh, I'm sorry.

24     Q    That's an improperly vague question.  You,

Page 30

1    obviously, are holding it.  What is the institution

2    that provides the credit on that card?

3         A    Okay. Navy Federal.

4         Q    Are you a veteran?

5         A    No.  This just saved me a lot of money the

6    other day.  So I am a volunteer firefighter.  I'm

7    the chaplain for firefighter services and I saved a

8    lot of money.  I forget to tell people this.  The

9    insurance company was like, yeah, that just saved

10   you a lot of money.

11        Q    Okay.  So you're a chaplain for the

12   firefighting department?

13        A    Yes.

14        Q    Where?

15        A    Villa Hills, which is in Illinois.

16        Q    Villa Hills, Illinois?

17        A    Yes.  It's really weird but, yeah.

18        Q    And how long have you been a chaplain for

19   them?

20        A    Just over a year.

21        Q    So you've been a volunteer for the fire

22   department for about a year?

23        A    Yes.

24        Q    Okay.  So you mentioned Navy Federal.  So for

Page 31

1    a year you've held that card or did you have that

2    card prior to that?

3        A    No.    I've had that card since, I guess, just

4    over two years.

5        Q    And prior to having a Navy Federal credit

6    card what other credit cards did you have to use for

7    groceries?

8        A    I have Capital One.

9        Q    Capital One?

10       A    Yes.

11       Q    Any other card?

12       A    No.

13       Q    And you said a debit card?

14       A    Yes.

15       Q    What's the institution that issues the debit

16   card?

17       A    Navy federal.

18       Q    So you have a bank account with Navy Federal?

19       A    Correct.

20       Q    How long have you had that bank account?

21       A    Just over two years.

22       Q    And prior to the debit card with Navy Federal

23   did you have a debit card with any other institution

24   for which you bought groceries?

Page 32

1     A    Bank of America.

2     Q    How long did you hold that card?

3     A    For more than 10 years.

4     Q    Your credit card use with Capital One, how

5  long were you using that for?

6     A    I guess about four years give or take.

7     Q    Any other credit card?

8     A    No.

9     Q    The only credit card you've ever had in your

10  adult life is a Capital One card other than the Navy

11  Federal one?

12     A    Correct.  I try not to use too much credit.

13  Hate paying people back.  Wish I could have paid

14  cash for my car.

15     Q    How many cars do you have?

16     A    One.

17     Q    What type of car?

18     A    2017 Kia Sorento.

19     Q    Kia, that's a Korean vehicle?

20     A    Yes.

21     Q    Made in Korea?

22     A    No.  It's probably made in the U.S. I don't

23  know.

24     Q    But Kia stands for Korean -- do you know what

Page 33

1    it stands for?

2        A    I have no clue what it stands for.

3        Q    This matter concerns your claims about buying

4    Defendant's products, namely the Arnold Palmer Lite

5    product.  You're aware of that, right?

6        A    Correct.

7        Q    Do you have any receipts of any of those

8    purchases?

9        A    I don't keep receipts.

10       Q    So the answer is no?

11       A    No.

12       Q    Do you have any containers?

13       A    No.

14       Q    Did you ever purchase the Arnold Palmer Lite,

15    we'll call that for purposes the shorthand version of

16    the product that's at issue in this case.

17            Did you ever purchase the Arnold Palmer

18    Lite in Missouri?

19       A    Yes.

20       Q    When?

21       A    I don't recall.

22       Q    Where?

23       A    Likely it would have been at a QuikTrip.

24       Q    I didn't ask where.  I said when.

Page 34

1    A    Oh, I thought you said where.

2    Q    Sorry.

3    A    I can't recall.  So if I can explain that I

4    typically --

5    Q    I'm sorry.  I think you're right.  I asked

6    you when, you said I don't recall, and then I said

7    where.  So that's my mistake.  I'm sorry.  And you

8    said likely at a QuikTrip?

9    A    Yes.

10   Q    Do you know whether it was at a QuikTrip?

11   A    Yeah.  Because typically when I buy them I'm

12   at QuikTrip or BP.  Those are the two gas stations I

13   use.

14   Q    And the QuikTrip is located where in

15   Missouri?

16   A    Oh, they're all throughout.

17   Q    In St. Louis and elsewhere?

18   A    Yes.

19   Q    Have you ever purchased the Arnold Palmer

20   Lite in a state other than Illinois or Missouri?

21   A    I don't think so.

22   Q    Do you have a Facebook account?

23   A    I do.

24   Q    Have you ever posted anything on your

Page 35

1   Facebook account about this case?

2        A    No.

3        Q    Have you ever posted anything on your

4   Facebook account about Defendant's products?

5        A    No.

6        Q    Have you ever posted anything on the

7   internet, any social media platform or on the

8   internet at all about this case?

9        A    No.

10       Q    Have you ever posted anything on the internet

11  about defendant's products?

12       A    No.

13       Q    Now, did there come a time that you filed a

14  bankruptcy petition?

15       A    I'm sorry.  What was your question?

16       Q    Did there come a time when you filed a

17  bankruptcy petition?

18       A    Yes.

19       Q    When was that?

20       A    2019.

21       Q    And what prompted that?

22       A    What prompted that?  So I had a vehicle that

23  was insured.  I ran into issues with the insurance

24  company -- I'm sorry.  I jumped over.  Long story.

Page 36

1    I had an accident with a deer two weeks after

2    purchasing the vehicle, or less than two weeks

3    actually, and could not get the insurance company to

4    pay.  I had got insurance company.  The insurance

5    the company could not pay their portion without the

6    insurance company paying their portion.  And I was

7    still pretty young and I didn't want to walk around

8    the rest of my life with that over my head.

9       Q    When was that car accident?

10      A    2017.

11      Q    Were you injured as a result of the accident?

12      A    No.

13      Q    Where was the accident?

14      A    It was in Swansea, Illinois on Route 159.

15      Q    And what car were you driving?

16      A    At that time I had a 2017 Volkswagen Passat.

17                    (Deposition Exhibit P-1 marked

18                    for identification.)

19      Q    (By Mr. Donovan) Sir, I'm going to show you

20   what's marked P-1 for identification.

21           MR. SHEEHAN:  Thank you.

22      Q    (By Mr. Donovan) Can you tell me what that

23   is?

24      A    I don't see anything.  You said --

Page 37

1      Q    P-1.  Do you know what that is, that

2    document?

3      A    Not exactly.  I guess this is the bankruptcy

4    form.

5      Q    If you go to page 73 of 74 -- actually you

6    can start at 72 of 74.  It's about the second or

7    third page to the end.  The third page to the end.

8    On the bottom left, is that your signature?

9      A    Yes.

10      Q    And the next page, is that your signature?

11      A    Yes.

12      Q    This is your petition for bankruptcy,

13    correct?

14      A    Correct.

15      Q    Go to page 28 of 74, sir.  It refers to some

16    of your creditors there, correct?

17      A    Correct.

18      Q    And Capital Bank, is that the credit card you

19    were referring to?  On line 4.1.

20      A    I think so.  I'm not sure.

21      Q    Department of Ed/Navient, which is 4.2.  Is

22    that a student loan?

23      A    Yes.

24      Q    4.3, CNAC.  What was that debt for?

Page 38

1    A    Actually I'm not sure why that was on here.

2   Because that was actually a car that I had, which

3   was irrelevant to all of this, because I still had

4   the car.

5        Q    The 2017 car, you still have?

6        A    No, no, no, no.  Not the '17.  This was like

7   2010.

8        Q    But the CNAC is for a car loan?

9        A    Yes.

10       Q    And the next page, Nelnet Loan Services, what

11  was that debt for?

12       A    Student loan.

13       Q    And then MS Department of Human Services,

14  Chicago -- well, it says CHI.  Jackson, Mississippi?

15       A    Yes.  So actually this was for child support

16  that was never supposed to be on here anyway.  I

17  don't know how I ended up with Mississippi child

18  support for a kid that was in Missouri.

19       Q    Did any of your children live in Mississippi?

20       A    No.

21       Q    You had mentioned that you had seven

22  children.  Are they all from the two wives

23  collectively or is there someone who had your child

24  that you didn't marry?

Page 39

1    A    Collectively they're between the two.

2    Q    So do you know whether or not any of your

3  children ever lived in Mississippi?

4    A    No.  Between Missouri and Illinois.

5    Q    Commonwealth Finance, which is below MS

6  Department of Human Services.  What's that debt for?

7    A    I am not sure.

8    Q    Well, you swore under penalty of perjury that

9  everything here is accurate.  So everything here is

10  accurate, correct?

11    A    I would assume so.  I'm not sure what

12  Commonwealth is.  I would have to look into it.

13    Q    If you'll go to page 42.  That refers to the

14  Missouri Mentor?

15    A    Yes.

16    Q    That you referred to earlier?

17    A    Correct.

18    Q    Okay.  Page 63 of 74, line 13.  Fill in the

19  state in which you live and you put Missouri,

20  correct?

21    A    Correct.

22    Q    So as of February 25, 2019 you were residing

23  in Missouri?

24    A    I guess so.

Page 40

1    Q    I'm sorry?

2    A    I believe -- yeah, it had to be.

3    Q    Now, Mr. Sheehan is your attorney.  I'm not

4    going to ask you questions about what you

5    communicated with him about this case, that's

6    privileged.  But I would like to know how did you

7    find out about Mr. Sheehan as an attorney, how did

8    that come about?

9         MR. SHEEHAN:  Are we done with this?

10        MR. DONOVAN:  For now.  I don't want to

11     instruct the witness --

12        MR. SHEEHAN:  Yeah.  Thank you.

13    A    Finding out about Mr. Sheehan as an attorney

14    is in my initial conversation with him.

15    Q    (By Mr. Donovan) Which occurred when?

16    A    February of 2022.

17    Q    And how did you find out about him?

18    A    And that's an approximate time frame.  So

19    actually I saw an ad on Facebook.

20    Q    What did the ad say?

21    A    I can't recall verbatim, but I remember it

22    being something dealing with Arizona, Arizona Tea,

23    and I guess the lite, the Arnold Palmer Lite

24    product.

Page 41

1      Q    And was this an advertisement that came out

2   to your personal Facebook page?

3      A    Yes.

4      Q    Do you still have that advertisement?

5      A    I do not.

6      Q    Have you ever been a plaintiff in a putative

7   class action before this case?

8      A    Can you explain that?

9      Q    Have you ever been in a lawsuit before as a

10  plaintiff?

11     A    No.  So actually -- well, there was a class

12  action lawsuit against a previous employer some

13  years ago where we didn't receive time and I just

14  received a check.  I didn't even know what was going

15  on until I questioned the check.

16     Q    When did that happen?

17     A    The time frame from working there?

18     Q    That was an imprecise question.  What was the

19  name of the employer?

20     A    Oh, Barnes-Jewish Hospital.

21     Q    I'm sorry?

22     A    Barnes-Jewish Hospital.

23     Q    Born?

24     A    Barnes, B-a-r-n-e-s.

Page 42

1    Q    Jewish Hospital?

2    A    Correct.

3    Q    Did you work for them?

4    A    I did.

5    Q    When?

6    A    Oh, boy.  2008 through 2009.

7    Q    And where are they?

8    A    St. Louis.

9    Q    So you received money as a result of a class

10   action that involved Barnes-Jewish Hospital?

11   A    Correct.

12   Q    Other than that have you ever been involved

13   in any class actions?

14   A    No.

15   Q    Other than this putative one?

16   A    No.

17   Q    Can you explain to me, how, if you know, how

18   you received an advertisement from Mr. Sheehan's firm

19   on your Facebook?  Do you know how that came about?

20   A    Actually I'm not sure.

21   Q    So after you received the advertisement what

22   did you do?

23   A    I responded to it.

24   Q    How did you respond to it?

Page 43

1      A    By answering some questions.

2      Q    And how long did it take you to answer those

3    questions?

4      A    Maybe just under a minute.

5      Q    At that point when you were answering

6    questions were you looking for representation to sue

7    Arizona at that point?

8      A    Yes.

9      Q    Why?

10     A    Because their label is very misleading.

11     Q    So is it fair to say before you received a

12   Facebook advertisement you had already drawn that

13   conclusion that Arizona's label was misleading?

14     A    Oh, absolutely.

15     Q    How far along before in terms of time did you

16   draw that conclusion?

17     A    I'm not sure of the time frame.

18     Q    Within a year, less than a year, you held

19   that belief?

20     A    Definitely less than a year.

21     Q    When you said you responded and it took you

22   about a minute to provide information, at that point

23   in time -- strike that.  Withdrawn.

24          Did you -- when you provided that

Page 44

1    information did you provide it in writing?

2        A    Yes.

3        Q    And you submitted it to whom?

4        A    I would assume it went to Mr. Sheehan's

5    office.

6        Q    And after you sent it to Mr. Sheehan's office

7    did you have -- strike that.  Withdrawn.

8              At the point in which you were filling out

9    this information in response to the Facebook ad, had

10    you had any oral communication with Mr. Sheehan?

11       A    No.

12       Q    After you sent the submission to Mr. Sheehan,

13    the response, did you have an oral conversation with

14    Mr. Sheehan prior to retaining him?

15       A    Yes.

16       Q    How soon after the written response do you

17    recall talking to him?

18       A    It was just a matter of days.

19       Q    Mr. Sheehan called you?

20       A    Yes.

21       Q    And how long was that --

22       A    No.  I'm sorry.  His office assistant called

23    me to set up an appointment to speak to him.

24       Q    Okay.  So you set up an appointment to speak

Page 45

1    with him through the office?

2    A    Yes.

3    Q    And soon after that did you speak to

4    Mr. Sheehan?

5    A    I don't recall.  It wasn't very long after.

6    Q    More than a month or less than a month?

7    A    Oh, definitely less than a month.

8    Q    How long was that conversation with

9    Mr. Sheehan?

10    A    Maybe an hour.

11                          (Deposition Exhibit P-2 marked

12                          for identification.)

13    MR. SHEEHAN:  Can I interrupt briefly?  Is

14    it possible that these documents will be

15    unloaded somewhere to a website as exhibits?

16    MR. DONOVAN:  We'll deal with that after.

17    MR. SHEEHAN:  Okay.  Thank you.

18    Q    (By Mr. Donovan) I'm going to show you

19    what's been marked P-2, sir.

20    MR. SHEEHAN:  Thank you.

21    Q    (By Mr. Donovan) Have you ever seen that

22    document before, sir?

23    A    Yes.

24    Q    When was the first time you remember seeing

Page 46

1      it?

2           A    I guess in December of '21.

3           Q    Okay.  I know some people coloquically refer

4      to guess, but if you don't know the answer to

5      something -- do you remember at the beginning we

6      talked about --

7           A    Yes.

8           Q    That was more in the context of

9      understanding.  But I'm not here to find out what

10     your guesswork is.  I'm here to find out what you

11     know.

12          A    Okay.

13          Q    So do you know when was the first time that

14     you ever saw P-2?

15          A    December of 2021.

16          Q    And is that your signature at the bottom of

17     the first page?

18          A    That is my signature.

19          Q    And it refers to Mr. Sheehan's firm at the

20     top there.  Do you see that?

21          A    Yes.

22          Q    And it refers to leads@spencersheehan.com.

23     Do you see that?

24          A    Yes.

Page 47

1      Q   Do you know what -- did you ever access that

2  website?

3      A   No.

4      Q   So how was it that you obtained a copy of

5  this P-2?

6      A   Actually.  I'm sorry.  Yes, I did.  I did.

7  I'm sorry.

8      Q   So how was it that you obtained a copy of

9  P-2?

10     A   Via email.

11     Q   From an email from whom?

12     A   Spencer Sheehan.

13     Q   When did you receive that email?

14     A   In December of '21.

15     Q   Sometime prior to December 19, 2021?

16     A   I'm not exactly sure.

17     Q   Well, your signature says it's dated

18  December 19, 2021.

19     A   Oh, then -- well, if I signed it this date

20  then, yeah.

21     Q   Do you know how many days prior that you

22  received this document before you signed it?

23     A   I'm pretty good about responding to emails

24  immediately so I would have to say I definitely

Page 48

1    probably signed this the day of.

2        Q    How long -- did you review this document

3    before you signed it?

4        A    How long did I review it?

5        Q    I first asked did you review it before you

6    signed it?

7        A    Yes.  Absolutely.

8        Q    How long did you take to review it?

9        A    I can't recall how long I looked at it.

10       Q    So if you look at the second page, sir, first

11   paragraph it says:  This form may be prefilled based

12   on information you provided.  Please fill in or

13   correct fields where you receive a prompt to do so.

14   Do you see that?

15       A    Yes.

16       Q    So did you provide information to the Sheehan

17   firm prior to receiving P-2?

18       A    I did.

19       Q    And what information -- when did you do that?

20       A    December of '21, if I remember correctly.

21       Q    And what information did you provide that's

22   referred to as prefilled information, if you know?

23   Starting on page 2.

24       A    My name, date.  I'm sorry -- not date, name,

Page 49

1    address.  And also I guess the locations where I

2    purchased, made purchases, and this Mobile gas

3    station is one of the places that we discussed.

4         Q    So you put your name, you provided your name

5    and address?

6         A    Yes.

7         Q    Did you provide them the email address?

8         A    I did.

9         Q    Your phone number?

10        A    I did.

11        Q    Are you responsible for the who?

12        A    Yes.

13        Q    So you put in Arizona Beverage Co. and any

14   other affiliated or responsible entity?

15        A    No.  I'm sorry.  I didn't put that in.

16        Q    Your attorney did that?

17        A    Yes.

18        Q    What about the how, did you put that in or

19   did your attorney put that in?

20        A    Those are my words.

21        Q    And what about the what, did you put that in?

22        A    I did not.  Those are the attorney.

23        Q    Store, website, other, did you put that

24   information in there or provide that information?

Page 50

1    A    I provided that information.

2    Q    And location?

3    A    I provided that information as well.

4    Q    And when?

5    A    I also provided that information.

6    Q    On page 4 are those your initials?

7    A    They are.

8    Q    Page 5, are those your initials?

9    A    They are.

10    Q    And on page 7, is that your signature?

11    A    Yes, it is.

12    Q    I see that Mr. Sheehan's signature is dated

13   February 5.  So is it fair to say that you didn't

14   know you had Mr. Sheehan as your lawyer until

15   February 5?

16    A    Actually the dates on here are incorrect.

17   It was February of 2022, as I state previously, that

18   I spoke with Mr. Sheehan.

19    Q    I'm sorry.  Are you telling me your date of

20   February -- of December 19, 2021 is incorrect?

21    A    Yeah.  That's incorrect.

22    Q    So the first time you spoke to Mr. Sheehan

23   was February 5, 2022?

24    A    I can't say it was February 5, but I know it

Page 51

1    was definitely February.

2         Q    So prior to February 2022 you never had any

3    communication with Mr. Sheehan?

4         A    I'm sorry.  Prior to?

5         Q    February of 2022, did you have any

6    communication with Mr. Sheehan?

7         A    That would be correct.

8         Q    So you received the Facebook advertisement in

9    February of 2022?

10             MR. SHEEHAN:  Objection.  Asked and

11          answered.  You may proceed.

12        A    I'm sorry.  Can you repeat that question?

13        Q    (By Mr. Donovan) You referred earlier to a

14   Facebook advertisement.

15        A    Yes.

16        Q    And you said you received it and you

17   responded to it.

18        A    Correct.

19        Q    Are you saying that you responded to that

20   Facebook advertisement in February of 2022?

21        A    No.  It was before February.

22        Q    When?

23        A    Actually let me say this:  It had to be

24   between January and February of 2022.

Page 52

1    Q    Why do you say that?

2    A    I remember it being cold is pretty much what

3    I remember.  And I know in February having the

4    conversation with Mr. Sheehan because I was inside

5    the new house and I wasn't in the new house in

6    December of 2021.

7    Q    The new house where you reside now?

8    A    Where I reside now.

9    Q    So why did you date the signature

10   December 19, 2021?  Did you date that signature?  Or

11   withdraw the question.

12            Did you date the document December 19,

13   2021?

14   A    I did not date this document.

15   Q    Why did you sign with that date?

16   A    Did I sign this with this date?

17   Q    Look at the first page, sir.

18   A    I'm looking at it.

19   Q    And the last page was also dated December 19,

20   2021.

21   A    Yeah.  I don't know what happened there.

22   Q    Is it possible, sir -- I'm sorry.  So you

23   don't have an answer, you don't know why it's dated

24   December 19, 2021, is that correct?

Page 53

1     A    Correct.

2     Q    Is it possible that Mr. Sheehan sent you this

3  document around December 19, 2021, you signed it, you

4  sent it to him, and you didn't get his signature

5  until February 5?

6     A    I'm looking through it now to see which

7  document this is.  If I may take a look at my email

8  that will help me.

9     Q    You still have the email that you sent to

10 him?

11    A    Maybe.

12    Q    You can certainly look at something to

13 refresh your memory, but I'll have to take a look at

14 it at some point.

15    A    Okay.

16       MR. DONOVAN:  I'll have your attorney look

17    at it first, but since it's refreshing your

18    memory I'll have to put it on the record.

19       MR. SHEEHAN:  Also, put on the record, I

20    will provide an audit log so it will show what

21    date and IP address, you know, it was signed.

22    Usually we provide that.  Sometimes it don't

23    say depending on the way it's saved.  I thought

24    I might have provided that.  It looks like it's

Page 54

1          a page with -- just make sure to ask me for

2          that so I don't forget. And any emails about

3          this I will be glad to provide that.

4               MR. DONOVAN:  Thank you.

5               MR. SHEEHAN:  Sure.

6     A    So I thought I had it.

7     Q    (By Mr. Donovan) So you don't have that

8   email?

9     A    No.  I can't find it where I thought I

10  could.

11    Q    I asked you about your drivers license being

12  suspended.  How long was it suspended for?

13    A    Not very long.  Maybe a month.  Just once I

14  found out I took care of it.

15    Q    Was there ever a point in time you had a

16  license in Missouri and a drivers license in Illinois

17  at the same time?

18    A    No.

19                    (Deposition Exhibit P-3 marked

20                     for identification.)

21    Q    (By Mr. Donovan) Let me show you what's

22  marked as P-3.  Have you ever seen that document

23  before?

24    A    Yes.

Page 55

1      Q    Do you know what it is?

2      A    Yes.

3      Q    What is it?

4      A    I'm not sure of the official name, but I do

5    know that it's court documents that has to be, you

6    know, petitioned with the court.

7      Q    Is this one of the documents you reviewed to

8    prepare for this deposition?

9      A    Yes.

10     Q    Under request number 1 it asks you to admit

11   or deny you purchased the product in a state other

12   than Illinois.  And you write:  Plaintiff admits

13   purchasing the product in a state other than

14   Illinois, namely Missouri.  Do you see that?

15     A    Yes.

16     Q    And I asked you, I think I asked you

17   questions about those purchases and you weren't

18   sure -- Missouri purchases.  And you were unsure as

19   to when.

20          Based upon what we've seen in terms of

21   some of these documents, can you tell me if that

22   refreshes your memory as to when you were making the

23   Missouri purchases?

24     A    No.  Because even while living in Illinois I

Page 56

1    come to Missouri every day because I work -- the

2    majority of my jobs are in Missouri outside of the

3    Call for Help job.

4        Q    Would you say the majority of your purchases

5    of the Arnold Palmer Lite were in Missouri?

6        A    No.  Because I sometimes stop for things on

7    my way home in Illinois.

8        Q    Was it even, more in Illinois, less than

9    Missouri, or was it roughly even?

10       A    I'll have to say more so in Illinois.

11       Q    If you were going to approximate how much

12   money on Arnold Palmer Lite that you spent in

13   Missouri, we'll say since 2018, so the past five

14   years on the Arnold Palmer Lite, how much do you

15   think you spent on the Arnold Palmer Lite in Missouri

16   for purchases?

17       A    I would have to say I'm not sure.

18       Q    Can you give me an amount in excess of, in

19   excess of $500, in excess of $100?  This is just for

20   the Lite now.

21       A    That's really hard to say.

22       Q    Okay.  You don't know?

23       A    Yeah.  I'm not sure.

24       Q    Do you know how much you spent in Illinois

Page 57

1    during that same time period?

2        A    Same thing.  I'm just not sure.

3        Q    So it's just that your sense is that you

4    spent more money on the Arizona Lite in Illinois than

5    in Missouri?

6        A    Yeah.  Because I know that I frequent stores

7    in Illinois more when I stop, you know.  Because

8    typically it's a thing that I do.  I go in, get gas,

9    and that's my drink of -- well, was my drink of

10   choice, I should say.

11       Q    If you'll go to number 17, please.  The

12   request asks you: Admit or deny that you purchased

13   the product more than 50 times between February 6,

14   2019 and February 6, 2022.  And you admit that.  Do

15   you see that?

16       A    Yes.

17       Q    And would those more than 50 times include

18   purchases in Illinois and in Missouri combined?

19       A    Probably more so in Illinois than Missouri.

20       Q    No.  My question was: Does it include the

21   purchases in Missouri as well as Illinois when you

22   say more than 50 times?

23       A    Yes.

24            MR. DONOVAN:  If I can take that back.  The

Page 58

1      copies are for you, Spencer.

2          MR. SHEEHAN:  Thank you.

3          MR. DONOVAN:  I got it.  Don't worry about

4      it.

5          MR. SHEEHAN:  You sure?

6          MR. DONOVAN:  Yes.  Thank you.

7                  (Deposition Exhibit P-4 marked

8                   for identification.)

9      Q     (By Mr. Donovan) I'm going to show you P-4,

10     sir.

11         MR. SHEEHAN:  Thank you.

12     Q     (By Mr. Donovan) Go to the last page,

13     please, and tell me if that's your signature?  Or

14     second to the last page.

15     A     Yes.

16     Q     Okay.  And these are, these are answers to

17     interrogatories, right?

18     A     I'm sorry?

19     Q     These are answers to interrogatories,

20     correct?

21     A     Yes.

22     Q     And did you review these documents before

23     this deposition, is that -- I'm sorry.  Withdraw.

24             Did you review P-4, the answers to

Page 59

1    interrogatories, in preparation for the deposition?

2        A    I don't recall looking at this.

3        Q    If you'll look at the second to the last

4    page, these are sworn under penalty of perjury.  You

5    see that, right?

6        A    Yes.

7        Q    Okay.  So everything here you signed to is

8    true and correct, right?

9        A    Correct.

10       Q    If you look at paragraph number 2 it refers

11   to you purchasing -- the response.  Interrogatory

12   number 2.  Purchasing a large sized version of the

13   product weekly at a BP station located at 2 Rauckman

14   Drive, Caseyville, Illinois.  Do you see that?

15       A    I'm trying to find that.

16       Q    It's interrogatory number 1 and it's under

17   response.

18       A    That's not what it shows.

19       Q    I'm sorry.  Located at 2 Rauckman Drive.  Do

20   you see that response under number 2?

21       A    Oh, this goes over to the second page?

22       Q    Yes.

23       A    Yes.

24       Q    And it says you purchased them at a price

Page 60

1    between $1.00 and $2.50.  Do you see that?

2        A    Yes.

3        Q    That's true and accurate, that statement?

4        A    Yes.

5        Q    When you say large version of the product,

6    what do you mean?

7        A    It's a large can.  I'm not sure of the

8    ounces.

9        Q    It was a can?

10       A    Large can, yes.

11       Q    Not a bottle, a can?

12       A    Correct.

13       Q    Can you approximate the ounces?

14       A    That's what I was trying to remember.  Is it

15   32 maybe?  No.  I can't recall.

16       Q    You don't remember?

17       A    Not off the top of my head, no.

18       Q    And the price was between $1.00 and $2.50 for

19   this can?

20       A    Well, technically, yes.  It's just over a

21   dollar.

22       Q    Did you ever purchase the product, we're

23   talking about the Arnold Palmer Lite now, in a

24   container other than in a can?

Page 61

1          A    I know it comes in bottle form, even large,

2    I want to say like a gallon size.  I have purchased

3    those, but the can is the one that I mostly would

4    get on the go.

5          Q    And the can is -- sometimes you see the price

6    it says 99 cents?

7          A    Yes.

8          Q    And you say you have some familiarity with it

9    in a bottle and a gallon bottle, sometimes you buy

10   that?

11         A    Not quite as often.

12         Q    But sometimes?

13         A    Yeah.  Yeah.

14         Q    And where do you buy the gallon bottle?

15         A    That would be from a grocery store.

16         Q    Like the ones you mentioned?

17         A    Correct.

18         Q    Other than the can and the gallon --

19         A    We are speaking of previous to this, right,

20   not present tense?

21         Q    We're absolutely talking about the past

22   tense.

23         A    Okay.

24         Q    Because you stopped buying the product, the

Page 62

1    Lite product, correct?

2        A    That's correct.

3        Q    But with respect to the can and the gallon

4    bottles, are there any other containers that you

5    bought of the Lite product?

6        A    I'm sorry.  What was the question again?

7        Q    Other than the cans and the gallons, are

8    there any other containers that you bought of the

9    Lite product?

10       A    Yes.  Well, sometimes in the smaller bottle.

11       Q    Can you tell me what size the smaller bottle

12   is?

13       A    I am not sure.

14       Q    Was the bottle plastic or glass?

15       A    Plastic.

16       Q    And how many times did you buy the smaller

17   bottle that was in plastic?

18       A    I'm not sure.

19       Q    You do not know?

20       A    No.

21       Q    Can you give me a reasonable approximation

22   how many times you bought the product that was in a

23   small plastic bottle?

24       A    Ballpark figure 10.

Page 63

1    Q    That's an estimate?

2    A    Yes.

3    Q    Is that a guess or an estimate?

4    A    That's a guess.

5    Q    It's a guess?

6    A    Yes.

7    Q    So it's fair to say you do not know how many

8    smaller plastic bottles of the product that you

9    purchased other than the gallon?

10   A    That is correct.

11   Q    And do you know where you made the purchase

12   of the smaller plastic bottles?

13   A    At the same convenience stores whenever they

14   didn't have cans in stock or no cold cans or

15   whatever.

16   Q    So your preference was for cans?

17   A    Correct.

18   Q    Why?

19   A    They were larger.

20   Q    Better value?

21   A    Yes.

22   Q    When you say the same convenience stores, can

23   you tell me where?

24   A    The BP on Rauckman, QuikTrips.

Page 64

1    Q    QuikTrips?

2    A    Yes.  I guess I shouldn't say the BP on

3    Rauckman.  That's not the only one I use.

4    Q    But do you know whether you bought them

5    there?  You don't know how many you bought, but you

6    know you bought the bottles there?

7    A    Oh, yeah.  Typically when I stop for gas I

8    grab, I would grab an Arizona tea.

9    Q    I'm going to show you --

10   A    Actually do you mind if I use the restroom?

11   Q    Oh, sure. We'll take a break.

12   A    Also it is cold in this room.

13        MR. SHEEHAN:  It's cold?  Yeah.  Thank you.

14        THE VIDEOGRAPHER:  Off the record at 11:39.

15             (Recess)

16        THE VIDEOGRAPHER:  We're back on the record.

17    This is media unit number two.  The time is

18    11:49.

19   Q    (By Mr. Donovan) Going back to

20   interrogatory number 2 again, your answer.  You got

21   to go back to the first page.  I just want to make

22   sure you understand.  When you say large sized

23   version of the product you were referring to just

24   the 23 ounce can?

Page 65

1        A    Is it 23 ounces?

2        Q    Yes.

3        A    Okay.

4        Q    I'm sorry.  You were just referring to the

5    can, whatever size it was?

6        A    Yes.  No.  Well, I'm sorry.

7        Q    Let me rephrase that question.  I'll withdraw

8    the question.

9             When you were referring to the large sized

10   version of the product, you were referring to the

11   can and the gallon product?

12       A    Correct.

13       Q    Any other product?

14       A    As far as purchases?

15       Q    No.  I'm referring to -- sorry to interrupt.

16   I'm referring to the answer to interrogatory.

17       A    Okay.

18       Q    When you say you purchased, in response to

19   the interrogatory, when you were referring to a large

20   sized version of the product, you were referring to

21   the can and the gallon only?

22       A    Yes.  Or actually, no.  I'm sorry.  That is

23   incorrect.  That's for cans only.

24       Q    Okay.

Page 66

1      A    As far as a weekly basis.

2      Q    Okay.  The question is:  Identify each

3  purchase of the product.  Do you see that question?

4  And now, when you say large sized version you were

5  referring only to the can?

6      A    Yes.

7      Q    I'm going to direct your attention back to

8  P-2 at page 2.  That's your agreement with

9  Mr. Sheehan that we referred to previously.  Do you

10  see that?

11      A    Yes.

12      Q    And it refers to the store as the Mobile gas

13  station in St. Louis, Missouri.  Do you see that?

14      A    Yes.

15      Q    And is that the location or a location where

16  you would purchase the 23 ounce cans?

17      A    That is a location.

18      Q    Is that in proximity to where you currently

19  work or worked?

20      A    No.  It's in proximity to my church.

21      Q    So that's a station that you would frequent

22  when you purchased the products?

23      A    Yes.

24      Q    On a weekly basis?

Page 67

1    A    Yes.

2                    (Deposition Exhibit P-5 marked

3                    for identification.)

4    Q    (By Mr. Donovan) I'm going to show you

5    what's been marked P-5, sir.  And I'm going to point

6    it so the videographer can see that.

7                THE VIDEOGRAPHER:  One second.  All right.

8     I have it.

9    Q    (By Mr. Donovan) Sir, that is a 23 ounce

10   can of the Lite product, correct?

11   A    That is correct.

12   Q    And when you were referring to the 23 ounce

13   can that you customarily purchased on a weekly basis,

14   is that what the product looked like?

15   A    Yes.  I believe this is what it looked like.

16   Q    And you would buy that product and often the

17   product would have a price on it of 99 cents?

18   A    Yes.  I do see here one third less calories

19   and I can't confirm or deny that it would always say

20   that.

21   Q    Understood.  But in terms of just identifying

22   the container size and the can of the product, that's

23   the quantity and the can that you would purchase?

24   A    That is correct.

Page 68

1      Q    And that's the product you were referencing

2    in response to interrogatory number 2?

3      A    That is correct.

4      Q    Have you ever heard of CK Management, Inc?

5      A    CK Management, Inc?  I don't recall.

6      Q    Have you ever heard of Pacific East Partners,

7    Inc?

8      A    That sounds familiar.

9      Q    Have you ever heard of Forbes

10   Pharmaceuticals, LLC?

11     A    Yes.

12     Q    In what way as relation to this case?

13     A    I'm not sure what the relation to the case

14   is.

15     Q    Have you ever read any article from the

16   Nutrition bulletin?

17     A    Yes.

18     Q    What did it say?

19     A    Off the top of my head I am not sure.

20     Q    Do you remember what the date of the document

21   was?

22     A    I don't.

23     Q    Do you know whether any claims -- well,

24   withdrawn.

Page 69

1          Do you know whether this case is in state

2     or federal court?

3          A    It's in federal court.

4          Q    Do you know whether any claims in the case

5     have been dismissed?

6          A    I do not.

7          Q    Did you ever read the Court's decision in

8     this case dismissing claims?

9          A    I have not.

10                         (Deposition Exhibit P-6 marked

11                          for identification.)

12         Q    (By Mr. Donovan) I'm going to show you P-6,

13    sir.  Have you ever seen that document before?

14              MR. SHEEHAN:  Thank you.

15         A    Yes.  I believe so.

16         Q    (By Mr. Donovan) When was the first time

17    you saw it?

18         A    I don't recall.

19         Q    Do you know what it is?

20         A    It's court documents.

21         Q    Do you know whether or not it's a decision in

22    this case dismissing claims?

23         A    No, I don't.

24              MR. DONOVAN:  Thank you very much.

Page 70

1    Q    (By Mr. Donovan) I'm going to address, I'm

2    going to take that away from you so you're not --

3    please turn off your phone.  Let me take the other

4    documents away.  Thank you, sir.

5              Let me direct your attention to the Arnold

6    Palmer beverage in general and tell me if you could

7    read the bottom portion of what's been marked P-5?

8    If not, I'll try to get you a clearer copy.

9    A    The name Arnold Palmer has legendary -- I'm

10   not sure --

11   Q    Are you having difficulty reading that?

12   A    I am.

13   Q    Let me ask the question in a different way.

14   Are you aware of the term an Arnold Palmer beverage?

15   A    Yes.

16   Q    And what does that mean?

17   A    Half tea, half lemonade.

18   Q    And you know who Arnold Palmer is, right?  Or

19   was?

20   A    Was he a race car driver or golfer or

21   something?

22   Q    It shows photos of him on that P-5.  He's a

23   famous golfer.

24   A    Golfer, yes.

Page 71

1      Q    And are you aware that it's attributed to

2   him, the Arnold Palmer half iced tea and half

3   lemonade is attributed to him as "inventor" of that

4   beverage?

5      A    I wasn't sure.

6      Q    But the Arnold Palmer itself you equate with

7   a beverage that has iced tea and lemonade, correct?

8      A    Yes.

9      Q    Whether or not it's by Arizona it's in and of

10   itself --

11      A    Correct.

12      Q    Let me finish.  In and of itself it's its own

13   type of beverage?

14      A    That is correct.

15      Q    And do you know whether you've ever consumed

16   an Arnold Palmer-type beverage other than from

17   Arizona?

18      A    Yes.

19      Q    Made by whom?

20      A    Not by an actual company distributor but

21   when I frequent restaurants.

22      Q    So you ask the restaurant to make you one?

23      A    Yes.

24      Q    And you can make one yourself, you can make

Page 72

1    an Arnold Palmer yourself if you want, right?

2    A    If I wanted to, yeah.

3    Q    Have you ever done that?

4    A    No.

5    Q    We'll go back to P-5 for a second.  When you

6    purchased that product what was the price usually?

7    A    99 cents labeled on the can, but depending

8    on where I was located the taxes could be higher.

9    Q    Let me show you -- look at the statement of

10   ingredients on P-5 and tell me if that product

11   contains any sugar.

12   A    Yes.

13   Q    Are you looking at the Nutrition Facts panel?

14   A    Yes.

15   Q    How about under the statement of ingredients?

16   A    No.  It doesn't say anything about sugar.

17   Q    Sweetener, correct me if I'm wrong, is high

18   fructose corn syrup?

19   A    Yes.

20   Q    Do you know whether or not the products that

21   you purchased from Arizona contain sugar as opposed

22   to high fructose corn syrup?

23   A    I'm not really so sure.

24   Q    So you don't know, correct?

Page 73

```
1        A    No.
2             MR. DONOVAN:  Let's go off the record for
3          just a second.
4             THE VIDEOGRAPHER:  Off the record at 12:06.
5                        (Lunch Recess)
6             THE VIDEOGRAPHER:  We're back on the record
7          This is media unit number three.  The time is
8          12:58.
9        Q    (By Mr. Donovan) Good afternoon,
10   Mr. Crawford.  You're still under oath, you
11   understand that, right?
12       A    Yes.
13       Q    Did you purchase the Arnold Palmer Lite
14   product in 2020?
15       A    Yes.
16       Q    2019?
17       A    Yes.
18       Q    2018?
19       A    Yes.
20       Q    2017?
21       A    Yes.
22       Q    Have you ever purchased the Arnold Palmer
23   Lite product for someone else to consume?
24       A    No.
```

Page 74

```
 1       Q    Were you ever with anybody when you purchased

 2   the Arnold Palmer product?

 3       A    I don't recall.

 4       Q    Do you know if anybody ever witnessed you

 5   purchase the Arnold Palmer product that you know by

 6   name?

 7       A    No. I mean, I don't know the store clerk by

 8   name.

 9       Q    Other than the store clerk?

10       A    No.

11       Q    Now, you mentioned earlier before we broke

12   for lunch that you thought the Arnold Palmer label

13   was false.  Do you remember that testimony?

14       A    Yes.  Well, misleading, yeah.

15       Q    Misleading.  What did you find misleading

16   about the product?

17       A    That it says lite which gives false hope

18   that it has -- that it's a healthier product.

19       Q    Any other reason why the label is misleading?

20       A    No.  Just pretty much being that it's lite.

21       Q    And when did you first notice the lite label?

22       A    So actually I've always noticed it.

23       Q    So from the very first time?

24       A    Yes.  No.  Correction. Probably the second
```

Page 75

1    time because I noticed the taste was different but I

2    didn't mind the taste.

3         Q    Taste was different from what?

4         A    The Arnold Palmers that are sweet tea and

5    regular lemonade.

6         Q    So you noticed it was lite -- different

7    rather -- withdrawn.

8              So you noticed that the Arnold Palmer Lite

9    tasted differently from the Arnold Palmer sweet tea

10   and Arnold Palmer regular tea -- I'm sorry?

11        A    Regular lemonade.

12        Q    Regular lemonade?

13        A    Yes.

14        Q    That you had consumed?

15        A    Correct.

16        Q    When do you recall first noticing it tasted

17   different?

18        A    Probably the first time.

19        Q    When?

20        A    I can't tell you how long I been drinking

21   them.

22        Q    More than 10 years ago?

23        A    I would say that.

24        Q    Correct me if I'm wrong --

Page 76

1        A    Actually, no.  Then I stopped drinking them

2    for a while and picked back up because I thought it

3    was a healthier alternative.

4        Q    Why did you stop drinking them?

5        A    Honestly I started consuming more soda.

6        Q    When was it that you stopped drinking it

7    before you resumed?

8        A    I don't recall.

9        Q    So let's start from the first time you

10    purchased the Arnold Palmer Lite.  Was it in a

11    23-ounce can?

12        A    Yes.

13        Q    And why did you purchase the product?

14        A    Because I enjoy Arnold Palmers.

15        Q    Any other reason?

16        A    When I first started drinking it?

17        Q    Yes.

18        A    That was pretty much it.  But then when I

19    resumed it was because I knew that it was lite

20    according to the label so that's what made me go to

21    drinking them thinking I was picking a healthier

22    drink.

23        Q    Any other reason why you resumed?

24        A    No.  Just at that time I was no longer

Page 77

1    drinking soda.  I was, you know, tea, lemonade,

2    water.

3        Q    So you're looking at the product, when you

4    resumed purchasing the product you knew it was

5    labeled lite and you saw it as a healthier

6    alternative to soda, is that correct?

7        A    That is correct.

8        Q    Any other reason why you resumed?

9        A    Well, also because even while drinking tea

10   and lemonade I was trying to, you know, drinking

11   healthier options on it.  So tea without -- so

12   rather than getting sweet tea I would opt to get the

13   unsweet tea and maybe add lemon to it -- or not

14   maybe but definitely add lemon to it.  So the Arnold

15   Palmer Lite, you know, gave me the idea that it was,

16   you know, a healthier alternative.

17       Q    Healthier in what way?

18       A    That it wouldn't have as many calories.

19       Q    Healthier in any other way other than

20   calories?

21       A    No.  I wasn't looking for any kind of

22   miracle medicine from it.

23       Q    Now, you mentioned earlier in the deposition

24   when I showed you P-5 you said that the Arnold Palmer

Page 78

```
 1    Lite product that you purchased didn't say one third
 2    less calories.  Is that what you're saying?
 3        A   I said I can't recall all of the cans having
 4    that label.
 5        Q   Did some of the cans have that label?
 6        A   If I remember correctly I think so.
 7        Q   And what did the one third less calories mean
 8    to you?
 9        A   That it was a healthier drink.  That it
10    would not have as much sugar, you know.  That it
11    would just be all around healthier.
12        Q   As much sugar as what?
13        A   As regular tea or soda.
14        Q   Did you purchase -- withdrawn.
15            Do you remember seeing a label like that's
16    on P-5 saying one third less calories, see back.  Do
17    you see that?
18        A   Yes.  I see that, but I don't recall seeing
19    that.
20        Q   Okay.  Now, you testified that you previously
21    purchased Arizona Arnold Palmer that wasn't labeled
22    lite, correct?
23        A   Previously purchased Arizona -- I'm sorry.
24    What?
```

Page 79

1      Q    Did you purchase at any time an Arnold Palmer

2   Arizona product that was not labeled lite?

3      A    Yes.

4      Q    And when did you do that?

5      A    When I purchased the Arizona RX.

6      Q    I'm talking about the Arnold Palmer, sir.

7      A    Oh, no.  No, I've never purchased Arnold

8   Palmer that didn't say lite.  Sorry.

9      Q    If the Arnold Palmer Lite product that you

10  purchased was one third calories less than the

11  regular Arnold Palmer not labeled lite would you

12  agree that the reference to lite was true?

13          MR. SHEEHAN:  Objection.  Calls for legal a

14     conclusion.  You may answer.

15     A    I would assume it, but I've never seen an

16  Arnold Palmer can that didn't say lite on it.  In

17  this area at least.

18                         (Deposition Exhibit P-7 marked

19                           for identification.)

20     Q    (By Mr. Donovan) I'm going to show you P-7.

21     A    Okay.

22     Q    Have you ever seen that product before?

23     A    I have not.  No, I've never seen one of

24  these.

Page 80

1  Q   Were you aware that, that Arizona sold an

2  Arnold Palmer not labeled lite?

3  A   No.

4  Q   Correct me if I'm wrong, I thought you said

5  you purchased an Arnold Palmer sweet tea.  Did you or

6  no?

7  A   No.  I said at restaurants.  As far as

8  Arizona Arnold Palmers, no, they've always been

9  lite.

10  Q   Now I understand.  So now my question is:  If

11  the Arnold Palmer that you purchased, the Arnold

12  Palmer Lite that's the subject of this lawsuit, was,

13  in fact, less than one third calories than the other

14  Arnold Palmers that you purchased at restaurants,

15  would you consider yourself to have been deceived by

16  the lite label?

17  A   I'm sorry.  I was trying to process that

18  question.

19  Q   My understanding is that your claim in this

20  case is that the lite label is false?

21  A   Correct.

22  Q   And it's -- and I thought you testified that

23  it's because it contained -- it wasn't as healthy as

24  you thought it was going to be.

Page 81

1    A    That's correct.

2    Q    And it didn't contain -- it contained more

3    calories than you thought it contained, right?

4    A    Correct.

5    Q    And my question to you is:  If, in fact, the

6    Arnold Palmer Lite that you purchased was one third

7    less than the Arnold Palmer non-lite that you buy at

8    restaurants and such, would you consider yourself to

9    have been deceived?

10    A    Yes.

11    Q    Why?

12    A    Because it's labeled lite meaning that, you

13    know, again it would be a healthier option, not full

14    of the sugars that, you know, the other -- really I

15    guess for me not knowing that there is an Arnold

16    Palmer that's not considered lite, I can't really

17    make that judgment.

18    Q    Okay.  So let's look at it this way or ask it

19    this way.  How much lower in calories were you

20    looking to get in the Arnold Palmer Lite than

21    compared to the products not labeled lite?

22    A    So it's not so much that I was looking for,

23    you know, to go lower or looking for any number in

24    specific, just that I wanted it to be a healthier

Page 82

1    drink, not have as much sugar.  Even when I, I would

2    get it from restaurants I would ask for Arnold

3    Palmer unsweet tea with, you know, whatever lite

4    lemonade or if they have unsweetened lemonade or

5    whatever that they would have.

6            MR. DONOVAN:  Can you do me a favor please

7         and read back that answer?

8                (The requested portion of the

9                record read by the reporter.)

10    Q    (By Mr. Donovan) When you say as much

11    sugar -- do you have something to add?

12    A    No.  She said that and it should be they.

13            MR. DONOVAN:  Withdrawn.

14    Q    (By Mr. Donovan) When you say as much sugar

15    in that response, as much sugar as what?

16    A    As much sugar as -- so for me when I think

17    of Arnold Palmer I think of sweet tea and sweetened

18    lemonade and so it would have less calories compared

19    to those two.

20    Q    How much less calories?

21    A    Honestly I'm not sure.

22    Q    Do you know?

23    A    No.

24                (Deposition Exhibit P-8 marked

Page 83

1            for identification.)

2      Q    (By Mr. Donovan) Let me show you P-8.  Did

3  you ever purchase a product in that container, sir?

4      A    No.

5           MR. DONOVAN:  Can you get a video of that?

6           THE VIDEOGRAPHER:  I got it.  Do you want to

7       turn it around?  Thank you.

8      Q    (By Mr. Donovan) Did there come a point in

9  time that you discovered the sugar content of the

10  Arnold Palmer Lite?

11      A    Can you repeat that question?

12           MR. DONOVAN:  Can you read it to the

13       witness?

14           (The requested portion of the

15           record read by the reporter.)

16      A    Oh, yes.

17      Q    (By Mr. Donovan) When?

18      A    I can't remember if it was in 2018 or '19.

19      Q    And how did that come about in 2018 or '19?

20      A    Once I was told about my cholesterol I

21  started looking into other things with my health and

22  making sure that, you know, I wasn't consuming too

23  much sugars and things of that nature.  My diabetes

24  doesn't run rampantly in the family but it has been

Page 84

1    a thing in the family and so I wanted to make sure

2    that I was, you know, doing the right thing, eating

3    the right things, drinking the right things to at

4    lease help prevent becoming a diabetic.

5        Q    So around 2018, 2019 you became aware of the

6    sugar content of the Arnold Palmer Lite?

7        A    Yes.

8        Q    And when did you become aware of the calorie

9    content of the Arnold Palmer Lite?

10        A    Probably around the same time.  Just kind of

11    watching -- checking out the label.

12        Q    And that's how you found out by looking at

13    the label?

14        A    Yes.

15        Q    And around the same time you mean 2018, 2019?

16        A    Yes.

17        Q    And after you became aware of the sugar

18    content of the Arnold Palmer Lite did you continue to

19    purchase the product?

20        A    I did, but, of course, you know, it was the

21    healthier choice outside of water.

22        Q    And after discovering the calorie content of

23    the product in 2018, 2019 did you continue to

24    purchase the product?

Page 85

1      A    I can't recall my last purchase, but I know

2   it was after 2018, '19.

3      Q    2018?

4      A    I said it was after 2018, '19.  Sorry.  I'll

5   speak up.

6      Q    I just want the record to be clear.  After

7   you discovered the calorie content of the product you

8   continued to purchase the product?

9      A    Sorry.  I'm sorry.  I cannot even recall the

10  last date or the last time frame.

11     Q    Prior to 2018 was there anything preventing

12  you from looking at the label to determine what the

13  sugar content was of the Arnold Palmer Lite?

14     A    Yeah.  Well, there wasn't anything keeping

15  me from doing that.  I just didn't think of checking

16  it out at that time because at that time I was not

17  as conscious of checking out the label.

18     Q    The same is true about the calorie content,

19  was there anything preventing you from looking at

20  that prior to 2018, 2019?

21     A    No.  Just wasn't conscious of it.

22     Q    Why weren't you conscious of it, wasn't that

23  important?

24     A    No.  I thought I was young and I would live

Page 86

1    forever until the doctor told me otherwise.

2        Q    So it wasn't a priority?

3        A    It was not a priority.

4        Q    When you talk about the product, the Arnold

5    Palmer Lite product, what attributes do you think it

6    has?  Can you tell me?

7        A    So for me, the little education I have on

8    tea is that, you know, of course, tea is healthier

9    to drink.  Of course, anything, too much of anything

10   has its, you know, bad side.  But the Arnold Palmer

11   in particular, just enjoying the taste of tea and

12   lemonade combined and that's pretty much it.

13       Q    You liked the flavor?

14       A    Yeah.  Great flavor.

15       Q    What about the value?

16       A    I could spare $1.00 so, yeah, the value was

17   great.

18       Q    Would you agree that it probably has the

19   best, if not one of the best, values offered for an

20   ice tea line of products, the Arnold Palmer Lite?

21       A    I would say so.

22       Q    Did the product quench your thirst?

23       A    Yes.

24       Q    Did you like the attractiveness of the label,

Page 87

1    the artwork and such?

2        A    I mean, once I really took a look at the

3    can, yeah, I appreciated the artwork.

4        Q    Was taste one of the reasons why you bought

5    the product?

6        A    Yes.

7        Q    Was the value you mentioned one of the

8    reasons you bought the product?

9        A    Yes.

10        Q    Was trying to get your thirst quenched one of

11    the reasons why you bought the product?

12        A    Yes.

13        Q    You developed some familiarity with the

14    brand, correct?

15        A    I did.

16        Q    Was brand familiarity one of the reasons why

17    you bought the product?

18        A    Absolutely.

19        Q    And you mentioned the lite label is one of

20    the reasons why you bought the product?

21        A    Yes.  At some point, yes.

22        Q    At some point prior to 2018 you were buying

23    the product not because of the lite label, is that

24    fair to say?

Page 88

1    A    That's fair.

2    Q    Now, with respect to the lite thirst, flavor,

3    value, is there any one of those that was a

4    determative factor for the purchase?

5    A    When I most recently was purchasing it was

6    because of the lite label.  It was because of taking

7    health, you know, more serious.

8    Q    So the lite label took a predominant factor

9    over the other ones that you have said?

10   A    Yes.

11   Q    And when did that happen, 2018, 2019?

12   A    Approximately around that time all the way

13   up until the last purchase.

14                    (Deposition Exhibit P-9 marked

15                      for identification.)

16   Q    (By Mr. Donovan) You mentioned earlier in

17   your deposition about gallons so I'm going to show

18   you P-9.  Did you ever buy the product in that

19   container?

20   A    Yes.  I have a few of those.

21   Q    I'm sorry?

22   A    I've purchased this a few times.

23   Q    When you say a few times, how many?

24   A    I don't remember off the top of my head how

Page 89

1    many times I purchased.

2        Q    Can you give me an estimate?

3        A    If I had to make an estimation or even a

4    guess --

5        Q    I'm not looking for a guess now.

6        A    Well, then I can't give you an estimate.

7        Q    Do you remember where you purchased the

8    product in the gallon container like E-9?

9        A    Gallon containers like that typically would

10   come from, I would purchase at Schnucks and

11   Dierbergs.

12       Q    Do you know what the price would be when you

13   bought this, P-9?

14       A    I don't recall.  Because that's not the only

15   thing I would purchase so I don't recall.

16       Q    Did you ever purchase any of the Defendant's

17   products on the Defendant's website?

18       A    No.

19       Q    Did you ever review their website?

20       A    No.  You know what, actually I did.  A long

21   time ago.  That's when I noticed they had, you know,

22   such bottles that were not -- I couldn't find in

23   this area.

24       Q    When you say such bottles, what do you mean?

Page 90

1    A    I forgot.  Is that P-4?

2    Q    P-7 you mean?

3    A    P-7.  And also the one that has the golf

4    ball shape.

5    Q    The P-8?

6    A    Yeah.

7    Q    And you noticed these and you didn't notice

8    them before you could buy them?

9    A    Yeah.  So here, you know, the cans, the one

10   gallon, and there's like a more cylinder bottle that

11   you can purchase here.  I have not seen those.  I

12   did see some cool things again on the website that I

13   never seen here.

14   Q    So let's go back to -- you had previously

15   testified you bought them in cans and in gallons.

16   A    Correct.

17   Q    Is there any other container size that you

18   know that you purchased the product in?

19   A    Yes.  It's a smaller bottle.  A little

20   bigger than this water bottle.

21   Q    Any other containers?

22   A    Again, as I was saying, the bottle, that

23   size bottle, far and few because I prefer the can

24   over the bottle if I was going to buy a smaller

Page 91

1   size.

2       Q    All right.  Just to recap.  You bought the

3   product, the lite product, because of taste, because

4   of value, to quench your thirst, because of brand

5   familiarity, and because of the lite label?

6       A    Correct.

7       Q    Any other reason?

8       A    That would pretty much be it.

9       Q    Can you refer back to the answers to

10  interrogatories.  P-4.  Look at interrogatory number

11  16.  The question reads:  State the date you first

12  came to believe you were deceived by Defendant with

13  regards to the product.  The answer is:  Plaintiff

14  cannot recall the date he first came to believe he

15  was deceived by Defendant but it was around

16  February 2020.  Do you see that?

17      A    Yes.

18      Q    Is that true and correct?

19      A    Yeah.  A little before that but, yeah.

20      Q    Could have been a little before February of

21  2020?

22      A    Yes.

23                      (Deposition Exhibit P-10 marked

24                       for identification.)

Page 92

1      Q    (By Mr. Donovan) I'm going to show you

2    P-10, sir.

3           MR. SHEEHAN:   Thank you.

4      Q    (By Mr. Donovan) Can you identify that

5    document for me?

6      A    It says United States District Court,

7    Southern District of Illinois, East St. Louis,

8    Division.

9      Q    Have you ever seen this document before,

10   P-10?

11     A    Honestly they're all starting to look the

12   same.  Yes.

13     Q    When do you first recall seeing it?

14     A    I'm not sure.  Whenever Mr. Sheehan's office

15   sent it over.

16     Q    Do you recall reviewing a complaint before it

17   was filed in this case?

18     A    No.

19     Q    So is it fair to say that the first time you

20   got a copy of P-10 is after it was filed?

21     A    Yes.

22     Q    Let me direct your attention to paragraph 71.

23   It's an allegation about Arizona products being

24   recognized worldwide for their elaborate and unique

Page 93

1    artwork, rendering them instantly identifiable by

2    consumers.  Do you see that?

3        A    Yes.

4        Q    Do you agree with that assertion that you

5    made?

6        A    Yes.

7        Q    And paragraph 73 refers to you purchasing the

8    product at BP stations between January 2021 and

9    January 2022.  Is that a true statement?

10       A    That is true.

11            MR. DONOVAN:  I have to take a bathroom

12        break if that's okay?

13            MR. SHEEHAN:  No problem.  Sure.

14            MR. DONOVAN:  Five minute break.

15            THE VIDEOGRAPHER:  Off the record at 1:34.

16                        (Recess)

17            THE VIDEOGRAPHER:  We're back on the record.

18        This is media unit number four.  The time is

19        1:39.

20                        (Deposition Exhibit P-11 marked

21                        for identification.)

22       Q    (By Mr. Donovan) I'm going to show you a

23    document marked P-11, sir, and ask you if you've

24    ever purchased a product bearing that label?

Page 94

1          MR. SHEEHAN:  Thank you.

2     A    Yes.

3     Q     (By Mr. Donovan) When?

4     A    Multiple times on multiple occasions.

5     Q    How many times?

6     A    I am not sure.

7     Q    When you say you're not sure, do you know?

8     A    It's a drink that I've had quite a bit, once

9  or twice a week or even -- yeah, probably about

10  twice a week or so so I can't recall it.

11     Q    Can you tell me how many times you purchased

12  the product bearing the label on P-11?

13     A    At least once a week.

14     Q    For what time period?

15     A    For a few years.  All the way up to, I

16  guess, about 2020.  I can't tell you how far back.

17     Q    Up until when 2020?

18     A    Well, actually it was between 19 -- no.

19  Maybe it wasn't 2020.  '21 was the last purchase.

20  That was a traumatic period for me so I try not to

21  remember a lot of things during that time.

22     Q    Traumatic in what way, sir?

23     A    A lot of personal things happened in my life

24  during that time.

Page 95

1      Q    I started this deposition by telling you it's

2  going to get a little personal for putative class

3  representative of a number of states.  So I'm going

4  to have to ask you, and we can just designate this

5  highly confidential, what personal matters are you

6  referring to?

7           (The following testimony is an excerpt

8  designated "For Attorneys' Eyes Only")

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 96

Q   So we got on this tract with me asking you
about P-11 and you said you stopped purchasing it in
2020.  And I asked you when in 2020, you said I'm not
sure, maybe it's 2021. So when did you start
purchasing a product labeled like P-11?

A   When did I start?  Honestly I don't
remember.  I've been drinking Arizona for a long
time so I don't recall.

Q   Okay.  And how much money have you expended
on the product depicted in P-11?

A   So for a can or some -- well, the can is
labeled 99 cents, the smaller bottle is labeled

Page 97

1    $1.00.  The larger jugs that I've purchased, so

2    there's no labels, I don't recall what I paid for

3    those.

4        Q    Okay.

5        A    And it wasn't as often in purchasing the jug

6    as much as the can.

7        Q    And are you saying that you purchased P-11,

8    the 20 ounce -- it's 20 ounces, right?

9        A    Yes.

10        Q    Are you saying you purchased the 20 ounce

11    once a week or you purchased the can once a week?

12        A    So I purchased the can at least once a week.

13        Q    So that's 20 ounces on P-11, right?

14        A    Yes.

15        Q    Did you ever purchase a product bearing that

16    label?

17        A    When you break it down to the ounces I

18    cannot confirm that.

19        Q    So do you know?

20        A    No.

21        Q    So is it fair to say the only products that

22    you know for sure that you purchased were the gallon

23    container, the P-9, and the 23 ounce P-5, is that

24    fair to say?

Page 98

1       A    No.   That's not fair to say.

2       Q    Okay.   What other containers do you remember

3    purchasing?

4       A    Again, there's a bottle that's labeled $1.00

5    that's just a little larger than this water bottle

6    sitting in front of me.

7       Q    And you don't know whether or not it was 20

8    ounces?

9       A    I think water bottles are, what, something

10   like 16?   It probably was 20 ounces.

11      Q    Sorry?

12      A    It could have easily been a 20 ounce bottle.

13      Q    You don't know?

14      A    No.

15                        (Deposition Exhibit P-12 marked

16                         for identification.)

17      Q    (By Mr. Donovan) Let me show you what's

18   been marked P-12.   Let me move these out of the way

19   so the videographer can see.   Have you ever

20   purchased a product in that container size?

21      A    Yes.

22      Q    Okay.   When?

23      A    I'm not sure of when.   Whenever, like I

24   said, whenever the can wasn't available I would go

Page 99

1    ahead and get the 20 ounce bottle here.

2         Q    Can you tell me dates that you purchased the

3    product bearing --

4         A    I can't.

5         Q    Let me finish.  P-12, can you tell me when?

6         A    I can't give you dates.

7         Q    Can you tell me where you purchased the

8    product bearing the label P-12?

9         A    It would have been at a BP or Mobile.

10        Q    BP where?

11        A    Likely the one on Rauckman.

12        Q    What about the Mobile station?

13        A    Likely the one on St. Louis Avenue.

14        Q    Where, what city or town?

15        A    St. Louis, Missouri.  And it's Caseyville,

16   Illinois for the one on Rauckman.

17        Q    So the BP station was in Illinois and the

18   Mobile station is in St. Louis, Missouri?

19        A    Yes.

20        Q    And you testified, correct me if I'm wrong,

21   that you would buy P-12 when the cans were not

22   available?

23        A    Yes.  Only if the cans weren't available.

24        Q    Okay.  You would only purchase it if the cans

Page 100

1    were not available, is that correct?

2        A    Correct.

3        Q    And with respect to P-12, do you know how

4    much money you've expended buying the product P-12?

5        A    Not offhand.

6        Q    Would it be fair to say that the reason that

7    you bought or a determinative factor for the reason

8    you bought P-12 is because the cans were not

9    available?

10       A    That's correct.

11       Q    So other than the gallon, the 20 ounce, and

12   the can, are there any other containers of the Arnold

13   Palmer Lite that you purchased?

14       A    No.

15           MR. DONOVAN:  Give me a minute to look

16       through my notes.  We'll take a quick break for

17       five minutes.

18           MR. SHEEHAN:  Sure.  No problem. Thank you.

19           THE VIDEOGRAPHER:  Off the record at 1:52.

20                   (Recess)

21           THE VIDEOGRAPHER:  We're back on the record.

22       This is media unit number five. The time is

23       1:54.

24       Q    (By Mr. Donovan) Mr. Crawford, you

Page 101

1    understand this is a proposed class action, you know

2    that, right?

3         A    That is correct.

4         Q    And do you understand that you have some

5    duties as a class representative?

6         A    Sure.

7         Q    What are they?

8         A    To -- oh, man.  Pretty much to just testify,

9    you know, my stance on the label being false or

10   giving false hope.

11        Q    Do you think you have an obligation to be

12   aware of the proceedings in the case?

13        A    Can you explain that little more?

14        Q    The decisions that courts makes.

15        A    After -- I mean.  I'm sorry.  I'm trying

16   to --

17        Q    I'll withdraw the question.

18             Other than testifying is there anything

19   else you can think of that you have a duty to tend

20   to as class representative?

21        A    Not necessarily.

22             MR. DONOVAN:  I have nothing further, sir.

23        Thank you very much for your time.  And again I

24        thank you for agreeing to appear in person.

Page 102

1    With these days I understand that that's a

2    sacrifice.  I appreciate it.

3         MR. SHEEHAN:  May I ask a few questions?

4         MR. DONOVAN:  You may.

5                        EXAMINATION

6    QUESTIONS BY MR. SHEEHAN:

7    Q    (By Mr. Sheehan) Mr. Crawford, thank you

8    again for appearing here.  I am your attorney in

9    this case and I have some questions just to clarify

10   some points.

11   A    Okay.

12   Q    And, of course, after I finish them

13   Mr. Donovan may wish to ask a couple follow-ups,

14   perhaps.

15   A    Okay.

16   Q    Mr. Crawford, I have in my hand the

17   representation agreement that is dated December 19,

18   2021; and also the date of my signature, February 5,

19   2022.  Now, this complaint, Mr. Crawford, was dated

20   February 6, 2022.

21   A    Correct.

22   Q    Do you recall if I spoke to you on the

23   telephone before I signed the agreement?

24   A    Actually we did speak on the telephone

Page 103

1    before you signed.

2       Q    Okay.  And in that telephone call can you

3    inform us whether or not I described to you the

4    things that would be in the complaint that would be

5    filed?

6            MR. DONOVAN:  Objection to form.  Leading.

7         You may answer if you can.

8       A    So actually, if I can say, as we were on

9    lunch some things came back to me and I remembered

10   the conversation and I remember you stating that you

11   would not -- you hadn't signed it or anything

12   because we hadn't actually spoken.  I think it was

13   more or less me speaking with your office assistant.

14           MR. DONOVAN:  Signed what?

15           MR. SHEEHAN:  This document, this document.

16           MR. DONOVAN:  What's it marked?

17           MR. SHEEHAN:  February 5.

18           MR. DONOVAN:  Thank you.

19           MR. SHEEHAN:  And we'll get you a copy of

20        that audit log.

21           MR. DONOVAN:  Sure.

22       Q    (By Mr. Sheehan) On that telephone call did

23   you tell me that I had your consent to file a

24   complaint about this?

Page 104

1      A    That is correct.

2      Q    Okay.  I want to draw your attention to the

3    document exhibit entitled P-4?

4      A    Okay.

5      Q    Now, if you can turn to interrogatory number

6    5.  And the response to interrogatory number 5 which

7    is, I will note substantially similar to

8    interrogatory number 16.

9           MR. DONOVAN:  Objection to form.

10          MR. SHEEHAN:  Okay.

11     Q    (By Mr. Sheehan) Now, Mr. Crawford, on this

12   document it says that Plaintiff does not recall the

13   date when you stopped purchasing the product, but it

14   is likely around February 2020.

15     A    Yes.

16     Q    Now, on this document here, this

17   representation agreement which you signed on

18   December 19, 2021, it says that you purchased this

19   product less than a week ago.  So would that be in

20   December of 2021?

21          MR. DONOVAN:  Objection to form.  You can

22           answer if you can.

23     A    Yes, it would.

24     Q    (By Mr. Sheehan) Okay.  So these two dates

Page 105

1    are different, December of 2021 and February of

2    2020, can both of those things be true or --

3            MR. DONOVAN:  Objection.  Form.

4        A    Yes.  They are true.

5        Q    (By Mr. Sheehan) Okay.  Is it possible that

6    this February 2020 was a typographical error because

7    this complaint was filed in February of 2022?

8            MR. DONOVAN:  Objection to form.

9        A    Yes.

10       Q    (By Mr. Sheehan) Okay.  Is one of your

11   goals in this case to try to prevent misleading

12   labeling?

13       A    Yes.

14           MR. DONOVAN:  Objection to form.

15       Q    (By Mr. Sheehan) Do you want anything from

16   this case more than everybody else from the class

17   gets?

18       A    No.

19       Q    Okay.  Do you believe you have the honesty to

20   represent other purchasers of this product?

21       A    I'm sorry.  Can you repeat that?

22       Q    Do you believe you have the honesty and

23   integrity to represent other purchasers?

24       A    Yes.

Page 106

1    Q    And what does that mean to you about having

2    the honesty to represent others?

3    A    Primarily that everything that I've stated

4    about the purchases is true.  Having the idea that

5    lite was misleading and that, you know, I thought it

6    was a healthier alternative so, yes, I think that.

7    Q    Do you believe that any resolution to this

8    action should benefit everyone?

9        MR. DONOVAN:  Objection to form.  Leading.

10        MR. SHEEHAN:  You can answer.

11    A    I'm sorry.  Can you repeat your question?

12    Q    (By Mr. Sheehan) Do you believe or is your

13    goal to represent and help everyone?

14    A    Yes.

15        MR. DONOVAN:  Same objection.

16    Q    (By Mr. Sheehan) Do you believe that

17    because of the label on the product that says lite

18    you paid more for the product or less?

19        MR. DONOVAN:  Objection to form.

20    A    No.  I think it was a fair price.

21    Q    (By Mr. Sheehan) But if the product was

22    labeled in a way that was misleading, is it possible

23    that maybe it cost more, you know, a small fraction

24    because of, you know, what you described as not

Page 107

1  being misleading?

2       MR. DONOVAN:  Objection to form.  No

3     foundation.  Expert opinion.

4       MR. SHEEHAN:  Okay.  That's fair.

5    Q    (By Mr. Sheehan) Do you recall if my

6  office, and we can confirm this, provided you a copy

7  of the complaint by email after it was filed?

8    A    Yes.

9    Q    Okay.  Do you recall if following the judge's

10 decision on the motion to dismiss the case, did you

11 recall receiving an email from me or my office that

12 contained the judge's decision?

13   A    No.  I just don't recall.

14   Q    Okay.  But it's possible that you did,

15 correct?

16       MR. DONOVAN:  Objection to form.

17   A    Correct.

18   Q    (By Mr. Sheehan) Do you recall how much

19 time we spoke on the phone before this case was

20 filed when I first spoke to you?  If you don't

21 recall, that's fine.

22   A    If I had to give a guess maybe an hour.

23   Q    Okay.  Do you recall if we discussed this

24 document, the attorney representation agreement, I

Page 108

1    don't know the number?

2            MR. DONOVAN:  P-2.

3        Q    (By Mr. Sheehan)  P-2.

4        A    Yes.  I recall that.

5        Q    Okay.  Did you read where it says

6    responsibilities of -- I don't know if you have that.

7        A    I do.

8        Q    Did you read these responsibilities of the

9    named Plaintiff?

10       A    Yes.

11       Q    Okay.  Did you read this statement here where

12   it says be proud to represent consumers?

13       A    Yes.

14       Q    And what did that mean to you when you read

15   it?

16       A    That I would have an attorney present, you

17   know, that would represent me and give legal advice.

18       Q    And are you aware as Mr. Donovan said, that

19   this is a proposed class action?

20       A    Correct.

21       Q    And that means that you are representing

22   others?

23       A    Other people, correct.

24           MR. DONOVAN:  Objection to form.

Page 109

1     Q   (By Mr. Sheehan) Okay. Almost done. Just

2  give me a minute. Were you promised any money by me

3  to be a plaintiff?

4     A  No.

5     Q  Now, Mr. Crawford, you previously indicated

6  that you became aware of the sugar and calorie

7  content of the product prior to even connecting with

8  me, is that correct?

9     A  Yes.

10       MR. DONOVAN:  Objection to form.

11     A  That is correct.

12     Q   (By Mr. Sheehan) Is it correct though,

13  Mr. Crawford, that you did not become aware of what

14  is in the complaint of how the lite claim was

15  misleading?

16       MR. DONOVAN:  Objection to form.

17       MR. SHEEHAN:  I don't understand the

18    objection.

19       MR. DONOVAN:  You're leading the witness and

20    suggesting the answer.  It's totally improper.

21       MR. SHEEHAN:  Well, I would disagree.

22     Q   (By Mr. Sheehan) But anyway, did you know

23  that the lite claim was misleading that was separate

24  from the calories and sugar, was the lite claim

Page 110

1    different than calories and sugar?

2            MR. DONOVAN:  Objection to form.

3        Argumentative and leading.

4        A    That the lite claim would be different from

5    the calories?  Honestly, no, it was all looped in

6    together for me.

7        Q    (By Mr. Sheehan) Okay.  Is it your

8    understanding or recollection, Mr. Crawford, that

9    all of the versions of the product did not have the

10   statement about one third less?  I believe

11   Mr. Donovan showed you this, P-11.  Does this label

12   anywhere say anything about one third less if you

13   look closely?

14           MR. DONOVAN:  Objection to form.

15       A    It doesn't say anything about one third

16   less.

17       Q    (By Mr. Sheehan) Okay.

18           MR. SHEEHAN:  I don't believe I have

19       anything else.  Thank you, Mr. Crawford.

20           MR. DONOVAN:  I have nothing.  Thank you,

21       sir, again.

22           THE VIDEOGRAPHER:  We are off the video

23       record at 2:09.

24                   (Off the record.)

Page 111

1          MR. DONOVAN:  We're back on the record.

2     Counsel is reserving his rights under the rules

3     to review and sign, right?

4          MR. SHEEHAN:  Yes, of course.

5          MR. DONOVAN:  The actual reservation is -- I

6     got to clarify because I can't speak for you.

7     What do you want to reserve the right for?

8          MR. SHEEHAN:  Isn't there just a standard

9     thing when a party receives a deposition

10    transcript?

11         MR. DONOVAN:  The 30 day review period?

12         MR. SHEEHAN:  Something like that, yeah.  If

13    there's any errata.  Isn't that standard stuff?

14         MR. DONOVAN:  Thanks.  That's all you're

15    talking about?

16         MR. SHEEHAN:  Yeah.  As opposed to what?  I

17    don't know what else there could be.

18         MR. DONOVAN:  Okay.  We're done.

19         MR. SHEEHAN:  I do not need a rush copy.  I

20    would like a standard copy with index, you

21    know, regular copy PDF, no hard copies, and the

22    one that has the four on one page.

23

24

Page 112

1    State of Illinois

2                              SS.

3    County of Macoupin

4        I, Nancy Prange, a Notary Public in and for

5    the State of Illinois, duly commissioned, qualified

6    and authorized to administer oaths and to certify to

7    depositions, do hereby certify that pursuant to

8    Notice in the civil cause now pending and

9    undetermined In The United States District Court,

10   Southern District of Illinois, East St. Louis

11   Division, to be used in the trial of said cause in

12   said court, I was attended at the offices of

13   Gausnell, O'Keefe & Thomas, LLC, 1717 Park Avenue,

14   in the City of St. Louis, State of Missouri, by the

15   aforesaid attorneys; on the 13th day of February,

16   2023.

17       The said witness, being of sound mind and

18   being by me first carefully examined and duly

19   cautioned and sworn to testify the truth, the whole

20   truth, and nothing but the truth in the case

21   aforesaid, thereupon testified as is shown in the

22   foregoing transcript, said testimony being by me

23   reported in shorthand and caused to be transcribed

24   into typewriting, and that the foregoing pages

Page 113

1    correctly set forth the testimony of the

2    aforementioned witness, together with the questions

3    propounded by counsel and remarks and objections of

4    counsel thereto, and is in all respects a full,

5    true, correct and complete transcript of the

6    questions propounded to and the answers given by

7    said witness; that signature of the deponent was not

8    waived by agreement of counsel.

9         I further certify that I am not of counsel or

10   attorney for either of the parties to said suit, not

11   related to nor interested in any of the parties or

12   their attorneys.

13        Witness my hand and notarial seal at New

14   Douglas, Illinois, this 27th day of February, 2023.

15   My Commission expires May 11, 2024.

16

17   ----------------------------------------

18        Notary Public in and for the

19             State of Illinois

20

21

22

23

24

Page 114

1   Crawford, Kenneth  v. Arizona Beverages Usa Llc, Et Al

2   Kenneth  Crawford (#5703163)

3                  E R R A T A   S H E E T

4   PAGE_____ LINE_____ CHANGE_____

5   _____

6   REASON_____

7   PAGE_____ LINE_____ CHANGE_____

8   _____

9   REASON_____

10  PAGE_____ LINE_____ CHANGE_____

11  _____

12  REASON_____

13  PAGE_____ LINE_____ CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____ CHANGE_____

20  _____

21  REASON_____

22

23  _____     _____

24  Kenneth  Crawford                         Date

Page 115

1  Crawford, Kenneth  v. Arizona Beverages Usa Llc, Et Al

2  Kenneth  Crawford (#5703163)

3                    ACKNOWLEDGEMENT OF DEPONENT

4      I, Kenneth  Crawford, do hereby declare that I

5  have read the foregoing transcript, I have made any

6  corrections, additions, or changes I deemed necessary as

7  noted above to be appended hereto, and that the same is

8  a true, correct and complete transcript of the testimony

9  given by me.

10

11  _____      _____

12  Kenneth  Crawford                    Date

13  *If notary is required

14                        SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                        _____ DAY OF _____, 20___.

16

17

18                        _____

19                        NOTARY PUBLIC

20

21

22

23

24

**[& - 23]**                                                                 Page 1

| & | 112 | 2 | 2019 |
|---|---|---|---|
| **&** 1:21 2:19 3:5 3:13 5:11 112:13 | **112** 4:4 **11:39** 64:14 **11:49** 64:18 **12** 4:22 12:4 98:15,18 99:5 99:8,21 100:3 100:4,8 | **2** 4:9 13:19,21 13:24 45:11,19 46:14 47:5,9 48:17,23 59:10 59:12,13,19,20 64:20 66:8,8 68:2 108:2,3 | **2019** 18:23 35:20 39:22 57:14 73:16 84:5,15,23 85:20 88:11 |
| **0** | **12:06** 73:4 **12:58** 73:8 | **2.50** 60:18 **2.50.** 60:1 | **2020** 73:14 91:16,21 94:16 94:17,19 96:15 96:15 104:14 105:2,6 |
| **00220** 1:9 2:11 5:10 **07407** 3:15 **08** 15:16 **084-004426** 2:22 | **13** 1:17 5:2 12:17 16:5 39:18 **13th** 2:21 112:15 **14** 16:5 | **20** 4:16,20,22 97:8,8,10,13 98:7,10,12 99:1 100:11 115:15 | **2021** 18:22 46:15 47:15,18 50:20 52:6,10 52:13,20,24 53:3 93:8 96:16 102:18 104:18,20 105:1 |
| **1** | **159** 36:14 **16** 91:11 98:10 104:8 | **2007** 15:16 **2008** 15:16,24 27:17,19,23,24 42:6 | **2022** 12:4 40:16 50:17,23 51:2,5,9,20,24 57:14 93:9 102:19,20 105:7 |
| **1** 4:8 36:17,20 37:1 55:10 59:16 **1.00** 60:1,18 86:16 98:4 **1.00.** 97:1 **10** 4:19 11:13 12:17 32:3 62:24 75:22 91:23 92:2,10 92:20 | **16522** 113:16 **17** 38:6 57:11 **1717** 1:22 2:19 5:12 112:13 **18** 27:5,6 **19** 47:15,18 50:20 52:10,12 52:19,24 53:3 83:18,19 85:2 | **2009** 42:6 **201** 3:14,16 **2010** 38:7 **2011** 12:11 16:5 28:2 **2014** 16:13 17:1 **2017** 27:5,6 | **2023** 1:17 2:21 5:2 112:16 113:14 **2024** 113:15 **21** 46:2 47:14 48:20 94:19 |
| **100** 56:19 **10:00** 1:18 **10:11** 5:2 **11** 4:20 12:17 12:17 22:14 93:20,23 94:12 96:14,17,22 97:7,13 110:11 113:15 **11021-3104** 3:7 | 85:4 94:18 102:17 104:18 **1986** 17:8,9 **1:34** 93:15 **1:39** 93:19 **1:52** 100:19 **1:54** 100:23 | 32:18 36:10,16 38:5 73:20 **2018** 56:13 73:18 83:18,19 84:5,15,23 85:2,3,4,11,20 87:22 88:11 | **23** 17:8,9 64:24 65:1 66:16 67:9,12 76:11 97:23 |

**[230 - address]**                                                Page 2

| | | | |
|---|---|---|---|
| **230** 17:18 | 70:7,22 72:5 | **73** 37:5 93:7 | **accurate** 39:9 |
| **241-6750** 3:24 | 72:10 77:24 | **74** 37:5,6,15 | 39:10 60:3 |
| **25** 39:22 | 78:16 97:23 | 39:18 | **acknowledge...** |
| **268-7080** 3:8 | 102:18 103:17 | **778** 2:22 | 115:3 |
| **27th** 113:14 | 104:6,6 | **79** 4:15 | **action** 41:7,12 |
| **28** 37:15 | **5'9** 17:17 | **8** | 42:10 101:1 |
| **2:09** 110:23 | **50** 57:13,17,22 | **8** 4:16 82:24 | 106:8 108:19 |
| **3** | **500** 56:19 | 83:2 90:5 | **actions** 42:13 |
| **3** 4:10 54:19,22 | **516** 3:8 | **83** 4:17 | **actual** 14:2 |
| **30** 11:9 111:11 | **54** 4:11 | **857-6778** 3:16 | 23:15 71:20 |
| **310** 3:22 | **5703163** 114:2 | **88** 4:18 | 111:5 |
| **314** 3:24 | 115:2 | **9** | **actually** 11:7 |
| **32** 4:13 13:11 | **58** 4:12 | **9** 4:18 88:14,18 | 18:7 19:12 |
| 13:13,17 60:15 | **6** | 89:8,13 97:23 | 20:7 24:23 |
| **3209** 13:1 | **6** 4:3,14 57:13 | **91** 4:19 | 25:10,24 27:9 |
| **36** 4:8 | 57:14 69:10,12 | **93** 4:21 | 28:21 36:3 |
| **3:22** 1:9 2:11 | 102:20 | **98** 4:22 | 37:5 38:1,2,15 |
| 5:10 | **60** 3:6 | **99** 61:6 67:17 | 40:19 41:11 |
| **4** | **62203** 13:11 | 72:7 96:24 | 42:20 47:6 |
| **4** 4:12 50:6 | **62221** 13:2 | **a** | 50:16 51:23 |
| 58:7,9,24 90:1 | **62226** 13:20 | **a.m.** 1:18 | 64:10 65:22 |
| 91:10 104:3 | **63** 39:18 | **ability** 6:18 | 74:22 76:1 |
| **4.1.** 37:19 | **63101** 3:23 | **above** 115:7 | 89:20 94:18 |
| **4.2.** 37:21 | **669** 3:14 | **absolutely** | 102:24 103:8 |
| **4.3** 37:24 | **67** 4:13 | 43:14 48:7 | 103:12 |
| **40** 11:22 | **69** 4:14 | 61:21 87:18 | **ad** 40:19,20 |
| **409** 3:6 | **7** | **access** 47:1 | 44:9 |
| **42** 39:13 | **7** 4:15 50:10 | **accident** 36:1,9 | **add** 77:13,14 |
| **45** 4:9 | 79:18,20 90:2 | 36:11,13 | 82:11 |
| **5** | 90:3 | **accommodate** | **additions** 115:6 |
| **5** 4:13 12:11 | **701** 3:22 | 9:18 | **address** 12:23 |
| 13:19 50:8,13 | **71** 92:22 | **account** 31:18 | 12:24 13:10,14 |
| 50:15,23,24 | **72** 37:6 | 31:20 34:22 | 13:17,22 14:2 |
| 53:5 67:2,5 | | 35:1,4 | 14:9 15:9 16:6 |
| | | | 16:9 20:3,4 |

26:5 49:1,5,7
53:21 70:1
**addressing**
6:13
**administer**
112:6
**admissions**
4:11
**admit**  11:8
55:10 57:12,14
**admits**  55:12
**adult**  32:10
**advance**  8:19
**advertisement**
41:1,4 42:18
42:21 43:12
51:8,14,20
**advice**  108:17
**affiliated**  49:14
**aforemention...**
113:2
**aforesaid**  6:3
112:15,21
**afternoon**  73:9
**age**  6:1 14:16
**ages**  12:16
**ago**  19:10
20:22 41:13
75:22 89:21
104:19
**agree**  79:12
86:18 93:4
**agreeing**  8:10
101:24

**agreement**  4:9
66:8 102:17,23
104:17 107:24
113:8
**ahead**  99:1
**al**  114:1 115:1
**aldi's**  29:5,6
**allegation**
92:23
**alternative**
76:3 77:6,16
106:6
**altogether**
11:18
**america**  32:1
**amount**  10:16
56:18
**amounts**  7:8
**answer**  6:19
7:2,13 9:2,3
33:10 43:2
46:4 52:23
64:20 65:16
79:14 82:7
91:13 103:7
104:22 106:10
109:20
**answered**  9:17
51:11
**answering**  43:1
43:5
**answers**  4:12
7:10,21,23,23
58:16,19,24
91:9 113:6

**anticipating**
7:15
**anybody**  74:1,4
**anymore**  29:9
**anyway**  38:16
109:22
**apartment**
13:19
**apologize**  10:5
27:24 28:1
**appear**  8:10
101:24
**appearances**
3:1
**appearing**
102:8
**appended**
115:7
**appointment**
44:23,24
**appreciate**  9:21
102:2
**appreciated**
87:3
**approximate**
11:2 40:18
56:11 60:13
**approximately**
14:10 17:17
88:12
**approximation**
62:21
**approximatio...**
7:9

**area**  18:1 79:17
89:23
**argumentative**
110:3
**arizona**  1:11
2:13 5:6 40:22
40:22 43:7
49:13 57:4
64:8 71:9,17
72:21 78:21,23
79:2,5 80:1,8
92:23 96:19
114:1 115:1
**arizona's**  43:13
**army**  25:11,13
**arnold**  4:13,15
4:16,18,20,22
15:3,4,7 33:4
33:14,17 34:19
40:23 56:5,12
56:14,15 60:23
70:5,9,14,18
71:2,6,16 72:1
73:13,22 74:2
74:5,12 75:4,8
75:9,10 76:10
76:14 77:14,24
78:21 79:1,6,7
79:9,11,16
80:2,5,8,11,11
80:14 81:6,7
81:15,20 82:2
82:17 83:10
84:6,9,18
85:13 86:4,10

86:20 100:12
**article** 68:15
**artificial** 19:12
**artwork** 87:1,3
93:1
**ashley** 15:1
**asked** 34:5 48:5
51:10 54:11
55:16,16 96:15
**asking** 7:7
96:13
**asks** 55:10
57:12
**assertion** 93:4
**assistant** 21:13
23:8 44:22
103:13
**associates** 3:5
**assume** 39:11
44:4 79:15
**asthma** 18:13
18:14 19:1,7
**attend** 18:9
**attended** 18:3,6
112:12
**attention** 66:7
70:5 92:22
104:2
**attorney** 4:9
6:11 7:11,14
8:22 10:22
11:15 40:3,7
40:13 49:16,19
49:22 53:16
102:8 107:24

108:16 113:10
**attorneys** 95:8
112:15 113:12
**attractiveness**
86:24
**attributed** 71:1
71:3
**attributes** 86:5
**attrition** 9:18
**audit** 53:20
103:20
**authorized**
112:6
**available** 98:24
99:22,23 100:1
100:9
**avenue** 1:22
2:19 5:12
99:13 112:13
**avoid** 7:15
**aware** 33:5
70:14 71:1
80:1 84:5,8,17
101:12 108:18
109:6,13
**awhile** 29:6,11

---
**b**
---

**b** 20:15,17
28:14 41:24
**bachelor's**
16:17
**back** 12:21
15:17,18,19,20
15:21,22 16:1
16:3 18:22,24

23:6 27:18,20
28:1,1 32:13
57:24 64:16,19
64:21 66:7
72:5 73:6 76:2
78:16 82:7
90:14 91:9
93:17 94:16
100:21 103:9
111:1
**bad** 86:10
**ball** 4:16 90:4
**ballpark** 62:24
**bank** 31:18,20
32:1 37:18
**bankruptcy** 4:8
35:14,17 37:3
37:12
**barnes** 41:20
41:22,24 42:10
**based** 11:21
48:11 55:20
**basic** 6:14,21
**basis** 66:1,24
67:13
**bathroom**
93:11
**bearing** 93:24
94:12 97:15
99:3,8
**becoming** 84:4
**beginning** 46:5
**behalf** 1:5 2:6
2:18

**behavior** 23:19
24:2,7
**bel** 20:13,14,18
**belief** 43:19
**believe** 13:11
40:2 67:15
69:15 91:12,14
105:19,22
106:7,12,16
110:10,18
**benefit** 106:8
**best** 86:19,19
**better** 21:12,15
21:18,20,21,24
63:20
**beverage** 49:13
70:6,14 71:4,7
71:13,16
**beverages** 1:11
2:13 5:6 114:1
115:1
**beyond** 19:22
19:23 20:6,20
21:2 22:3
**bible** 16:21
17:2,19 18:3
**biblical** 16:23
**big** 29:13
**bigger** 90:20
**birth** 17:7
**bit** 7:16,17 94:8
**bob** 6:11
**bond** 9:1
**bones** 19:12

**born** 41:23
**bottle** 4:17,22
  60:11 61:1,9,9
  61:14 62:10,11
  62:14,17,23
  90:10,19,20,22
  90:23,24 96:24
  98:4,5,12 99:1
**bottles** 62:4
  63:8,12 64:6
  89:22,24 98:9
**bottom** 37:8
  46:16 70:7
**bought** 31:24
  62:5,8,22 64:4
  64:5,6 87:4,8
  87:11,17,20
  89:13 90:15
  91:2 100:7,8
**box** 29:13
**boy** 14:10 42:6
**bp** 34:12 59:13
  63:24 64:2
  93:8 99:9,10
  99:17
**brand** 87:14,16
  91:4
**break** 9:11,16
  64:11 93:12,14
  97:17 100:16
**bridge** 23:10
**bridged** 25:2
**bridges** 22:19
  23:11,12,17
  24:8

**briefly** 45:13
**broke** 74:11
**building** 20:7
**bulletin** 68:16
**business** 20:24
**buy** 28:8 34:11
  61:9,14 62:16
  67:16 81:7
  88:18 90:8,24
  99:21
**buying** 33:3
  61:24 87:22
  100:4

**c**

**c** 28:15,15
**call** 26:1,2,9,10
  26:17,21 33:15
  56:3 103:2,22
**called** 44:19,22
**calls** 79:13
**calorie** 84:8,22
  85:7,18 109:6
**calories** 67:18
  77:18,20 78:2
  78:7,16 79:10
  80:13 81:3,19
  82:18,20
  109:24 110:1,5
**calvary** 16:21
  17:2,19
**campus** 23:2
**cans** 62:7 63:14
  63:14,16 65:23
  66:16 78:3,5
  90:9,15 99:21

99:23,24 100:8
**capital** 31:8,9
  32:4,10 37:18
**car** 32:14,17
  36:9,15 38:2,4
  38:5,8 70:20
**card** 29:8,12,13
  29:16,19 30:2
  31:1,2,3,6,11
  31:13,16,22,23
  32:2,4,7,9,10
  37:18
**cards** 31:6
**care** 54:14
**carefully**
  112:18
**cars** 32:15
**case** 5:10 6:3
  6:12 8:18
  33:16 35:1,8
  40:5 41:7
  68:12,13 69:1
  69:4,8,22
  80:20 92:17
  101:12 102:9
  105:11,16
  107:10,19
  112:20
**casey's** 28:20
  28:22
**caseyville**
  59:14 99:15
**cash** 29:16,18
  32:14

**catherine** 13:19
  13:21,24
**cause** 1:9 2:11
  5:7 112:8,11
**caused** 112:23
**cautioned**
  112:19
**ccr** 1:24 2:21
**center** 25:12,16
**cents** 61:6
  67:17 72:7
  96:24
**certain** 9:1
  29:16
**certainly** 53:12
**certified** 5:13
**certify** 112:6,7
  113:9
**change** 114:4,7
  114:10,13,16
  114:19
**changes** 115:6
**chaplain** 30:7
  30:11,18
**check** 41:14,15
**checking** 84:11
  85:15,17
**chi** 38:14
**chicago** 38:14
**chiefs** 17:6
**child** 38:15,17
  38:23
**children** 12:12
  12:15,21 14:11
  14:21 15:6

[children - convenient]                                                    Page 6

38:19,22 39:3
**choice** 57:10
84:21
**cholesterol**
18:16,18 19:8
83:20
**church** 66:20
**city** 2:20 12:23
16:11 17:3,4
17:20 22:7,12
22:17 23:6
99:14 112:14
**civil** 112:8
**ck** 68:4,5
**claim** 18:16
80:19 109:14
109:23,24
110:4
**claims** 33:3
68:23 69:4,8
69:22
**clarify** 102:9
111:6
**class** 41:7,11
42:9,13 95:2
101:1,5,20
105:16 108:19
**classes** 18:1
**classified** 19:15
**clear** 85:6
**clearer** 7:5 70:8
**clerk** 74:7,9
**closely** 110:13
**closest** 28:10

**club** 28:16 29:8
29:12
**clue** 33:2
**cnac** 37:24 38:8
**cold** 52:2 63:14
64:12,13
**collectively**
38:23 39:1
**college** 16:21
17:2,20 18:3
25:6,10
**coloquically**
46:3
**combined**
57:18 86:12
**come** 7:10 8:22
35:13,16 40:8
56:1 83:8,19
89:10
**comes** 7:9 9:16
61:1
**coming** 25:10
**commission**
113:15
**commissioned**
112:5
**commonwealth**
39:5,12
**communicate**
10:21
**communicated**
40:5
**communication**
11:23 44:10
51:3,6

**community**
20:9,11 22:19
23:10,17 24:8
25:1,3
**companies** 24:9
**company** 30:9
35:24 36:3,4,5
36:6 71:20
**compared**
81:21 82:18
**complaint** 4:19
92:16 102:19
103:4,24 105:7
107:7 109:14
**complete** 113:5
115:8
**concerns** 33:3
**conclusion**
43:13,16 79:14
**confidential**
95:5
**confirm** 67:19
97:18 107:6
**congratulations**
12:5,19
**connecting**
20:10 109:7
**conscious**
85:17,21,22
**consent** 103:23
**consider** 80:15
81:8
**considered**
81:16

**consume** 73:23
**consumed**
71:15 75:14
**consumers** 93:2
108:12
**consuming**
76:5 83:22
**contain** 72:21
81:2
**contained**
80:23 81:2,3
107:12
**container**
60:24 67:22
83:3 88:19
89:8 90:17
97:23 98:20
**containers**
33:12 62:4,8
89:9 90:21
98:2 100:12
**contains** 72:11
**content** 83:9
84:6,9,18,22
85:7,13,18
109:7
**context** 46:8
**continue** 84:18
84:23
**continued** 85:8
**convenience**
63:13,22
**convenient**
28:23

[conversation - decisions]  Page 7

**conversation** 11:5,6,12 40:14 44:13 45:8 52:4 103:10
**convicted** 28:4
**cool** 90:12
**copies** 58:1 111:21
**copy** 47:4,8 70:8 92:20 103:19 107:6 111:19,20,21
**corn** 72:18,22
**correct** 17:10 18:5 19:24 20:19 22:11 23:14,15 26:18 31:19 32:12 33:6 37:13,14 37:16,17 39:10 39:17,20,21 42:2,11 48:13 51:7,18 52:24 53:1 58:20 59:8,9 60:12 61:17 62:1,2 63:10,17 65:12 67:10,11,24 68:3 71:7,11 71:14 72:17,24 75:15,24 77:6 77:7 78:22 80:4,21 81:1,4 87:14 90:16

91:6,18 99:20 100:1,2,10 101:3 102:21 104:1 107:15 107:17 108:20 108:23 109:8 109:11,12 113:5 115:8
**correction** 74:24
**corrections** 115:6
**correctly** 48:20 78:6 113:1
**cost** 106:23
**counsel** 3:1 5:5 5:16 9:5,15 111:2 113:3,4 113:8,9
**counting** 11:14
**counts** 11:24
**county** 112:3
**couple** 102:13
**course** 84:20 86:8,9 102:12 111:4
**court** 1:1 2:1 4:14 5:8,14 6:24 7:2 13:19 13:22,24 55:5 55:6 69:2,3,20 92:6 112:9,12
**court's** 69:7
**courtesy** 9:19

**courts** 10:8 101:14
**crawford** 1:4 1:15 2:5,17 5:4 5:6,24 6:9 73:10 100:24 102:7,16,19 104:11 109:5 109:13 110:8 110:19 114:1,2 114:24 115:1,2 115:4,12
**credit** 29:16,18 29:19 30:2 31:5,6 32:4,7,9 32:12 37:18
**creditors** 37:16
**crime** 28:4
**csr** 1:24 2:22
**currently** 12:22 21:9 24:24 66:18
**customarily** 28:8 67:13
**cuttermill** 3:6
**cv** 1:9 2:11 5:10
**cylinder** 90:10

**d**

**d** 14:6,8 28:14
**date** 12:3,9 17:7 47:19 48:24,24 50:19 52:9,10,12,14 52:15,16 53:21 68:20 85:10

91:11,14 102:18 104:13 114:24 115:12
**dated** 47:17 50:12 52:19,23 102:17,19
**dates** 7:7 50:16 99:2,6 104:24
**day** 2:21 11:3 30:6 48:1 56:1 111:11 112:15 113:14 115:15
**days** 44:18 47:21 102:1
**deal** 45:16
**dealing** 40:22
**debit** 29:18 31:13,15,22,23
**debt** 37:24 38:11 39:6
**deceived** 80:15 81:9 91:12,15
**december** 46:2 46:15 47:14,15 47:18 48:20 50:20 52:6,10 52:12,19,24 53:3 102:17 104:18,20 105:1
**decision** 4:14 69:7,21 107:10 107:12
**decisions** 101:14

**[declare - donovan]** Page 8

declare 115:4
deemed 115:6
deer 36:1
defendant 1:12
  2:15,18 3:11
  5:20 6:12
  91:12,15
defendant's
  33:4 35:4,11
  89:16,17
defendants 5:5
definitely 23:21
  43:20 45:7
  47:24 51:1
  77:14
degree 16:17
  16:22,24 18:8
deny 55:11
  57:12 67:19
department
  30:12,22 37:21
  38:13 39:6
depending
  53:23 72:7
depends 28:10
depicted 96:22
deponent 113:7
  115:3
deposed 8:7,13
deposes 6:3
deposition 1:14
  2:17 5:4,10
  6:12 9:23
  10:13,22,23
  11:17,19 36:17

45:11 54:19
55:8 58:7,23
59:1 67:2
69:10 77:23
79:18 82:24
88:14,17 91:23
93:20 95:1
98:15 111:9
depositions
  112:7
described
  103:3 106:24
designate 95:4
designated
  95:8
determative
  88:4
determinative
  100:7
determine
  85:12
developed
  87:13
developmental
  24:9
diabetes 18:12
  83:23
diabetic 84:4
dierbergs
  28:12,14 89:11
diet 8:16
different 70:13
  75:1,3,6,17
  105:1 110:1,4

differently 75:9
difficult 7:16
difficulty 70:11
direct 66:7 70:5
  92:22
disabilities
  24:10
disagree
  109:21
discovered
  83:9 85:7
discovering
  84:22
discussed 49:3
  107:23
dismiss 107:10
dismissed 69:5
dismissing 69:8
  69:22
disrespectful
  8:17
distributor
  71:20
district 1:1,2
  2:1,2 5:8,9
  92:6,7 112:9
  112:10
division 1:3 2:3
  5:9 92:8
  112:11
doctor 18:21
  86:1
document
  10:18 37:2
  45:22 47:22

48:2 52:12,14
53:3,7 54:22
68:20 69:13
92:5,9 93:23
103:15,15
104:3,12,16
107:24
documents
  10:3,4,6,7,17
  11:14 45:14
  55:5,7,21
  58:22 69:20
  70:4
doing 18:1 84:2
  85:15
dollar 60:21
donovan 3:12
  4:3 5:20,21 6:7
  6:8,11 9:5,9,14
  9:15,22 36:19
  36:22 40:10,15
  45:16,18,21
  51:13 53:16
  54:4,7,21
  57:24 58:3,6,9
  58:12 64:19
  67:4,9 69:12
  69:16,24 70:1
  73:2,9 79:20
  82:6,10,13,14
  83:2,5,8,12,17
  88:16 92:1,4
  93:11,14,22
  94:3 98:17
  100:15,24

101:22 102:4
102:13 103:6
103:14,16,18
103:21 104:9
104:21 105:3,8
105:14 106:9
106:15,19
107:2,16 108:2
108:18,24
109:10,16,19
110:2,11,14,20
111:1,5,11,14
111:18
**douglas**  113:14
**draw**  43:16
  104:2
**drawn**  43:12
**drink**  57:9,9
  76:22 78:9
  82:1 86:9 94:8
**drinking**  75:20
  76:1,4,6,16,21
  77:1,9,10 84:3
  96:19
**drive**  3:14
  59:14,19
**driver**  70:20
**drivers**  27:2,14
  27:19,22 28:3
  54:11,16
**driving**  36:15
**duly**  6:1 112:5
  112:18
**duties**  101:5

**duty**  101:19
**dwd**  1:9 2:11

**e**

**e**  20:15,17
  28:14,14 41:24
  89:8 114:3,3,3
**ear**  19:12,13
**earlier**  39:16
  51:13 74:11
  77:23 88:16
**easily**  98:12
**east**  1:3 2:3 5:9
  13:9,11 25:22
  26:4,18,19
  68:6 92:7
  112:10
**eating**  84:2
**ed**  37:21
**education**
  16:16 86:7
**eight**  12:17
**either**  113:10
**elaborate**  92:24
**elementary**
  20:13,18
**elevate**  17:12
**elmwood**  3:15
**email**  47:10,11
  47:13 49:7
  53:7,9 54:8
  107:7,11
**emails**  47:23
  54:2
**emergency**
  23:9

**employed**
  19:19,21 22:4
**employee**  20:23
  21:1
**employer**  41:12
  41:19
**employment**
  25:22 26:18
**ended**  38:17
**enjoy**  76:14
**enjoying**  86:11
**entitled**  104:3
**entity**  49:14
**equate**  71:6
**errata**  111:13
**error**  105:6
**estimate**  63:1,3
  89:2,6
**estimation**  89:3
**et**  114:1 115:1
**everybody**
  105:16
**evidentiary**
  6:24
**ex**  4:8,9,10,12
  4:13,14,15,16
  4:18,19,20,22
**exactly**  37:3
  47:16
**examination**
  4:3,4 6:6 102:5
**examined**
  112:18
**excerpt**  95:7

**excess**  56:18,19
  56:19
**excuse**  21:7,21
**exhibit**  36:17
  45:11 54:19
  58:7 67:2
  69:10 79:18
  82:24 88:14
  91:23 93:20
  98:15 104:3
**exhibits**  4:6
  45:15
**expended**
  96:21 100:4
**expert**  107:3
**expires**  113:15
**explain**  34:3
  41:8 42:17
  101:13
**extent**  16:16
**eyes**  95:8

**f**

**facebook**  34:22
  35:1,4 40:19
  41:2 42:19
  43:12 44:9
  51:8,14,20
**fact**  80:13 81:5
**factor**  88:4,8
  100:7
**facts**  72:13
**fair**  21:19
  43:11 50:13
  63:7 87:24
  88:1 92:19

[fair - gas]                                                                Page 10

| | | | |
|---|---|---|---|
| 97:21,24 98:1<br>100:6 106:20<br>107:4<br>**false** 74:13,17<br>80:20 101:9,10<br>**familiar** 68:8<br>**familiarity**<br>7:17 61:8<br>87:13,16 91:5<br>**families** 20:10<br>25:4<br>**family** 21:12,20<br>21:21 22:1<br>83:24 84:1<br>**famous** 70:23<br>**far** 28:21 43:15<br>65:14 66:1<br>80:7 90:23<br>94:16<br>**favor** 82:6<br>**february** 1:17<br>2:21 5:2 39:22<br>40:16 50:13,15<br>50:17,20,23,24<br>51:1,2,5,9,20<br>51:21,24 52:3<br>53:5 57:13,14<br>91:16,20<br>102:18,20<br>103:17 104:14<br>105:1,6,7<br>112:15 113:14<br>**federal** 30:3,24<br>31:5,17,18,22<br>32:11 69:2,3 | **fields** 48:13<br>**figure** 62:24<br>**file** 103:23<br>**filed** 35:13,16<br>92:17,20 103:5<br>105:7 107:7,20<br>**fill** 39:18 48:12<br>**filling** 44:8<br>**finance** 39:5<br>**find** 40:7,17<br>46:9,10 54:9<br>59:15 74:15<br>89:22<br>**finding** 40:13<br>**fine** 107:21<br>**finish** 71:12<br>99:5 102:12<br>**finished** 25:11<br>**fire** 30:21<br>**firefighter** 30:6<br>30:7<br>**firefighting**<br>30:12<br>**firm** 42:18<br>46:19 48:17<br>**first** 6:1,17<br>12:7,9 14:19<br>14:21,24 25:5<br>45:24 46:13,17<br>48:5,10 50:22<br>52:17 53:17<br>64:21 69:16<br>74:21,23 75:16<br>75:18 76:9,16<br>91:11,14 92:13 | 92:19 107:20<br>112:18<br>**five** 18:10 22:2<br>56:13 93:14<br>100:17,22<br>**flavor** 86:13,14<br>88:2<br>**follow** 102:13<br>**following** 95:7<br>107:9<br>**follows** 6:4<br>**forbes** 68:9<br>**foregoing**<br>112:22,24<br>115:5<br>**forever** 86:1<br>**forget** 16:10<br>22:21 23:14<br>30:8 54:2<br>**forgot** 90:1<br>**form** 37:4<br>48:11 61:1<br>103:6 104:9,21<br>105:3,8,14<br>106:9,19 107:2<br>107:16 108:24<br>109:10,16<br>110:2,14<br>**formality** 9:13<br>**forth** 113:1<br>**found** 54:14<br>84:12<br>**foundation**<br>107:3 | **four** 14:10,19<br>14:21 18:6,7<br>32:6 93:18<br>111:22<br>**fourteen** 12:17<br>14:18<br>**fraction** 106:23<br>**frame** 40:18<br>41:17 43:17<br>85:10<br>**frequent** 57:6<br>66:21 71:21<br>**friday** 11:5<br>**front** 98:6<br>**fructose** 72:18<br>72:22<br>**full** 22:15 26:15<br>81:13 113:4<br>**further** 101:22<br>113:9<br><br>**g**<br><br>**g** 28:14<br>**gallon** 4:18<br>61:2,9,14,18<br>62:3 63:9<br>65:11,21 89:8<br>89:9 90:10<br>97:22 100:11<br>**gallons** 62:7<br>88:17 90:15<br>**gap** 25:3<br>**gas** 28:24 34:12<br>49:2 57:8 64:7<br>66:12 |

[gausnell - hour]

gausnell  1:21
  2:19 5:11
  112:13
gelbergs  28:13
general  70:6
germane  8:18
getting  77:12
give  6:14 7:14
  10:14 32:6
  56:18 62:21
  89:2,6 99:6
  100:15 107:22
  108:17 109:2
given  113:6
  115:9
gives  74:17
giving  101:10
glad  54:3
glass  62:14
go  9:9 20:5,8
  23:6 37:5,15
  39:13 57:8,11
  58:12 61:4
  64:21 72:5
  73:2 76:20
  81:23 90:14
  98:24
goal  106:13
goals  105:11
goes  59:21
going  6:13 7:2
  7:21 8:15 10:1
  10:20 15:9
  17:11 36:19
  40:4 41:14

45:18 56:11
58:9 64:9,19
66:7 67:4,5
69:12 70:1,2
79:20 80:24
88:17 90:24
92:1 93:22
95:2,3
golf  4:16 90:3
golfer  70:20,23
  70:24
good  5:1 6:8,10
  47:23 73:9
grab  64:8,8
grand  25:18
great  3:7 86:14
  86:17
groceries  28:9
  28:23 29:15,17
  29:20 31:7,24
grocery  28:6,22
  29:2 61:15
ground  6:21
grounds  8:23
grunting  7:24
guess  11:4,18
  11:21,21 13:5
  15:17,22 18:10
  22:2,14 27:17
  31:3 32:6 37:3
  39:24 40:23
  46:2,4 49:1
  63:3,4,5 64:2
  81:15 89:4,5
  94:16 107:22

guesswork
  46:10

**h**

h  28:15 114:3
half  20:22
  70:17,17 71:2
  71:2
hand  102:16
  113:13
happen  41:16
  88:11
happened
  52:21 94:23
harbor  25:14
hard  56:21
  111:21
hate  32:13
head  7:24
  10:19 36:8
  60:17 68:19
  88:24
health  18:11
  19:8 83:21
  88:7
healthier  74:18
  76:3,21 77:5
  77:11,16,17,19
  78:9,11 81:13
  81:24 84:21
  86:8 106:6
healthy  80:23
hear  19:16,18
heard  68:4,6,9
hearing  19:14
  19:17

height  17:16,17
held  5:11 31:1
  43:18
help  26:1,2,9
  26:10,17,21
  53:8 56:3 84:4
  106:13
hereto  115:7
high  18:16,17
  19:7 72:17,22
higher  72:8
highly  95:5
hills  30:15,16
hilltop  13:11
  13:13,17
hodgen  24:19
hold  32:2
holding  30:1
holds  29:19,23
home  56:7
honestly  76:5
  82:21 92:11
  96:18 110:5
honesty  105:19
  105:22 106:2
hope  22:7,12
  22:17 23:6
  74:17 101:10
hopewell  25:12
  25:16 26:1
hospital  41:20
  41:22 42:1,10
hour  45:10
  107:22

**hours** 11:16
**house** 14:2 52:5
  52:5,7
**housed** 20:7
**housing** 19:22
  19:23 20:6,21
  21:3,19 22:3
  23:9
**human** 38:13
  39:6
**hunters** 13:1

**i**

**ice** 86:20
**iced** 71:2,7
**idea** 77:15
  106:4
**identifiable**
  93:1
**identification**
  36:18,20 45:12
  54:20 58:8
  67:3 69:11
  79:19 83:1
  88:15 91:24
  93:21 98:16
**identify** 5:16
  10:9 66:2 92:4
**identifying**
  67:21
**il** 2:22
**illinois** 1:2 2:2
  5:9 13:1,4,7,20
  14:4 15:18,22
  16:14 17:24
  25:23 26:20

27:9,11,19
30:15,16 34:20
36:14 39:4
54:16 55:12,14
55:24 56:7,8
56:10,24 57:4
57:7,18,19,21
59:14 92:7
99:16,17 112:1
112:5,10
113:14,19
**immediately**
  47:24
**impaired** 19:14
**important** 7:1
  7:12,22 9:4
  85:23
**imprecise**
  41:18
**improper**
  109:20
**improperly**
  29:24
**include** 57:17
  57:20
**incorrect** 50:16
  50:20,21 65:23
**index** 4:1
  111:20
**indicated** 109:5
**individually**
  1:4 2:5
**individuals**
  24:9

**inform** 9:10
  103:3
**information**
  43:22 44:1,9
  48:12,16,19,21
  48:22 49:24,24
  50:1,3,5
**ingredients**
  72:10,15
**inhaler** 19:4,5
**inhibit** 6:18
**initial** 40:14
**initially** 17:21
  18:21,23
**initials** 50:6,8
**injured** 36:11
**inside** 52:4
**instantly** 93:1
**institution**
  16:20 30:1
  31:15,23
**instruct** 40:11
**instructed** 9:3
**instruction**
  8:21
**instructions**
  6:14 8:5
**insurance** 30:9
  35:23 36:3,4,4
  36:6
**insured** 35:23
**integrity**
  105:23
**interested** 7:8
  113:11

**internet** 35:7,8
  35:10
**interrogatories**
  4:12 6:4 58:17
  58:19 59:1
  91:10
**interrogatory**
  59:11,16 64:20
  65:16,19 68:2
  91:10 104:5,6
  104:8
**interrupt** 45:13
  65:15
**intervention**
  23:19 24:7
**inventor** 71:3
**involved** 42:10
  42:12
**ip** 53:21
**irrelevant** 38:3
**issue** 33:16
**issues** 18:11
  19:8 31:15
  35:23

**j**

**jackson** 38:14
**january** 51:24
  93:8,9
**jewish** 41:20,22
  42:1,10
**job** 19:22 21:5
  21:5,6,7,8
  22:15 25:5,24
  26:12,13,19,23
  56:3

**jobs** 21:3 26:20 56:2
**judge's** 107:9 107:12
**judgment** 81:17
**jug** 4:18 97:5
**jugs** 97:1
**jumped** 35:24
**june** 17:8,9

### k

**k** 28:15
**kansas** 17:3,4 17:20
**keep** 7:18 8:1 33:9
**keeping** 85:14
**kenneth** 1:4,15 2:5,17 5:4,5,24 114:1,2,24 115:1,2,4,12
**kept** 27:18
**kia** 32:18,19,24
**kid** 38:18
**kind** 77:21 84:10
**knew** 76:19 77:4
**know** 7:4 8:19 9:13,17,18 11:24 16:9 20:4 32:23,24 34:10 37:1 38:17 39:2 40:6 41:14

42:17,19 46:3 46:4,11,13 47:1,21 48:22 50:14,24 52:3 52:21,23 53:21 55:1,5,6 56:22 56:24 57:6,7 61:1 62:19 63:7,11 64:4,5 64:6 68:23 69:1,4,19,21 70:18 71:15 72:20,24 74:4 74:5,7 77:1,10 77:15,16 78:10 81:13,14,23 82:3,22 83:22 84:2,20 85:1 86:8,10 88:7 89:12,20,21 90:9,18 94:7 97:19,22 98:7 98:13 100:3 101:1,9 106:5 106:23,24 108:1,6,17 109:22 111:17 111:21
**knowing** 81:15
**korea** 32:21
**korean** 32:19 32:24

### l

**l** 20:15,17
**label** 4:21 43:10,13 74:12 74:19,21 76:20 78:4,5,15 80:16,20 84:11 84:13 85:12,17 86:24 87:19,23 88:6,8 91:5 93:24 94:12 97:16 99:8 101:9 106:17 110:11
**labeled** 4:15 72:7 77:5 78:21 79:2,11 80:2 81:12,21 96:17,24,24 98:4 106:22
**labeling** 105:12
**labels** 97:2
**large** 59:12 60:5,7,10 61:1 64:22 65:9,19 66:4
**larger** 63:19 97:1 98:5
**law** 6:22
**lawful** 6:1
**lawsuit** 41:9,12 80:12
**lawyer** 10:21 50:14

**leading** 103:6 106:9 109:19 110:3
**leads** 46:22
**lease** 84:4
**leave** 26:24
**lebanon** 26:6,7
**lee** 3:13
**left** 7:11 16:13 37:8
**legal** 3:21 5:14 5:15 79:13 108:17
**legendary** 70:9
**lemon** 77:13,14
**lemonade** 70:17 71:3,7 75:5,11,12 77:1,10 82:4,4 82:18 86:12
**liaison** 20:9
**license** 27:2,8,9 27:10,11,14,19 27:23 28:3 54:11,16,16
**life** 15:16 21:12 21:20,21 22:1 32:10 36:8 94:23
**light** 25:15
**liked** 86:13
**likely** 33:23 34:8 99:11,13 104:14

**line** 37:19
39:18 86:20
114:4,7,10,13
114:16,19
**lines** 25:2
**listen** 7:1
**lite** 4:13,15,17
4:21,22 33:4
33:14,18 34:20
40:23,23 56:5
56:12,14,15,20
57:4 60:23
62:1,5,9 67:10
73:13,23 74:17
74:20,21 75:6
75:8 76:10,19
77:5,15 78:1
78:22 79:2,8,9
79:11,12,16
80:2,9,12,16,20
81:6,7,12,16,20
81:21 82:3
83:10 84:6,9
84:18 85:13
86:5,20 87:19
87:23 88:2,6,8
91:3,5 100:13
106:5,17
109:14,23,24
110:4
**little** 7:16,17
86:7 90:19
91:19,20 95:2
98:5 101:13

**live** 13:8,13,21
14:5,9,19,21
15:6,8,10
38:19 39:19
85:24
**lived** 13:3,9
15:24 28:2
39:3
**living** 13:7,17
13:24 15:23
16:6 17:20,22
55:24
**llc** 1:11 2:13,19
5:6 68:10
112:13 114:1
115:1
**loan** 37:22 38:8
38:10,12
**located** 5:12
20:1 22:8,24
23:22 26:4
34:14 59:13,19
72:8
**location** 25:15
50:2 66:15,15
66:17
**locations** 49:1
**log** 53:20
103:20
**long** 9:17 11:1
11:6,12,15
13:3,13,21
14:5,9 20:20
21:24 22:12,20
23:20 24:11,20

26:9 30:18
31:20 32:2,5
35:24 43:2
44:21 45:5,8
48:2,4,8,9
54:12,13 75:20
89:20 96:19
**longer** 76:24
**longest** 11:5
**look** 39:12
48:10 52:17
53:7,12,13,16
59:3,10 72:9
81:18 87:2
91:10 92:11
100:15 110:13
**looked** 48:9
67:14,15
**looking** 10:12
43:6 52:18
53:6 59:2
72:13 77:3,21
81:20,22,23
83:21 84:12
85:12,19 89:5
**looks** 53:24
**looped** 110:5
**lot** 30:5,8,10
94:21,23
**louis** 1:3,23 2:3
2:20 3:23 5:9
5:12 13:9,11
15:8,10 16:12
18:1 20:2,18
21:16,22 22:7

22:9,10,13,17
23:1,6,23
24:15,17 25:5
25:14,20,21,23
26:4,13,18,19
26:23 34:17
42:8 66:13
92:7 99:13,15
99:18 112:10
112:14
**lower** 81:19,23
**lunch** 73:5
74:12 103:9

**m**

**macoupin**
112:3
**made** 32:21,22
49:2 63:11
71:19 76:20
93:5 115:5
**main** 23:4,5
**majority** 56:2,4
**make** 7:24 54:1
64:21 71:22,24
71:24 81:17
84:1 89:3
**makes** 101:14
**making** 55:22
83:22
**man** 101:8
**management**
23:16 68:4,5
**manager** 23:8
23:13 24:1

**march** 7:16
**marked** 36:17
  36:20 45:11,19
  54:19,22 58:7
  67:2,5 69:10
  70:7 79:18
  82:24 88:14
  91:23 93:20,23
  98:15,18
  103:16
**market** 3:22
**marriage** 12:3
  12:7,10
**married** 12:1
**marry** 38:24
**marts** 28:24
**matter** 5:5 33:3
  44:18
**matters** 95:5
**mean** 10:10
  11:22 15:20
  60:6 70:16
  74:7 78:7
  84:15 87:2
  89:24 90:2
  101:15 106:1
  108:14
**meaning** 16:1
  81:12
**means** 108:21
**meant** 8:17
**media** 5:3 35:7
  64:17 73:7
  93:18 100:22

**medication**
  6:18 18:17
  19:1
**medicine** 77:22
**memory** 53:13
  53:18 55:22
**mentioned**
  14:11 30:24
  38:21 61:16
  74:11 77:23
  87:7,19 88:16
**mentor** 24:3,4
  24:6,7,12,13,14
  39:14
**messages** 11:24
**mind** 7:18 8:1
  64:10 75:2
  112:17
**minute** 43:4,22
  93:14 100:15
  109:2
**minutes** 11:9
  11:13,16,22
  100:17
**miracle** 77:22
**misleading**
  43:10,13 74:14
  74:15,15,19
  105:11 106:5
  106:22 107:1
  109:15,23
**missed** 9:14
**mississippi**
  38:14,17,19
  39:3

**missouri** 1:23
  2:20 5:13
  15:12,20,21,23
  15:24 16:1,4,7
  16:11,13 17:4
  17:5,20,24
  20:2 22:10
  24:3,4,6,7,11
  24:14 25:20,21
  27:10,14,18,20
  27:22 28:3,3
  33:18 34:15,20
  38:18 39:4,14
  39:19,23 54:16
  55:14,18,23
  56:1,2,5,9,13
  56:15 57:5,18
  57:19,21 66:13
  99:15,18
  112:14
**mistake** 34:7
**mo** 2:22 3:23
**mobile** 49:2
  66:12 99:9,12
  99:18
**money** 30:5,8
  30:10 42:9
  56:12 57:4
  96:21 100:4
  109:2
**month** 45:6,6,7
  54:13
**months** 12:18
  14:18 22:2,14

**morning** 5:1
  6:8,10
**motion** 107:10
**move** 16:3
  98:18
**moved** 15:17
  15:19,20,21,21
  15:24 16:14
  25:17 27:18,20
  28:1,1
**moving** 15:18
**multiple** 94:4,4

**n**

**n** 14:6,7 20:15
  20:17 28:15
  41:24
**name** 5:13 6:11
  10:14 14:24
  15:2 16:10
  20:12 21:18
  41:19 48:24,24
  49:4,4 55:4
  70:9 74:6,8
**named** 108:9
**nancy** 1:24
  2:21 5:15,22
  112:4
**nature** 8:16
  83:23
**navient** 37:21
**navy** 30:3,24
  31:5,17,18,22
  32:10
**nearly** 20:22

necessarily 101:21
necessary 115:6
neck 3:7
need 9:10,16 111:19
nelnet 38:10
never 8:13 27:22 38:16 51:2 79:7,15 79:23 90:13
new 52:5,5,7 113:13
nj 3:15
nodding 7:24
non 81:7
nonverbal 7:23
notarial 113:13
notary 2:22 112:4 113:18 115:13,19
note 104:7
noted 115:7
notes 100:16
notice 74:21 90:7 112:8
noticed 74:22 75:1,6,8 89:21 90:7
noticing 75:16
november 12:4 12:11
number 5:10 49:9 55:10

57:11 59:10,12 59:16,20 64:17 64:20 68:2 73:7 81:23 91:10 93:18 95:3 100:22 104:5,6,8 108:1
nutrition 68:16 72:13
ny 3:7

**o**

o 20:15,17
o'keefe 1:21 2:19 5:11 112:13
oath 73:10
oaths 112:6
object 7:12,14 8:23
objection 51:10 79:13 103:6 104:9,21 105:3 105:8,14 106:9 106:15,19 107:2,16 108:24 109:10 109:16,18 110:2,14
objections 4:10 113:3
obligation 101:11
obtained 47:4,8

obviously 30:1
occasions 94:4
occurred 40:15
offered 86:19
offhand 100:5
office 6:22 20:5 20:8 23:4,5 44:5,6,22 45:1 92:14 103:13 107:6,11
offices 2:18 112:12
official 55:4
oh 8:9 10:2,4 14:10 24:17 29:23 34:1,16 41:20 42:6 43:14 45:7 47:19 59:21 64:7,11 79:7 83:16 101:8
okay 6:15,16 7:19 8:3,9,12 8:20 9:20 11:12 12:9 17:14 19:17,18 25:8 30:3,11 30:24 39:18 44:24 45:17 46:3,12 53:15 56:22 58:16 59:7 61:23 65:3,17,24 66:2 78:20 79:21 81:18

93:12 96:21 97:4 98:2,22 99:24 102:11 102:15 103:2 104:2,4,10,24 105:5,10,19 107:4,9,14,23 108:5,11 109:1 110:7,17 111:18
once 54:13 83:20 87:2 94:8,13 97:11 97:11,12
ones 10:11 14:16 61:16 88:9
online 18:1
opinion 107:3
opportunity 7:15
opposed 72:21 111:16
opt 77:12
option 81:13
options 77:11
oral 6:4 44:10 44:13
ounce 64:24 66:16 67:9,12 76:11 97:8,10 97:23 98:12 99:1 100:11
ounces 60:8,13 65:1 97:8,13

[ounces - plastic]                                              Page 17

97:17 98:8,10
**outside** 56:2
  84:21
**own** 20:23
  71:12
**oz** 4:13,16,20
  4:22

**p**

**p** 3:12 4:8,9,10
  4:12,13,14,15
  4:16,18,19,20
  4:22 36:17,20
  37:1 45:11,19
  46:14 47:5,9
  48:17 54:19,22
  58:7,9,24 66:8
  67:2,5 69:10
  69:12 70:7,22
  72:5,10 77:24
  78:16 79:18,20
  82:24 83:2
  88:14,18 89:13
  90:1,2,3,5
  91:10,23 92:2
  92:10,20 93:20
  93:23 94:12
  96:14,17,22
  97:7,13,23,23
  98:15,18 99:5
  99:8,21 100:3
  100:4,8 104:3
  108:2,3 110:11
**pacific** 68:6
**page** 4:2 21:16
  21:22 37:5,7,7

37:10,15 38:10
  39:13,18 41:2
  46:17 48:10,23
  50:6,8,10
  52:17,19 54:1
  58:12,14 59:4
  59:21 64:21
  66:8 111:22
  114:4,7,10,13
  114:16,19
**pages** 10:16,17
  10:19 112:24
**paid** 32:13 97:2
  106:18
**palmer** 4:13,15
  4:16,18,20,22
  33:4,14,17
  34:19 40:23
  56:5,12,14,15
  60:23 70:6,9
  70:14,18 71:2
  71:6,16 72:1
  73:13,22 74:2
  74:5,12 75:8,9
  75:10 76:10
  77:15,24 78:21
  79:1,6,8,9,11
  79:16 80:2,5
  80:11,12 81:6
  81:7,16,20
  82:3,17 83:10
  84:6,9,18
  85:13 86:5,10
  86:20 100:13

**palmers** 75:4
  76:14 80:8,14
**panel** 72:13
**paragraph**
  48:11 59:10
  92:22 93:7
**parents** 25:3
**park** 1:22 2:19
  3:15 5:12
  112:13
**part** 21:5,8
**particular**
  86:11
**parties** 113:10
  113:11
**partner** 21:5
**partners** 68:6
**party** 111:9
**passat** 36:16
**past** 29:7 56:13
  61:21
**pay** 36:4,5
**paying** 29:17
  32:13 36:6
**pc** 3:5
**pdf** 111:21
**penalty** 39:8
  59:4
**pending** 5:7,7
  9:12 112:8
**people** 30:8
  32:13 46:3
  108:23
**period** 57:1
  94:14,20

111:11
**perjury** 39:8
  59:4
**perry** 3:20 5:13
**person** 101:24
**personal** 8:16
  41:2 94:23
  95:2,5
**personally** 8:10
**petition** 4:8
  35:14,17 37:12
**petitioned** 55:6
**pharmaceutic...**
  68:10
**phone** 15:9
  49:9 70:3
  107:19
**photo** 4:20
**photos** 70:22
**physical** 11:22
  12:23,24 15:8
  16:8 26:5
**physically** 18:2
**picked** 76:2
**picking** 76:21
**pill** 19:4,6
**places** 29:4
  49:3
**plaintiff** 1:7 2:9
  3:3 5:18 9:8
  41:6,10 55:12
  91:13 104:12
  108:9 109:3
**plastic** 62:14
  62:15,17,23

[plastic - prompted]

Page 18

| | | | |
|---|---|---|---|
| 63:8,12 | **prefilled** 48:11 | **primarily** | 62:22 63:8 |
| **platform** 35:7 | 48:22 | 106:3 | 64:23 65:10,11 |
| **please** 5:17,23 | **preparation** | **primary** 19:22 | 65:13,20 66:3 |
| 17:15 20:16 | 59:1 | 21:6,7 | 67:10,14,16,17 |
| 48:12 57:11 | **prepare** 8:21 | **prior** 10:22 | 67:22 68:1 |
| 58:13 70:3 | 9:23,24 10:12 | 13:7,17,24 | 72:6,10 73:14 |
| 82:6 | 10:22 11:16 | 22:3,17 23:17 | 73:23 74:2,5 |
| **point** 7:10 43:5 | 55:8 | 24:2,14 27:17 | 74:16,18 76:13 |
| 43:7,22 44:8 | **preparing** | 31:2,5,22 | 77:3,4 78:1 |
| 53:14 54:15 | 11:19 | 44:14 47:15,21 | 79:2,9,22 83:3 |
| 67:5 83:8 | **present** 61:20 | 48:17 51:2,4 | 84:19,23,24 |
| 87:21,22 | 108:16 | 85:11,20 87:22 | 85:7,8 86:4,5 |
| **points** 102:10 | **presently** 29:14 | 109:7 | 86:22 87:5,8 |
| **portion** 36:5,6 | **presume** 7:3 | **priority** 86:2,3 | 87:11,17,20,23 |
| 70:7 82:8 | **pretty** 15:15 | **privilege** 8:23 | 88:18 89:8 |
| 83:14 | 25:2 36:7 | **privileged** 40:6 | 90:18 91:3,3 |
| **posed** 7:13 8:24 | 47:23 52:2 | **probably** 32:22 | 91:13 93:8,24 |
| **position** 23:14 | 74:20 76:18 | 48:1 57:19 | 94:12 96:17,22 |
| 26:15 | 86:12 91:8 | 74:24 75:18 | 97:15 98:20 |
| **possible** 45:14 | 101:8 | 84:10 86:18 | 99:3,8 100:4 |
| 52:22 53:2 | **prevent** 84:4 | 94:9 98:10 | 104:13,19 |
| 105:5 106:22 | 105:11 | **problem** 93:13 | 105:20 106:17 |
| 107:14 | **preventing** | 100:18 | 106:18,21 |
| **posted** 34:24 | 85:11,19 | **proceed** 51:11 | 109:7 110:9 |
| 35:3,6,10 | **previous** 41:12 | **proceeding** | **products** 33:4 |
| **pounds** 17:18 | 61:19 | 6:13 | 35:4,11 66:22 |
| **prange** 1:24 | **previously** 11:4 | **proceedings** | 72:20 81:21 |
| 2:21 5:15 | 50:17 66:9 | 101:12 | 86:20 89:17 |
| 112:4 | 78:20,23 90:14 | **process** 80:17 | 92:23 97:21 |
| **predominant** | 109:5 | **produce** 29:3 | **program** 21:14 |
| 88:8 | **price** 59:24 | **product** 33:5 | 23:8 24:1 |
| **prefer** 90:23 | 60:18 61:5 | 33:16 40:24 | **promised** 109:2 |
| **preference** | 67:17 72:6 | 55:11,13 57:13 | **prompt** 48:13 |
| 63:16 | 89:12 106:20 | 59:13 60:5,22 | **prompted** |
| | | 61:24 62:1,5,9 | 35:21,22 |

**[proper - reason]**

**proper** 13:9
**proposed** 101:1
  108:19
**propounded**
  6:4 113:3,6
**proud** 108:12
**provide** 7:23
  43:22 44:1
  48:16,21 49:7
  49:24 53:20,22
  54:3
**provided** 43:24
  48:12 49:4
  50:1,3,5 53:24
  107:6
**provides** 30:2
**proximity**
  66:18,20
**public** 2:22
  24:15,16,17
  25:5 26:23
  112:4 113:18
  115:19
**purchase** 33:14
  33:17 60:22
  63:11 66:3,16
  67:23 73:13
  74:5 76:13
  78:14 79:1
  83:3 84:19,24
  85:1,8 88:4,13
  89:10,15,16
  90:11 94:19
  97:15 99:24

**purchased** 29:3
  34:19 49:2
  55:11 57:12
  59:24 61:2
  63:9 65:18
  66:22 67:13
  72:6,21 73:22
  74:1 76:10
  78:1,21,23
  79:5,7,10 80:5
  80:11,14 81:6
  88:22 89:1,7
  90:18 93:24
  94:11 97:1,7
  97:10,11,12,22
  98:20 99:2,7
  100:13 104:18
**purchasers**
  105:20,23
**purchases** 33:8
  49:2 55:17,18
  55:23 56:4,16
  57:18,21 65:14
  106:4
**purchasing**
  28:11 36:2
  55:13 59:11,12
  77:4 88:5 93:7
  96:14,17 97:5
  98:3 104:13
**purposes** 33:15
**pursuant** 112:7
**put** 18:21,23
  39:19 49:4,13
  49:15,18,19,21

  49:23 53:18,19
**putative** 41:6
  42:15 95:2

**q**

**qualified** 112:5
**quantity** 67:23
**quench** 86:22
  91:4
**quenched**
  87:10
**question** 7:1,2
  7:3,4,6,13 8:24
  9:12,17 29:24
  35:15 41:18
  51:12 52:11
  57:20 62:6
  65:7,8 66:2,3
  70:13 80:10,18
  81:5 83:11
  91:11 101:17
  106:11
**questioned**
  41:15
**questions** 6:7
  6:15,19 7:7,21
  8:15,15 9:1,3
  40:4 43:1,3,6
  55:17 102:3,6
  102:9 113:2,6
**quick** 100:16
**quiktrip** 28:18
  28:21 33:23
  34:8,10,12,14
**quiktrips** 63:24
  64:1

**quite** 61:11
  94:8

**r**

**r** 14:6,8 20:15
  20:17 28:14,14
  41:24 114:3,3
**race** 70:20
**raise** 17:11,12
**rampantly**
  83:24
**ran** 35:23
**rather** 75:7
  77:12
**rauckman**
  59:13,19 63:24
  64:3 99:11,16
**reached** 27:10
**read** 68:15 69:7
  70:7 82:7,9
  83:12,15 108:5
  108:8,11,14
  115:5
**reading** 70:11
**reads** 91:11
**really** 11:24
  28:23 30:17
  56:21 72:23
  81:14,16 87:2
**reason** 8:24
  74:19 76:15,23
  77:8 91:7
  100:6,7 114:6
  114:9,12,15,18
  114:21

**[reasonable - resolution]**                                           Page 20

**reasonable** 7:9
62:21
**reasons** 87:4,8
87:11,16,20
**recall** 10:16
33:21 34:3,6
40:21 44:17
45:5 48:9 59:2
60:15 68:5
69:18 74:3
75:16 76:8
78:3,18 85:1,9
89:14,15 91:14
92:13,16 94:10
96:20 97:2
102:22 104:12
107:5,9,11,13
107:18,21,23
108:4
**recap** 91:2
**receipts** 33:7,9
**receive** 41:13
47:13 48:13
**received** 41:14
42:9,18,21
43:11 47:22
51:8,16
**receives** 111:9
**receiving** 48:17
107:11
**recently** 11:4
88:5
**recess** 64:15
73:5 93:16
100:20

**recognized**
92:24
**recollection**
110:8
**record** 5:2,17
8:1 9:9 53:18
53:19 64:14,16
73:2,4,6 82:9
83:15 85:6
93:15,17
100:19,21
110:23,24
111:1
**recorded** 5:3
**refer** 46:3 91:9
**reference** 79:12
**referencing**
68:1
**referred** 39:16
48:22 51:13
66:9
**referring** 37:19
64:23 65:4,9
65:10,15,16,19
65:20 66:5
67:12 95:6
**refers** 37:15
39:13 46:19,22
59:10 66:12
93:7
**refresh** 53:13
**refreshes** 55:22
**refreshing**
53:17

**regards** 91:13
**regular** 75:5,10
75:11,12 78:13
79:11 111:21
**reinstated**
27:22
**related** 18:11
113:11
**relation** 68:12
68:13
**remarks** 113:3
**remember**
10:12 13:15
14:2 16:8 23:3
23:4,13 26:5
27:5 40:21
45:24 46:5
48:20 52:2,3
60:14,16 68:20
74:13 78:6,15
83:18 88:24
89:7 94:21
96:19 98:2
103:10
**remembered**
103:9
**remiss** 8:9
**remotely** 18:4
**rendering** 93:1
**repeat** 51:12
83:11 105:21
106:11
**rephrase** 65:7
**reply** 6:4

**reported**
112:23
**reporter** 5:14
7:22 82:9
83:15
**represent**
105:20,23
106:2,13
108:12,17
**representation**
43:6 102:17
104:17 107:24
**representative**
95:3 101:5,20
**representing**
108:21
**request** 55:10
57:12
**requested** 82:8
83:14
**requests** 4:10
**required**
115:13
**reservation**
111:5
**reserve** 111:7
**reserving** 111:2
**reside** 12:22
13:18 14:1,12
14:17 15:12
52:7,8
**residential** 24:5
**residing** 39:22
**resolution**
106:7

resources
  20:11
respect  62:3
  88:2 100:3
respects  113:4
respond  42:24
responded
  42:23 43:21
  51:17,19
responding
  47:23
response  44:9
  44:13,16 59:11
  59:17,20 65:18
  68:2 82:15
  104:6
responses  4:10
responsibilities
  108:6,8
responsible
  49:11,14
rest  36:8
restaurant
  71:22
restaurants
  71:21 80:7,14
  81:8 82:2
restroom  9:11
  64:10
result  36:11
  42:9
resumed  76:7
  76:19,23 77:4
  77:8

retainer  4:9
retaining  44:14
review  10:3,4,6
  48:2,4,5,8
  58:22,24 89:19
  111:3,11
reviewed  10:7
  11:15 55:7
reviewing
  92:16
right  9:15 13:5
  19:13 24:21
  25:24 33:5
  34:5 58:17
  59:5,8 61:19
  67:7 70:18
  72:1 73:11
  81:3 84:2,3,3
  91:2 97:8,13
  101:2 111:3,7
rights  111:2
river  3:14
road  3:6
robert  3:12
  5:20
robert.donovan
  3:17
role  24:23
room  64:12
root  17:5
roughly  56:9
route  36:14
rules  6:21
  111:2

run  83:24
rush  111:19
rx  79:5

**s**

s  28:14,15,15
  41:24 114:3
sacrifice  102:2
salvation  25:11
  25:13
sam's  28:16
  29:8,12
saved  30:5,7,9
  53:23
saw  40:19
  46:14 69:17
  77:5
saying  51:19
  78:2,16 90:22
  97:7,10
says  6:3 38:14
  47:17 48:11
  59:24 61:6
  74:17 92:6
  104:12,18
  106:17 108:5
  108:12
schnucks  28:11
  28:14 89:10
school  17:23
  20:7,10,12
  21:13,13,14
  24:16,17 25:4
  25:4 26:23
schools  24:15
  24:17 25:5

seal  113:13
seated  7:11
second  12:8
  37:6 48:10
  58:14 59:3,21
  67:7 72:5 73:3
  74:24
see  36:24 46:20
  46:23 48:14
  50:12 53:6
  55:14 57:15
  59:5,14,20
  60:1 61:5 66:3
  66:10,13 67:6
  67:18 78:16,17
  78:18 90:12
  91:16 93:2
  98:19
seeing  45:24
  78:15,18 92:13
seen  45:21
  54:22 55:20
  69:13 79:15,22
  79:23 90:11,13
  92:9
sense  57:3
sent  10:7 44:6
  44:12 53:2,4,9
  92:15
separate
  109:23
serious  88:7
services  23:19
  24:2,8 30:7
  38:10,13 39:6

[set - spare]

**set** 44:23,24
113:1
**seven** 12:15,21
38:21
**shape** 90:4
**sheehan** 3:4,5
4:4 5:18,19 9:7
9:8,21 36:21
40:3,7,9,12,13
44:10,12,14,19
45:4,9,13,17,20
47:12 48:16
50:14,18,22
51:3,6,10 52:4
53:2,19 54:5
58:2,5,11
64:13 66:9
69:14 79:13
92:3 93:13
94:1 100:18
102:3,6,7
103:15,17,19
103:22 104:10
104:11,24
105:5,10,15
106:10,12,16
106:21 107:4,5
107:18 108:3
109:1,12,17,21
109:22 110:7
110:17,18
111:4,8,12,16
111:19
**sheehan's**
42:18 44:4,6

46:19 50:12
92:14
**shiloh** 13:1,3,5
13:7
**shop** 28:16
29:1,15,17
**shopping** 28:6
28:22 29:2
**shorthand**
33:15 112:23
**show** 36:19
45:18 53:20
54:21 58:9
64:9 67:4
69:12 72:9
79:20 83:2
88:17 92:1
93:22 98:17
**showed** 10:10
77:24 110:11
**shown** 112:21
**shows** 59:18
70:22
**side** 86:10
**sign** 52:15,16
111:3
**signature** 37:8
37:10 46:16,18
47:17 50:10,12
52:9,10 53:4
58:13 102:18
113:7,16
**signed** 47:19,22
48:1,3,6 53:3
53:21 59:7

102:23 103:1
103:11,14
104:17
**similar** 29:13
104:7
**similarly** 1:5
2:6
**sir** 8:17 10:1
11:20 12:1
16:16,24 21:11
36:19 37:15
45:19,22 48:10
52:17,22 58:10
67:5,9 69:13
70:4 79:6 83:3
92:2 93:23
94:22 101:22
110:21
**sitting** 98:6
**situated** 1:6 2:7
**six** 12:17 14:18
**size** 61:2 62:11
65:5 67:22
90:17,23 91:1
98:20
**sized** 59:12
64:22 65:9,20
66:4
**slightly** 17:13
**small** 62:23
106:23
**smaller** 62:10
62:11,16 63:8
63:12 90:19,24
96:24

**social** 35:7
**soda** 76:5 77:1
77:6 78:13
**sold** 80:1
**solutions** 3:21
5:16
**soon** 44:16 45:3
**sorento** 32:18
**sorry** 5:7 14:20
15:19 16:19
18:15,22 19:5
20:5 21:18
23:12 29:23
34:2,5,7 35:15
35:24 40:1
41:21 44:22
47:6,7 48:24
49:15 50:19
51:4,12 52:22
58:18,23 59:19
62:6 65:4,6,15
65:22 75:10
78:23 79:8
80:17 85:4,9,9
88:21 98:11
101:15 105:21
106:11
**sound** 112:17
**sounds** 68:8
**south** 25:18
**southern** 1:2
2:2 5:8 92:7
112:10
**spare** 86:16

**speak** 10:1 11:1
11:10 44:23,24
45:3 85:5
102:24 111:6
**speaking** 11:15
61:19 103:13
**specialist** 5:14
25:1
**specific** 81:24
**speeding** 27:13
**spell** 20:16
**spencer** 3:4,9
5:18 9:7 47:12
58:1
**spencersheeh...**
3:9
**spencersheeh...**
46:22
**spent** 56:12,15
56:24 57:4
**spoke** 10:21
50:18,22
102:22 107:19
107:20
**spoken** 103:12
**ss** 112:2
**st** 1:3,23 2:3,20
3:23 5:9,12
13:9,11 15:8
15:10 16:12
17:24 20:2,18
21:16,22 22:7
22:9,10,13,17
23:1,6,23
24:15,17 25:5

25:14,20,21,22
26:4,13,18,19
26:23 34:17
42:8 66:13
92:7 99:13,15
99:18 112:10
112:14
**stance** 101:9
**standard** 111:8
111:13,20
**stands** 32:24
33:1,2
**start** 6:15 8:14
37:6 76:9
96:16,18
**started** 76:5,16
83:21 95:1
**starting** 48:23
92:11
**state** 2:20 27:8
34:20 39:19
50:17 55:11,13
69:1 91:11
112:1,5,14
113:19
**stated** 106:3
**statement** 60:3
72:9,15 93:9
108:11 110:10
**states** 1:1 2:1
5:8 92:6 95:3
112:9
**stating** 103:10
**station** 49:3
59:13 66:13,21

99:12,17,18
**stations** 28:24
34:12 93:8
**stevens** 3:13
**stevenslee.com**
3:17
**stock** 63:14
**stop** 56:6 57:7
64:7 76:4
**stopped** 61:24
76:1,6 96:14
104:13
**store** 29:13
49:23 61:15
66:12 74:7,9
**stores** 57:6
63:13,22
**story** 35:24
**street** 3:22 14:3
16:9,9,10
21:22 23:3,5
26:6
**strike** 43:23
44:7
**student** 37:22
38:12
**studies** 16:23
**studying** 17:19
**stuff** 111:13
**subject** 80:12
**submission**
44:12
**submitted** 44:3
**subscribed**
115:14

**substantially**
104:7
**sue** 43:6
**suffer** 18:11
**sugar** 72:11,16
72:21 78:10,12
82:1,11,14,15
82:16 83:9
84:6,17 85:13
109:6,24 110:1
**sugars** 81:14
83:23
**suggesting**
109:20
**suit** 113:10
**suite** 3:6,14,22
**supervisor** 24:5
**support** 22:19
23:10,17 24:8
25:1 38:15,18
**supposed** 38:16
**sure** 10:18 11:2
21:17 37:20
38:1 39:7,11
42:20 43:17
47:16 54:1,5
55:4,18 56:17
56:23 57:2
58:5 60:7
62:13,18 64:11
64:22 68:13,19
70:10 71:5
72:23 82:21
83:22 84:1
92:14 93:13

94:6,7 96:16
97:22 98:23
100:18 101:6
103:21
**surgery**  19:9,11
**suspended**  27:2
27:8,11,12
54:12,12
**swansea**  13:19
14:4 36:14
**swear**  5:23
**sweet**  75:4,9
77:12 80:5
82:17
**sweetened**
82:17
**sweetener**
72:17
**swore**  39:8
**sworn**  6:1 59:4
112:19 115:14
**syrup**  72:18,22

**t**

**t**  114:3,3
**take**  9:11 11:16
18:22 19:1,4
32:6 43:2 48:8
53:7,13 57:24
64:11 70:2,3
93:11 100:16
**taken**  1:20 2:18
5:4 18:23
**talk**  86:4
**talked**  46:6

**talking**  11:8,19
44:17 60:23
61:21 79:6
111:15
**taste**  75:1,2,3
86:11 87:4
91:3
**tasted**  75:9,16
**taxes**  72:8
**tea**  40:22 64:8
70:17 71:2,7
75:4,9,10 77:1
77:9,11,12,13
78:13 80:5
82:3,17 86:8,8
86:11,20
**teacher**  24:22
**tech**  24:19
**technical**  10:14
**technically**
60:20
**telephone**
102:23,24
103:2,22
**tell**  8:14 10:11
12:16 14:16
30:8 36:22
55:21 58:13
62:11 63:23
70:6 72:10
75:20 86:6
94:11,16 99:2
99:5,7 103:23
**telling**  50:19
95:1

**ten**  14:18
**tend**  101:19
**tense**  61:20,22
**term**  70:14
**terms**  11:16
29:17 43:15
55:20 67:21
**test**  9:19
**testified**  78:20
80:22 90:15
99:20 112:21
**testify**  6:2
101:8 112:19
**testifying**
101:18
**testimony**  6:22
74:13 95:7
112:22 113:1
115:8
**thank**  5:22 8:10
12:6,20 17:15
19:19 36:21
40:12 45:17,20
54:4 58:2,6,11
64:13 69:14,24
70:4 83:7 92:3
94:1 100:18
101:23,24
102:7 103:18
110:19,20
**thanks**  111:14
**thereto**  113:4
**thing**  8:14 57:2
57:8 84:1,2
89:15 111:9

**things**  11:8
29:4 56:6
83:21,23 84:3
84:3 90:12
94:21,23 103:4
103:9 105:2
**think**  18:21
24:13 25:1,9
34:5,21 37:20
55:16 56:15
78:6 82:16,17
85:15 86:5
98:9 101:11,19
103:12 106:6
106:20
**thinking**  76:21
**third**  37:7,7
67:18 78:1,7
78:16 79:10
80:13 81:6
110:10,12,15
**thirst**  86:22
87:10 88:2
91:4
**thomas**  1:21
2:19 5:11
112:13
**thought**  34:1
53:23 54:6,9
74:12 76:2
80:4,22,24
81:3 85:24
106:5
**three**  13:15,23
14:15 24:8,21

[three - usually]                                                    Page 25

73:7
ticket  27:13
tim  5:13
time  7:11 8:22
  9:16 11:2 18:2
  21:5,8 22:15
  25:19 26:13,15
  35:13,16 36:16
  40:18 41:13,17
  43:15,17,23
  45:24 46:13
  50:22 54:15,17
  57:1 64:17
  69:16 73:7
  74:23 75:1,18
  76:9,24 79:1
  83:9 84:10,15
  85:10,16,16
  88:12 89:21
  92:19 93:18
  94:14,21,24
  96:20 100:22
  101:23 107:19
times  7:8 18:3
  28:2 57:13,17
  57:22 62:16,22
  88:22,23 89:1
  94:4,5,11
timothy  3:20
title  23:14,15
  24:24
today  6:13 9:23
  11:10
together  110:6
  113:2

told  11:14,21
  83:20 86:1
took  43:21
  54:14 87:2
  88:8
top  10:19 46:20
  60:17 68:19
  88:24
totally  109:20
town  16:11
  99:14
tract  96:13
transcribed
  7:22 112:23
transcript
  111:10 112:22
  113:5 115:5,8
traumatic
  94:20,22
trial  112:11
true  59:8 60:3
  79:12 85:18
  91:18 93:9,10
  105:2,4 106:4
  113:5 115:8
trust  9:19
truth  6:2,2,3
  112:19,20,20
try  7:5,15
  32:12 70:8
  94:20 105:11
trying  11:7
  23:13 25:9
  59:15 60:14
  77:10 80:17

87:10 101:15
turn  70:3 83:7
  104:5
twice  94:9,10
two  13:15
  15:17,22 24:13
  31:4,21 34:12
  36:1,2 38:22
  39:1 64:17
  82:19 104:24
type  23:7 32:17
  71:13,16
typewriting
  112:24
typically  29:21
  34:4,11 57:8
  64:7 89:9
typographical
  105:6

| u |
|---|

u  28:15
u.s.  32:22
unclear  8:1
under  6:18
  22:21 39:8
  43:4 55:10
  59:4,16,20
  72:15 73:10
  111:2
understand  7:4
  7:6 8:4 9:2
  64:22 73:11
  80:10 101:1,4
  102:1 109:17

understanding
  46:9 80:19
  110:8
understood  7:3
  67:21
undetermined
  112:9
unique  92:24
unit  5:3 64:17
  73:7 93:18
  100:22
united  1:1 2:1
  5:8 92:6 112:9
unloaded  45:15
unpaid  27:13
unsure  55:18
unsweet  77:13
  82:3
unsweetened
  82:4
ups  102:13
usa  1:11 2:13
  5:6 114:1
  115:1
use  29:16,19
  31:6 32:4,12
  34:13 64:3,10
used  112:11
using  32:5
usually  28:11
  29:17 53:22
  72:6

| v | | | |
|---|---|---|---|
| **v**  114:1 115:1 | **villa**  30:15,16 | 81:19 88:12 | 112:17 113:2,7 |
| **vague**  29:24 | **voice**  17:11,12 | 94:15,22 98:18 | 113:13 |
| **value**  6:24 | **volkswagen** | 106:22 | **witnessed**  74:4 |
| 63:20 86:15,16 | 36:16 | **we've**  55:20 | **wives**  38:22 |
| 87:7 88:3 91:4 | **voluntarily** | **website**  45:15 | **woodward**  14:5 |
| **values**  86:19 | 26:24 | 47:2 49:23 | **words**  49:20 |
| **vehicle**  32:19 | **volunteer**  30:6 | 89:17,19 90:12 | **work**  11:7 20:9 |
| 35:22 36:2 | 30:21 | **week**  94:9,10 | 21:12,13 22:18 |
| **verbal**  7:23 | **vs**  1:9 2:11 | 94:13 97:11,11 | 22:20 23:7,18 |
| 11:23 | | 97:12 104:19 | 23:20 24:9,11 |
| **verbatim**  40:21 | w | | 24:14,20 25:13 |
| **veritext**  3:21 | **w**  14:6,6,7,8 | **weekly**  59:13 | 26:9 42:3 56:1 |
| 5:15 | **wait**  7:12 8:24 | 66:1,24 67:13 | 66:19 |
| **version**  33:15 | 9:4 | **weeks**  36:1,2 | **worked**  23:2 |
| 59:12 60:5 | **waived**  113:8 | **weigh**  17:17 | 25:9,12,14,17 |
| 64:23 65:10,20 | **walk**  36:7 | **weight**  17:16 | 25:18 26:1,10 |
| 66:4 | **walmart**  28:11 | **weird**  30:17 | 66:19 |
| **versions**  110:9 | **want**  6:14 8:9 | **went**  44:4 | **working**  20:20 |
| **versus**  5:6 | 8:14,18 9:5 | **wife**  14:19,22 | 21:2,24 22:3 |
| **veteran**  30:4 | 36:7 40:10 | 29:12 | 22:12 23:17 |
| **video**  5:3,14 | 61:2 64:21 | **wife's**  14:24 | 25:11 26:12 |
| 83:5 110:22 | 72:1 83:6 85:6 | **winward**  14:3 | 41:17 |
| **videographer** | 104:2 105:15 | 14:6,8 | **worldwide** |
| 3:19 5:1,22 | 111:7 | **wish**  32:13 | 92:24 |
| 64:14,16 67:6 | **wanted**  72:2 | 102:13 | **worry**  58:3 |
| 67:7 73:4,6 | 81:24 84:1 | **wit**  6:5 | **write**  55:12 |
| 83:6 93:15,17 | **watching**  84:11 | **withdraw** | **writing**  44:1 |
| 98:19 100:19 | **water**  77:2 | 52:11 58:23 | **written**  44:16 |
| 100:21 110:22 | 84:21 90:20 | 65:7 101:17 | **wrong**  72:17 |
| **videotape**  1:14 | 98:5,9 | **withdrawn** | 75:24 80:4 |
| 2:17 | **way**  7:10 8:9,11 | 43:23 44:7 | 99:20 |
| **videotaped** | 13:1 14:3,5 | 68:24 75:7 | |
| 7:20 | 15:15,16 29:16 | 78:14 82:13 | y |
| | 53:23 56:7 | **witness**  5:23 | **yeah**  19:15 |
| | 68:12 70:13 | 9:10 40:11 | 22:23 27:7 |
| | 77:17,19 81:18 | 83:13 109:19 | 29:3 30:9,17 |

34:11 40:2,12
47:20 50:21
52:21 56:23
57:6 61:13,13
64:7,13 72:2
74:14 85:14
86:14,16 87:3
90:6,9 91:19
91:19 94:9
111:12,16
**year** 11:18 13:6
16:24 18:8
20:22 22:21,22
23:21 26:11
30:20,22 31:1
43:18,18,20
**years** 13:16,23
14:10 15:17,22
17:23 18:6,9
19:9 24:13,21
31:4,21 32:3,6
41:13 56:14
75:22 94:15
**young** 36:7
85:24

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.