# EXHIBIT B

DocuSign Envelope ID: F970619A-4354-4A03-9FAA-E367933EA519

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| Kenneth Crawford, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> - against - <br><br> Arizona Beverages USA LLC, <br><br> Defendant | 3:22-cv-00220-DWD |

**Plaintiff's Responses and Objections to Defendant's
Initial Interrogatories Pursuant to Rule 33**

Plaintiff hereby responds and objects to Defendant Arizona Beverages USA LLC ("Defendant") Initial Interrogatories ("Interrogatories").

### RESPONSES AND OBJECTIONS TO INTERROGATORIES

**INTERROGATORY NO. 1:**

Identify all addresses at which You have resided since February 6, 2017.

**RESPONSE:**

The addresses at which Plaintiff have resided since February 6, 2017 are as follows: 32 Hilltop Pl, E St. Louis IL 62203; 3209 Hunters Way, Shiloh IL 62221; and 2 Catherine Ct, Swansea IL 62226.

**INTERROGATORY NO. 2:**

Identify each purchase You made of the Product, between February 6, 2019 and February 6, 2022, stating the date(s) of each purchase, the location of each purchase, the quantity purchased (by container size) and the purchase price for each purchase.

**RESPONSE:**

Plaintiff purchased a large sized version of the Product weekly at a BP station, located at 2



DEFENDANT'S EXHIBIT P-4

DocuSign Envelope ID: F970619A-4354-4A03-9FAA-E367933EA519

Rauckman Dr, Caseyville IL 62232, between February 6, 2019 and February 6, 2022, at a price between $1-$2.50.

**INTERROGATORY NO. 3:**

As to each purchase identified in response to interrogatory number 2, state all reasons for each purchase.

**RESPONSE:**

Plaintiff purchased the Product because he was thirsty, enjoyed the taste, and sought a beverage that was low in sugar and calories, in comparison to similar beverages.

**INTERROGATORY NO. 4:**

State whether You decided to cease purchasing the Product.

**RESPONSE:**

Plaintiff decided to cease purchasing the Product.

**INTERROGATORY NO. 5:**

If the response to interrogatory number 4 is in the affirmative, state the date You made that decision.

**RESPONSE:**

Plaintiff does not recall the date on which he ceased purchasing the Product, but it likely around February 2020.

**INTERROGATORY NO. 6:**

If the response to interrogatory number 4 is in the affirmative, explain why you made that decision.

**RESPONSE:**

Plaintiff made that decision in part because he learned that the Product was high in added

DocuSign Envelope ID: F970619A-4354-4A03-9FAA-E367933EA519

sugars, even though it is represented as "Lite."

**INTERROGATORY NO. 7:**

State whether you purchased any beverage, other than the Product, bearing the brand name "AriZona" on the label.

**RESPONSE:**

Plaintiff did purchase beverages other than the Product bearing the brand name "AriZona" on the label.

**INTERROGATORY NO. 8:**

If the answer to interrogatory number 7 is in the affirmative, identify all such beverages.

**RESPONSE:**

Other that the Product, Plaintiff purchased beverages bearing the brand name "AriZona" on the label, such as the flavors "Green Tea with Ginseng and Honey," "Mucho Mango Fruit Juice Cocktail," and "Kiwi Strawberry Fruit Juice Cocktail."

**INTERROGATORY NO. 9:**

State whether You and/or any spouse and/or sibling and/or cousin and/or uncle and/or aunt and/or parent and/or child have ever been party to any other class action lawsuit.

**RESPONSE:**

Neither Plaintiff, nor any spouse, sibling, cousin, uncle, aunt, parent, or child have ever been party to any other class action lawsuit.

**INTERROGATORY NO. 10:**

If the response to interrogatory number 9 is in the affirmative, identify the person(s) and the parties in each lawsuit.

**RESPONSE:**

DocuSign Envelope ID: F970619A-4354-4A03-9FAA-E367933EA519

N/A

**INTERROGATORY NO. 11:**

State whether You purchased any food and/or beverage, from February 6, 2019 through February 6, 2022, that was labeled as low in sugar and/or low in calories.

**RESPONSE:**

Plaintiff purchased the Product between February 6, 2019 and February 6, 2022, which was labeled as low in sugar and/or low in calories, in addition to other products labeled as such.

**INTERROGATORY NO. 12:**

If the response to interrogatory number 11 is in the affirmative, identify the name of each product purchased.

**RESPONSE:**

Plaintiff purchased Defendant's combination of iced tea and lemonade known as "Arnold Palmer," represented as "Lite," as well as salad dressing represented as "Ranch – Fat Free."

**INTERROGATORY NO. 13:**

State whether You claim to have suffered from any diet related diseases referenced in paragraph 28 of the Complaint.

**RESPONSE:**

Plaintiff does not suffer from any diet related diseases referenced in paragraph 28 of the Complaint.

**INTERROGATORY NO. 14:**

If the response to interrogatory number 13 is in the affirmative, identify the diet related disease(s).

**RESPONSE:**

DocuSign Envelope ID: F970619A-4354-4A03-9FAA-E367933EA519

N/A

**INTERROGATORY NO. 15:**

Itemize all damages, expenses, costs, and all other damages alleged to have been sustained by You as a result of the claims in this Action.

**RESPONSE:**

Plaintiff objects to this Interrogatory as premature. The damages incurred by Plaintiff will be determined based in part using economics and statistical methods, and this effort has been stymied based on Defendant's failure to provide any relevant responsive documents.

**INTERROGATORY NO. 16:**

State the date You first came to believe that You were deceived by Defendant with regard to the Product.

**RESPONSE:**

Plaintiff cannot recall the date he first came to believe he was deceived by Defendant, but it was around February 2020.

**INTERROGATORY NO. 17:**

Identify all persons who have factual knowledge of Your purchases of the Product.

**RESPONSE:**

Plaintiff is the only person with factual knowledge of his purchases of the Product.

**INTERROGATORY NO. 18:**

State whether You, and/or any spouse and/or sibling and/or cousin and/or uncle and/or aunt and/or parent and/or child, ever worked for any attorney who ever provided services at or for Sheehan & Associates, P.C.

**RESPONSE:**



DocuSign Envelope ID: F970619A-4354-4A03-9FAA-E367933EA519

Neither Plaintiff, nor any spouse, sibling, cousin, uncle, aunt, parent, or child ever worked for any attorney who ever provided services at or for Sheehan & Associates, P.C.

**INTERROGATORY NO. 20:**

If the answer to interrogatory number 19 is in the affirmative, identify all such person(s).

**RESPONSE:**

N/A

**INTERROGATORY NO. 21:**

Identify the soda product referenced in paragraph 38 of the Complaint.

**RESPONSE:**

Paragraph 38 of the Complaint references the average amount of calories in soda products.

**INTERROGATORY NO. 22:**

State the date you first retained counsel to sue Defendant in this Action.

**RESPONSE:**

Plaintiff cannot recall the date he first retained counsel to sue Defendant in this Action, but it was no later than February 6, 2022.

Dated: July 19, 2022

Respectfully submitted,

Sheehan & Associates, P.C.
/s/ Spencer Sheehan
Spencer Sheehan
60 Cuttermill Rd, Ste 409
Great Neck, NY 11021
(516) 268-7080
spencer@spencersheehan.com

DocuSign Envelope ID: F970619A-4354-4A03-9FAA-E367933EA519

## Verification by Answering Party

Pursuant to Federal Civil Procedure Rule 33(b)(3) and 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing Plaintiff's Responses and Objections to Defendant's Initial Interrogatories is true and correct.

Executed on: July 19, 2022 | 7:10:45 PM EDT

*DocuSigned by:* ken Crawford
57913D6F0048440...

**DocuSign**

## Certificate Of Completion

Envelope Id: F970619A43544A039FAAE367933EA519
Subject: Please DocuSign: Responses to Interrog.pdf
Source Envelope:
Document Pages: 7  Signatures: 1
Certificate Pages: 1  Initials: 6
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-05:00) Eastern Time (US & Canada)

Status: Completed

Envelope Originator:
Spencer Sheehan
60 Cuttermill Rd Ste 412
Great Neck, NY 11021
spencer@spencersheehan.com
IP Address: 74.108.5.251

## Record Tracking

Status: Original
 7/19/2022 3:17:40 PM

Holder: Spencer Sheehan
 spencer@spencersheehan.com

Location: DocuSign

## Signer Events

Ken Crawford
kencrawford05@gmail.com
Security Level: Email, Account Authentication (None)

Signature:
*Ken Crawford*
57913D6F0048440...

Signature Adoption: Pre-selected Style
Using IP Address: 172.58.141.253
Signed using mobile

Timestamp:
Sent: 7/19/2022 4:39:00 PM
Viewed: 7/19/2022 7:09:08 PM
Signed: 7/19/2022 7:10:45 PM

**Electronic Record and Signature Disclosure:**
 Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 7/19/2022 4:39:00 PM |
| Certified Delivered | Security Checked | 7/19/2022 7:09:08 PM |
| Signing Complete | Security Checked | 7/19/2022 7:10:45 PM |
| Completed | Security Checked | 7/19/2022 7:10:45 PM |

| Payment Events | Status | Timestamps |
|---|---|---|