# EXHIBIT A

Page 1

1           UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF ILLINOIS

3             EAST ST. LOUIS DIVISION

4    KENNETH CRAWFORD, individually

5    and on behalf of all others similarly

6    situated,

7           Plaintiff,

8

9    VS.              Cause No.  3:22-cv-00220-DWD

10

11   ARIZONA BEVERAGES USA, LLC

12          Defendant.

13   _____

14           VIDEOTAPE DEPOSITION OF

15             KENNETH CRAWFORD

16

17            February 13, 2023

18              10:00 a.m.

19

20             Taken at:

21          Gausnell, O'Keefe & Thomas

22            1717 Park Avenue

23           St. Louis, Missouri

24   Nancy Prange, CCR, CSR

Page 2

1                UNITED STATES DISTRICT COURT

2                SOUTHERN DISTRICT OF ILLINOIS

3                 EAST ST. LOUIS DIVISION

4

5    KENNETH CRAWFORD, individually

6    and on behalf of all others similarly

7    situated,

8

9          Plaintiff,

10

11   VS.              Cause No.  3:22-cv-00220-DWD

12

13   ARIZONA BEVERAGES USA, LLC

14

15          Defendant.

16

17       Videotape Deposition of KENNETH CRAWFORD,

18   taken on behalf of the Defendant, at the offices of

19   Gausnell, O'Keefe & Thomas, LLC, 1717 Park Avenue,

20   in the City of St. Louis, State of Missouri, on the

21   13th day of February, 2023, before Nancy Prange, CCR

22   MO #778, CSR IL #084-004426, and Notary Public.

23

24

Page  3

1      APPEARANCES OF COUNSEL:

2

3       FOR THE PLAINTIFF:

4          Mr. Spencer Sheehan

5          Sheehan & Associates, PC

6          60 Cuttermill Road, Suite 409

7          Great Neck, NY  11021-3104

8          (516) 268-7080

9          Spencer@spencersheehan.com

10

11      FOR THE DEFENDANT:

12         Mr. Robert P. Donovan

13         Stevens & Lee

14         669 River Drive, Suite 201

15         Elmwood Park, NJ  07407

16         (201) 857-6778

17         robert.donovan@stevenslee.com

18

19       THE VIDEOGRAPHER:

20         Mr. Timothy Perry

21         Veritext Legal Solutions

22         701 Market Street, Suite 310

23         St. Louis, MO  63101

24         (314) 241-6750

INDEX

| | |
|---|---|
| | PAGE |
| Examination by Mr. Donovan | 6 |
| Examination by Mr. Sheehan | 112 |

EXHIBITS

| | |
|---|---|
| Ex. P-1 Bankruptcy Petition | 36 |
| Ex. P-2 Attorney Retainer Agreement | 45 |
| Ex. P-3 Responses and Objections to Requests For Admissions | 54 |
| Ex. P-4 Answers to Interrogatories | 58 |
| Ex. P-5 Arnold Palmer 32 oz. Lite Can | 67 |
| Ex. P-6 Decision by Court | 69 |
| Ex. P-7 Arnold Palmer not labeled Lite | 79 |
| Ex. P-8 Arnold Palmer 20 oz. (Golf Ball) Lite Bottle | 83 |
| Ex. P-9 Arnold Palmer Gallon Jug | 88 |
| Ex. P-10 The Complaint | 91 |
| Ex. P-11 Photo of Arnold Palmer 20 oz. Lite Label | 93 |
| Ex. P-12 Arnold Palmer 20 oz. Lite Bottle | 98 |

Page 5

1       THE VIDEOGRAPHER:  Good morning.  We are on

2       the record at 10:11 on February 13, 2023.  This

3       is media unit one of the Video Recorded

4       Deposition of Kenneth Crawford being taken by

5       counsel for defendants in the matter of Kenneth

6       Crawford versus Arizona Beverages USA, LLC,

7       pending in the cause -- I'm sorry, pending in

8       the United States District Court, Southern

9       District of Illinois, East St. Louis Division,

10      Case Number 3:22-cv-00220.  This deposition is

11      being held at Gausnell, O'Keefe & Thomas

12      located at 1717 Park Avenue in St. Louis,

13      Missouri.  And my name is Tim Perry, Certified

14      Legal Video Specialist, our court reporter is

15      Nancy Prange, we're with Veritext Legal

16      Solutions.  Counsel, will you identify

17      yourselves for the record, please?

18         MR. SHEEHAN:  For the Plaintiff, Spencer

19      Sheehan.

20         MR. DONOVAN:  For the Defendant Robert

21      Donovan.

22         THE VIDEOGRAPHER:  Thank you, both.  Nancy,

23      please swear in the witness.

24                      KENNETH CRAWFORD,

Page 6

1      of lawful age, having been first duly sworn to

2      testify the truth, the whole truth, and nothing but

3      the truth in the case aforesaid, deposes and says in

4      reply to oral interrogatories propounded as follows,

5      to-wit:

6                        EXAMINATION

7      QUESTIONS BY MR. DONOVAN:

8          Q    (By Mr. Donovan) Good morning,

9      Mr. Crawford.

10         A    Good morning.

11         Q    My name is Bob Donovan.  I'm an attorney for

12     the Defendant in this case, and your deposition is

13     proceeding that we're going to be addressing today

14     and I want to give you some basic instructions before

15     we start the questions.  Okay?

16         A    Okay.

17         Q    First of all, is there anything, are you

18     under any medication that would inhibit your ability

19     to answer any questions?

20         A    No.

21         Q    So here are some just basic ground rules.

22     Even though we're in a law office, your testimony

23     would have the same and will have the same

24     evidentiary value as if you were in a court.  So it's

Page 60

1    between $1.00 and $2.50.  Do you see that?

2        A    Yes.

3        Q    That's true and accurate, that statement?

4        A    Yes.

5        Q    When you say large version of the product,

6    what do you mean?

7        A    It's a large can.  I'm not sure of the

8    ounces.

9        Q    It was a can?

10       A    Large can, yes.

11       Q    Not a bottle, a can?

12       A    Correct.

13       Q    Can you approximate the ounces?

14       A    That's what I was trying to remember.  Is it

15   32 maybe?  No.  I can't recall.

16       Q    You don't remember?

17       A    Not off the top of my head, no.

18       Q    And the price was between $1.00 and $2.50 for

19   this can?

20       A    Well, technically, yes.  It's just over a

21   dollar.

22       Q    Did you ever purchase the product, we're

23   talking about the Arnold Palmer Lite now, in a

24   container other than in a can?

Page 61

1          A    I know it comes in bottle form, even large,

2      I want to say like a gallon size.  I have purchased

3      those, but the can is the one that I mostly would

4      get on the go.

5          Q    And the can is -- sometimes you see the price

6      it says 99 cents?

7          A    Yes.

8          Q    And you say you have some familiarity with it

9      in a bottle and a gallon bottle, sometimes you buy

10     that?

11         A    Not quite as often.

12         Q    But sometimes?

13         A    Yeah.  Yeah.

14         Q    And where do you buy the gallon bottle?

15         A    That would be from a grocery store.

16         Q    Like the ones you mentioned?

17         A    Correct.

18         Q    Other than the can and the gallon --

19         A    We are speaking of previous to this, right,

20     not present tense?

21         Q    We're absolutely talking about the past

22     tense.

23         A    Okay.

24         Q    Because you stopped buying the product, the

Page 62

1    Lite product, correct?

2        A    That's correct.

3        Q    But with respect to the can and the gallon

4    bottles, are there any other containers that you

5    bought of the Lite product?

6        A    I'm sorry.  What was the question again?

7        Q    Other than the cans and the gallons, are

8    there any other containers that you bought of the

9    Lite product?

10       A    Yes.  Well, sometimes in the smaller bottle.

11       Q    Can you tell me what size the smaller bottle

12   is?

13       A    I am not sure.

14       Q    Was the bottle plastic or glass?

15       A    Plastic.

16       Q    And how many times did you buy the smaller

17   bottle that was in plastic?

18       A    I'm not sure.

19       Q    You do not know?

20       A    No.

21       Q    Can you give me a reasonable approximation

22   how many times you bought the product that was in a

23   small plastic bottle?

24       A    Ballpark figure 10.

Page 76

```
 1        A    Actually, no.  Then I stopped drinking them
 2    for a while and picked back up because I thought it
 3    was a healthier alternative.
 4        Q    Why did you stop drinking them?
 5        A    Honestly I started consuming more soda.
 6        Q    When was it that you stopped drinking it
 7    before you resumed?
 8        A    I don't recall.
 9        Q    So let's start from the first time you
10    purchased the Arnold Palmer Lite.  Was it in a
11    23-ounce can?
12        A    Yes.
13        Q    And why did you purchase the product?
14        A    Because I enjoy Arnold Palmers.
15        Q    Any other reason?
16        A    When I first started drinking it?
17        Q    Yes.
18        A    That was pretty much it.  But then when I
19    resumed it was because I knew that it was lite
20    according to the label so that's what made me go to
21    drinking them thinking I was picking a healthier
22    drink.
23        Q    Any other reason why you resumed?
24        A    No.  Just at that time I was no longer
```

Page 77

1    drinking soda.  I was, you know, tea, lemonade,

2    water.

3        Q    So you're looking at the product, when you

4    resumed purchasing the product you knew it was

5    labeled lite and you saw it as a healthier

6    alternative to soda, is that correct?

7        A    That is correct.

8        Q    Any other reason why you resumed?

9        A    Well, also because even while drinking tea

10   and lemonade I was trying to, you know, drinking

11   healthier options on it.  So tea without -- so

12   rather than getting sweet tea I would opt to get the

13   unsweet tea and maybe add lemon to it -- or not

14   maybe but definitely add lemon to it.  So the Arnold

15   Palmer Lite, you know, gave me the idea that it was,

16   you know, a healthier alternative.

17       Q    Healthier in what way?

18       A    That it wouldn't have as many calories.

19       Q    Healthier in any other way other than

20   calories?

21       A    No.  I wasn't looking for any kind of

22   miracle medicine from it.

23       Q    Now, you mentioned earlier in the deposition

24   when I showed you P-5 you said that the Arnold Palmer

Page 78

1   Lite product that you purchased didn't say one third

2   less calories.  Is that what you're saying?

3       A   I said I can't recall all of the cans having

4   that label.

5       Q   Did some of the cans have that label?

6       A   If I remember correctly I think so.

7       Q   And what did the one third less calories mean

8   to you?

9       A   That it was a healthier drink.  That it

10  would not have as much sugar, you know.  That it

11  would just be all around healthier.

12      Q   As much sugar as what?

13      A   As regular tea or soda.

14      Q   Did you purchase -- withdrawn.

15          Do you remember seeing a label like that's

16  on P-5 saying one third less calories, see back.  Do

17  you see that?

18      A   Yes.  I see that, but I don't recall seeing

19  that.

20      Q   Okay.  Now, you testified that you previously

21  purchased Arizona Arnold Palmer that wasn't labeled

22  lite, correct?

23      A   Previously purchased Arizona -- I'm sorry.

24  What?

Page 81

1     A    That's correct.

2     Q    And it didn't contain -- it contained more

3  calories than you thought it contained, right?

4     A    Correct.

5     Q    And my question to you is:  If, in fact, the

6  Arnold Palmer Lite that you purchased was one third

7  less than the Arnold Palmer non-lite that you buy at

8  restaurants and such, would you consider yourself to

9  have been deceived?

10    A    Yes.

11    Q    Why?

12    A    Because it's labeled lite meaning that, you

13  know, again it would be a healthier option, not full

14  of the sugars that, you know, the other -- really I

15  guess for me not knowing that there is an Arnold

16  Palmer that's not considered lite, I can't really

17  make that judgment.

18    Q    Okay.  So let's look at it this way or ask it

19  this way.  How much lower in calories were you

20  looking to get in the Arnold Palmer Lite than

21  compared to the products not labeled lite?

22    A    So it's not so much that I was looking for,

23  you know, to go lower or looking for any number in

24  specific, just that I wanted it to be a healthier

Page 82

1    drink, not have as much sugar.  Even when I, I would

2    get it from restaurants I would ask for Arnold

3    Palmer unsweet tea with, you know, whatever lite

4    lemonade or if they have unsweetened lemonade or

5    whatever that they would have.

6            MR. DONOVAN:  Can you do me a favor please

7         and read back that answer?

8                (The requested portion of the

9                 record read by the reporter.)

10    Q    (By Mr. Donovan) When you say as much

11    sugar -- do you have something to add?

12    A    No.  She said that and it should be they.

13            MR. DONOVAN:  Withdrawn.

14    Q    (By Mr. Donovan) When you say as much sugar

15    in that response, as much sugar as what?

16    A    As much sugar as -- so for me when I think

17    of Arnold Palmer I think of sweet tea and sweetened

18    lemonade and so it would have less calories compared

19    to those two.

20    Q    How much less calories?

21    A    Honestly I'm not sure.

22    Q    Do you know?

23    A    No.

24                (Deposition Exhibit P-8 marked

Page 84

1    a thing in the family and so I wanted to make sure

2    that I was, you know, doing the right thing, eating

3    the right things, drinking the right things to at

4    lease help prevent becoming a diabetic.

5         Q    So around 2018, 2019 you became aware of the

6    sugar content of the Arnold Palmer Lite?

7         A    Yes.

8         Q    And when did you become aware of the calorie

9    content of the Arnold Palmer Lite?

10        A    Probably around the same time.  Just kind of

11   watching -- checking out the label.

12        Q    And that's how you found out by looking at

13   the label?

14        A    Yes.

15        Q    And around the same time you mean 2018, 2019?

16        A    Yes.

17        Q    And after you became aware of the sugar

18   content of the Arnold Palmer Lite did you continue to

19   purchase the product?

20        A    I did, but, of course, you know, it was the

21   healthier choice outside of water.

22        Q    And after discovering the calorie content of

23   the product in 2018, 2019 did you continue to

24   purchase the product?

Page 85

1       A    I can't recall my last purchase, but I know

2    it was after 2018, '19.

3       Q    2018?

4       A    I said it was after 2018, '19.  Sorry.  I'll

5    speak up.

6       Q    I just want the record to be clear.  After

7    you discovered the calorie content of the product you

8    continued to purchase the product?

9       A    Sorry.  I'm sorry.  I cannot even recall the

10   last date or the last time frame.

11      Q    Prior to 2018 was there anything preventing

12   you from looking at the label to determine what the

13   sugar content was of the Arnold Palmer Lite?

14      A    Yeah.  Well, there wasn't anything keeping

15   me from doing that.  I just didn't think of checking

16   it out at that time because at that time I was not

17   as conscious of checking out the label.

18      Q    The same is true about the calorie content,

19   was there anything preventing you from looking at

20   that prior to 2018, 2019?

21      A    No.  Just wasn't conscious of it.

22      Q    Why weren't you conscious of it, wasn't that

23   important?

24      A    No.  I thought I was young and I would live

Page 86

1    forever until the doctor told me otherwise.

2        Q    So it wasn't a priority?

3        A    It was not a priority.

4        Q    When you talk about the product, the Arnold

5    Palmer Lite product, what attributes do you think it

6    has?  Can you tell me?

7        A    So for me, the little education I have on

8    tea is that, you know, of course, tea is healthier

9    to drink.  Of course, anything, too much of anything

10    has its, you know, bad side.  But the Arnold Palmer

11    in particular, just enjoying the taste of tea and

12    lemonade combined and that's pretty much it.

13        Q    You liked the flavor?

14        A    Yeah.  Great flavor.

15        Q    What about the value?

16        A    I could spare $1.00 so, yeah, the value was

17    great.

18        Q    Would you agree that it probably has the

19    best, if not one of the best, values offered for an

20    ice tea line of products, the Arnold Palmer Lite?

21        A    I would say so.

22        Q    Did the product quench your thirst?

23        A    Yes.

24        Q    Did you like the attractiveness of the label,

Page 88

1        A    That's fair.

2        Q    Now, with respect to the lite thirst, flavor,

3    value, is there any one of those that was a

4    determative factor for the purchase?

5        A    When I most recently was purchasing it was

6    because of the lite label.  It was because of taking

7    health, you know, more serious.

8        Q    So the lite label took a predominant factor

9    over the other ones that you have said?

10       A    Yes.

11       Q    And when did that happen, 2018, 2019?

12       A    Approximately around that time all the way

13    up until the last purchase.

14                        (Deposition Exhibit P-9 marked

15                         for identification.)

16       Q    (By Mr. Donovan) You mentioned earlier in

17    your deposition about gallons so I'm going to show

18    you P-9.  Did you ever buy the product in that

19    container?

20       A    Yes.  I have a few of those.

21       Q    I'm sorry?

22       A    I've purchased this a few times.

23       Q    When you say a few times, how many?

24       A    I don't remember off the top of my head how

Page 94

1          MR. SHEEHAN:  Thank you.

2     A    Yes.

3     Q     (By Mr. Donovan) When?

4     A    Multiple times on multiple occasions.

5     Q    How many times?

6     A    I am not sure.

7     Q    When you say you're not sure, do you know?

8     A    It's a drink that I've had quite a bit, once

9    or twice a week or even -- yeah, probably about

10   twice a week or so so I can't recall it.

11    Q    Can you tell me how many times you purchased

12   the product bearing the label on P-11?

13    A    At least once a week.

14    Q    For what time period?

15    A    For a few years.  All the way up to, I

16   guess, about 2020.  I can't tell you how far back.

17    Q    Up until when 2020?

18    A    Well, actually it was between 19 -- no.

19   Maybe it wasn't 2020.  '21 was the last purchase.

20   That was a traumatic period for me so I try not to

21   remember a lot of things during that time.

22    Q    Traumatic in what way, sir?

23    A    A lot of personal things happened in my life

24   during that time.

Page 97

1    $1.00.  The larger jugs that I've purchased, so

2    there's no labels, I don't recall what I paid for

3    those.

4        Q    Okay.

5        A    And it wasn't as often in purchasing the jug

6    as much as the can.

7        Q    And are you saying that you purchased P-11,

8    the 20 ounce -- it's 20 ounces, right?

9        A    Yes.

10       Q    Are you saying you purchased the 20 ounce

11   once a week or you purchased the can once a week?

12       A    So I purchased the can at least once a week.

13       Q    So that's 20 ounces on P-11, right?

14       A    Yes.

15       Q    Did you ever purchase a product bearing that

16   label?

17       A    When you break it down to the ounces I

18   cannot confirm that.

19       Q    So do you know?

20       A    No.

21       Q    So is it fair to say the only products that

22   you know for sure that you purchased were the gallon

23   container, the P-9, and the 23 ounce P-5, is that

24   fair to say?

Page 112

```
 1    State of Illinois

 2                       SS.

 3    County of Macoupin

 4        I, Nancy Prange, a Notary Public in and for

 5    the State of Illinois, duly commissioned, qualified

 6    and authorized to administer oaths and to certify to

 7    depositions, do hereby certify that pursuant to

 8    Notice in the civil cause now pending and

 9    undetermined In The United States District Court,

10    Southern District of Illinois, East St. Louis

11    Division, to be used in the trial of said cause in

12    said court, I was attended at the offices of

13    Gausnell, O'Keefe & Thomas, LLC, 1717 Park Avenue,

14    in the City of St. Louis, State of Missouri, by the

15    aforesaid attorneys; on the 13th day of February,

16    2023.

17        The said witness, being of sound mind and

18    being by me first carefully examined and duly

19    cautioned and sworn to testify the truth, the whole

20    truth, and nothing but the truth in the case

21    aforesaid, thereupon testified as is shown in the

22    foregoing transcript, said testimony being by me

23    reported in shorthand and caused to be transcribed

24    into typewriting, and that the foregoing pages
```

Page 113

1    correctly set forth the testimony of the

2    aforementioned witness, together with the questions

3    propounded by counsel and remarks and objections of

4    counsel thereto, and is in all respects a full,

5    true, correct and complete transcript of the

6    questions propounded to and the answers given by

7    said witness; that signature of the deponent was not

8    waived by agreement of counsel.

9         I further certify that I am not of counsel or

10   attorney for either of the parties to said suit, not

11   related to nor interested in any of the parties or

12   their attorneys.

13        Witness my hand and notarial seal at New

14   Douglas, Illinois, this 27th day of February, 2023.

15    My Commission expires May 11, 2024.

16

17   ---------------------------------------

18             Notary Public in and for the

19                  State of Illinois

20

21

22

23

24

Page 106

1          Q    And what does that mean to you about having

2     the honesty to represent others?

3          A    Primarily that everything that I've stated

4     about the purchases is true.  Having the idea that

5     lite was misleading and that, you know, I thought it

6     was a healthier alternative so, yes, I think that.

7          Q    Do you believe that any resolution to this

8     action should benefit everyone?

9               MR. DONOVAN:  Objection to form.  Leading.

10              MR. SHEEHAN:  You can answer.

11         A    I'm sorry.  Can you repeat your question?

12         Q    (By Mr. Sheehan) Do you believe or is your

13    goal to represent and help everyone?

14         A    Yes.

15              MR. DONOVAN:  Same objection.

16         Q    (By Mr. Sheehan) Do you believe that

17    because of the label on the product that says lite

18    you paid more for the product or less?

19              MR. DONOVAN:  Objection to form.

20         A    No.  I think it was a fair price.

21         Q    (By Mr. Sheehan) But if the product was

22    labeled in a way that was misleading, is it possible

23    that maybe it cost more, you know, a small fraction

24    because of, you know, what you described as not

Page 107

1    being misleading?

2         MR. DONOVAN:  Objection to form.  No

3       foundation.  Expert opinion.

4         MR. SHEEHAN:  Okay.  That's fair.

5    Q   (By Mr. Sheehan) Do you recall if my

6    office, and we can confirm this, provided you a copy

7    of the complaint by email after it was filed?

8    A   Yes.

9    Q   Okay.  Do you recall if following the judge's

10   decision on the motion to dismiss the case, did you

11   recall receiving an email from me or my office that

12   contained the judge's decision?

13   A   No.  I just don't recall.

14   Q   Okay.  But it's possible that you did,

15   correct?

16        MR. DONOVAN:  Objection to form.

17   A   Correct.

18   Q   (By Mr. Sheehan) Do you recall how much

19   time we spoke on the phone before this case was

20   filed when I first spoke to you?  If you don't

21   recall, that's fine.

22   A   If I had to give a guess maybe an hour.

23   Q   Okay.  Do you recall if we discussed this

24   document, the attorney representation agreement, I