Robert P. Donovan, Esq. (*Appearing Pro Hac Vice*)
STEVENS & LEE
669 River Drive, Suite 201
Elmwood Park, New Jersey 07407
Telephone: (201) 857-6778
Facsimile: (201) 857-6761
*Robert.donovan@stevenslee.com*

Casey Grabenstein, Esq. (No. 6289606)
SAUL EWING ARNSTEIN & LEHR LLP
161 North Clark Street, Suite 4200
Chicago, Illinois 60601
Telephone No.:  (312) 876-7810
*casey.grabenstein@saul.com*

Attorneys for Defendant, Arizona Beverages USA LLC

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| KENNETH CRAWFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARIZONA BEVERAGES USA LLC,<br><br>Defendant. | Case No. 3:22-cv-00220-DWD |

**DECLARATION OF ROBERT P. DONOVAN IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Robert P. Donovan, of full age, declares as follows:

1. I am an attorney at law of the State of New Jersey and have been admitted *pro hac vice* to represent defendant, Arizona Beverages USA LLC ("Defendant").

2. I have factual knowledge of the procedural history in this action and I make this declaration in support of Defendant's opposition to Plaintiff's motion for class certification.

3. Attached as Exhibit A is a copy of the deposition transcript of Plaintiff, Kenneth Crawford ("Plaintiff"), dated February 13, 2023, (not including testimony at pages 95:9-96:12, marked confidential).

4. Attached as Exhibit B is a copy of Plaintiff's voluntary petition in bankruptcy.

5. Attached as Exhibit C is a copy of an order by the United States Bankruptcy Court for the Southern District of Illinois dated April 2, 2020.

6. Attached as Exhibit D is a copy of Plaintiff's deposition exhibit P-11.

7. Attached as Exhibit E is a copy of the deposition transcript of Dr. Lynn Matthews dated November 16, 2023.

8. Attached as Exhibit F is a copy of Plaintiff's testimony during the Section 341 bankruptcy proceeding dated April 19, 2019.

9. Attached as Exhibit G is a copy of Plaintiff's statement of financial affairs, filed in the United States Bankruptcy Court for the Southern District of Illinois, dated March 6, 2020.

10. Attached as Exhibit H is a copy of the order and decision dated November 30, 2023, entered in *Brownell v. Starbucks Coffee Company,* Case No 5:22-CV-1199 (FJS/ATB), in the United States District Court for the Northern District of New York ("Brownell Action").

11. Attached as Exhibit I is a copy of the docket sheet in the Brownell Action.

12. On or about June 22, 2022, Defendant served Plaintiff with a document request seeking, *inter alia,* documents relating to Plaintiff claim for restitution, disgorgement, monetary damages, statutory and/or punitive damages.

13. In response, Plaintiff stated that he possessed no such documents. See Exhibit J, request number 45.

14. Plaintiff has not served an expert report stating the monetary damages he claims to have suffered as a result of his purchases of Defendant's product.

15. Attached as Exhibit K is a copy of Plaintiff's "Attorney Representation Agreement" dated December 19, 2021.

16. Attached as Exhibit L is a copy of an Order of Discharge by the United States Bankruptcy Court for the Southern District of Illinois dated June 25, 2019.

I hereby declare that all of the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: December 15, 2023

_____
Robert P. Donovan