Robert P. Donovan, Esq. (*Appearing Pro Hac Vice*)
STEVENS & LEE
669 River Drive, Suite 201
Elmwood Park, New Jersey 07407
Telephone: (201) 857-6778
Facsimile: (201) 857-6761
*Robert.donovan@stevenslee.com*

Casey Grabenstein, Esq. (No. 6289606)
SAUL EWING ARNSTEIN & LEHR LLP
161 North Clark Street, Suite 4200
Chicago, Illinois 60601
Telephone No.:  (312) 876-7810
*casey.grabenstein@saul.com*
Attorneys for Defendant, Arizona Beverages USA LLC

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

| | |
|---|---|
| KENNETH CRAWFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARIZONA BEVERAGES USA LLC,<br><br>Defendant. | Case No. 3:22-cv-00220-DWD |

### DECLARATION OF DON VULTAGGIO IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

DON VULTAGGIO, of full age, declares as follows:

1. I am the Chairman of defendant, Arizona Beverages USA LLC ("ABUSA"), and I make this declaration in opposition to Plaintiff's motion for class certification.

2.  I have factual knowledge concerning the labels on the products that ABUSA sells including the product at issue in this action, the Arnold Palmer Lite Half Iced Tea & Half Lemonade product ("the Product").

### Labels of the Product

3.  Attached as Exhibits A through F are copies of some of the labels that have been placed on the Product.

4.  On or about May 26, 2022, I authorized changing the label on the Product as depicted in Exhibit E.

5.  The label annexed as Exhibit E indicates that the Product contains 80 calories in a 12 ounce serving and that the calories in ABUSA's Arnold Palmer Half Iced Tea & Half Lemonade product ("Full Calorie Arnold Palmer") total 120 calories in a 12 ounce serving.

### Labels of Other Arnold Palmer Products

6.  Attached as Exhibit G through M are copies of labels of some of the other products that ABUSA has sold, bearing the "Arnold Palmer" label, including the full calorie Arnold Palmer Half Iced Tea & Half Lemonade product, two labels for the peach flavored Arnold Palmer, the diet Arnold Palmer, the "Arnold Palmer Zero", the green tea, and the southern style Arnold Palmer.

     I hereby declare that all of the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: December ___, 2023

                                                                               _____
                                                                                 DON VULTAGGIO

12/14/2023 SL1 1967010v1 115260.00007