IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KENNETH CRAWFORD,** *individually and on behalf of all others similarly situated,* | ) ) ) ) |
| Plaintiff, | ) Case No.: 3:22-cv-220-DWD |
| vs. | ) ) ) |
| **ARIZONA BEVERAGES USA, LLC,** | ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on March 30, 2024 (Doc. 55), Plaintiff's multi-state claims arising under the state consumer fraud acts of Alabama, Arkansas, Georgia, Indiana, Iowa, Louisiana, Michigan, Montana, Nebraska, Ohio, Oklahoma, Texas, Virginia, and West Virginia are **DISMISSED WITHOUT PREJUDICE.**

Plaintiff's purported withdrawal of his consumer fraud claims arising under the Illinois Consumer Fraud Act, based on alleged misrepresentations as to the Product's use of a "dual column" nutrition facts panel and "made in the United States" labeling, which the Court treats as a motion for leave to amend, is GRANTED. Leave to amend, however, is conditioned on dismissal with prejudice. Accordingly, these claims are **DISMISSED WITH PREJUDICE.**

Defendant's Motion for Summary Judgment (Doc. 33) as to Plaintiff's consumer fraud claims under the Illinois Consumer Fraud Act based on alleged misrepresentations concerning use of the word "lite" in the Product's labeling is GRANTED. These claims are **DISMISSED WITH PREJUDICE.**

Considering the above, no legal grounds remain for Plaintiff's unjust enrichment claim under Illinois law. Accordingly, this claim is **DISMISSED WITH PREJUDICE.**

Accordingly, this case is closed.

**IT IS SO ORDERED.**

**DATED: March 30, 2024**

                                        **MONICA A. STUMP, Clerk of Court**

                                        *s/ Dana M. Winkeler*
                                        **Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**