# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Kenneth Crawford<br>*Plaintiff(s)*<br><br>v.<br><br>Arizona Beverages USA LLC<br>*Defendant(s)* | Case Number: 22-cv-220-DWD |

## **NOTICE**

**TO**: Spencer I. Sheehan, Attorney for Kenneth Crawford

You are notified that a Bill of Costs has been filed in this action. These costs will be adjusted and taxed by this office pursuant to Federal Rule of Civil Procedure 54(d) on April 29, 2024. Objections to these costs, if any, shall be filed on or before this date pursuant to SDIL-LR 54.2.

Dated: April 15, 2024

MONICA A. STUMP, Clerk of Court

By: *s/Jordan Evrard*
Deputy Clerk