UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH CRAWFORD, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) Civil Action No. 22-cv-00220 ) ) Judge David W. Dugan, U.S.D.J. |
| vs. | ) ) |
| ARIZONA BEVERAGES USA LLC, | ) ) |
| Defendant. | ) ) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTION
TO DEFENDANT'S BILL OF COSTS**

# TABLE OF AUTHORITIES

Page(s)

**Cases**

*Escamilla v. United States of America,*
  62 F.4th 367 (7th Cir. 2023) ................................................................................................. 3

*Little v. Mitsubishi Motors North America, Inc.,*
  514 F.3d. 699 (7th Cir. 2008) ................................................................................................ 1

*Solar v. Goldwind USA, Inc.,*
  2023 WL 5804232 (N.D. Ill., Sept. 7, 2023) ......................................................................... 1

05/06/2024 SL1 2106241v1 115260.00007

## INTRODUCTORY STATEMENT

Defendant, Arizona Beverages USA LLC ("Defendant"), submits the within response to Plaintiff's objection to Defendant's bill of costs.

**Expenses for Pro Hac Vice Filings** - Defendant respectfully withdraws the request for costs for filing *pro hac vice* applications.

**Costs for Video Recording of Depositions** - Under *Little v. Mitsubishi Motors North America, Inc.,* 514 F.3d. 699, 701-02 (7th Cir. 2008), the prevailing party is entitled to costs for a video recording and stenographic transcriptions of a deposition.

Plaintiff argues that videotaping the depositions was not necessary. (Objection at pp. 3-5). However, the video recording of Plaintiff's deposition was indeed necessary because, at the time Plaintiff was deposed (February 13, 2023), as Plaintiff acknowledges, the emergency declaration concerning the COVID-19 pandemic was still in effect. (Objection at p. 5; see Ex. 1 attached where the U.S. Department of Health and Human Services renewed the public health emergency due to COVID-19 for 90 days from February 11, 2023.) In February 2023, a certain level of uncertainty remained as to the mode and manner of a trial, in terms of whether and how Plaintiff would be required to appear. Those uncertainties have been grounds for granting videographer costs in other matters. *See Solar v. Goldwind USA, Inc.,* 2023 WL 5804232, at *5 (N.D. Ill., Sept. 7, 2023).

Additionally, Defendant intended to use the video of Plaintiff's deposition at trial to assist in evidence to be presented to the jury. Given that this matter concerned whether and how Plaintiff saw and/or relied upon product labels, and was shown actual physical containers of product, a video of his deposition testimony would have been necessary to demonstrate to the fact finder, visually, how Plaintiff answered those questions about seeing labels on containers, responses that

the written transcript may not have fully depicted. (ECF No. 33-1, Ex. A T. 67:4-68:2; T. 83:2-7; Exs. C and D).

As for the video deposition of Dr. Matthews, there was uncertainty as to whether Dr. Matthews would appear in person, given her location in Wichita, Kansas. Defendant also intended to use the video of the testimony at any hearing on classification motion and at trial for the similar reasons as concerning Plaintiff (i.e., necessary to demonstrate to the fact finder, visually, how the witness answered questions about labels shown to others that the written transcript may not have fully depicted). (ECF No. 47, Ex. E, T. 180:23-T. 181:19).

**The Costs for Deposition Transcripts** - Accompanying this response is the declaration of Defendant's counsel, Robert P. Donovan ("Donovan Resp. Dec."), that attaches itemized invoices for the two depositions in question. As to invoice number 6392837 (for Plaintiff's deposition), Veritext has furnished an itemized invoice and an email explaining the charges as follows:

- Transcript Services: The charge was $6.10 per page for 144 pages for the Crawford Transcript and **$6.10 per page for the 8 pages of the For Attorney Eye's ONLY EXCERPT transcript of Crawford.**[1]

- Attendance: This is the Cost to the Reporter. It is for their time preparing and setting up for the proceeding as well as officiating.

- Exhibits: There were 119 pages and the cost is $0.70 to disperse. Additionally, 34 pages were in color and there is a $1.00 per page charge for exhibits with color.

- Litigation Package: The litigation package is $58.00 and … includes …the following formats: PDF searchable, PDF Linked to Exhibits, TXT and a Lexis Nexis XMEF version. Previously, Veritext offered CD's but because new computers no longer include CD/DVD drives as a standard equipment we replaced it with digital downloads. It is a faster and easier way to search

---

[1] "AEO" means costs for Attorney's' Eyes Only portions of Plaintiff's deposition, not a double billing entry as Plaintiff erroneously contends.

and download electronic product files from MyVeritext or via a secure download link received via email.

- In Person Coverage: Reporter's costs for travel to the proceeding.

- Hosting & Delivery: The $33.00 Hosting and Delivery of Encrypted Files is the delivery of the secure link to the transcripts/exhibits. Veritext is known and oftentimes selected on larger actions because of our security protocols. (Donovan Resp. Dec., Ex. "A," emphasis added).

The itemized invoice from Veritext states:

| Witness: Kenneth Crawford | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services – Original Transcript(s) | 144.00 | $ 6.10 | $878.40 |
| Attendance – Hourly | 4.50 | $ 50.00 | $225.00 |
| Exhibits | 119.00 | $ 0.70 | $ 83.30 |
| Exhibits – Color | 34.00 | $ 1.00 | $ 34.00 |
| Litigation Package – Secure File Suite | 1.00 | $ 58.00 | $ 58.00 |
| Witness: Kenneth Crawford – AEO | Quantity | Price | Amount |
| Transcript Services – Original Transcript(s) | 8.00 | $ 6.10 | $ 48.80 |
| Litigation Package – Secure File Suite | 1.00 | $ 58.00 | $ 58.00 |
|  | Quantity | Price | Amount |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $ 33.00 | $ 33.00 |

As for invoice number 3518 (invoice for the expert's deposition), that invoice is itemized as follows:

- Original & Copy of Deposition of Lynn Mattew, Ph.D., taken by Defendant at Wichita, KS by ZOOM                $1,370.00

- 205 pages – Original & copy @ $5.15 per page ($4.65 + .50 for video) =                $1,055.75

05/06/2024 SL1 2106241v1 115260.00007                3

-     Appearance fee =                           $ 150.00
-     Postage =                                    $ 30.85
-     302 scanned exhibit pages @ .20 =   $ 60.40
-     92 exhibit tabs @ .25 =                 $ 20.00
-     Zoom video conference setup =      $ 20.00
-     Process witness signature =          $ 30.00

- Videographer on location 10:00 am – 5:06 pm (30 min. lunch)
- Videographer – Set up and first 2 hours                        $250.00
- Videographer – 4 additional hours on location @ $95 per hour   $380.00

(Donovan Resp. Dec., Ex. "B").

The costs related to court reporter attendance are to be included as taxed costs. *Escamilla v. United States of America,* 62 F.4th 367, 375 (7th Cir. 2023). Plaintiff argues that professional attendance fees, on the invoice for Plaintiff's deposition, were duplicated. That assertion is baseless. The itemization submitted shows that one attendance fee was based upon the hourly rate of $50 dollars per hour or attendance during the 4.5 hour deposition and the other was a flat fee for **in person** coverage ($195). (Donovan Resp. Dec., Ex. "A," emphasis added). As for the itemized invoice for the expert deposition, that shows an attendance fee of $150 dollars for the stenographer. (*Id.*, Ex. "B").

The exhibits marked, copied and attached to the depositions are itemized. (*Id.,* Exs. A and B). Those services were not "triple billed" as Plaintiff speculates. Some of those exhibits were relied upon in support of the motion for summary judgment (ECF No. 33-1, Exs. B-F), and in opposing the motion for class certification (ECF No. 46, Ex.1).

Defendant respectfully submits that it has satisfactorily itemized all the deposition costs in this matter and demonstrated that these costs were necessary and reasonable.

## CONCLUSION

Defendant therefore respectfully requests that this Court award Defendant costs in the amount of Five Thousand Sixty-Four Dollars and Fifty Cents ($5,064.50).

Dated:  May 6, 2024

Respectfully submitted,

*s/Robert P. Donovan*
Robert P. Donovan, Esq. (admitted *Pro Hac Vice*)

STEVENS & LEE, P.C.
669 River Drive, Suite 201
Elmwood Park, New Jersey 07407
Telephone:  (201) 857-6778
*Robert.donovan@stevenslee.com*

-and-

SAUL EWING ARNSTEIN & LEHR LLP
161 North Clark Street, Suite 4200
Chicago, Illinois 60514
Telephone:  (312) 351-3292
Casey T. Grabenstein, Esq. (6289606)
*Casey.grabenstein@saul.com*
*Attorneys for Defendant,*
*Arizona Beverages USA LLC*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on May 6, 2024, he caused the within Response to Plaintiff's Objections to Bill of Costs, along with the supporting declaration, to be filed electronically with the Clerk of the U.S. District Court, using the Court's CM/ECF system, which sent electronic notification to all parties who have appeared and are registered as CM/ECF participants in this matter.

/s/ Robert P. Donovan